# Exhibit 1

## Fahed Al-duwaisan Plaintiff vs. Concorde Career Colleges, Inc. Defendant

**Broward County Case Number:** CACE25017540
**State Reporting Number:** 062025CA017540AXXXCE
**Court Type:** Civil
**Case Type:** Contract and Indebtedness
**Incident Date:** N/A
**Filing Date:** 11/14/2025
**Court Location:** Central Courthouse
**Case Status:** Active
**Magistrate Id / Name:** N/A
**Judge ID / Name:** Robinson, Michael A

### Party(ies)

Total: 2

| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address ⭐ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **Al-duwaisan, Fahed** | | ⭐ Rossi Jr., Richard, ESQ. Retained Bar ID: 125876 533 NE 3rd Avenue Ground Floor, Suite 2 Fort Lauderdale, FL 33301 **Status: Active** |
| Defendant | **Concorde Career Colleges, Inc.** | | |

### Disposition(s)

Total: 0

| Date | Statistical Closure(s) |
|---|---|

| Date | Disposition(s) | View / Pages |
|---|---|---|

### Event(s) & Document(s)

Total: 3

| Date | Description | Additional Text | View / Pages |
|------|-------------|-----------------|--------------|
| 11/14/2025 | **Per AOSC20-23 Amd12, Case is determined General** | | |
| 11/14/2025 | **Civil Cover Sheet** | Amount: $100,001.00 | 📄 /3 |
| 11/14/2025 | **Complaint (eFiled)** | | 📄 /154 |

---

**―** Hearing(s)                                                                                   Total: 0

**There is no Hearing information available for this case.**

---

**―** Related Case(s)                                                                             Total: 0

**There is no related case information available for this case.**

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.    CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>SEVENTEENTH</u>  JUDICIAL CIRCUIT,
IN AND FOR <u>BROWARD</u>   COUNTY, FLORIDA

Fahed Al-Duwaisan
Plaintiff                                                         Case # _____
                                                                Judge _____

vs.
<u>Concorde Career Colleges, Inc.</u>
 Defendant

### II.    AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

### III.    TYPE OF CASE    (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 11/14/2025 03:15:05 PM.****

**CIRCUIT CIVIL**

☐ Condominium
☒ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

### COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

**IV.   REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.   NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

  10

**VI.   IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.   HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.   IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

**IX.   DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
    ☐ yes
    ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Richard Alexander Rossi Jr     Fla. Bar # 125876
     Attorney or party          (Bar # if attorney)

Richard Alexander Rossi Jr         11/14/2025
  (type or print name)         Date

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

FAHED AL-DUWAISAN,

Plaintiff,                                              Case No.:

v.

CONCORDE CAREER COLLEGES, INC.,

Defendant.
_____/

## COMPLAINT

Plaintiff, Fahed Al-Duwaisan, sues Defendant and states:

### JURISDICTION AND PARTIES

1.      This is an action for damages in excess of $50,000.00.

*Plaintiff*

2.      Fahed Al-Duwaisan (*hereinafter* referred to as "Al-Duwaisan"), is an individual, over the age of eighteen and during all material facts and allegations listed herein, resided in the State of Florida.

*Defendant*

3.      Concorde Career Colleges, Inc. (*hereinafter* referred to as the "College"), is a corporation organized and existing under the laws of the State of Florida which has its place of business in Miramar, Florida located in Broward County.

*Jurisdiction*

4.      Jurisdiction is proper since Defendant is a Corporation organized and operating in Broward County and doing business in the State of Florida.

## FACTS

5.      The College operates a cardiovascular sonography program for students that utilizes various clinical sites employing faculty members and administrators of the College.

6.      Mr. Al-Duwaisan was enrolled at the College in their cardiovascular sonography program during the 2022-2023 school year and was an outstanding student with no prior history of behavioral issues and has excellent academics and grades.

7.      Mr. Al-Duwaisan was a very attentive and hardworking student maintaining above a 3.0 grade point average by thoroughly studying and preparing for all his assignments, clinicals and exams, etc. as he takes the program very seriously in pursuit of his dream profession, one of great value and nobility in today's society.

8.      Mr. Al-Duwaisan's decision to enroll at the College relied on and was influenced by the College's implied, verbal and written policies, agreements, student handbooks, procedures, etc.

9.      The College's Policies were published in printed materials, on The College's website, in student and/or family handbooks and/or campus life printed materials, in rules and regulations, and/or statements made by the College employees such as administrators, staff, and managers in person, text message, email, or in writing. (*See* **Concorde School Catalog 2022-2023** attached hereto as **Exhibit A**)

10.     Through no fault of Mr. Al-Duwaisan, he became ill during his second semester of clinicals missing a single day for which he had provided the College medical documentation.

11.     Mr. Al-Duwaisan was then suddenly dismissed from his second clinical rotation altogether by the College's Anita Jennings, head of the cardiovascular and sonography program.

12.     Ms. Jennings further went on to state that the rotation site, Baptist Southern Hospital, saw

Mr. Al-Duwaisan's diabetes as a liability in an attempt to further justify her arbitrary and capricious decision to wrongfully dismiss Mr. Al-Duwaisan from his clinical rotation.

13.     The College acted in a reckless and exaggerated manner in reaching this decision, reaching a level of discrimination against Mr. Al-Duwaisan as the College was provided with notification of Mr. Al-Duwaisan's medical condition and tried using it as an abominable justification for their decision.

14.     To Mr. Al-Duwaisan's financial detriment and to the College's financial benefit, he was forced to repeat the semester starting on or about November of 2023, by being coerced into signing misleading documentation by the College.

15.     Upon reinstatement, Mr. Al-Duwaisan was notified by the College of his need for a security identification badge which he promptly requested and the College acknowledged.

16.     The College then failed to timely provide Mr. Al-Duwaisan with the requested and required security badge and as a result, it was reported as a security breach.

17.     Based upon this report and in violation of their policies and procedures, the College dismissed Mr. Al-Duwaisan in both an arbitrary and capricious manner from the College and program.

18.     As a result of Defendant's actions, Plaintiff has suffered, and will continue to suffer damages, including, but not limited to, monetary damages, loss of education and employment, physical and emotional damages.

19.     All conditions precedent to this action have either occurred or will occur.


**[THIS AREA INTENTIONALLY LEFT BLANK]**

## COUNT I – BREACH OF CONTRACT

The allegations common to all counts above are hereby incorporated by this reference. Plaintiff further alleges:

20.     Plaintiff entered into a contract with Defendant when enrolled.

21.     The contract with Defendant included, but was not limited to, all enrollment agreements, student handbooks, and school policies.

22.     Defendant breached its contract with Plaintiff.

23.     Examples of such breach include, but are not limited to:

      a.     Failure to follow policies regarding communication with Defendant's employees and administrators;

      b.     Failure to comply or communicate any suspension and dismissal proceedings/decisions;

      c.     Failure to follow policies and regulations as outlined in Defendant's enrollment agreements, student handbooks, and school policies including, but not limited to:

        ☐ unprofessional conduct by employees that affect adversely either the student's ability to satisfy expectations, whether in the classroom, a field setting or other settings, or the student's actual performance; and,

        ☐ arbitrary suspensions and dismissal from the College.

        ☐ Failing to provide Plaintiff the opportunity for individual success;

        ☐ Failing to provide Plaintiff with a nurturing safe environment which promoted personal growth;

        ☐ Failing to develop Plaintiff's relationships with peers and teachers; and,

□   Failing to prevent the bullying, harassment, and abuse of Plaintiff.

24.     As a result of Defendant's breach, Plaintiff has suffered damages.

WHEREFORE, Plaintiff demands judgment against Defendant for compensatory damages, including attorney's fees and costs and any other relief this Honorable Court deems fair and just. Plaintiff reserves the right to amend this Complaint to seek punitive damages.

## COUNT II – BREACH OF IMPLIED CONTRACT

The allegations common to all counts above are hereby incorporated by this reference. Plaintiff further alleges:

25.     A valid contract existed between Plaintiff and Defendant.

26.     Some or all of the contract terms were inferred from the parties' conduct, not written.

27.     Defendant breached its contract with Plaintiff.

28.     Examples of such breach include, but are not limited to:

a.      Failure to follow policies regarding communication with Defendant's employees and administrators;

b.      Failure to comply or communicate any suspension and dismissal proceedings/decisions;

c.      Failure to follow policies and regulations as outlined in Defendant's enrollment agreements, student handbooks, and school policies including, but not limited to:

□   unprofessional conduct by employees that affect adversely either the student's ability to satisfy expectations, whether in the classroom, a field setting or other settings, or the student's actual performance; and,

□   arbitrary suspensions and dismissal from the College.

☐   Failing to provide Plaintiff the opportunity for individual success;

☐   Failing to provide Plaintiff with a nurturing safe environment which promoted personal growth;

☐   Failing to develop Plaintiff's relationships with peers and teachers; and,

☐   Failing to prevent the bullying, harassment, and abuse of Plaintiff.

29.     As a result of Defendant's breach, Plaintiff has suffered damages.

WHEREFORE, Plaintiff demands judgment against Defendant for compensatory damages, including attorney's fees and costs and any other relief this Honorable Court deems fair and just. Plaintiff reserves the right to amend this Complaint to seek punitive damages.

## COUNT III - UNJUST ENRICHMENT

The allegations common to all counts above are hereby incorporated by this reference. Plaintiff further alleges:

30.     Plaintiffs conferred benefits on Defendant who had knowledge thereof.

31.     These benefits included, but were not limited to, paying tuition for school studies along with various other costs and fees associated with attendance at the school including, but not limited to, uniforms, books, and school supplies, etc.

32.     Defendant voluntarily accepted and retained the benefits conferred.

33.     The circumstances render Defendant's retention of the benefits inequitable unless it pays to the Plaintiff the value of the benefits.

WHEREFORE, Plaintiff demands judgment against Defendant for compensatory damages, including attorney's fees and costs and any other relief this Honorable Court deems fair and just. Plaintiff reserves the right to amend this Complaint to seek punitive damages.

**COUNT IV – INTENTIONAL INTERFERENCE WITH ECONOMIC ADVANTAGE**

The allegations common to all counts above are hereby incorporated by this reference. Plaintiff further alleges:

34.    By its acts and omissions, Defendant intentionally caused damage to Plaintiff.

35.    Defendant's actions further intentionally and negligently were the proximate cause of injury to Plaintiff's reputation, academic standing, future college admissions, scholarships, and employment and educational opportunities.

36.    Defendant is responsible for the actions of its agents and/or employees.

37.    As a result of the above acts, Plaintiff has and will continue to suffer damages.

WHEREFORE, Plaintiff demands judgment against Defendant for compensatory damages, including attorney's fees and costs and any other relief this Honorable Court deems fair and just. Plaintiff reserves the right to amend this Complaint to seek punitive damages.

**COUNT V – FRAUDULENT INDUCEMENT/FRAUDULENT MISREPRESENTATION**

The allegations common to all counts above are hereby incorporated by this reference. Plaintiff further alleges:

38.    Defendant made false statements regarding a material fact.

39.    Specifically, Defendant represented to Plaintiff that they would properly supervise, meet with and manage Plaintiff and and take into consideration his medical issues and accommodations and abide by their policies and procedures regarding dismissal proceedings.

40.    Defendant knew or should have known the representation was false.

41.    Defendant intended that the representation induce Plaintiff to act on it and enroll and study at the College and pay tuition and as a result, Plaintiff suffered damages in justifiable reliance on the representation.

42.    Defendant is responsible for the actions of its agents and/or employees.

43.     As a result of the above acts, Plaintiff has and will continue to suffer damages.

WHEREFORE, Plaintiff demands judgment against Defendant for compensatory damages, including attorney's fees and costs and any other relief this Honorable Court deems fair and just. Plaintiff reserves the right to amend this Complaint to seek punitive damages.

## COUNT VI – NEGLIGENCE

The allegations common to all counts above are hereby incorporated by this reference. Plaintiff further alleges:

44.     At all times material hereto, Defendant owed Plaintiff a duty to provide adequate supervision and accommodations to Plaintiff while he was on school property participating in a school related activity including, but not limited to, clinical rotations and internships.

45.     The elements of a negligence claim in Florida are: Defendant owed a duty to Plaintiff to protect the Plaintiff from a particular injury or damage; Defendant breached this duty; Defendant's breach was the proximate cause of injury or damage to Plaintiff; and Plaintiff suffered damages caused by the breach. *Curd v. Mosaic Fertilizer, LLC*, 39 So. 3d 1216 (Fla. 2010); *Kenz v. Miami-Dade County & Unicco Serv. Co.*, 116 So. 3d 461, 464 (Fla. 3d DCA 2013).

46.     Defendant owed a duty to Plaintiff to protect him from a particular injury or damage.

47.     This included, but was not limited to, ensuring that Defendant abided by its own policies, values and procedures, specifically those governing dismissal proceedings, which were designed to protect students such as Plaintiff from harm.

48.     Furthermore this included, but was not limited to, a duty to provide a safe school environment including accommodating and managing Plaintiff's diagnoses and reported medical issues as well as other duties set forth and proscribed by Defendant's Handbook(s).

49.     Defendant breached this duty by failing to adhere to all enrollment agreements, student handbooks, school policies and values, etc.

50.     Furthermore, Defendant breached this duty by failing to provide a safe school environment and failing to accommodate and manage Plaintiff's diagnoses and reported medical issues.

51.     Defendant's breach was the proximate cause of injury or damage to Plaintiff and as a result, Plaintiff has suffered damages.

52.     Defendant is responsible for the actions of its agents and/or employees and supervising other students and student interactions.

WHEREFORE, Plaintiff demands judgment against Defendant for compensatory damages, including attorney's fees and costs and any other relief this Honorable Court deems fair and just. Plaintiff reserves the right to amend this Complaint to seek punitive damages.

**COUNT VII – NEGLIGENT HIRING, TRAINING, RETENTION and SUPERVISION**

The allegations common to all counts above are hereby incorporated by this reference. Plaintiff further alleges:

53.     The elements of negligent hiring, training, retention and supervision are: The defendant employer becomes aware, or should have become aware, of problems with an employee that indicates his unfitness; The defendant employer owes a duty to plaintiff to protect the plaintiff from a particular injury or damage; The defendant employer breaches its duty by failing to take further action, such as investigation, discharge, or reassignment; Defendant's breach was the proximate cause of injury or damage to plaintiff; and Plaintiff suffered damages as a result of the breach. See, *Bennett v. Godfather's Pizza, Inc*., 570 So. 2d 1351, 1353 (Fla. 3d DCA 1990)

54.     The conduct of the Defendant was unreasonable and negligent and caused Plaintiff to suffer severe emotional distress as a result of his constant fear and apprehension that Defendant

was capable of acting in reckless and unreasonable manners.

55.     Defendant is responsible for the actions of its agents and/or employees and are therefore vicariously liable for its personnel and supervising other students and student interactions.

56.     In this case, Defendant employed agents, employees, staff, administrators, representatives, servants, and other personnel.

57.     Defendant exercised control over the procedures that its agents, employees, staff, administrators, representatives, servants, and other personnel performed.

58.     Defendant also determined the qualifications, and lack thereof, of its agents, employees, staff, administrators, representatives, servants, and other personnel.

59.     Defendant negligently hired, trained, supervised and/or retained its agents, employees, staff, administrators, representatives, servants, and other personnel in their dealings with Plaintiff.

60.     These dealings included, but were not limited to: failing to adhere to all Handbooks, agreements, and/or school policy; failing to appropriately train and or supervise its staff regarding adhering to school policy and procedure, and privacy concerns; failing to follow proper procedures regarding the handling of files and student records and dismissal allegations and proceedings; failing to properly supervise, meet with and manage Plaintiff and his accommodations and medical concerns; and, failing to properly secure its grounds from dangerous and unreasonable conditions.

61.     These and other actions constitute a breach of duty proximately causing emotional injuries to Plaintiff.

62.     As a result of these actions, Plaintiff has suffered severe emotional distress and the losses are either permanent or continuing in nature and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff demands judgment against Defendant for compensatory damages, including attorney's fees and costs and any other relief this Honorable Court deems fair and just. Plaintiff reserves the right to amend this Complaint to seek punitive damages.

## COUNT VIII – DECLARATORY RELIEF FOR VIOLATION OF SECTION 504 OF THE REHABILITATION ACT

The allegations common to all counts above are hereby incorporated by this reference. Plaintiff further alleges:

63.     Defendant is subject to Section 504 of the Rehabilitation Act of 1973, as amended, 29 U.S.C. §794, *et seq.* because it provides programs or activities that receive Federal financial assistance from the U.S. Department of Education.

64.     Plaintiff seeks declaratory relief against Defendant based upon the Section 504 of the Rehabilitation Act.

65.     The Rehabilitation Act provides, in part, that: "[n]o otherwise qualified individual with handicaps in the United States, as defined by 29 USCS § 706(8)], shall, solely by reason of his or her handicap, be excluded from the participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving Federal financial assistance ... ."

66.     At 42 U.S.C. § 12102, the ADA defines an individual with a disability as a person who has a physical or mental impairment that substantially limits one or more major life activities, a person who has a history or record of such an impairment, or a person who is perceived by others as having such an impairment.

67.     Plaintiff is an otherwise qualified individual with a disability that substantially limits one or more major life activities; including, but not limited to performing manual tasks in a

timely manner, learning, reading, concentrating, thinking, and communicating; and, as a result, is entitled to reasonable modifications in the School's policies, practices, or procedures.

68.     Because of the Defendant's failure to provide Plaintiff the necessary accommodations, Plaintiff was, and continues to be, discriminated against solely by reason of his disability.

69.     Defendant has violated the Rehabilitation Act by discriminating against Plaintiff, by reason of his disabilities from attending the College and program.

70.     Because the Defendant has failed to provide Plaintiff with the accommodations necessary, Plaintiff has been dismissed from the College and program.

71.     Pursuant to 28 U.S.C. § 2201 this Honorable Court has authority to grant Plaintiff declaratory relief; declaring the rights and other legal relations of Plaintiff, whether or not further relief is or could be sought.

72.     Plaintiff has been obligated to retain undersigned counsel for the filing and prosecution of this action and has agreed to pay his counsel reasonable attorneys' fees, including costs and litigation expenses, incurred in this action.

73.     Plaintiff is entitled to recover those attorneys' fees, costs and litigation expenses from Defendant pursuant to 29 U.S.C. §794a(b).

        WHEREFORE, the Plaintiff prays for the following declaratory relief against the Defendant for violation of section 504 of the Rehabilitation Act:

        A. That this Court enter a Declaratory Judgment:

                i. Declaring that Plaintiff is an otherwise qualified individual with a disability that substantially limits one or more major life activities; and as a result is entitled to reasonable modifications in the School's policies, practices, or procedures;

ii. Declaring that Plaintiff is entitled, as a matter of law, to be provided with accommodations by Defendant.

iii. Declaring that the Defendant has violated Title II of the ADA and Section 504 of the Rehabilitation Act by failing to provide reasonable accommodations and modifications to Plaintiff as necessary;

iv. awarding Plaintiff his reasonable attorneys' fees, costs and litigation expenses incurred in prosecuting this action; and

v. Granting such further relief that the Court deems to be just and proper.

## COUNT IX – VIOLATION OF CIVIL RIGHTS,
## RIGHT TO EQUAL PROTECTION PURSUANT TO 42 U.S.C. § 1988

The allegations common to all counts above are hereby incorporated by this reference. Plaintiff further alleges:

74.    Plaintiff has an enforceable right to equal protection, pursuant to both the Title II of the ADA and Section 504 of the Rehabilitation Act, to the benefits created thereby by Congress, intended to be binding on the states, to be free from discrimination based on handicap.

75.    At all relevant times, Plaintiff's constitutionally protected right to equal protection was repeatedly violated by the Defendant.

76.    Plaintiff's constitutionally protected right to equal protection prohibited the Defendant from failing to provide necessary accommodations and dismissing Plaintiff in violation of the right to equal protection afforded Plaintiff by both the Title II of the ADA and Section 504 of the Rehabilitation Act.

77.    The actions of the Defendant have violated Plaintiff's right to equal protection and resulted in Plaintiff's dismissal.

78.     Defendant having denied Plaintiff's rights to equal protection, was done under color of state law, and violated the Equal Protection clause of the XVI Amendment to the U.S. Constitution.

79.     As a direct and proximate result of actions and discriminatory conduct, in violation of the U.S. Constitution, the Defendant and its actions and discriminatory conduct, in violation of the U.S. Constitution, Plaintiff has suffered, and continues to suffer, monetary and economic harm for which he is entitled to an award of monetary damages and other relief.

80.     As a direct and proximate result of actions and discriminatory conduct, in violation of the U.S. Constitution, the Defendant and its actions and discriminatory conduct, Plaintiff has suffered, and continues to suffer, mental anguish and emotional distress, including but not limited to humiliation, embarrassment, loss of self-esteem and self-confidence, and emotional pain and suffering for which he is entitled to an award of damages.

        WHEREFORE, Plaintiff demands a trial by jury, judgment for compensatory damages, and costs of suit, including Plaintiff's statutory attorney's fees, pursuant to 42 U.S.C. §1988, and for other such relief as the Honorable Court deems just and proper.

## COUNT X - INJUNCTIVE RELIEF FOR VIOLATION OF SECTION 504 OF THE REHABILITATION ACT

The allegations common to all counts above are hereby incorporated by this reference. Plaintiff further alleges:

81.     Defendant is subject to Section 504 of the Rehabilitation Act of 1973, as amended, 29 U.S.C. §794, *et seq*. because it provides programs or activities that receive Federal financial assistance from the U.S. Department of Education.

82.     Plaintiff seeks injunctive relief, pursuant to Fed.R.Civ.P. 65 and without waiver of their right to a trial by jury, against Defendant based upon the Rehabilitation Act.

83.     The Rehabilitation Act provides, in part, that: "[n]o otherwise qualified individual with handicaps in the United States, as defined by 29 USCS § 706(8)], shall, solely by reason of his or her handicap, be excluded from the participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving Federal financial assistance ... ."

84.     At 42 U.S.C. § 12102, the ADA defines an individual with a disability as a person who has a physical or mental impairment that substantially limits one or more major life activities, a person who has a history or record of such an impairment, or a person who is perceived by others as having such an impairment.

85.     Plaintiff is an otherwise qualified individual with a disability that substantially limits one or more major life activities; including, but not limited to performing manual tasks in a timely manner, learning, reading, concentrating, thinking, and communicating; and, as a result, is entitled to reasonable modifications in the College's policies, practices, or procedures.

86.     Because of the Defendant's failure to provide Plaintiff the necessary accommodations, Plaintiff was discriminated against solely by reason of his disability.

87.     Defendant's have violated the Rehabilitation Act by discriminating against Plaintiff by reason of his disabilities from attending the College.

88.     Because the Defendant failed to provide Plaintiff with the accommodations necessary, Plaintiff has been dismissed from the College.

89.     Pursuant to 29 U.S.C. §794(a) this Honorable Court has authority to grant Plaintiff injunctive relief; including an order directing Plaintiff's readmission into the College with the appropriate accommodations previously agreed to, as required by the Rehabilitation Act.

90.    Plaintiff has been obligated to retain undersigned counsel for the filing and prosecution of this action and has agreed to pay his counsel reasonable attorneys' fees, including costs and litigation expenses, incurred in this action.

91.    Plaintiff is entitled to recover those attorneys' fees, costs and litigation expenses from Defendant pursuant to 29 U.S.C. §794a(b).

WHEREFORE, the Plaintiff prays for the following injunctive relief to remedy the Defendant's violation of Section 504 of the Rehabilitation Act:

A. That this Court enter an Order:

i. Finding that Defendant has violated Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794;

ii. Enjoining the Defendant to readmit Plaintiff into the School;

iii. Enjoining the Defendant to provide Plaintiff with all necessary accommodations, including but not limited to academic tutoring, and both necessary testing accommodations, to wit, a low distraction environment and additional time "time and one half".

iv. Awarding Plaintiff his reasonable attorneys' fees, costs and litigation expenses incurred in prosecuting this action; and

v. Granting such further relief that this Honorable Court deems to be just and proper.


**[THIS AREA INTENTIONALLY LEFT BLANK]**

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial of all matters so triable as a matter of right.

DATED: November 14, 2025

THE ROSSI LAW FIRM P.A.
Attorney for Plaintiff
Sole Building, 533 NE 3rd Avenue
Ground Floor-Suite 2
Fort Lauderdale, FL 33301
Email: attorneyrichardrossijr@gmail.com
Telephone: (954) 357-3010
Fax: (954) 318-3690

By: */s/ Richard Rossi Jr., Esq.*
Richard Rossi Jr, Esq.
Florida Bar Number: 125876

# EXHIBIT "A"

# SCHOOL CATALOG
## 2022 - 2023



Jacksonville, Florida | Effective August 13, 2022

CONCORDE℠

NOT AN OFFICIAL COPY - PUBLIC ACCESS ADVERTISEMENT ONLY

# Table of Contents

History of the School | Page 4
Locations & Contact Information | Page 4
Our Mission Statement | Page 4
  Values | Page 4
Governing Body | Page 4
Accreditations, Approvals & Memberships | Page 5
  Institutional Accreditations | Page 5
  Programmatic Accreditations | Page 5
Campus Facilities | Page 5
General Facilities | Page 5
Equipment | Page 6
  Cardiovascular Sonography Program | Page 6
  Dental Assistant Program | Page 6
  Diagnostic Medical Sonography Program | Page 6
  EKG Technician | Page 6
  Medical Assistant Program | Page 6
  Medical Office Administration Program | Page 6
  Nursing Programs | Page 6
  Patient Care Assistant | Page 7
  Phlebotomy Technician | Page 7
  Physical Therapist Assistant Program | Page 7
  Respiratory Therapy Program | Page 7
  Surgical Technologist Program | Page 7
  Audiovisual Aids | Page 7
Admissions | Page 8
Entrance Requirements | Page 8
  General Admissions Requirements | Page 8
  Social Security Number | Page 8
  Foreign Students | Page 9
  Foreign Transcripts | Page 9
  Document Integrity | Page 9
  Personal Interview | Page 9
  Acceptance by the School | Page 9
  Student Orientation | Page 9
  Waitlists | Page 9
  Alternates | Page 9
  Retesting for Waitlist Students | Page 10
  Distance Education | Page 10
Entrance Assessment Requirements | Page 10
  Clinical Programs | Page 10
  Core Programs | Page 11
  Cardiovascular Sonography | Page 11
  Diagnostic Medical Sonography Program | Page 11
  Nursing Program | Page 11
Program-Specific Selective Admissions Criteria | Page 11
Readmission | Page 12
Criminal Background Check | Page 12
Drug Screening | Page 13
Disclosure Concerning Arbitration and Class Action Waiver | Page 13
Articulation Partnerships for Concorde | Page 13
Veterans Administration Students | Page 14
Statement of Nondiscrimination | Page 14
Programs of Study | Page 15
Cardiovascular Sonography | Page 15
Dental Assistant | Page 17
Diagnostic Medical Sonography | Page 19
EKG Technician | Page 21
Medical Assistant | Page 22
Medical Office Administration | Page 25
Nursing | Page 27
Patient Care Assistant | Page 30
Phlebotomy Technician | Page 31
Physical Therapist Assistant | Page 32
Practical Nursing | Page 35
Respiratory Therapy | Page 37
Sterile Processing Technician | Page 40
Surgical Technologist | Page 41
Continuing Education Courses | Page 44
Financial Information | Page 45

Financing Requirements | Page 45
Cancellation & Refund | Page 45
  Student's Right to Cancel | Page 45
  Student's Right to Withdraw | Page 45
  Refund Policy | Page 45
  Refund Calculation | Page 46
  Student Notifications Regarding Withdrawal and Refunds | Page 46
Financial Aid Office | Page 46
  Student Responsibilities | Page 46
Financial Aid | Page 46
  Federal Pell Grant | Page 46
  Federal Supplemental Educational Opportunity Grant (FSEOG) | Page 46
  Federal Subsidized and Unsubsidized Loans | Page 47
  Federal Parent Loans for Undergraduate Students (PLUS) | Page 47
  Default | Page 47
  Florida Bright Futures Scholarships | Page 47
  Florida Student Assistance Grant Program | Page 47
  Alternative Financing | Page 47
  Other Aid | Page 47
  Veterans Administration Students | Page 47
  Partnership Agreements | Page 47
  Scholarships | Page 48
Education Costs | Page 50
Return of Title IV Funds Policy | Page 50
Refund Procedures for Non-Title IV Financial Assistance | Page 51
Student Information & Affairs | Page 52
Annual Security Report | Page 52
Canceled Class Policy | Page 52
Graduate Employment | Page 52
Drug & Alcohol Abuse Policy | Page 52
  Health Risks | Page 52
  Counseling, Treatment, or Rehabilitation Programs | Page 53
  Penalties | Page 53
Health Requirements | Page 53
General Information | Page 53
  Accessibility for Disabilities | Page 53
  Cellular Phones | Page 53
  Commencement Ceremonies | Page 53
  Community Activities | Page 54
  Customized Training | Page 54
  Day Care Services | Page 54
  Eating & Smoking | Page 54
  Emergency Telephone Numbers | Page 54
  Institutional Information Dissemination | Page 54
  Insurance | Page 54
  International Student Services | Page 54
  Language of Instruction | Page 54
  Lost Books & Supplies | Page 54
  Maximum Class Size | Page 54
  Parking | Page 54
  Personal Belongings | Page 54
  Personal Data Changes | Page 54
  Refresher Training | Page 55
  Student Affairs | Page 55
  Student Housing | Page 55
  Student Injuries | Page 55
Student Complaint & Grievance Policy | Page 55
Student Guidance & Advising | Page 56
Changes | Page 56
Academic Information | Page 57
Clinical Experience/Externship | Page 57
Criteria for Assessing Student Performance While on Externship | Page 58
Student Records | Page 58
Records on Hold | Page 58
Academic Units of Credit | Page 58
Financial Aid Units of Credit | Page 59
Measure of Program Duration | Page 59
Withdrawal Policy | Page 59
  Student-Initiated Withdrawal | Page 59
  Withdrawal for Violation of School Policy | Page 59

*Course Drop/Add Policy | Page 59*
*Course Withdrawal Policy | Page 59*
Program Changes | Page 59
Program Monitoring | Page 59
Dress Code | Page 60
Licensure Payment Policy | Page 60

## Distance Education/Online | Page 62
Attendance Requirements | Page 62
Learning Activities | Page 62
Faculty/Student Interaction & Academic Advising | Page 63
Student Services | Page 63
Learning Resources | Page 63
Learning Outcomes | Page 63
Graduation Requirements | Page 63
Health Screens | Page 63
Uniforms | Page 63

## Academic Standards | Page 64
Attendance Policy | Page 64
*General | Page 64*
*Blended Programs (exclusive of externship & clinical) | Page 64*
*Excessive Absences | Page 64*
*Attendance Warning | Page 64*
*Attendance Probation | Page 64*
*Return to Good Standing | Page 65*
*Externships Courses | Page 65*
*Clinical Classes | Page 65*
*Online Courses and Programs | Page 65*
Make-Up Work | Page 65
Marital, Parental and Military Leave Statuses | Page 65
Campus Safety Policy | Page 66
Student Code of Conduct | Page 66
*Student Code of Conduct Offenses | Page 67*
Non-Discrimination Policy | Page 68
*Sexual Harassment | Page 68*
*Sexual Offender Registry | Page 69*
*Racial, Religious, or National Origin Harassment | Page 69*
*How to Report Instances of Discrimination or Harassment | Page 69*
*Concorde's Commitment to No Discrimination or Harassment Policy | Page 69*
Sex Discrimination and Harassment Prohibition—Title IX Policy | Page 69
Sex Discrimination and Harassment Prohibition Procedures—Title IX Procedures, Including Grievance Procedures | Page 70
Student Computer Network and Internet Conduct | Page 78
Confidentiality Statement | Page 79
Graduation Requirements | Page 80
Family Educational Rights and Privacy Act | Page 80
*Student Rights Under FERPA | Page 80*
*Concorde Rights Under FERPA | Page 80*
*Release of Personally Identifiable Information (PII) | Page 81*
Students With Disabilities Policy | Page 82
*Procedures for Requesting Academic Adjustment and/or Auxiliary Aid | Page 82*
*Grievance Procedure Regarding Students With Disabilities | Page 83*
Official Letter Grading Scale | Page 83
*Incomplete Grades  | Page 83*
*Course Co-Requisites  | Page 84*
*Grading Scale Key | Page 84*
*General Education Classes & Core Programs  | Page 84*
*Clinical Program Content Courses  | Page 84*
*Practical Nursing & Associates Degree of Nursing Courses  | Page 84*
*Pass/Fail Courses | Page 85*
Satisfactory Academic Progress Policy | Page 85
*Cumulative Grade Point Average (CGPA) | Page 85*
*Rate of Progress (ROP) | Page 85*
*Maximum Time Frame (MTF) | Page 85*
*SAP Evaluation | Page 85*
*Non-Term Programs | Page 85*
*Academic Warning | Page 85*
*Academic Probation | Page 86*
*Term Based Programs | Page 86*
*Academic Warning | Page 86*
*Academic Probation | Page 86*

*All Program | Page 86*
*Active Status | Page 86*
*Financial Aid (FA) Warning | Page 86*
*Financial Aid (FA) Probation | Page 86*
*Academic Success Plan | Page 86*
*Satisfactory Academic Progress Appeals | Page 86*
Transfer of Credit to Other Institutions | Page 87
Transfer of Credit to Concorde | Page 87
Students From Other Concorde Career Institutes/Colleges | Page 88
Residency Requirements | Page 88
Repetitions | Page 88
Veterans Administration Students | Page 88
Copyright Infringement | Page 89
Outside Classroom Work | Page 89
Scholastic Honesty | Page 89

## Program Course Descriptions | Page 90
Course Numbering System | Page 90

## Calendar | Page 120
*2021 Student Holidays | Page 120*
*2022 Student Holidays | Page 120*
*Graduation Dates | Page 120*
*Classroom Break Schedules | Page 120*
*Clinical Schedules | Page 120*
*Externship Schedules | Page 120*
*Hours of Operation | Page 121*
*Cardiovascular Sonography 2020 | Page 121*
*Cardiovascular Sonography 2021 | Page 121*
*Cardiovascular Sonography 2022 | Page 121*
*Dental Assistant 2021 | Page 121*
*Dental Assistant 2022 | Page 122*
*Diagnostic Medical Sonography 2020 | Page 122*
*Diagnostic Medical Sonography 2021 | Page 122*
*Diagnostic Medical Sonography 2022 | Page 123*
*EKG Technician 2021 | Page 123*
*Medical Assistant 2021 | Page 123*
*Medical Assistant 2022 | Page 124*
*Medical Office Administration 2021 | Page 124*
*Medical Office Administration 2022 | Page 125*
*Patient Care Assistant 2021 | Page 125*
*Phlebotomy Technician 2021 | Page 126*
*Physical Therapy Assistant 2020 | Page 126*
*Physical Therapy Assistant 2021 | Page 126*
*Physical Therapy Assistant 2022 | Page 126*
*Nursing 2020 | Page 126*
*Nursing 2021 | Page 127*
*Nursing 2022 | Page 127*
*Practical Nursing 2020 | Page 127*
*Practical Nursing 2021 | Page 127*
*Practical Nursing 2022 | Page 128*
*Respiratory Therapy 2020 | Page 128*
*Respiratory Therapy 2021 | Page 128*
*Respiratory Therapy 2022 | Page 128*
*Sterile Processing Technician 2021 | Page 128*
*Surgical Technologist 2020 | Page 129*
*Surgical Technologist 2021 | Page 129*
*Surgical Technologist 2022 | Page 129*

## Program Costs | Page 130

## Personnel | Page 132
*Administration | Page 132*
*Admissions | Page 132*
*Business Office | Page 132*
*Cardiovascular Sonography | Page 132*
*Dental Assistant Program | Page 133*
*Diagnostic Medical Sonography Program | Page 133*
*Education | Page 133*
*Financial Aid | Page 133*
*General Education | Page 134*
*Graduate Employment | Page 134*
*Medical Assistant Program | Page 134*
*Medical Office Administration Program | Page 134*
*Nursing Program | Page 134*
*Physical Therapist Assistant Program | Page 135*
*Practical Nursing Program | Page 135*
*Respiratory Therapy Program | Page 136*
*Surgical Technologist Program | Page 136*

# History of the School

Concorde Career Institute was founded in 1968 as the Florida College of Medical and Dental Assistants. In 1974, Concorde Career Colleges, Inc., of Mission, Kan., purchased it. In 1989, the name was changed to Concorde Career Institute. In February 2010, Concorde Career Institute opened a branch location in Orlando, Fla. In 2013, Concorde Career Institute moved to its new location on Salisbury Road.

# Locations & Contact Information

The campus is located at 7259 Salisbury Road, Jacksonville, FL 32256; Phone: 904-725-0525; Fax: 904-721-9944; www.concorde.edu. Class sessions are held at this location, with the exception of clinical/externship activities.

# Our Mission Statement

Concorde prepares committed students for successful employment in a rewarding healthcare profession through high-caliber training, real-world experience, and student-centered support.

This is Our Mission, our North Star, a guiding light that defines and illuminates the course to our future and for potential students, the path to a successful healthcare career. It defines our handshake with students and establishes the primacy of that covenant. We acknowledge their commitment, the financial and personal sacrifices they make to attend Concorde. We dedicate ourselves to making their sacrifices manageable, and we commit to truly preparing them for success in a gainful healthcare profession.

Our students have set very immediate goals for starting careers. The practical hands-on learning needed to attain their goals is foremost in their minds. We satisfy their expectations by modeling our faculty, facilities, equipment, and curriculum after the healthcare field they will enter.

We know that the ultimate judge of their preparation will be their future employers. Employers expect our students to have more than just knowledge and technical skills. They are looking for integrity, discipline, team play, and the drive that defines professionals, and we accept responsibility for modeling and instilling those values. We partner with employers to ensure our programs reflect real work expectations and settings through program advisory boards, externships, and clinical rotations. Once students have completed their training, we again call on our network of employer relationships to support them in securing a job in their chosen profession.

Throughout our students' preparation, we endeavor to meet the highest practicable standards, and our faculty, equipment, and facilities reflect that commitment. We strive for superior outcomes in student satisfaction, program completion and, most importantly, career placement.

Concorde prepares committed students for successful employment in a rewarding healthcare profession through high-caliber training, real-world experience, and student-centered support.

We are Concorde Career College and this is Our Mission.

# Values

## The five core values at Concorde are:

- Integrity
- Respect for the Individual
- Customer Service
- Teamwork
- Achievement

# Governing Body

Concorde Careers-Florida Inc., a wholly owned subsidiary of Concorde Career Colleges, Inc., 5800 Foxridge Drive, Suite 500, Mission, KS 66202-2336, is a national network of proprietary schools offering training in allied health occupations. Concorde is owned by a private equity firm, Liberty Partners.

The Corporate officers are:

| Name | Education/Credentials | Title |
|---|---|---|
| Frazier, Jami | | Chief Executive Officer |
| Fisher, Juli | | Chief Financial and Administrative Officer |
| Hatcher, Jeremiah | | Corporate Secretary |

The Board of Directors are:

| Name | Education/Credentials | Title |
|---|---|---|
| Foster, Timothy E. | | Chairman |
| Evans, W. Chester | | |

| Stakias, George M. | | |
|---|---|---|

# Accreditations, Approvals & Memberships
## Institutional Accreditations

- Accredited by the Accrediting Commission of Career Schools and Colleges (ACCSC), a national accrediting agency recognized by the U.S. Department of Education.
- Eligible to participate in the student financial assistance programs authorized by Title IV of the Higher Education Act of 1965, as amended.
- Licensed by the Commission for Independent Education, Florida Department of Education. Additional information regarding this institution may be obtained by contacting the Commission at 325 West Gaines Street, Suite 1414, Tallahassee, FL 32399; 888-224-6684; License No. 87.
- A member of the Florida Association of Postsecondary Schools and Colleges.
- Approved for the use of VA Educational Benefits for those who are eligible.

## Programmatic Accreditations
### Dental Assistant Program

The Dental Assistant program is approved by the Florida State Board of Dentistry to certify Dental Assisting students in expanded duties and radiology. Department of Health, Board of Dentistry: 4052 Bald Cypress Way; Bin C-08, Tallahassee, FL 32399-3258; 850-488-0595; floridasdentistry.gov.

### Nursing Program

The Nursing program is approved by the Florida Department of Health, Division of Medical Quality Assurance, Florida Board of Nursing. Department of Health, Board of Nursing: 4052 Bald Cypress Way, Bin C-02, Tallahassee, FL 32399-3252; 850-488-0595; floridasnursing.gov. The program is currently in a Board of Nursing approved teach out and students are no longer being enrolled.

### Physical Therapist Assistant Program

The Physical Therapist Assistant program at Concorde Career Institute – Jacksonville is accredited by the Commission on Accreditation in Physical Therapy Education (CAPTE), 3030 Potomac Ave., Ste 100, Alexandria, Virginia 22305; telephone: 703-706-3245; email: accreditation@apta.org; website: http://capteonline.org. If needing to contact the program/institution directly please call 904-725-0525 or email LHurtak@concorde.edu.

## Practical Nursing Program

The Practical Nursing program is approved by the Florida Department of Health, Division of Medical Quality Assurance, Florida Board of Nursing. Department of Health, Board of Nursing: 4052 Bald Cypress Way, Bin C-02, Tallahassee, FL 32399-3252; 850-488-0595; floridasnursing.gov.

## Respiratory Therapy Program

The Respiratory Therapy program (#200545) is accredited by the Commission on Accreditation for Respiratory Care; www.coarc.com.

## Surgical Technologist Program

The Surgical Technologist program is accredited by the Commission on Accreditation of Allied Health Education Programs (CAAHEP), 9355 113th Street N., #7709, Seminole, FL 33775-7709; 727-210-2350; www.caahep.org, as recommended by the Accreditation Review Council on Education in Surgical Technology and Surgical Assisting (ARC/STSA), 19751 E Mainstreet, Ste 339, Parker, CO, 80138; 303-694-9262; www.arcstsa.org.

# Campus Facilities
In addition to administrative offices for faculty and staff, there are various laboratories and other facilities provided for students totaling over 47,000 square feet of space.

# General Facilities
Among the various classrooms, laboratories, and other facilities provided for students are (varies by campus/program):

- A dental laboratory equipped with workstations used for preparation of models and other dental lab work;
- A dental x-ray laboratory equipped for the processing of dental x-rays;
- Medical labs equipped with computers, examining rooms, labs and microscope benches;
- A medical x-ray laboratory equipped with active x-ray equipment;
- An x-ray dark room equipped for the processing of medical x-rays;
- Occupational therapy laboratory space replicates an apartment setting in order for students to practice various life skill functions; mannequins and equipment found in hospitals, nursing homes, and other healthcare organizations;
- A pharmacy technician laboratory equipped with computers, IV flow hoods, compounding scales, and unit dose cart;

- A physical therapy lab equipped with treatment tables, exercise equipment, ambulation devices, and modality units;
- A nursing skills lab equipped with patient care equipment;
- A respiratory therapy laboratory equipped with ventilators and other related equipment;
- A surgical technologist laboratory equipped with simulated operating room and scrub area;
- Computer labs equipped with Microsoft® Windows, Microsoft® Office, office management software, and equipment for self-paced keyboarding and typing;
- A Learning Resource Center (LRC), providing a quiet area where students may refer to various publications, journals, and other technical manuals and use computers to access the Internet for research.

Students will be held responsible and accountable for books and other items belonging to Concorde Career Colleges, Inc., and the LRC. Once a book, or other item, is borrowed from the LRC by a student, it becomes the responsibility of the receiver (student) to maintain the integrity/condition of the book and return the item within three business days (excluding Saturdays, Sundays, and holidays). Students who have checked out a book from the LRC will have three business days to use the item in its educational capacity. If the book is needed for longer than the three-day checkout, it may be rechecked at the discretion of the LRC Coordinator. If the book is then not returned within the three-day period, a charge of $.50 per day will be assessed. If the student loses the book, the student will be responsible for paying the original list price for the lost book. If the student damages the book, the student can be charged a minimum of $10, up to full, original list price, depending on the damage and ability to reuse the book. Students are placed on Records Hold until all LRC materials are either returned or the replacement cost of any damaged or lost materials is paid.

- A nonsmoking student lounge, which includes vending machines and microwaves, is available for student use.

# Equipment

Equipment and instruments are available to instruct students in the skills they will need in their chosen careers. Concorde students acquire knowledge and technical skills through demonstrations, actual operation of equipment, and the practice of techniques. Among the major items of equipment available to Concorde students are the following (by program):

## Cardiovascular Sonography Program

Equipment includes hospital beds, various ultrasound scanning systems, ultrasound transducers (abdominal, vascular, cardiac), ABI scanning equipment, simulation training computers, medical record software, medical ultrasound printer and scanning simulation mannequins.

## Dental Assistant Program

This program offers fully equipped, fully functional dental operatories with dental x-ray units, panoramic x-ray, complete darkroom facilities, amalgamators and x-ray mannequins. In addition, it has a dental lab complete with lathe, model-trimmers, bench engine, vibrators, sterilization equipment, scutan (for fabrication of temporary crowns), visible curing illuminator light, and dental chairs. Computer systems and miscellaneous teaching aids are also available.

## Diagnostic Medical Sonography Program

Equipment includes hospital beds, various ultrasound scanning systems, ultrasound transducers (abdominal, vascular, endovaginal), ABI scanning equipment, simulation training computers, medical record software, medical ultrasound printer and scanning simulation mannequins.

## EKG Technician

Equipment includes electrocardiograph machines, exam tables, electrocardiograph electrodes and other EKG related supplies.

## Medical Assistant Program

The equipment for this program includes stethoscopes, a glucometer, sphygmomanometers, examination and treatment tables, simulated examination rooms, autoclaves, an otoscope, an ophthalmoscope, electrocardiogram machines, microscopes, centrifuges, teaching mannequins, computer systems, and other miscellaneous teaching aids.

## Medical Office Administration Program

Equipment for this program includes computer systems with Medical Manager® software and miscellaneous teaching aids.

## Nursing Programs

The Nursing program is equipped with catheters, nasogastric tubes, needles, syringes, suction machine, a wheelchair, stethoscopes, sphygmomanometers, an electronic thermometer, an opthalmoscope, an otoscope, simulated patient units, hospital beds, teaching mannequins and models, drug cart, hoyer lift, gurney, EKG machine, walkers, canes, glucometers,

feeding pump, bedside commode, Noelle Maternal Birthing simulated mannequin, and other miscellaneous equipment.

## Patient Care Assistant

Equipment includes, catheters, nasogastric tubes, needles, syringes, suction machine, a wheelchair, stethoscopes, sphygmomanometers, an electronic thermometer, an ophthalmoscope, an otoscope, simulated patient units, hospital beds, teaching mannequins and models, drug cart, Hoyer lift, gurney, EKG machine, walkers, canes, glucometers, feeding pump, bedside commode, and other miscellaneous equipment.

## Phlebotomy Technician

Equipment includes blood drawing chairs, microhematacrit machines, Centrifuge, Vacutainer Tubes, Needles and Holders, capillary tubes and other blood drawing supplies.

## Physical Therapist Assistant Program

Equipment includes treatment tables, electromagnetic and electrical stimulation devices, biofeedback units, ultrasound, traction, thermal modalities and adaptive equipment. Therapeutic exercise equipment includes a treadmill, parallel bars, exercise balls, free weights, balance boards, and other devices that promote fine

and gross motor skills. Assistive devices include wheelchairs, walkers, crutches, canes, and orthotics/braces. Assessment equipment includes stethoscopes, goniometers, postural screening boards, pulse oximeters, spirometers, and other teaching aids.

## Respiratory Therapy Program

The equipment for this program includes oxygen devices, aerosol/humidity devices, mechanical ventilators, lung expansion devices, airway maintenance devices, ancillary equipment, and a library complete with respiratory and respiratory-related medical journals, texts, and audiovisual equipment.

## Surgical Technologist Program

A lab equipped with operating room tables, back table, mayo stands, prep table, simulated autoclave, overhead operating surgery lights, anesthesia machines, medical and surgical supply disposal, scrub sinks, IV stands, operating room stretcher, and basic surgical instruments.

## Audiovisual Aids

Concorde's programs are supported with reference books, charts, field trips, demonstrations, and other teaching aids. Speakers from business and industry are used when possible to supplement classroom instruction.

# Admissions

## Entrance Requirements

Prospective students are encouraged to review this catalog prior to signing an Enrollment Agreement.

The school reserves the right to reject applicants and/or rescind eligibility for an applicant to begin classes if all general and selective admissions requirements are not successfully completed within the required timeframe.

Admission to any one program does not automatically qualify a student for admission into any other program. If a student wishes to apply to another program in the future, the individual must independently meet all the admissions requirements in place for that program at the time of the future enrollment. The student will also be subject to all selection procedures in place for admittance into the other program. Admittance into the other program is not guaranteed.

## General Admissions Requirements

The following items must be successfully completed prior to enrollment and prior to being eligible to sit in class:

- Personal interview and campus tour
- Completion of all admissions documentation, including but not limited to the Enrollment Agreement and disclosures
- Completion and passage of applicable entrance assessments
- Completion of Online Readiness Assessment
- Acceptable proof of graduation, which includes one of the following [1]:
- Copy of high school diploma or transcript (must be a standard high school diploma not including special diploma, certificate of completion or other diplomas that do not meet the standards or regular high school requirements)
- Home school transcripts
- Copy of a General Education Diploma (GED) or other high school equivalency exam (e.g. HiSET)
- Copy of official transcripts of a conferred Associate, Bachelor's, Master's or Doctoral degree from an accredited postsecondary institution recognized by the U.S. Department of Education.
  - In accordance with Federal regulations, to be a recognized equivalent of a proof of high school diploma, the following are acceptable:
    1. Successful completion of an associate degree program;
    2. Success completion of at least 60 semester or trimester credit hours or 72 quarter credit hours that did not result in the awarding of an associate degree, but that are acceptable for full credit toward a bachelor's degree at any institution; or
    3. Enrollment in a bachelor's degree program where at least 60 semester or trimester credit hours or 72 quarter credit hours have been successfully completed, including credit hours transferred into the bachelor's degree program.
- Foreign transcripts (high school or college) accompanied by foreign evaluation report and translation (if applicable).

[1] Acceptable documentation of high school graduation must be received by the Institution prior to the student's first scheduled class of the program. It is the student's responsibility to provide acceptable documentation of high school graduation or its equivalency, as well as any additional documentation that may be needed to support the validity of the documentation. Any student who does not provide valid documentation of high school graduation or its equivalent within this timeframe will be unregistered from all classes and his or her program of study.

Prospective students may be conditionally accepted contingent upon satisfaction of all admissions requirements and receipt of supporting documentation no later than the first scheduled day of class.

Admission to Concorde is open to all applicants who will be 18 years of age at the time the clinical/externship portion of their program begins (as applicable). A parent, legal guardian, or spouse of legal age must co-sign the Enrollment Agreement for applicants under 18.

A health certificate, immunization records, and the results of certain tests may be required for some programs.

Applicants must be able to read, speak, and write in English.

All applicants must be citizens, permanent residents, or eligible noncitizens of the United States. Documentation of eligibility status may be required.

Please refer to the "Financial Information" section of this catalog for information on additional requirements applicable to tuition financing.

## Social Security Number

Applicants for admission must possess a valid social security number. Documentation must be provided upon request. A valid social security number is required to be registered and/or certified by appropriate boards. Other documents may be required by some licensing agencies.

## Foreign Students

Applicants indicating that they graduated from a foreign high school and have the equivalent of a U.S. secondary education must present original credentials (diploma, transcript, etc.). In addition, documentation from foreign countries must be translated and certified to be at least the equivalent of a U.S. high school diploma.

## Foreign Transcripts

Coursework taken at a foreign institution (excluding secondary school documents that are in English and are recognized by the U.S. Department of Education) must be evaluated for equivalence to coursework taken at a United States institution. Concorde only accepts for consideration the evaluations of foreign coursework conducted by agencies approved by the National Association of Credential Evaluation Services (NACES) or Association of International Credential Evaluators, Inc. (AICE), which charge applicants directly for these services. Listings of approved agencies can be found at:

- www.naces.org
- www.aice-eval.org

## Document Integrity

Any forged/altered academic document, foreign or domestic, submitted by a prospective student will be retained as property of the Institution and will not be returned to the prospective student. The student will not be considered for admission.

If a student is currently attending, and the Institution becomes aware of a forged credential, the following applies:

- If the forged document was used to admit the student, and the absence of that credential would make the student inadmissible, the student will be dismissed from the Institution with no earned credits awarded; or
- If the forged document was used to gain transfer credit, the student will be dismissed from the Institution and any transfer credit already awarded from the forged credential will be removed.

## Personal Interview

The school requires a personal, on-campus interview with each applicant prior to acceptance into any program. The school encourages parents or spouses to attend the interview. This gives applicants and their families the opportunity to see the campus's equipment and facilities and to ask specific questions relating to the school, the curriculum, and the career training being considered. The personal interview also gives the school the opportunity to meet prospective students and evaluate their qualifications and aptitude. Certain programs may also require an interview with the program director prior to enrollment.

## Acceptance by the School

For Dental Assistant, Medical Assistant, Medical Office Administration and Pharmacy Technician programs, available seats are filled on a first-come-first-served basis once all entrance requirements have been fulfilled.

For all other programs, once all entrance requirements have been completed, the applicant will be placed on a waitlist.

## Student Orientation

Prior to beginning classes, all new students attend an orientation program. Orientation facilitates a successful transition into Concorde; therefore, attendance for new students is imperative regardless of prior college experience. At orientation, students are acquainted with the campus, administrative staff, faculty and their peers. Administrative departments explain ways in which they assist students and clarify students' rights and responsibilities. In the event a student is unable to attend orientation, Student Affairs will meet with the student during the first week of class to ensure all relevant information is reviewed with him/her.

## Waitlists

Concorde limits the number of students who are accepted for admission to its programs to maintain optimum faculty to student ratios and ensure appropriate clinical opportunity for all students. Once all applicants are processed, those placed on the waitlist will be ranked using a rubric. The rubric is a points-based assessment, with points awarded based on applicant success in the following components: Online Readiness Assessment, clinical entrance assessment, interview with department personnel, and financial readiness.

## Alternates

Depending on circumstances, students may be conditionally accepted into certain programs as an Alternate Student. Alternates are chosen based on the rank order of the waitlist. Waitlist applicants selected as an alternate must attend orientation and all classes scheduled in the first seven calendar days. Alternates are subject to the requirements of the school catalog, including attendance, behavior, dress code, and classroom assignments.

Should space become available within the seven days, alternates have the opportunity to be accepted as regular students. If not formally accepted as regular students during the seven days, alternates will not be able to attend further classes. If not accepted as regular students, alternates will not incur any tuition charges. Alternates may be charged for books and equipment not returned in accordance with the requirements of the school catalog and the Enrollment Agreement.

Alternates not accepted as regular students have the option of transferring their enrollment to a future start date or canceling it.

## Retesting for Waitlist Students

Prospective students who are placed on a waitlist for any program may retest for a higher score at their own expense. Contact the Director of Admissions for further information.

## Distance Education

Currently, the school offers General Education classes and certain core classes through online delivery. The online courses are offered through a consortium agreement with Concorde Career College, Kansas City, Mo. Certain courses may only be offered in a distance education format; therefore, all students must meet the requirements outlined in the "Distance Education/Online" section of this catalog.

In addition to the Entrance Assessment Requirements below, all students must take an Online Readiness Assessment (ORA) immediately following the first attempt of the Wonderlic. A passing score on the Wonderlic does not preclude the requirement for the applicant to complete the ORA. The ORA is used for assessing the applicant's readiness for online coursework and to identify any obstacles where he or she may need extra support or guidance.

# Entrance Assessment Requirements

Prospective students applying for admission who are high school graduates or hold a GED must meet the minimum assessment scores as follows:

| | Wonderlic SLE | HESI A$^2$ |
|---|---|---|
| Cardiovascular Sonography | 21 | 75 |
| Dental Assistant | 8 | N/A |
| Diagnostic Medical Sonography | 21 | 75 |
| EKG Technician | 8 | N/A |
| Medical Assistant | 8 | N/A |
| Medical Office Administration | 8 | N/A |
| Nursing | 21 | 75 |
| Patient Care Assistant | 8 | N/A |
| Phlebotomy Technician | 8 | N/A |
| Physical Therapist Assistant | 18 | 70 |
| Practical Nursing | 17 | 70 |
| Respiratory Therapy | 17 | 70 |
| Sterile Processing Technician | 8 | N/A |
| Surgical Technologist | 17 | 65 |

Applicants for all programs may attempt the Wonderlic a total of three times and, when required, the Health Education Systems, Inc. (HESI) A$^2$ entrance assessment a total of two times. If the minimum score is not met, the applicant must wait six (6) months before retesting.

All previously completed HESI assessments from Concorde or another institution will be accepted at Concorde's approved acceptable minimum scores if completed within two years of enrollment. In addition, assessments from other institutions must not have been taken within 30 days of enrollment.

The Wonderlic SLE requirement may be waived upon receipt of documentation of any of the following:

- SAT score of 1000 or above achieved within five years of the date of application to Concorde.
- ACT score of 19 or above achieved within five years of the date of application to Concorde.
- All applicants, including reentry students and former graduates, are exempt from Wonderlic SLE testing if they can provide official proof of earning an Associate's or higher degree that was taught in the English language. Applicants will still be required to take the ORA and HESI if applicable.
- Official proof of successfully passing the Wonderlic SLE within the last two years at the current required score.

## Clinical Programs

Prospective clinical students will sit for the Wonderlic SLE. Prospective students applying for clinical programs that lead to board exams and/or licensure who meet the initial Wonderlic SLE acceptable minimum score will be required to take the HESI. Candidates for these programs must achieve the minimum composite score to move forward in the admissions process.

Those meeting the Wonderlic SLE minimum score requirement and HESI minimum score requirement will be placed on a waitlist, if applicable. The list will be sorted high to low based on the current waitlist criteria. Students will be selected from the waitlist and notified at least two weeks to the start of the program.

## Core Programs

Prospective students will be allowed to attempt the Wonderlic SLE three times in a six-month period for a total of three attempts. All students who meet the initial Wonderlic SLE acceptable minimum score will be eligible for enrollment. After two unsuccessful attempts on the Wonderlic SLE, the student may attempt a third time, but this may not be on the same day, in a six-month period. All students who subsequently meet the acceptable minimum score will be eligible for enrollment.

## Cardiovascular Sonography

Candidates must meet the minimum overall HESI A2 assessment score listed above. In addition, candidates must meet the minimum assessment score on each of the three individual sections of the assessment. The minimum assessment score for each section is 10 points lower than the required HESI A2 overall score listed above.

## Diagnostic Medical Sonography Program

Candidates must meet the minimum overall HESI $A^2$ assessment score listed above. In addition, candidates must meet the minimum assessment score on each of the three individual sections of the assessment. The minimum assessment score for each section is 10 points lower than the required HESI $A^2$ overall score listed above.

## Nursing Program

Candidates must meet the minimum overall HESI $A^2$ assessment score listed above. In addition, candidates must meet the minimum assessment score on each of the three individual sections of the assessment. The minimum assessment score for each section is 10 points lower than the required HESI $A^2$ overall score listed above.

# Program-Specific Selective Admissions Criteria

In addition to meeting the General Admissions Requirements, applicants to the following programs must also meet the following selective criteria.

## Cardiovascular Sonography

The Cardiovascular Sonography program requires a program director interview and a criminal background check for admission. See the "Criminal Background Check" section in this catalog for details.

## Diagnostic Medical Sonography

The Diagnostic Medical Sonography program requires a criminal background check for admission. See the "Criminal Background Check" section in this catalog for details.

## EKG Technician

To be admitted into this course, prospective students must certify that they understand the exam eligibility requirements of the national certification agencies they wish for which they may wish to test. No other entrance requirements or examinations are required.

## Nursing

The Nursing program requires a criminal background check and an interview with the Program Director for admission. See the "Criminal Background Check" section in this catalog for details. The Program Director interview takes into consideration previous academic performance, healthcare experience, and overall professional presentation. The outcome of the Program Director interview is considered in ranking applicants.

## Phlebotomy Technician

To be admitted into this course, prospective students must certify that they understand the exam eligibility requirements of the national certification agencies they wish for which they may wish to test. No other entrance requirements or examinations are required.

## Physical Therapist Assistant

The Physical Therapist Assistant program requires a criminal background check and an interview with the Program Director for admission. See the "Criminal Background Check" section in this catalog for details. The Program Director interview takes into consideration previous academic performance, healthcare experience, and overall professional presentation. The outcome of the Program Director interview is considered in ranking applicants.

## Practical Nursing

The Practical Nursing program requires a criminal background check, drug screen and an interview with the Program Director for admission. See the "Criminal Background Check" and "Drug Testing" sections in this catalog for details. The Program Director interview takes into consideration previous academic

performance, healthcare experience, and overall professional presentation. The outcome of the Program Director interview is considered in ranking applicants.

## Respiratory Therapy

The Respiratory Therapy program requires a criminal background check and an interview with the Program Director for admission. See the "Criminal Background Check" section in this catalog for details. The Program Director interview takes into consideration previous academic performance, healthcare experience, and overall professional presentation. The outcome of the Program Director interview is considered in ranking applicants.

## Sterile Processing Technician

To be admitted into this course, prospective students must certify that they understand the IAHCSMM exam eligibility requirements. No other entrance requirements or examinations are required.

## Surgical Technologist

The Surgical Technologist program requires a criminal background check and an interview with the Program Director for admission. See the "Criminal Background Check" section in this catalog for details. The Program Director interview takes into consideration previous academic performance, healthcare experience, and overall professional presentation. The outcome of the Program Director interview is considered in ranking applicants.

## Readmission
Effective: 06/08/2022

It is Concorde's policy to encourage previously withdrawn students to return to school to complete their education.

Students must meet all entrance requirements in place at the time of readmission. The reentry process requires review and approval of the student's financial status, financial aid eligibility (when applicable), completion of enrollment agreement, collection and review of official transcripts, as well as prior academic performance and any other documentation required by the program the student is reentering. Students may be required to demonstrate skill competency prior to readmission and may have to repeat a course(s) depending on the results. Readmission is contingent upon space availability and requires final approval of the Campus President. Returning students will be enrolled into the program curriculum in place at time of reentry; exceptions may apply for students who are withdrawn in good standing. Students who are dismissed from the program are not eligible for readmission. Under certain conditions, students may be required to complete and

pass a drug screening, at their expense, prior to readmission as outlined in the Drug Screening section of this catalog.

## Criminal Background Check

It is Concorde's policy to ensure that enrolling students are aware of the potential effect and consequences of past criminal behaviors. Externship/clinical sites, employers or state/national licensing agencies have requirements that could prevent a student from completing the program or finding employment in his/her chosen field. Consent to perform a criminal background check must be completed and received as part of the admissions process. Results will be evaluated immediately upon receipt, but no later than the add/drop period. Convictions, guilty pleas or nolo contendere pleas for certain drug-related, fraud-based, or other serious crimes will disqualify a prospective student from remaining actively enrolled; s/he will be unregistered from all courses and the Institution without incurring academic or financial penalty. A listing of the specific offenses that are considered can be obtained from the Institution.

If a potential applicant believes that the results of the background check are incorrect, the Institution will provide the student with the contact information to appeal the Institution's decision. However, the application process will not move forward until the appeal is complete, and the student may need to reapply for a future class if the appeal is accepted.

Many states, employers, and agencies impose restrictions on the employment, registration, licensure, or certification of workers with certain criminal convictions. Facilities and institutions that accept Concorde students for clinical rotation and/or externships, as well as potential employers, may require an additional criminal and/or personal background check and may reject a student based on criteria different from those applied to the student during the enrollment process.

Additionally, some agencies and employers may require candidates to submit to a drug screening test. Students with criminal records that include felonies or misdemeanors (including those that are drug-related) or personal background issues such as bankruptcy might not be accepted by these agencies for clinical assignments, externship or employment following completion of the program. Employment and externship decisions are outside the control of the Institution.

Concorde cannot guarantee clinical rotation and/or externship placements for individuals with criminal, drug-related, or personal background histories that preclude them from working in a professional setting.

Applicants who have questions regarding how these issues may affect their clinical/externship placement or potential future employment should discuss this matter with a school official prior to beginning their program.

If the background check is not received by the start date, enrolling students may remain in class for seven calendar days. In the event that the background check provides disqualifying results, the students enrollment will be reversed and all funds returned.

## Drug Screening
Effective: 06/19/2020

Externship and clinical facilities may require the school to follow drug-screening requirements including unannounced screening prior to working with patients. Concorde reserves the right to conduct random drug screening at any time throughout the program. Drug Screening results are confidential, and are evaluated on a pass/fail basis. Students failing the screening will immediately be withdrawn from the school. A student may request a retest at his or her own expense if s/he believes the screening resulted in a false positive. The rescreening must consist of an observed urine test within 24 hours at a facility directed by Concorde. If the retest is negative the student may remain in school. If the results of the retest are diluted, adulterated, and/or a substituted reading, it will be considered "flagged" and will be considered a failed test.

A student withdrawn for a failed drug screening has one opportunity to be eligible to apply for readmission into the school and program of study under the following conditions: Prior to readmission, a drug screening must be taken at the direction of the school and paid for by the student. If the drug screening is negative and the student meets all conditions of the Readmission section of this catalog then the student will be approved to re-enter into the school and program. If the drug screening is positive, the student will be prohibited from reentering the school and program at any time in the future. Any subsequent violation of the drug policy after readmission will result in immediate dismissal.

Students should be advised that Concorde is governed by federal law in matters regarding the possession and use of controlled or illegal substances. As referenced in the Drug & Alcohol Abuse Policy outlined in this catalog, the possession or use of amphetamines, cocaine, marijuana, opiates, and phencyclidine are illegal under federal law.

Additionally, clinical sites may require drug testing as a condition of participation. Concorde does not accommodate student requests to be exempt from placement at clinical/extern sites that require drug testing.

The medical use of marijuana by a qualifying patient or personal caregiver is not subject to criminal or civil liability or sanctions under Florida law. Nothing under the Florida Medical Marijuana Use and Possession law affects or repeals laws relating to non-medical use, possession, production, or the sale of marijuana. While medical marijuana is available in Florida, federal law making its use illegal remains unchanged.

## Disclosure Concerning Arbitration and Class Action Waiver
Effective: 07/06/2020

As part of your enrollment at the school, you are being required to sign an arbitration agreement and class action waiver, which are defined as follows:

Arbitration, a form of alternative dispute resolution, is a way to resolve disputes outside the courts. The dispute will be decided by one or more persons (the 'arbitrators', 'arbiters' or 'arbitral tribunal'), which renders the 'arbitration award'. An arbitration award is legally binding on both sides and enforceable in the courts. A pre-dispute arbitration agreement requires a person to obtain relief through arbitration instead of seeking relief through litigation in the courts.

A class action waiver prevents an individual from bringing or participating in a class action. A class action, also known as a class action lawsuit, class suit, or representative action, is a type of lawsuit where one of the parties is a group of people who are represented collectively by a member of that group.

In addition, the school cannot require that the borrower participate in arbitration, nor in any internal dispute resolution process, prior to the borrower's filing of a defense to repayment claim with the U.S. Department of Education under 34 C.F.R. § 685.206(e); the school cannot in any way require that a student limit, waive, or relinquish their ability to pursue filing a borrower defense claim with the U.S. Department of Education under 34 C.F.R. § 685.206(e); and, if any arbitration is ultimately undertaken pursuant to a pre-dispute arbitration agreement, the period of that arbitration tolls the limitations period for filing a borrower defense to repayment application or claim with the U.S. Department of Education under 34 C.F.R. § 685.206(e)(6)(ii).

## Articulation Partnerships for Concorde

Concorde is proud to partner with a growing list of other institutions of higher education. Articulation partners allow students to continue pursuing their education by

transferring credits earned at Concorde. Transfer of credit and program availability varies by each articulation partner.

Credits that transfer to an institution are done so on an individual course basis. Please contact the Academics or Student Affairs team for details.

Concorde does not guarantee transfer of credit.

## Articulation (Partnership) Agreements

- Chamberlain College of Nursing
- Colorado Technical University
- Denver School of Nursing
- Grand Canyon University
- Grantham University
- Independence University
- Minnesota State University-Mankato
- National American University
- Park University
- Strayer University (Orlando only)
- United States University
- University of Phoenix

# Veterans Administration Students

Students applying for veteran's benefits must report all previous education and training. The school will evaluate any previous postsecondary transcripts to determine appropriate credit. The veteran and Veterans Administration will be notified of any reduction in training time or tuition.

# Statement of Nondiscrimination

No person shall be excluded from participation, denied any benefits, or subjected to any form of discrimination based on race, sex, religion, color, national origin, age, disability, or any other factor protected by law.

# Programs of Study

## Cardiovascular Sonography
**Contact Hours:** 2,100
**Semester Credits:** 85.5
**Instructional Weeks – Full Time:** 80
**Average Time to Complete – Full Time:** 20 Months

Associate in Science Degree Program

### Program Overview
Cardiovascular sonographers use special imaging equipment that directs sound waves into a patient's body (in a procedure commonly known as an ultrasound, sonogram, or echocardiogram) to assess and diagnose various medical conditions.

The Cardiovascular Sonography curriculum integrates didactic and clinical instruction with increasing expectations at each level. Clinical sites utilized by the program are geographically dispersed. Students may have to travel outside of the local area for clinical placements.

### Program Delivery

The Cardiovascular Sonography program is delivered in a blended format. Courses will be delivered entirely online, entirely on-ground or with an appropriate blend of both online and on-ground hours in the same course. Of the 2,100 program hours, a maximum of 700 course hours (33.3%) may be offered online (including general education courses). Campuses may have the option to deliver general education courses either online or on-ground depending on local need and availability specific time, regardless of their eligibility status upon enrollment.

### Program Objectives

To prepare competent entry-level sonographers in the cognitive (knowledge), psychomotor (skills), and affective (behavior) learning domains for the following concentration(s) it offers:

• Adult cardiac sonography

Graduates of this program will develop skills to:

1. Be clinically competent to perform appropriate procedures and record anatomic, pathologic, and/or physiologic data;
2. Apply critical thinking and problem solving skills to exercise discretion and judgment in performance of diagnostic sonography;
3. Demonstrate appropriate communication skills; and
4. Demonstrate professionalism and growth in the profession.

| Course # | Course Title | Theory Hours (Ground/Online) | Lab Hours (Ground/Online) | Clinical Hours (Ground/Online) | Semester Credit Hours |
|---|---|---|---|---|---|
| BIOL1405 * | Anatomy & Physiology | 60 ( 0 / 60 ) | 0 | 0 | 4 |
| COMM1310 * | Elements of Human Communication | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| CVSG1210 | Scanning Lab I | 0 | 80 ( 65 / 15 ) | 0 | 2.5 |
| CVSG1240 | Echocardiography Scanning Lab I | 0 | 80 ( 65 / 15 ) | 0 | 2.5 |
| CVSG1340 | Cardiovascular Pathology | 45 ( 20 / 25 ) | 0 | 0 | 3 |
| CVSG1640 | Echocardiography I | 90 ( 20 / 70 ) | 0 | 0 | 6 |

| | | | | | |
|---|---|---|---|---|---|
| CVSG2250 | Echocardiography Scanning Lab II | 0 | 80 ( 65 / 15 ) | 0 | 2.5 |
| CVSG2251 | Cardiovascular Pharmacology | 30 ( 0 / 30 ) | 0 | 0 | 2 |
| CVSG2280 | Cardiovascular Registry Review | 30 ( 20 / 10 ) | 0 | 0 | 2 |
| CVSG2360 | Vascular Sonography I | 30 ( 5 / 25 ) | 30 ( 30 / 0 ) | 0 | 3 |
| CVSG2370 | Vascular Sonography II | 30 ( 5 / 25 ) | 30 ( 30 / 0 ) | 0 | 3 |
| CVSG2760 | Cardiovascular Clinical Education I | 0 | 0 | 320 ( 320 / 0 ) | 7 |
| CVSG2770 | Cardiovascular Clinical Education II | 0 | 0 | 320 ( 320 / 0 ) | 7 |
| CVSG2780 | Cardiovascular Clinical Education III | 0 | 0 | 320 ( 320 / 0 ) | 7 |
| CVSG2850 | Echocardiography II | 120 ( 20 / 100 ) | 0 | 0 | 8 |
| DMSG1810 | Physics & Instrumentation | 120 ( 60 / 60 ) | 0 | 0 | 8 |
| ECGY1330 | Electrophysiology | 30 ( 5 / 25 ) | 30 ( 30 / 0 ) | 0 | 3 |
| ENGL1310 * | English Composition I | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| HPRS1320 * | Foundations for Health Professionals | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| MATH1320 * | College Algebra | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| PHYS1310 * | General Physics | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| | **Total** | **810 (155/655)** | **330 (285/45)** | **960 (960/0)** | **85.5** |

* These courses may be offered entirely online or entirely on-ground at the campus.

# Dental Assistant

**Contact Hours:** 800
**Semester Credits:** 26
**Instructional Weeks – Full Time:** 32
**Average Time to Complete – Full Time:** 8 Months

Diploma Program

## Program Overview

The Dental Assistant program provides students with sufficient theoretical knowledge and practical skills to perform efficiently in a professional capacity in an entry-level position. This program includes courses covering management skills, appointment scheduling, laboratory procedures, maintenance of patient records, chairside assistance, instructing patients in proper oral hygiene, and assisting in the selection, placement, and removal of rubber dam, sutures, and periodontal packs.

## Skills Proficiency

Students must be able to perform certain skills to work as a Dental Assistant. These skills are learned in the lab portion of the program. The classroom portion of the program is divided into one-half lecture and theory and one-half lab, which is where practical application of theory is performed. The instructor evaluates every lab experiment or practical work. Hands-on instruction with the actual tools of the trade facilitates the transfer from theory to practice. Students will perform certain activities on each other. All students must participate. All students must take and pass a clinical skills test before being released for their externship.

## CPR Certification

To be eligible for American Heart Association (AHA) certification, students must attend all scheduled hours of CPR lecture and pass practical checkoffs and a written exam. A student who is tardy or misses a lecture must repeat the lecture, even if the student passes the checkoffs and written exam. If CPR is offered during another shift in the same term, the student may attend that lecture. If not offered during that term, the student will receive an incomplete for the course until the lecture is repeated. AHA requires that students pass the CPR written test with a grade of at least 84 percent. If below 84 percent, they may retake the exam once. The original test score will be used to calculate the course grade. If the test is retaken and failed a second time, the student must repeat the entire course of CPR instruction. If a student is absent for the entire course, it is his or her responsibility to contact the instructor to find an appropriate session or class to attend. If the student does not do so, he or she may not graduate.

## State Certification

The Florida State Board of Dentistry will issue a certificate for dental radiographer after three months of continuous on-the-job training, assisting in the positioning and exposing of dental radiographic film under the direct supervision of a state-licensed Dentist.

## Program Objectives

- To provide a learning atmosphere that is similar to an actual working atmosphere.
- To provide experience in the clinical area to correlate with classroom instruction.
- To provide the education and skills needed to pass a national registry exam, if needed.
- To instill in the student a sense of professionalism in behavior, attitude, and dress.

Registration and certification requirements for taking and passing this examination are not controlled by Concorde, but by outside agencies, and are subject to change by the agency without notice. Therefore, Concorde cannot guarantee that graduates will be eligible to take this exam, at all or at any specific time, regardless of their eligibility status upon enrollment.

*Georgia residents who graduate from the program and practice in Georgia will not be permitted to practice some duties taught in the program due to differences in scope of practice for Dental Assistants in Georgia. Students are encouraged to request a copy of the current laws/rules governing the practice of dentistry in the state of Georgia.*

| Course # | Course Title | Theory Hours | Lab Hours | Externship Hours | Semester Credit Hours |
|---|---|---|---|---|---|
| CPSO1011 * | Career Path Success A | 15 | 0 | 0 | 0.5 |
| CPSO1012 * | Career Path Success B | 15 | 0 | 0 | 0.5 |
| CPSO1013 * | Career Path Success C | 15 | | | 0.5 |
| CPSO1014 * | Career Path Success D | 15 | | | 0.5 |
| CPSO1015 * | Career Path Success E | 15 | 0 | 0 | 0.5 |
| CPSO1016 * | Career Path Success F | 15 | | | 0.5 |
| DNTA1331 ** | Introduction to Dental Assisting and Dental Terminology | 40 | 40 | | 3 |
| DNTA1333 ** | Dental Specialties | 40 | 40 | | 3 |
| DNTA1335 ** | Materials and Procedures | 40 | 40 | | 3 |
| DNTA1337 ** | Patient Care and Management | 40 | 40 | | 3 |
| DNTA1339 ** | Diagnostics and Orthodontics | 40 | 40 | | 3 |
| DNTA1341 ** | Dental Radiology | 40 | 40 | | 3 |
| DNTA1201 ** | Externship I | | | 115 | 2.5 |
| DNTA1202 ** | Externship II | | | 115 | 2.5 |
| | **Total** | **330** | **240** | **230** | **26** |

*These courses are offered online.*

**A portion of these courses are offered online.*

# Diagnostic Medical Sonography

**Contact Hours:** 2,070
**Semester Credits:** 84.5
**Instructional Weeks – Full Time:** 80
**Average Time to Complete – Full Time:** 20 Months

Associate in Science Degree Program

## Program Overview

Diagnostic medical sonographers use special imaging equipment that directs sound waves into a patient's body (in a procedure commonly known as an ultrasound, sonogram, or echocardiogram) to assess and diagnose various medical conditions.

The Diagnostic Medical Sonography curriculum integrates didactic and clinical instruction with increasing expectations at each level. Clinical sites utilized by the program are geographically dispersed. Students may have to travel outside of the local area for clinical placements.

## Program Delivery

The Diagnostic Medical Sonography program is delivered in a blended format. Courses will be delivered entirely online, entirely on-ground or with an appropriate blend of both online and on-ground hours in the same course. Of the 2,070 program hours, a maximum of 695 course hours (33.6%) may be offered online (including general education courses). Campuses may have the option to deliver general education courses either online or on-ground depending on local need and availability specific time, regardless of their eligibility status upon enrollment.

## Program Objectives

To prepare competent entry-level sonographers in the cognitive (knowledge), psychomotor (skills), and affective (behavior) learning domains for the following concentration(s) it offers:

- Abdominal sonography - Extended
- Obstetrics and gynecology sonography

Graduates of this program will develop skills to:

1. Be clinically competent to perform appropriate procedures and record anatomic, pathologic, and/or physiologic data;
2. Apply critical thinking and problem solving skills to exercise discretion and judgment in performance of diagnostic sonography;
3. Demonstrate appropriate communication skills; and
4. Demonstrate professionalism and growth in the profession.

The program will continually monitor program effectiveness through assessment and evaluation to ensure that the needs of the community are met.

| Course # | Course Title | Theory Hours (Ground/Online) | Lab Hours (Ground/Online) | Clinical Hours (Ground/Online) | Semester Credit Hours |
|---|---|---|---|---|---|
| BIOL1111 * | Anatomy & Physiology I VLab | 0 | 30 ( 0 / 30 ) | 0 | 1 |
| BIOL1121 * | Anatomy & Physiology II VLab | 0 | 30 ( 0 / 30 ) | 0 | 1 |
| BIOL1310 * | Anatomy & Physiology I | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| BIOL1320 * | Anatomy & Physiology II | 45 ( 0 / 45 ) | 0 | 0 | 3 |

| COMM1310 * | Elements of Human Communication | 45 ( 0 / 45 ) | 0 | 0 | 3 |
|---|---|---|---|---|---|
| DMSG1210 | Scanning Lab I | 0 | 80 ( 65 / 15 ) | 0 | 2.5 |
| DMSG1220 | Scanning Lab II | 0 | 80 ( 70 / 10 ) | 0 | 2.5 |
| DMSG1321 | Sonographic Cross-Sectional Anatomy | 45 ( 20 / 25 ) | 0 | 0 | 3 |
| DMSG1810 | Physics & Instrumentation | 120 ( 60 / 60 ) | 0 | 0 | 8 |
| DMSG1820 | Abdominal Sonography | 120 ( 30 / 90 ) | 0 | 0 | 8 |
| DMSG2210 | Scanning Lab III | 0 | 80 ( 70 / 10 ) | 0 | 2.5 |
| DMSG2220 | Registry Review | 30 ( 30 / 0 ) | 0 | 0 | 2 |
| DMSG2230 | General Vascular Sonography I | 30 ( 30 / 0 ) | 0 | 0 | 2 |
| DMSG2240 | General Vascular Sonography II | 30 ( 10 / 20 ) | 0 | 0 | 2 |
| DMSG2710 | Clinical Education I | 0 | 0 | 320 ( 320 / 0 ) | 7 |
| DMSG2720 | Clinical Education II | 0 | 0 | 320 ( 320 / 0 ) | 7 |
| DMSG2730 | Clinical Education III | 0 | 0 | 320 ( 320 / 0 ) | 7 |
| DMSG2810 | OB/GYN Sonography | 120 ( 30 / 90 ) | 0 | 0 | 8 |
| ENGL1310 * | English Composition I | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| HPRS1320 * | Foundations for Health Professionals | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| MATH1320 * | College Algebra | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| PHYS1310 * | General Physics | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| | **Total** | **810 (210/600)** | **300 (205/95)** | **960 (960/0)** | **84.5** |

* These courses may be offered entirely online or entirely on-ground at the campus.

# EKG Technician

**Contact Hours:** 128
**Semester Credits:** 5.5
**Instructional Weeks – Full Time:** 8
**Average Time to Complete – Full Time:** 2 Months

Diploma Program

## Program Overview

EKG technicians use electrodes and other specialized electronic equipment to obtain heart readings known as electrocardiographs (EKGs). They are able to trace and record electrical impulses transmitted by the patient's heart. The recorded data is then reviewed by a physician to evaluate the condition of the patient's heart. The doctor's diagnosis of heart disease is based upon the interpretation of EKG tracings. EKG's are also performed before and after operations, during physicals, for patients with a history of heart disease, when patients are experiencing chest pains and other instances when a physician deems it necessary.

An EKG Technician adheres electrodes to the patient's chest, arms and legs. An EKG machine is used to trace and record electrical impulses transmitted by the patient's heart. After data is collected, the EKG Technician prints an EKG for evaluation by the physician. An EKG Technician with advanced training may also perform Holter monitoring or stress testing.

Graduates of this program may sit for the EKG Technician Certification (ETC) exam given through the American Medical Certification Association (AMCA) at no cost.

This program is not eligible for any Federal Financial Aid or VA programs.

| Course # | Course Title | Theory Hours | Lab Hours | Externship Hours | Semester Credit Hours |
|---|---|---|---|---|---|
| HPRS1313 * | Healthcare Concepts | 64 | | 0 | 3 |
| ECGY1210 ** | Electrocardiography | 32 | 32 | 0 | 2.5 |
| | **Total** | **96** | **32** | **0** | **5.5** |

*These courses are offered online.*

**A portion of these courses are offered online.*

# Medical Assistant

**Contact Hours:** 800
**Semester Credits:** 26
**Instructional Weeks – Full Time:** 32
**Average Time to Complete – Full Time:** 8 Months

Diploma Program

## Program Overview

Whether in a physician's office, a clinic, or hospital-owned physician network, the Medical Assistant performs many services on the physician's behalf. These may include admissions work, preparing the patient for examination or treatment, operating diagnostic equipment, and performing diagnostic procedures. The Medical Assistant is also responsible for the patient's medical records and insurance forms as well as for scheduling appointments and maintaining medical records for the physician.

## Program Objectives

Upon completion of the Medical Assistant program, the student will possess the knowledge and skills required in the areas of anatomy, physiology, pathology, the body systems, medical terminology, medical front office procedures, venipuncture, laboratory diagnostic procedures, EKG, and administration of parenteral medications to function successfully in an entry-level position as a Medical Assistant in a clinic or physician's office.

| Course # | Course Title | Pre-Requisites | Co-Requisites | Theory Hours | Lab Hours | Externship Hours | Semester Credit Hours |
|---|---|---|---|---|---|---|---|
| CPSO1011 * | Career Path Success A | | | 15 | 0 | 0 | 0.5 |
| CPSO1012 * | Career Path Success B | | | 15 | 0 | 0 | 0.5 |
| CPSO1013 * | Career Path Success C | | | 15 | | | 0.5 |
| CPSO1014 * | Career Path Success D | | | 15 | | | 0.5 |
| CPSO1015 * | Career Path Success E | | | 15 | 0 | 0 | 0.5 |
| CPSO1016 * | Career Path Success F | | | 15 | | | 0.5 |
| MDCA1312 ** | Medical Assisting A | | | 40 | 40 | | 3 |
| MDCA1322 ** | Medical Assisting B | | | 40 | 40 | | 3 |
| MDCA1332 ** | Medical Assisting C | | | 40 | 40 | | 3 |
| MDCA1342 ** | Medical Assisting D | | | 40 | 40 | | 3 |
| MDCA1352 ** | Medical Assisting E | | | 40 | 40 | | 3 |
| MDCA1362 ** | Medical Assisting F | | | 40 | 40 | | 3 |
| MDCA1201 ** | Externship I | CPSO1011 CPSO1012 CPSO1013 CPSO1014 CPSO1015 | | | | 115 | 2.5 |

|  |  | CPSO1016 |  |  |  |  |
|  |  | MDCA1312 |  |  |  |  |
|  |  | MDCA1322 |  |  |  |  |
|  |  | MDCA1332 |  |  |  |  |
|  |  | MDCA1342 |  |  |  |  |
|  |  | MDCA1352 |  |  |  |  |
|  |  | MDCA1362 |  |  |  |  |
| MDCA1202 ** | Externship II | MDCA1201 |  |  | 115 | 2.5 |
|  |  | **Total** | **330** | **240** | **230** | **26** |

*These courses are offered online.*

**A portion of these courses are offered online.*

**For all students starting on or after July 11, 2022**

## Program Delivery

The Medical Assistant program is delivered in a blended format. Courses will be delivered entirely online, entirely on-ground or with an appropriate blend of both online and on-ground hours in the same course. Of the 800 program hours, a maximum of 400 course hours (50.0%) may be offered online.

| Course # | Course Title | Pre-Requisites | Co-Requisites | Theory Hours (Ground/Online) | Lab Hours (Ground/Online) | Externship Hours (Ground/Online) | Semester Credit Hours |
|---|---|---|---|---|---|---|---|
| MDCA1313 | General Patient Care, Skeletal and Muscular Systems |  |  | 55 ( 10 / 45 ) | 40 ( 30 / 10 ) | 0 | 3.5 |
| MDCA1323 | Medical Ethics, Nervous and Sensory Systems |  |  | 55 ( 10 / 45 ) | 40 ( 30 / 10 ) | 0 | 3.5 |
| MDCA1333 | Office Procedures, Digestive and Reproductive Systems |  |  | 55 ( 10 / 45 ) | 40 ( 30 / 10 ) | 0 | 3.5 |
| MDCA1343 | Endocrine, Cardiology, and Professional Communication |  |  | 55 ( 10 / 45 ) | 40 ( 30 / 10 ) | 0 | 3.5 |
| MDCA1353 | Diagnostic Procedures, Hematology, Urinary System & Medical Billing |  |  | 55 ( 10 / 45 ) | 40 ( 30 / 10 ) | 0 | 3.5 |
| MDCA1363 | Pharmacology, Health Insurance and Respiratory System |  |  | 55 ( 10 / 45 ) | 40 ( 30 / 10 ) | 0 | 3.5 |
| MDCA1201 | Externship I | MDCA1313 MDCA1323 |  |  |  | 115 ( 80 / 35 ) | 2.5 |

| | | | | | |
|---|---|---|---|---|---|
| | | MDCA1333 | | | |
| | | MDCA1343 | | | |
| | | MDCA1353 | | | |
| | | MDCA1363 | | | |
| MDCA1202 | Externship II | MDCA1201 | | 115 ( 80 / 35 ) | 2.5 |
| | | **Total** | 330 (60/270) | 240 (180/60) | 230 (160/70) | 26 |

# Medical Office Administration

**Contact Hours:** 800
**Semester Credits:** 26
**Instructional Weeks – Full Time:** 32
**Average Time to Complete – Full Time:** 8 Months

Diploma Program

## Program Overview

The Medical Office Administration (MOA) program is a generalist program that equips graduates with the skills necessary to function in a wide range of medical office, business, and financial settings. Specific skills include accounts receivable and payable, billing and fee collection, payroll and taxes, records management, insurance claims processing, insurance coding, typing and word processing, medical terminology, anatomy, oral and written communications, and public relations.

## Program Purpose

The purpose is to provide sufficient theoretical knowledge and practical skills to function successfully in entry-level positions. It prepares students for the American Academy of Professional Coders certification test. Students focus on computer skills, medical terminology, anatomy and physiology, medical office procedures, psychosocial skills, office procedures, insurance, and ancillary coding procedures with continuous practice in school labs, plus an intensive externship with a participating provider.

Registration and certification requirements for taking and passing this examination are not controlled by Concorde, but by outside agencies, and are subject to change by the agency without notice. Therefore, Concorde cannot guarantee that graduates will be eligible to take this exam, at all or at any specific time, regardless of their eligibility status upon enrollment.

## Skills Proficiency

Students must perform certain skills to work in a medical office position and be proficient in program work. Keyboarding/10-key lessons are designed to enable the student to perform at an acceptable rate. Hands-on instruction with tools of the trade facilitates the transfer from theory to practice. All students must participate.

## Program Delivery

The Medical Office Administration program is delivered in a blended format. Courses will be delivered entirely online, entirely on-ground or with an appropriate blend of both online and on-ground hours in the same course. Of the 800 program hours, a maximum of 520 course hours (65.0%) may be offered online.

## Program Objectives

- To prepare students with sufficient theoretical knowledge to secure entry-level employment in medical office positions.
- To provide a learning atmosphere that is similar to an actual working atmosphere and experience in the clinical area to correlate with classroom instruction.
- To instill a sense of professionalism in behavior, attitude, and dress and foster a basic work ethic that will enhance professionalism and skills in work performance.

| Course # | Course Title | Theory Hours (Ground/Online) | Lab Hours (Ground/Online) | Clinical Hours (Ground/Online) | Semester Credit Hours |
|----------|--------------|------------------------------|---------------------------|--------------------------------|-----------------------|
| CPSO1011 * | Career Path Success A | 15 ( 0 / 15 ) | 0 | 0 | 0.5 |
| CPSO1012 * | Career Path Success B | 15 ( 0 / 15 ) | 0 | 0 | 0.5 |
| CPSO1013 * | Career Path Success C | 15 ( 0 / 15 ) | | | 0.5 |
| CPSO1014 * | Career Path Success D | 15 ( 0 / 15 ) | | | 0.5 |

| | | | | | |
|---|---|---|---|---|---|
| CPSO1015 * | Career Path Success E | 15 ( 0 / 15 ) | 0 | 0 | 0.5 |
| CPSO1016 * | Career Path Success F | 15 ( 0 / 15 ) | | | 0.5 |
| POFM1312 * | Medical Office Procedures | 40 ( 0 / 40 ) | 40 ( 20 / 20 ) | | 3 |
| POFM1322 * | Computer Applications | 40 ( 0 / 40 ) | 40 ( 20 / 20 ) | | 3 |
| POFM1332 * | Medical Insurance Coding I | 40 ( 0 / 40 ) | 40 ( 20 / 20 ) | | 3 |
| POFM1342 * | Medical Insurance Coding II | 40 ( 0 / 40 ) | 40 ( 20 / 20 ) | | 3 |
| POFM1352 * | Medical Insurance Claims Processing | 40 ( 0 / 40 ) | 40 ( 20 / 20 ) | | 3 |
| POFM1362 * | Medical Office Applications | 40 ( 0 / 40 ) | 40 ( 20 / 20 ) | | 3 |
| POFM1201 ** | Externship I | | | 115 ( 80 / 35 ) | 2.5 |
| POFM1202 ** | Externship II | | | 115 ( 80 / 35 ) | 2.5 |
| | **Total** | **330 (0/330)** | **240 (120/120)** | **230 (160/70)** | **26** |

*These courses are offered online.*

**A portion of these courses are offered online.*

# Nursing

**Contact Hours:** 1,600
**Instructional Weeks – Full Time:** 80
**Average Time to Complete – Full Time:** 20 Months

Associate in Science Degree Program

74.5 Semester Hours

**Concorde Career Institute, Jacksonville, is no longer enrolling students into the Nursing program.**

## Program Overview

The Nursing program prepares students for entry-level, Registered Nurse positions. Successful completion of the Nursing program leads to the award of an Associate in Science degree and permits the graduate to apply to take the National Council Licensure Examination for Registered Nurses® (NCLEX-RN) and to the State Board of Nursing for licensure. Licensure may be denied by the Board of Nursing for reasons that include, but are not limited to, fraud/deceit in making application, felony or misdemeanor convictions, issues with drugs or alcohol, or charges pending in any state.

Registration and certification requirements for taking and passing this examination are not controlled by Concorde, but by outside agencies, and are subject to change by the agency without notice. Therefore, Concorde cannot guarantee that graduates will be eligible to take this exam, at all or at any specific time, regardless of their eligibility status upon enrollment.

## Program Mission

The mission of the Associate in Science in Nursing program is to prepare competent, safe nurses who possess sound ethical principles and collaborate with the healthcare team to provide caring services to clients and families.

## Program Philosophy Nursing

Nursing is an art and a science as a practice discipline that provides ethical, holistic, and compassionate care to diverse individuals in a variety of settings.

Nursing care, the outcome of practice, is founded on the nursing process, which encompasses assessment, diagnosis, planning, implementation, and evaluation.

Nursing involves professional accountability while delivering competent, culturally sensitive nursing care with clients and groups.

## Wellness

Nursing works with individuals, families and communities to prevent and treat illnesses, promote and maintain health and improve quality of life.

## Person

Nursing views each individual as unique with value and dignity.

Nursing views education as a lifelong process that starts with undergraduate studies and continues with professional development and education.

## Environment

Nursing responds to healthcare's dynamic internal and external forces that affect individuals and groups.

## End of Program Student Learning Outcomes

1.  Provide safe, compassionate and competent nursing care to patients and families from diverse backgrounds across the lifespan in a variety of healthcare settings.

2. Collaborate with members of the interprofessional healthcare team to manage and coordinate the provision of safe, quality care for patients and families.
3. Utilize the nursing process, best current evidence, critical thinking and patient/family input to promote health and achieve optimal patient outcomes.
4. Communicate effectively through verbal, nonverbal and technological methods with patients, families and members of the interprofessional healthcare team.

| Course # | Course Title | Theory Hours | Lab Hours | Clinical Hours | Semester Credit Hours |
|----------|--------------|--------------|-----------|----------------|-----------------------|
| MATH1320 * | College Algebra | 45 | 0 | 0 | 3 |
| COMM1310 * | Elements of Human Communication | 45 | 0 | 0 | 3 |
| PSYC1310 * | General Psychology | 45 | 0 | 0 | 3 |
| PSYC1320 * | Human Growth & Development | 45 | 0 | 0 | 3 |
| BIOL1111 * | Anatomy & Physiology I VLab | 0 | 30 | 0 | 1 |
| BIOL1121 * | Anatomy & Physiology II VLab | 0 | 30 | 0 | 1 |
| BIOL1310 * | Anatomy & Physiology I | 45 | 0 | 0 | 3 |
| BIOL1320 * | Anatomy & Physiology II | 45 | 0 | 0 | 3 |
| BIOL1330 * | Microbiology | 45 | 0 | 0 | 3 |
| ENGL1310 * | English Composition I | 45 | 0 | 0 | 3 |
| NRSG1210 *** | Pharmacology | 35 | 15 | 0 | 2.5 |
| NRSG1332 | Mental and Behavioral Health Nursing | 30 | 0 | 45 | 3 |
| NRSG1640 *** | Adult Health Nursing I | 45 | 0 | 135 | 6 |
| NRSG1650 | Adult Health Nursing II | 45 | 0 | 135 | 6 |
| NRSG1731 | Foundations of Nursing Practice | 60 | 60 | 50 | 7 |
| NRSG2360 | Health Assessment Across the Lifespan | 30 | 30 | 0 | 3 |
| NRSG2410 | Nursing Care of Childbearing and Childrearing Families | 45 | 0 | 45 | 4 |
| NRSG2470 | Transition to Professional Practice | 30 | 0 | 90 | 4 |
| NRSG2570 *** | Multisystem Disorders | 45 | 0 | 90 | 5 |
| NRSG2810 | NCLEX Preparation & Capstone | 120 | 0 | 0 | 8 |
| | **Total** | **845** | **165** | **590** | **74.5** |
| NRSG1030 ** | Practical to Professional Nursing Bridge | 30 | 0 | 0 | |

*These courses are offered online.

** Transfer Credit Option for LPN/LVN Applicants An applicant who has passed the NCLEX-PN exam, holds an active, unrestricted Practical or Vocational Nursing license, and who graduated from their PN/VN program less than two years prior to the anticipated start date of the Nursing program, may be eligible for transfer credit. If the applicant graduated more than two years prior to enrollment, the applicant must demonstrate a minimum of 1,000 hours of direct patient care within the last three years. This transfer credit can shorten a student's anticipated time to graduation by up to ten weeks. During the enrollment process, the applicant must successfully complete a nursing skills assessment as well as a Foundations Specialty exam with a score of 850 or better on the first attempt. Upon successful achievement of both, the student will be scheduled for the "NRSG1030 Practical to Professional Nursing Transition" course. Upon passing NRSG1030, the student will be awarded transfer credit for: NRSG1730 and NRSG1640.

***These courses include instruction on HIV/AIDS training to include an introduction, drugs and patient care.*

# Patient Care Assistant

**Contact Hours:** 312
**Semester Credits:** 12
**Instructional Weeks – Full Time:** 20
**Average Time to Complete – Full Time:** 5 Months

Diploma Program

## Program Overview

Patient care assistants are allied health professionals who provide direct patient care within their regulated scope of practice. They perform basic nursing assistant tasks (as delegated by the nursing or medical staff) which may include obtaining patient vital signs and other data, communicating with the healthcare team and patients, assisting with activities of daily living (ADLs), complying with confidentiality requirements, and performing ECGs and phlebotomy tasks.

Duties performed by a Patient Care Assistant may include:

- Provide basic patient care — bathing, feeding, catheter care, etc.
- Acquire, distribute and administer patient care supplies
- Perform safety checks and ensure cleanliness in patient rooms
- Accommodate the special needs of patients accordingly
- Obtain EKG readings and monitor vital signs
- Perform phlebotomy procedures
- Provide emotional support to patients and families, particularly coping with grief and death

## Certification Exams

Graduates of this program may sit for the following certification exams:

- National Center for Competency Testing (NCCT) – certifications in Patient Care Assistant, EKG Technician and Phlebotomy Technician
- National Healthcareer Association (NHA) - certifications in Patient Care Assistant, EKG Technician and Phlebotomy Technician
- American Medical Certification Association (AMCA) - certifications in EKG Technician and Phlebotomy Technician
- Graduates are eligible to challenge the Florida Certified Nursing Assistant (CNA) exam.

This program is not eligible for any Federal Financial Aid or VA programs.

| Course # | Course Title | Theory Hours | Lab Hours | Externship Hours | Semester Credit Hours |
|---|---|---|---|---|---|
| HPRS1313 * | Healthcare Concepts | 64 | | 0 | 3 |
| ECGY1210 ** | Electrocardiography | 32 | 32 | 0 | 2.5 |
| PHLB1310 ** | Phlebotomy Procedures | 24 | 40 | 0 | 2.5 |
| PCTA1310 ** | Nurse Assistant Skills | 40 | 40 | | 3 |
| PCTA1110 | Nurse Assistant Externship | 0 | | 40 | 1 |
| | **Total** | **160** | **112** | **40** | **12** |

*These courses are offered online.

**A portion of these courses are offered online

Note: Applicants who are already certified in Phlebotomy, EKG or as a CNA may receive advanced credit for those related technical courses.

# Phlebotomy Technician

**Contact Hours:** 128
**Semester Credits:** 5.5
**Instructional Weeks – Full Time:** 8
**Average Time to Complete – Full Time:** 2 Months

Diploma Program

## Program Overview

The Phlebotomy Technician program is designed to prepare students for entry level employment in a variety of settings, including hospitals, laboratories, blood centers, or other health care facilities. The primary function of the Phlebotomy Tech is to collect blood samples from patients via venipuncture or capillary puncture. The Phlebotomy Tech facilitates the collection and transportation of laboratory specimens and is often the patient's only contact with the medical lab. A Phlebotomy Technician also draws blood for transfusions, donations and research.

Duties performed by a Phlebotomy Tech differ according to the medical setting, but typical duties may include:

- Draw blood from patients or donors
- Assemble equipment (such as needles, blood collection devices, gauze, tourniquet, cotton, and alcohol)
- Verify or record identity of patient or donor
- Converse with patients to alleviate fear of procedure
- Apply tourniquet to arm, locate vein, swab area with disinfectant, and insert needle into vein to draw blood into collection tube
- Label and store blood container for processing
- Conduct interviews, take vital signs and test blood samples to screen donors at a blood bank
- Analyze information and make appropriate recommendations

Graduates of this program may sit for the Phlebotomy Technician Certification (PTC) exam given through the American Medical Certification Association (AMCA) at no cost.

This program is not eligible for any Federal Financial Aid or VA programs.

| Course # | Course Title | Theory Hours | Lab Hours | Externship Hours | Semester Credit Hours |
|---|---|---|---|---|---|
| HPRS1313 * | Healthcare Concepts | 64 | | 0 | 3 |
| PHLB1310 ** | Phlebotomy Procedures | 24 | 40 | 0 | 2.5 |
| | **Total** | **88** | **40** | **0** | **5.5** |

*These courses are offered online.

**A portion of these courses are offered online.

# Physical Therapist Assistant

**Contact Hours:** 1,845
**Semester Credits:** 78
**Instructional Weeks – Full Time:** 80
**Average Time to Complete – Full Time:** 20 Months

Associate in Science Degree Program

## Program Overview

Physical Therapist Assistants (PTA) provide physical therapy services under the direction and supervision of a licensed Physical Therapist. The PTA implements the Physical Therapist's plan of care, assessing patient status and modifying selected interventions to progress and protect the safety and comfort of the patient. The PTA helps people of all ages who have impairments that limit movement, function, work and recreational activities. The PTA works in a variety of settings, including hospitals, inpatient rehabilitation facilities, private practices, outpatient clinics, home health, skilled nursing facilities, schools, sports facilities, and more. The PTA provides a variety of physical therapy techniques as they carry out the Physical Therapist's plan of care for the patient, including therapeutic exercise, functional training, soft tissue mobilization, and physical modalities, such as electrotherapy and ultrasound. The PTA may also assist the Physical Therapist in injury prevention, fitness, and wellness-oriented programs for a healthier and a more active lifestyle. To work as a PTA, an individual must graduate from a PTA program accredited by the Commission on Accreditation in Physical Therapy Education (CAPTE), must apply and be accepted as a licensed/certified PTA applicant, and must pass the National Physical Therapist Assistant Examination (NPTAE) and, if required by the state, the state jurisprudence examination. Other requirements vary from state to state, according to physical therapy practice acts or state regulations governing physical therapy.

Registration and certification requirements for taking and passing these examinations are not controlled by Concorde, but by outside agencies, and are subject to change by the agency without notice. Therefore, Concorde cannot guarantee that graduates will be eligible to take these exams, at all or at any specific time, regardless of their eligibility status upon enrollment.

## Program Mission

In keeping with the mission of Concorde, the PTA program will provide a student-centered learning environment that will prepare knowledgeable, competent and caring individuals for a rewarding career as a PTA. Through diverse training in the classroom and laboratory as well as real-world experiences, PTA students will acquire the theoretical knowledge, technical skills, critical reasoning, and professional behaviors necessary to become contributing and collaborative members of the healthcare profession. The program is dedicated to graduating entry-level PTAs who will utilize evidence-based, current practice to best meet the diverse needs of employers and citizens, while providing quality patient care under the direction and supervision of a Physical Therapist. Ultimately, the program strives to instill professional commitment, community involvement, and lifelong learning that will continually enhance the career of the PTA.

## Skill Competency

The Physical Therapist Assistant program has a unique testing policy that ensures student competency of skills necessary to progress in the program. See the Physical Therapist Assistant Student Handbook for the Minimum Competence & Program Continuation policies.

## Program Delivery

The Physical Therapist Assistant program is delivered in a blended format. Courses will be delivered entirely online, entirely on-ground or with an appropriate blend of both online and on-ground hours in the same course. Of the 1,845 program hours, a maximum of 470 course hours (25.5%) may be offered online (including general education courses). Campuses may have the option to deliver general education courses either online or on-ground depending on local need and availability.

## Program Objectives

The objective of the program is to graduate PTAs who are knowledgeable, competent, and service-oriented care providers. The PTA curriculum will reflect current practice and include real-world clinical experiences, preparing the graduate to perform selected interventions and data collection, as well as assess the patient's/client's safety and response to interventions. These skills will be performed by the assistant under the direction and supervision of the Physical Therapist in an ethical, legal, safe, and effective manner. In all work activities, program graduates will recognize, respect, and act with consideration for individual differences, values, preferences, and expressed needs. Additionally, PTA graduates will effectively communicate with other members of the healthcare delivery team, interact with members of the patient's/client's family and caregivers, and work cooperatively with other healthcare providers. In collaboration with the Physical Therapist, PTA graduates will participate in the education of other healthcare providers, patients/clients and their families or primary caregivers, as well as the community.

| Course # | Course Title | Theory Hours (Ground/Online) | Lab Hours (Ground/Online) | Clinical Hours (Ground/Online) | Semester Credit Hours |
|---|---|---|---|---|---|
| BIOL1310 * | Anatomy & Physiology I | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| BIOL1320 * | Anatomy & Physiology II | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| ENGL1310 * | English Composition I | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| COMM1310 * | Elements of Human Communication | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| PSYC1310 * | General Psychology | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| PSYC1320 * | Human Growth & Development | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| MATH Elective* | MATH1310 Contemporary Mathematics or MATH1320 College Algebra | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| PTAP1201 | Functional & Applied Anatomy Lab | 0 | 60 ( 60 / 0 ) | 0 | 2 |
| PTAP1210 | Patient Care Skills | 30 ( 21 / 9 ) | 0 | 0 | 2 |
| PTAP1211 | Patient Care Skills Lab | 0 | 60 ( 60 / 0 ) | 0 | 2 |
| PTAP1221 | Musculoskeletal Rehabilitation Lab | 0 | 60 ( 60 / 0 ) | 0 | 2 |
| PTAP1240 | Modalities | 30 ( 21 / 9 ) | 0 | 0 | 2 |
| PTAP1241 | Modalities Lab | 0 | 45 ( 45 / 0 ) | 0 | 1.5 |
| PTAP1300 | Introduction to Physical Therapy | 45 ( 30 / 15 ) | 0 | 0 | 3 |
| PTAP1320 | Musculoskeletal Rehabilitation | 45 ( 30 / 15 ) | 0 | 0 | 3 |
| PTAP1350 | Pathology for the Physical Therapist Assistant | 45 ( 30 / 15 ) | 0 | 0 | 3 |
| PTAP1400 | Functional & Applied Anatomy | 60 ( 42 / 18 ) | 0 | 0 | 4 |
| PTAP2121 | Cardiopulmonary Rehabilitation Lab | 0 | 30 ( 30 / 0 ) | 0 | 1 |
| PTAP2131 | Rehabilitation for Specialized Disorders Lab | 0 | 30 ( 30 / 0 ) | 0 | 1 |
| PTAP2201 | Neuromuscular Rehabilitation Lab | 0 | 75 ( 75 / 0 ) | 0 | 2.5 |
| PTAP2210 | Rehabilitation Through the Lifespan | 30 ( 18 / 12 ) | 0 | 0 | 2 |
| PTAP2220 | Cardiopulmonary Rehabilitation | 30 ( 18 / 12 ) | 0 | 0 | 2 |

| | | | | | |
|---|---|---|---|---|---|
| PTAP2230 | Rehabilitation for Specialized Disorders | 30 ( 18 / 12 ) | 0 | 0 | 2 |
| PTAP2340 | Special Topics for the Physical Therapist Assistant | 45 ( 27 / 18 ) | 0 | 0 | 3 |
| PTAP2400 | Neuromuscular Rehabilitation | 60 ( 40 / 20 ) | 0 | 0 | 4 |
| PTAP2525 | Clinical Experience I | 0 | 0 | 240 ( 240 / 0 ) | 5 |
| PTAP2535 | Clinical Experience II | 0 | 0 | 240 ( 240 / 0 ) | 5 |
| PTAP2545 | Clinical Experience III | 0 | 0 | 240 ( 240 / 0 ) | 5 |
| | **Total** | **765 (295/470)** | **360 (360/0)** | **720 (720/0)** | **78** |

*\* These courses may be offered entirely online or entirely on-ground at the campus.*

Students who have successfully completed a degree in Kinesiology, Athletic Training, or other Health Sciences area (Associates or higher) may receive a block transfer of seven General Education courses totaling 21 semester credits, upon evaluation of transcript. The block transfer includes the courses: BIOL1310, BIOL1320, ENGL1310, COMM1310, PSYC1310, PSYC1320, MATH1310 (or MATH1320). The remaining credits required to complete the program is 57. Additional courses may be available for transfer based on review of course descriptions from the granting institution.

A block transfer into the Physical Therapist Assistant program reduces the tuition cost from $37,752 to $27,588.

## Block Transfer Courses

| Course # | Course Title | Theory Hours (Ground/Online) | Lab Hours (Ground/Online) | Clinical Hours (Ground/Online) | Semester Credit Hours |
|---|---|---|---|---|---|
| BIOL1310 | Anatomy & Physiology I | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| BIOL1320 | Anatomy & Physiology II | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| ENGL1310 | English Composition I | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| COMM1310 | Elements of Human Communication | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| PSYC1310 | General Psychology | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| PSYC1320 | Human Growth & Development | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| MATH Elective | MATH1310 Contemporary Mathematics or MATH1320 College Algebra | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| | **Total** | **315 (0/315)** | **0** | **0** | **21** |

# Practical Nursing

**Contact Hours:** 1,722
**Semester Credits:** 67
**Instructional Weeks – Full Time:** 50
**Average Time to Complete – Full Time:** 12 Months

Diploma Program

## Program Mission

Concorde Career College Practical Nursing Program ensures the healthcare community of competent graduates who are capable and productive entry-level practitioners. These individuals espouse professionalism, and adhere to established standards of care and ethical practice.

## Program Philosophy

The Vocational Nursing program is founded on beliefs that are consistent with the parent organization and the community at large. The faculty of the Vocational Nursing program hold the following beliefs about the individual, nursing, health, and nursing education.

## End of Program Student Learning Outcomes:

Concorde Practical Nursing graduates will:

1. Provide safe, caring and compassionate nursing care to diverse patients across the lifespan in various healthcare settings using evidenced based practice to improve outcomes.
2. Function as a competent, entry-level healthcare provider applying leadership and management skills and embracing ethical and legal principles in the provision of culturally appropriate nursing care.
3. Collaborate with members of the inter-professional healthcare team to provide optimal care for diverse patients and their families.
4. Communicate effectively through verbal, nonverbal and technological methods with patients, families and members of the inter-professional healthcare team.

A diploma will be issued upon successful completion of the program. Upon meeting all state requirements graduates will be prepared to sit for their state licensing examination.

## Post-Graduate

IV101 Intravenous Therapy is offered to students who have successfully completed the approved pre-licensure Practical Nursing Program. The course will be offered at no additional cost to the graduate of the Practical Nursing Program

## Term 1

| Course # | Course Title | Pre-Requisites | Co-Requisites | Theory Hours | Lab Hours | Clinical Hours | Semester Credit Hours |
|---|---|---|---|---|---|---|---|
| CPSO1011 | Career Path Success A | | | 15 | 0 | 0 | 0.5 |
| CPSO1012 | Career Path Success B | | | 15 | 0 | 0 | 0.5 |
| PNVN1111 | Personal & Vocational Concepts | | | 25 | | | 1 |
| PNVN1319 | Clinical Practice I | | PNVN1811 | 0 | 75 | 25 | 3.5 |
| PNVN1811 | Basic Foundations in Nursing & Nursing Practice | | PNVN1319 | 170 | 0 | 0 | 8 |

|  |  |  | Total | 225 | 75 | 25 | 13.5 |

## Term 2

| Course # | Course Title | Pre-Requisites | Co-Requisites | Theory Hours | Lab Hours | Clinical Hours | Semester Credit Hours |
|---|---|---|---|---|---|---|---|
| CPSO1013 | Career Path Success C |  |  | 15 |  |  | 0.5 |
| PNVN1521 | Introduction to Medical-Surgical Nursing | PNVN1111 PNVN1319 PNVN1811 | PNVN1729 | 124 |  |  | 5.5 |
| PNVN1729 | Clinical Practice II | PNVN1111 PNVN1319 PNVN1811 | PNVN1521 |  | 24 | 196 | 7.5 |
|  |  |  | Total | 139 | 24 | 196 | 13.5 |

## Term 3

| Course # | Course Title | Pre-Requisites | Co-Requisites | Theory Hours | Lab Hours | Clinical Hours | Semester Credit Hours |
|---|---|---|---|---|---|---|---|
| CPSO1014 | Career Path Success D |  |  | 15 |  |  | 0.5 |
| PNVN1631 | Medical-Surgical Nursing I | PNVN1521 PNVN1729 | PNVN1739 | 141 |  |  | 6.5 |
| PNVN1739 | Clinical Practice III | PNVN1521 PNVN1729 | PNVN1631 |  | 24 | 176 | 7 |
|  |  |  | Total | 156 | 24 | 176 | 14 |

## Term 4

| Course # | Course Title | Pre-Requisites | Co-Requisites | Theory Hours | Lab Hours | Clinical Hours | Semester Credit Hours |
|---|---|---|---|---|---|---|---|
| CPSO1015 | Career Path Success E |  |  | 15 | 0 | 0 | 0.5 |
| PNVN1541 | Medical-Surgical Nursing II | PNVN1631 PNVN1739 | PNVN1749 | 111 |  |  | 5 |
| PNVN1749 | Clinical Practice IV | PNVN1631 PNVN1739 | PNVN1541 |  |  | 215 | 7.5 |
|  |  |  | Total | 126 | 0 | 215 | 13 |

## Term 5

| Course # | Course Title | Pre-Requisites | Co-Requisites | Theory Hours | Lab Hours | Clinical Hours | Semester Credit Hours |
|---|---|---|---|---|---|---|---|
| CPSO1016 | Career Path Success F |  |  | 15 |  |  | 0.5 |
| PNVN1551 | Family Health Nursing & Transitions to Practice | All Courses in Terms 1 – 4 | PNVN1759 | 106 |  |  | 5 |
| PNVN1759 | Clinical Practice V | All Courses in Terms 1 – 4 | PNVN1551 |  | 16 | 204 | 7.5 |
|  |  |  | Total | 121 | 16 | 204 | 13 |
|  |  |  | Subtotal | 767 | 139 | 816 | 67 |

# Respiratory Therapy

**Contact Hours:** 1,865
**Semester Credits:** 76
**Instructional Weeks – Full Time:** 70
**Average Time to Complete – Full Time:** 17 Months

Associate in Science Degree Program

## Program Overview

Respiratory Therapists assess, treat, and care for patients with breathing disorders. They assume primary responsibility for all respiratory care modalities, including the supervision of respiratory therapy technicians. Respiratory Therapists initiate and conduct therapeutic procedures; maintain patient records; and select, assemble, check, and operate equipment. They also may serve as asthma educators, patient educators, case managers, Hyperbaric Oxygen Specialists, Extra Corporeal Membrane Oxygenation Specialists and Sleep Specialists. Respiratory Therapists work in hospitals, clinics, skilled nursing facilities, home care, and diagnostic labs.

The Respiratory Care Practitioner (RCP) deals with patients of all ages who may be gravely injured or ill. The RCP is among the first on the medical team called to provide treatment in cardiopulmonary emergencies. The RCP also cares for patients in all aspects of their treatment and recovery. The RCP must be sensitive to the needs of those who have serious physical, mental, or psychological impairments. The RCP must also be able to cope with emergencies and work well as a member of the healthcare team.

## Program Mission

The purpose of the Respiratory Therapy program is to prepare graduates with demonstrated competence in the cognitive (knowledge), psychomotor (skills), and affective (behavior) learning domains of respiratory care practice as performed by Registered Respiratory Therapists (RRTs). Graduates will earn an Associate in Science degree. Graduates of this program will be eligible to sit for the Therapist Multiple-Choice Examination (TMC) of the National Board for Respiratory Care (NBRC). If the candidate meets the RRT score on the TMC, the graduate is eligible to sit for the Clinical Simulation Examination (CSE) of the NBRC. Achieving the minimum acceptable score on the TMC will result in the candidate receiving the Certified Respiratory Therapist (CRT) credential. To receive the RRT credential, the candidate must pass the TMC, at the RRT level, and the CSE exams. Registration and certification requirements for taking and passing these examinations are not controlled by Concorde, but by outside agencies, and are subject to change by the agency without notice. Therefore, Concorde cannot guarantee that graduates will be eligible to take these exams, at all or at any specific time, regardless of their eligibility status upon enrollment.

## Skills Proficiency

Students must be able to perform certain procedures and skills to work as Respiratory Care Practitioners. These are learned in the school's clinical laboratory and at hospital clinical sites under the direct supervision and evaluation of a preceptor. All students must participate. All students must take and pass preclinical written and oral examinations prior to advancing to the clinical portion of the program.

## Program Delivery

The Respiratory Therapy program is delivered in a blended format. Courses will be delivered entirely online, entirely on-ground or with an appropriate blend of both online and on-ground hours in the same course. Of the 1,865 program hours, a maximum of 520 course hours (27.9%) may be offered online (including general education courses). Campuses may have the option to deliver general education courses either online or on-ground depending on local need and availability.

## Program Objectives

- To provide a learning environment that correlates well with the actual workplace and a clinical experience that correlates with classroom instruction.
- To instill in the student a sense of professional behavior, attitude, and dress consistent with medical standards.

- To provide the student with entry-level knowledge and skills in the field of respiratory care.
- To prepare students for advanced-level competency as Registered Respiratory Therapists.
- To supply competent Respiratory Therapists to the national work pool.

| Course # | Course Title | Theory Hours (Ground/Online) | Lab Hours (Ground/Online) | Clinical Hours (Ground/Online) | Semester Credit Hours |
|---|---|---|---|---|---|
| ENGL1310 * | English Composition I | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| BIOL1310 * | Anatomy & Physiology I | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| BIOL1320 * | Anatomy & Physiology II | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| BIOL1330 * | Microbiology | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| PHIL1310 * | Critical Thinking | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| MATH Elective* | MATH1310 Contemporary Mathematics or MATH1320 College Algebra | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| PSYC1310 * | General Psychology | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| COMM1310 * | Elements of Human Communication | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| RT210 | Introduction to & Applied Respiratory Therapeutics | 180 ( 120 / 60 ) | 60 ( 60 / 0 ) | 0 | 12 |
| RT220 | Clinical Medicine I | 30 ( 10 / 20 ) | 30 ( 25 / 5 ) | 315 ( 315 / 0 ) | 10 |
| RT230 | Clinical Medicine II | 30 ( 30 / 0 ) | 30 ( 30 / 0 ) | 315 ( 315 / 0 ) | 10 |
| RT240 | Clinical Specialty Areas/ Comprehensive Review | 75 ( 55 / 20 ) | 30 ( 25 / 5 ) | 180 ( 180 / 0 ) | 10 |
| RT250 | Advanced Clinical Practice | 100 ( 60 / 40 ) | 40 ( 30 / 10 ) | 90 ( 90 / 0 ) | 10 |
| | **Total** | **775 (275/500)** | **190 (170/20)** | **900 (900/0)** | **76** |

*\* These courses may be offered entirely online or entirely on-ground at the campus.*

**This applies to all students starting on or after January 22, 2022**

## Program Delivery

The Respiratory Therapy program is delivered in a blended format. Courses will be delivered entirely online, entirely on-ground or with an appropriate blend of both online and on-ground hours in the same course. Of the 1,865 program hours, a maximum of 465 course hours (24.9%) may be offered online (including general education courses). Campuses may have the option to deliver general education courses either online or on-ground depending on local need and availability.

| Course # | Course Title | Theory Hours (Ground/Online) | Lab Hours (Ground/Online) | Clinical Hours (Ground/Online) | Semester Credit Hours |
|---|---|---|---|---|---|
| BIOL1310 * | Anatomy & Physiology I | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| BIOL1320 * | Anatomy & Physiology II | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| BIOL1330 * | Microbiology | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| BIOL1350 * | Cardiopulmonary Anatomy & Physiology | 45 ( 0 / 45 ) | | | 3 |
| COMM1310 * | Elements of Human Communication | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| ENGL1310 * | English Composition I | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| MATH Elective* | MATH1310 Contemporary Mathematics or MATH1320 College Algebra | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| PSYC1310 * | General Psychology | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| RESP1110 | Respiratory Therapy Foundations | 180 ( 140 / 40 ) | | | 10.5 |

| Course | Title | | | |
|---|---|---|---|---|
| RESP1210 | Respiratory Therapy Foundations Applications | | 60 ( 60 / 0 ) | | 2 |
| RESP1310 | Respiratory Therapeutics, Diagnostics and Disease Management | 30 ( 25 / 5 ) | 45 ( 40 / 5 ) | | 3.5 |
| RESP1610 | Respiratory Therapeutics, Diagnostics and Disease Management Applications | | | 285 ( 285 / 0 ) | 6 |
| RESP2210 | Respiratory Therapy Capstone and Board Exam Prep Applications | | | 120 ( 120 / 0 ) | 2.5 |
| RESP2310 | Cardiopulmonary Critical Care | 30 ( 30 / 0 ) | 45 ( 40 / 5 ) | | 3.5 |
| RESP2410 | Respiratory Care of Specialty Populations Applications | | | 180 ( 180 / 0 ) | 4 |
| RESP2610 | Cardiopulmonary Critical Care Applications | | | 285 ( 285 / 0 ) | 6 |
| RESP2620 | Respiratory Care of Specialty Populations | 75 ( 55 / 20 ) | 30 ( 25 / 5 ) | | 6 |
| RESP2810 | Respiratory Therapy Capstone and Board Exam Prep | 100 ( 80 / 20 ) | 40 ( 35 / 5 ) | | 8 |
| | **Total** | **775 (330/445)** | **220 (200/20)** | **870 (870/0)** | **76** |

* These courses may be offered entirely online or entirely on-ground at the campus.

# Sterile Processing Technician

**Contact Hours:** 264
**Semester Credits:** 9
**Instructional Weeks – Full Time:** 12
**Average Time to Complete – Full Time:** 3 Months

Diploma Program

## Program Overview

Sterile processing technicians are medical equipment preparers who are responsible for preventing the spread of disease by sterilizing and preparing medical equipment. These technicians may work in a variety of healthcare settings such as hospitals and surgery centers and go by many other job titles, such as central services technician, certified registered central service technician (CRCST), central sterile supply technician (CSST), or sterile preparation technician.

Duties performed by a Sterile Processing or Central Services Technician may include:

- Cleaning and sterilizing equipment
- Packaging and/or preparing equipment for use
- Operating medical equipment as needed
- Inspecting medical equipment for functionality and sterilization
- Maintaining inventory of medical equipment
- Ensuring medical procedure rooms are sterile
- Organizing medical equipment
- Transporting prepared equipment
- Recording test results for sterilization
- Using and maintaining autoclaves for sterilization

Upon successful completion, graduates will receive a certificate of completion and will prepare to take the Healthcare Sterile Processing Association (HSPA) examination to become a Certified Registered Central Service Technician (CRCST).

## Certified Registered Central Service Technician (CRCST) Experiential Requirements

CRCST certification requires that an applicant pass the certification exam and complete 400 hours of hands-on experience in a Central Services (CS) department. These hours can be completed before testing or within 6 months of passing the exam. HSPA recommends completing, or at least beginning, experiential hours before testing. Hands-on experience provides an invaluable resource with which to better understand the standards, knowledge, and practices needed to be successful in a CS department and on the CRCST Exam.

This program provides 128 hours towards the 400-hour requirement. Graduates are required to complete the remaining 272 hours on their own. Upon completion of the program, students will sit for the CRCST examination and, if successfully completed, will become provisionally certified. Once the graduate completes the remainder of the required 400 hours, they may submit verification of hours to HSPA to receive full certification.

This program is not eligible for any Federal Financial Aid or VA programs.

| Course # | Course Title | Theory Hours | Lab Hours | Externship Hours | Semester Credit Hours |
|---|---|---|---|---|---|
| HPRS1313 [*] | Healthcare Concepts | 64 | | 0 | 3 |
| CRST1310 [**] | Sterile Processing | 64 | 8 | | 3 |
| CRST1320 | Sterile Processing Externship | 0 | | 128 | 3 |
| | **Total** | **128** | **8** | **128** | **9** |

*These courses are offered online.

**A portion of these courses are offered online.

# Surgical Technologist

**Contact Hours:** 1,655
**Semester Credits:** 68
**Instructional Weeks – Full Time:** 70
**Average Time to Complete – Full Time:** 17 Months

Associate in Science Degree Program

## Program Mission

The mission of the Surgical Technologist program is to prepare graduates with the basic knowledge and fundamental practical and professional skills needed for employment as entry-level generalists in the field. The program combines academic studies in the classroom, hands-on laboratory instruction, and clinical training in various surgical settings to prepare graduates who are eligible for employment in a variety of surgical settings.

## Clinical Case Requirements

Students must complete a total of 120 surgical procedures as delineated below. Students must complete a minimum of 30 cases in General Surgery, 20 of which must be in the first scrub role. The remaining 10 cases may be performed in either the first or second scrub role. Students must complete a minimum of 90 cases in various surgical specialties, excluding General Surgery, 60 which must be performed in the first scrub role. The additional 30 cases may be performed in either the first or second scrub role. A minimum of 60 surgical specialty cases must be performed in the first scrub role and distributed amongst a minimum of four surgical specialties. A minimum of 10 cases in the first scrub role must be completed in each of the required minimum of four surgical specialties (40 cases total required). The additional 20 cases in the first scrub role may be distributed amongst any one surgical specialty or multiple surgical specialties. The remaining 30 cases may be performed in either the first or second scrub role. Observations must be documented but are not counted. Diagnostic endoscopy cases and vaginal delivery cases are not mandatory. However, up to 10 diagnostic endoscopic cases and five vaginal delivery cases can be counted toward the maximum number of second scrub role cases. Vaginal delivery cases must be documented in the category of Labor and Delivery rather than in the OB/GYN specialty. These are requirements of the Revised "Surgical Rotation Case Requirements," Core Curriculum for Surgical Technology, 6th Ed.

All student activities associated with the curriculum, especially while students are completing clinical rotations, will be educational in nature. Students will not be substituted for hired staff personnel within the clinical institution, in the capacity of a surgical technologist.

## Program Outcome

To prepare competent, entry-level Surgical Technologists in the cognitive (knowledge), psychomotor (skills), and affective (behavior) learning domains.

## Program Goals

**Cognitive Domain**

The student will:

- Grasp concepts of human anatomy and physiology, pathophysiology, microbiology and infectious process and recognize his or her relationship to safe patient care;
- Understand the principles of safe patient care in the preoperative, intraoperative, and postoperative settings; and
- Recognize the interdependent role of the Surgical Technologist with the other team members and ancillary services providers.

**Psychomotor Domain**

The student will:

- Develop and apply fundamental surgical assisting skills through practice and evaluation in the clinical setting;
- Accurately apply the principles of asepsis across the spectrum of common surgical experiences; and
- Employ the Standard Precautions and other recognized safe practice guidelines in every surgical setting.

**Affective Domain**

The student will:

- Recognize the variety of patients' needs and the impact of his or her personal, physical, emotional and cultural experiences on the rendering of patient care;
- Demonstrate professional responsibility in performance, attitude, and personal conduct; and
- Practice within the confines of the recognized scope of practice within the healthcare community to provide optimal patient care.

## Description of the Profession

The Surgical Technologist is a highly skilled and knowledgeable allied health professional who, as an essential member of the surgical team, works with surgeons, anesthesia providers, operating room nurses, and other professionals in providing safe care to the surgical patient. Surgical Technologists possess expertise in assisting surgeons in the safe and effective conduct of both major and minor surgical procedures in several specialty services and in a variety of surgical settings.

Professional duties include aseptic technique, operating room environmental safety, equipment setup, instrumentation, preparing medications, and directly assisting in the three phases of surgical patient care: preoperative, intraoperative, and postoperative. The entry-level Surgical Technologist works in acute-care hospitals, outpatient surgery centers, surgical clinics, central sterile processing departments, birthing centers, and other healthcare settings throughout the United States.

## Program Delivery

The Surgical Technologist program is delivered in a blended format. Courses will be delivered entirely online, entirely on-ground or with an appropriate blend of both online and on-ground hours in the same course. Of the 1,655 program hours, a maximum of 575 course hours (34.7%) may be offered online (including general education courses). Campuses may have the option to deliver general education courses either online or on-ground depending on local need and availability specific time, regardless of their eligibility status upon enrollment.

## Program Objectives

The program is designed to prepare graduates with the basic knowledge and fundamental practical and professional skills needed for employment as entry-level generalists in the field. It combines academic studies, hands-on laboratory instruction and clinical training in various surgical settings to prepare graduates who are eligible to sit for the National Certifying Examination for Surgical Technologists as sponsored by the National Board of Surgical Technology and Surgical Assisting (NBSTSA). The program meets Standards and Guidelines for the Accreditation of Educational Programs in Surgical Technology as established by the Commission on Accreditation of Allied Health Education Programs (CAAHEP) and as required by the Accreditation Review Council on Education in Surgical Technology and Surgical Assisting (ARC/STSA). Registration and certification requirements for taking and passing this examination are not controlled by Concorde, but by outside agencies, and are subject to change by the agency without notice. Therefore, Concorde cannot guarantee that graduates will be eligible to take this exam, at all or at any specific time, regardless of their eligibility status upon enrollment.

| Course # | Course Title | Theory Hours (Ground/Online) | Lab Hours (Ground/Online) | Clinical Hours (Ground/Online) | Semester Credit Hours |
|---|---|---|---|---|---|
| BIOL1111 * | Anatomy & Physiology I VLab | 0 | 30 ( 0 / 30 ) | 0 | 1 |
| BIOL1121 * | Anatomy & Physiology II VLab | 0 | 30 ( 0 / 30 ) | 0 | 1 |
| BIOL1310 * | Anatomy & Physiology I | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| BIOL1320 * | Anatomy & Physiology II | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| COMM1310 * | Elements of Human Communication | 45 ( 0 / 45 ) | 0 | 0 | 3 |

| | | | | | |
|---|---|---|---|---|---|
| ENGL1310 * | English Composition I | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| HPRS1320 * | Foundations for Health Professionals | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| MATH Elective* | MATH1310 Contemporary Mathematics or MATH1320 College Algebra | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| PSYC1320 * | Human Growth & Development | 45 ( 0 / 45 ) | 0 | 0 | 3 |
| SURG1230 | Surgical Technology I Laboratory | 0 | 80 ( 60 / 20 ) | 0 | 2.5 |
| SURG1630 | Surgical Technology Theory I | 120 ( 60 / 60 ) | 0 | 0 | 6.5 |
| SURG2160 | Surgical Technology Clinical Review I | 30 ( 30 / 0 ) | 0 | 0 | 1.5 |
| SURG2240 | Surgical Technology Lab II | 0 | 80 ( 80 / 0 ) | 0 | 2.5 |
| SURG2250 | Surgical Technology Lab III | 0 | 80 ( 80 / 0 ) | 0 | 2.5 |
| SURG2470 | Surgical Technology Clinical Review II | 80 ( 60 / 20 ) | 0 | 0 | 4 |
| SURG2570 | Surgical Technology Clinical II | 0 | 0 | 250 ( 250 / 0 ) | 5.5 |
| SURG2640 | Surgical Technology Theory II | 120 ( 60 / 60 ) | 0 | 0 | 6.5 |
| SURG2650 | Surgical Technology Procedures | 120 ( 80 / 40 ) | 0 | 0 | 6.5 |
| SURG2760 | Surgical Technology Clinical I | 0 | 0 | 320 ( 320 / 0 ) | 7 |
| | **Total** | **785 (290/495)** | **300 (220/80)** | **570 (570/0)** | **68** |

* These courses may be offered entirely online or entirely on-ground at the campus.

# Continuing Education Courses

Concorde Career College offers several continuing education opportunities for persons already working in select healthcare related fields to prepare and sit for specialty certifications.

## Certification for Dental Radiographers
### Course Objective

To prepare the student with sufficient theoretical knowledge to safely operate dental radiography equipment and pass the Florida State Board of Dentistry approved certification examination.

Registration and certification requirements for taking and passing this examination are not controlled by Concorde, but by outside agencies, and are subject to change by the agency without notice. Therefore, Concorde cannot guarantee that graduates will be eligible to take this exam, at all or at any specific time, regardless of their eligibility status upon enrollment.

### Course Descriptions

The course of study involves the fundamentals of Dental Radiography, safety, intraoral radiography basics, the bisecting technique, the paralleling technique, extraoral radiography, traditional FMX mounting, Rinn assembly, positioning, and sensor exposure.

### Satisfactory Academic Progress Policy

Participants are required to pass clinical or written examination(s), which adequately test competency in each subject area. Participants must obtain an average score of at least 75 percent out of a possible 100 percent on each exam.

Total Weeks: 2

Total Clock Hours: 8

Theory Hours: 3

Lab Hours: 5

A certificate is issued upon successful completion of the course.

This program has been approved by the Florida Department of Health. It is not licensed by the Florida Department of Education, Commission for Independent Education or approved by the Accrediting Commission of Career Schools and Colleges (ACCSC). This program is a continuing education program for Dental Assistant personnel.

## Expanded Duties for Dental Auxiliary Personnel
### Course Objective

To prepare students with sufficient theoretical knowledge and specialized skills to enable them to perform additional functions in assisting the Dentist.

### Course Descriptions

The course of study involves dental charting, coronal polishing, taking alginate impressions, pouring and trimming study models, applying pit and fissure sealants, applying topical fluorides, applying liners and bases, suture removal, removal of excess dental cement, fabricating temporary crowns and placing and removing dental dams, matrix bands, retraction cords, temporary restorations and periodontal dressings.

### Satisfactory Academic Progress Policy

Participants are required to pass clinical or written examinations that adequately test competency in each subject. Participants must obtain an average score of at least 75 percent out of a possible score of 100 percent on each exam.

Total Weeks: 2

Total Clock Hours: 32

Theory Hours: 14

Lab Hours: 18

A certificate is issued upon successful completion of the course.

This program has been approved by the Florida Department of Health. It is not licensed by the Florida Department of Education, Commission for Independent Education or approved by the Accrediting Commission of Career Schools and Colleges (ACCSC). This program is a continuing education program for Dental Assistant personnel.

# Financial Information

## Financing Requirements

All students must have a financing package on file no later than the seventh calendar day of their first term. This may include but is not limited to application and confirmation of eligibility for Title IV funding, if desired; executed individual payment plan; completion of all documentation needed to secure non-Title IV funding (e.g., WIA, VA, state grant).

Concorde reserves the right to withdraw at any time any student who fails to complete their individual financing requirements or make timely payments.

## Cancellation & Refund

### Student's Right to Cancel

Applicants or students may cancel or terminate their enrollment at any time before or during their training. Applicants or students should notify an Academic Dean or Campus President of their intent to cancel or withdraw wither in person, via telephone, email, or in writing.

All monies will be refunded if the school does not accept the applicant or if the Student cancels within three (3) business days (excluding Saturdays, Sundays and holidays) after signing the Enrollment Agreement and making initial payment. Cancellation after the third (3rd) business day, but before the first class, will result in a refund of all monies paid, with the exception of the application fee. If notice of cancellation is received, refunds will be paid by the school within 30 days. After the expiration of the cancellation period, the school is entitled to retain the application fee.

Students who have not visited the school prior to enrollment will have the opportunity to withdraw without penalty within three (3) days following either attendance at a regularly scheduled orientation or following a tour of the school and inspection of the equipment.

### Student's Right to Withdraw

Effective: 06/19/2020

The school's policy for determining the Student's withdrawal date is the earlier of (A) the date the Student notifies the Institution of his or her withdrawal or the date specified by the student or (B) the last recorded date of class attendance by the student, as documented by the Institution, if the Student stops attending classes without notifying the Institution or (C) the date the Student violates published Institution policy that provides for the Student being withdrawn.

The Student's start date through the last date of attendance will determine the percentage of program completion, and the applicable percentage will be applied to the formula used in the refund calculation as stated below.

For students withdrawing from degree-granting programs or the Practical Nursing program, the percentage of program completion is calculated by dividing the number of days the Student was scheduled to attend in the period of enrollment or payment period as of the last recorded day of attendance into the number of days comprising the period of enrollment or payment period for which the Student has been charged.

For students withdrawing from diploma programs, the percentage of program completion is calculated by dividing the number of days the Student was scheduled to attend in the period of enrollment or payment period as of the last recorded day of attendance into the number of days comprising the period of enrollment or payment period for which the Student has been charged.

### Refund Policy

Refunds are made for a student who withdraws or is withdrawn from the Institution prior to the completion of his/her program and are based on the tuition billed for the payment period or period of enrollment in which the Student withdraws, according to the Refund Calculation set forth below. The adjustments are for tuition only; items included in the "Fees" are not refundable. Refunds will be based on the total charge incurred by the Student at the time of withdrawal, not the amount the Student has actually paid. The date from which refunds will be determined is the last date of recorded attendance. Refunds will be made within 45 calendar days of the notification of an official withdrawal or date of determination of withdrawal by the Institution. Students who withdraw, or are withdrawn prior to the end of the payment period or period of enrollment are subject to the Return of Title IV Funds Policy noted below which may increase their balance due to the Institution. If there is a balance due to the Institution after all Title IV funds have been returned, this balance will be due immediately, unless a cash payment agreement for this balance has been approved by the Institution. Concorde does not refund charges for books issued to the Student unless the books are returned in new and unused condition within 14 calendar days following the date of receipt or Student withdrawal. Credit balances due to the Student of less than $5 (after all Title IV refunds have been made) will not be refunded unless requested by the Student.

## Refund Calculation

The schedule of refunds for students who withdraw after starting school, or are dismissed by the Institution, will be computed as follows:

- If a first-time student withdraws within the first twenty-one (21) calendar days of his or her program of study, no tuition charges will be incurred.
  - A first-time student is defined as one who has not previously attended the Institution.
- If a student withdraws after the first twenty-one (21) calendar days, but prior to the 60 percent point of the period of enrollment or payment period for which he or she has been charged, the student shall be entitled to a pro rata refund of the tuition charged for the period of enrollment or payment period.
- If a student withdraws after the 60 percent point of the period of enrollment or payment period for which he or she has been charged, the student shall be obligated for the tuition charged for the entire period of enrollment or payment period and not entitled to any refund.

## Student Notifications Regarding Withdrawal and Refunds

Effective: 07/20/2020

A $100.00 administrative fee will be assessed to any withdrawn student eight days after their last date of attendance.

In case of prolonged illness or accident, death in the family, or other circumstances that make it impractical to complete the program, the Institution shall make a settlement that is reasonable and fair to both parties.

Students may repeat a course. If the Student should withdraw from the program for any reason, based on the refund policy, the hours or weeks in attendance for repeating a course, depending on the program, will be used in the program completion percentage calculation in determining the Student's financial obligation to the Institution.

If any portion of your tuition was paid from the proceeds of a loan, the refund will be sent to the lender or to the agency that guaranteed the loan. Any amount in excess of the unpaid balance of the loan will be first used to repay any federal/state/private student financial aid program from which you received benefits, in proportion to the amount of the benefits received. Any remaining amount greater than $5.00 will be paid to you. If there is a balance due, you will be responsible for paying that amount.

## Financial Aid Office

The Financial Aid Office is open to students during the hours posted on campus. Students are encouraged to call or visit the office if they have any questions or need assistance regarding their financial aid.

The resources of the Financial Aid Office are available to all students. Financial Aid staff members assist students in determining individual eligibility for the various aid programs and in completing the necessary applications and paperwork. To receive federal financial assistance, students must maintain satisfactory academic progress toward completion of their program as outlined in the school catalog. The Financial Aid Office is responsible for monitoring each student's academic progress to ensure continued eligibility.

### Student Responsibilities

- Students must promptly return all required applications and paperwork to the Financial Aid Office.
- If the Financial Aid Office needs to see a student, the office will contact the student personally. It is the student's responsibility to see Financial Aid when notified.
- Each student who receives a student loan is required to complete entrance and exit counseling. The Financial Aid Office will notify each student when these sessions are scheduled. If a student misses a session, it is the student's responsibility to contact the Financial Aid Office to reschedule a date.
- If a student obtains a loan to pay for an educational program, the student will be responsible for repaying the full amount of the loan plus interest, less the amount of any refund.

## Financial Aid

Concorde Career Institute participates in the United States Department of Education's Federal Student Assistance programs. These programs are available for those who qualify.

### Federal Pell Grant

The Federal Pell Grant is a grant to students who qualify under the federal financial need guidelines. Application is made through the Free Application for Federal Student Aid (FAFSA).

### Federal Supplemental Educational Opportunity Grant (FSEOG)

The FSEOG is a grant that the school awards to students based on financial need and the availability of funds. Application is made through the Free Application for Federal Student Aid (FAFSA).

## Federal Subsidized and Unsubsidized Loans

Subsidized and Unsubsidized Loans are low-interest loans made by the U.S. Department of Education. See Financial Aid for details.

## Federal Parent Loans for Undergraduate Students (PLUS)

The Federal PLUS Loan is a low-interest-rate loan available for parents of dependent, undergraduate students enrolled at least half time. Applications are available online at https://studentaid.gov/.

## Default

If you received a loan guaranteed by the federal or state government and you default on the loan, both of the following may occur:

1. The federal or state government or a loan guarantee agency may take action against you, including applying any income tax refund to which the person is entitled to reduce the balance owed on the loan.
2. You may not be eligible for any other federal student financial aid at another institution or other government assistance until the loan is repaid.

## Florida Bright Futures Scholarships

Florida residents who have earned a scholarship through the Florida Bright Futures program may use that award at Concorde Career Institute.

## Florida Student Assistance Grant Program

The Florida Student Assistance Grant (FSAG) program is a need-based program available to degree-seeking, resident, undergraduate students who demonstrate substantial financial need and are enrolled in participating postsecondary institutions. Eligibility requires students to be a Florida resident, as well as a U.S. citizen or eligible noncitizen. Students must also demonstrate financial need by completing the Free Application for Federal Student Aid (FAFSA).

## Alternative Financing

For those students who qualify, alternative financing is available through several lenders. Cosigners may be necessary, depending on credit history.

## Other Aid

Effective: 11/01/2021

Your education is a major financial investment. Flexible payment options are available to help make your costs more manageable. Concorde Career College offers many different payment plans depending on your financial situation. Retail Installment Contracts are available to be paid in school prior to your graduation date at a 0% interest. If you are unable to pay by your graduation, we offer extended retail installment contracts. See your Campus Financial Representative for more information.

## Veterans Administration Students
### Prior Credit Evaluation

All official college transcripts need to be submitted for evaluation for prior credit by the 24th week of school or by the end of the second term.

## Veterans Benefits and Transition Act of 2018

In accordance with Title 38 US Code 3679 subsection (e), this school adopts the following additional provisions for any students using U.S. Department of Veterans Affairs (VA) Post 9/11 G.I. Bill® (Ch. 33) or Veteran Readiness and Employment (Ch. 31) benefits, while payment to the institution is pending from the VA. This school will not:

- Prevent the student's enrollment;
- Assess a late penalty fee to the student;
- Require the student to secure alternative or additional funding;
- Deny the student access to any resources (access to classes, libraries, or other institutional facilities) available to other students who have satisfied their tuition and fee bills to the institution.

However, to qualify for this provision, such students may be required to:

- Produce the VA Certificate of Eligibility (COE) by the first day of class;
- Provide a written request to be certified;
- Provide additional information needed to properly certify the enrollment as described in other institutional policies

GI Bill® is a registered trademark of the U.S. Department of Veterans Affairs (VA). More information about education benefits offered by VA is available at the official U.S. government Web site at https://benefits.va.gov/gibill/index.asp.

## Partnership Agreements

Concorde participates in business and agency agreements with outside organizations. Enrollment pursuant to these agreements is contingent on the student meeting and maintaining eligibility as defined in individual agreements.

Any student who originally enrolled with a partnership agreement will need to reverify eligibility to return if he or she is withdrawn from the program.

## Scholarships

### Kozet Boyd Memorial Scholarship

The Scholarship Foundation for Concorde Career Institute established the Kozet Boyd Memorial Scholarship to assist students who display the same values and determination that Kozet epitomized as an educator with Concorde's North Hollywood campus. These scholarships are awarded to students who have demonstrated academic discipline and strong personal values that align with Concorde's Mission Statement and Core Values.

Kozet Boyd Scholarships will be based on personal circumstances and references, and the actual amount will be based on a recommendation from the Campus President.

### Nursing Merit Scholarship

Effective: 08/20/2021

The Nursing Merit Scholarship ("NMS") is a scholarship program to assist Registered Nursing students with meeting the financial obligations while career training at Concorde Career Institute, Jacksonville. If a student qualifies, the scholarship will be applied to the student's tuition expenses.

**PROCESS:**

1. The NMS will be published in the school catalog and discussed with potential applicants during the Financial Aid process.
2. Any student who meets the Eligibility Considerations may apply by completing the application that is available in the Financial Aid Office, Front Desk, or Online.
3. The NMS Committee (Comprised of the CP, AD and the FAD) will review the applications and select candidates to move forward in the approval process based on established Eligibility Considerations.
   a. Completed applications will be reviewed by the NMS Committee no less than one week prior to class start.
4. This non-cash scholarship is awarded in the following increments:
   a. $2000 upon successful completion of student's second term
   b. $2000 upon successful completion of student's fifth term
   c. $2000 upon successful completion of student's last term
   d. There will be a total of 30 scholarships awarded in 2021

   e. The amounts awarded could be less than the above to avoid a credit balance.
5. The NMS Committee will ensure award notifications are communicated to students and the Financial Aid & Admissions departments prior to orientation.

**DISBURSEMENT:**

1. Scholarship awards will be incorporated into student aid packages.
   a. Scholarship funds are only used to cover direct costs and may not create a credit balance on the student's account.
2. Funding will be awarded in three equal disbursements: 1) beginning of first AY, 2) beginning of second AY, 3) upon graduation
3. Prior to second and third disbursements of scholarship funds, Business Office Managers will confirm the student's continued eligibility.

**ELIGIBILITY CONSIDERATIONS:**

The NMS Committee will evaluate applications on the following criteria. Eligible candidates will:

1. Achieve a minimum of 82 on the HESI overall Entrance Exam
2. Have one or more college courses transfer credit accepted by Concorde with a minimum 3.0 Grade Point Average
3. Express strong motivation, integrity, and desire to pursue their Nursing career through a 120-word minimum "Statement of Commitment"
4. Interview with the campus Director of Nursing
5. Commit to the "Greenlight" program as outlined in the policy
6. Meet all institutional and program-specific admissions criteria
7. Be enrolled to start at the first available class start date following the scholarship award notification
8. Completed scholarship application form
9. Be a role model for students exhibiting Concorde Core Values: Integrity, Respect for the Individual, Customer Service, Teamwork, and Achievement

**CONTINUED ELIGIBILITY REQUIREMENTS:**

1. This is a first come, first serve scholarship so once the Campus limit is attained for the applicable year, this scholarship is not available.
2. Students must graduate to remain eligible for the final disbursement
   a. If a scholarship recipient withdraws from school, s/he loses continued eligibility and any award amounts not yet disbursed will be cancelled.
3. Continued eligibility is based on the following:
   a. Compliance with the school's stated attendance requirements

b. Student maintains a 3.0 GPA for the duration of the scholarship award
c. If attendance requirements and GPA requirements are not met, the remaining balance created due to the loss of scholarship.
d. Students who do not meet the Continued Eligibility Requirements outlined above may not re-apply for the scholarship
4. If approved by NMS Committee and all eligibility requirements remain intact, students who have withdrawn in good standing and subsequently re-enter within 180 days, will have their NMS funding reinstated, less any prior disbursements.

## Working Student Scholarship

The Working Student Scholarship (WSS) is a scholarship program to assist students, who worked prior to continuing their education, with meeting the financial obligations while career training at a Concorde school. If a student qualifies, the scholarship will be applied to the student's tuition expenses.

### PROCESS:

1. The WSS will be published in the school catalog, and discussed with potential applicants during the Financial Aid process.
2. Any student who meets the Eligibility Considerations may apply by completing the application that is available in the Financial Aid Office, Front Desk, or Online.
3. The WSS Committee (Comprised of the CP and the FAD at each campus) will review the applications and select candidates to move forward in the approval process based on established Eligibility Considerations.
   a. completed applications will be reviewed by the WSS Committee, no less than one week prior to class start.
4. This scholarship is awarded in the following increments:
   a. $500 for diploma programs and
   b. $1,000 for degree programs.
   c. A maximum of 500 students per fiscal year may receive this scholarship.
5. The amounts awarded could be less than the above to avoid a credit balance.
6. The WSS Committee will ensure award notifications are communicated to students and the Financial Aid & Admissions departments prior to orientation.

### DISBURSEMENT:

1. Scholarship awards will be incorporated into student aid packages.
   a. Scholarship funds are only used to cover direct costs and may not create a credit balance on the student's account.

2. For Clinical programs, funding will be awarded in two equal disbursements at the beginning of the first term and fourth term (after verification of other requirements).
3. For all other programs, funding will be awarded in two equal disbursements:
   a. Beginning of first term
   b. Midpoint (after verification of other requirements)
4. Prior to second disbursement of scholarship funds, Business Office Managers will confirm the student's continued eligibility.

### ELIGIBILITY CONSIDERATIONS:

The WSS Committee will evaluate applications on the following criteria. Eligible candidates will:

1. Have a minimum of one year of employment (prior to application) with recommendation letter from Employer.
   a. Exceptions to the one year of employment may be made for single working parents at the sole discretion of the Campus President. Single parents who do not meet the minimum application requirement for proof of one year of employment may request an interview with the Campus President. If an interview is granted, the Campus President may determine from the interview to allow the single parent with less than one year of employment to apply for this scholarship. The interview is not a guarantee of award but is only to determine if the applicant "may" apply, at which time the WSS Committee will review with other applications.
2. Have a minimum of one letter of recommendation from an employer
3. Express strong motivation, integrity, and desire to pursue their chosen healthcare career through a 80 word minimum "Statement of Commitment".
4. Meet all institutional and program-specific admissions criteria
5. Be enrolled to start at the first available class start date following the scholarship award notification
6. Completed scholarship application form

### CONTINUED ELIGIBILITY REQUIREMENTS

1. This is a first come, first serve scholarship so once the Campus limit is attained for the applicable year, this scholarship is not available.
2. Students must graduate to remain eligible for the final disbursement
   a. If a scholarship recipient does not graduate, or withdraws from school, s/he loses continued eligibility and any award amounts not yet disbursed will be cancelled.
3. Continued eligibility is based on the school's stated attendance requirements and the student maintains a 3.0 GPA for the duration of the

scholarship award. If attendance requirements and GPA requirements are not met, the remaining balance created due to the loss of scholarship.

   a. Students who do not meet the Continued Eligibility Requirements outlined above may not re-apply for the scholarship.

4. If approved by WSS Committee and all eligibility requirements remain intact, students who have withdrawn in good standing and subsequently re-enter within 180 days, will have their Working Student scholarship funding reinstated, less any prior disbursements.

# Education Costs

Concorde will assist students in developing financial plans to pay for their education through a combination of student or family contributions, financial aid (if eligible), and finance plans. All students must sign a Retail Installment Contract for direct educational costs not covered by Title IV or agency funding. All payments are the full responsibility of the student and are payable as stated in the student's Enrollment Agreement and retail installment contract if applicable.

Students may be required to make monthly payments while attending school. Payment amounts are based upon the program in which the student is enrolled and the amount of financial aid the student may be receiving.

Any change in financial situation that may affect a student's financial aid or ability to make scheduled payments must be discussed with the Financial Aid Office and the Business Office.

Failure to keep all payments current may result in withdrawal from the school.

# Return of Title IV Funds Policy

The Institution follows the federal Return of Title IV Funds Policy to determine the amount of Title IV funds the Student has received and the amount, if any, which needs to be returned at the time of withdrawal. Under current federal regulations, the amount of funds earned is calculated on a pro rata basis through 60% of the payment period or period of enrollment. After the 60% point in the payment period or period of enrollment, a Student has earned 100% of the Title IV funds. The Institution may adjust the Student's account based on any repayments of Title IV funds that the Institution was required to make.

Students who withdraw from school or are withdrawn by the school prior to completing more than 60% of their period of enrollment or payment period for degree programs (a period of time for which students receive Title IV aid) will have their Title IV eligibility recalculated based on the percentage of the period of enrollment or payment period for degree programs attended. For example, a student who withdraws completing only 30% of the period of enrollment or payment period for degree programs will have "earned" only 30% of Title IV aid. The school and/or the student must return the remaining 70%.

This policy applies to any student who withdraws or is withdrawn by Concorde Career Institute and receives financial aid from Title IV funds. The term "Title IV funds" refers to Federal Pell Grants, Federal Supplemental Educational Opportunity Grants (FSEOG), Subsidized Federal Stafford Loans, Unsubsidized Federal Stafford Loans, Federal Parent Loans for Undergraduate Students (PLUS), and Federal Perkins Loans.

For purposes of the Return of Title IV Funds Policy, a student's withdrawal date is the student's last day of attendance.

Title IV aid is earned in a prorated manner on a per diem basis up to and including the 60% point in the period of enrollment or payment period for degree programs. Title IV aid is considered 100% earned after that point in time. The percentage of Title IV aid earned is calculated as:

$$\frac{\text{Number of days completed by the student*}}{\text{Number of days in the period of enrollment or payment period for degree programs*}} = \text{Percentage of period of enrollment or payment period for degree programs completed}$$

*The total number of calendar days in a period of enrollment or payment period for degree programs and the number of days completed by the student will exclude any scheduled breaks of five days or more.*

The percentage of period of enrollment or payment period for degree programs completed will be the percentage of Title IV aid earned by the student. The percentage of Title IV aid unearned (i.e., amount to be returned to the appropriate Title IV program) will be 100% less the percentage earned. Concorde Career Institute will return unearned aid from the student's account as follows:

1. Unsubsidized Direct Stafford Loans (other than PLUS loans).
2. Subsidized Direct Stafford Loans.
3. Federal Perkins Loans (if applicable).
4. Direct PLUS Loans.
5. Federal Pell Grants for which a return of funds is required.
6. Federal Supplemental Educational Opportunity Grants (FSEOG) for which a return of funds is required.

Concorde will return the unearned aid within forty-five (45) days from the date the school determined the student withdrew.

When the total amount of unearned aid is greater than the amount returned by Concorde Career Institute from the student's account, the student is responsible for returning unearned aid to the appropriate Title IV program as follows:

1. Unsubsidized Direct Stafford Loans (other than PLUS loans).*
2. Subsidized Direct Stafford Loans.*
3. Federal Perkins Loans (if applicable).*
4. Direct PLUS Loans.*
5. Federal Pell Grants for which a return of funds is required.**
6. Federal Supplemental Educational Opportunity Grants (FSEOG) for which a return of funds is required.**

*Loan amounts are returned in accordance with the terms of the promissory note.*

**Unearned federal grant amounts to be returned by the student will be reduced by 50%.*

Within thirty (30) days of the date the school determined the student withdrew, the student will be notified in writing if he or she is required to return any federal grant aid (Federal Pell or FSEOG). The student is considered to be in an overpayment status. A student who owes a federal grant overpayment remains eligible for Title IV funds for a period of forty-five (45) days from the earlier of the date the school sends a notification to the student of the overpayment or the date the school was required to notify the student of the overpayment.

If during the forty-five (45)-day period the student repays the overpayment to the school or signs a repayment agreement with the U.S. Department of Education, the student will remain eligible for further Title IV funds. If during the forty-five (45)-day period the student fails to repay the overpayment or sign a repayment agreement with the U.S. Department of Education, the student is considered to be in an overpayment status and, thus, ineligible for any additional Title IV aid until that amount is repaid.

## Refund Procedures for Non-Title IV Financial Assistance

Refunds for state aid programs and applicable third-party funding agencies (e.g., Veterans Administration, WIA, etc.) will be calculated as stated in the Cancellation & Refund provisions published in this catalog and in the student's Enrollment Agreement. Any state or third-party funding agency refund due will be calculated based on the agency contract or guidelines.

# Student Information & Affairs

## Annual Security Report

The school publishes the policies and procedures for reporting crimes, as well as the types of crimes that have been committed on or near the campus, in the Annual Security Report. This publication is distributed annually to all students and is available at any time from a school administrator or on the school's website.

## Canceled Class Policy

When a scheduled class is canceled for unforeseen reasons (e.g., inclement weather, power outage, etc.), the class will be made up before the end of the term in which the cancellation occurred. If students are unable to attend the rescheduled class, they will be marked absent, and the Student Attendance Policy will apply.

In the event of unfavorable weather conditions, classes may be canceled at the discretion of the Campus President. Students will be notified through local television and radio stations and on social media.

## Graduate Employment

Placement services are available at any Concorde Career Institute/College, owned by Concorde Career Colleges, Inc. The Graduate Employment staff will assist students in their career search throughout and upon successful completion of studies by offering information on career opportunities, temporary assignments, résumé preparation, and guidance in interviewing techniques. Professional development seminars are conducted throughout each program to assist students in developing their interpersonal skills. The following services are included: career overview at orientation, pre- and post-interview techniques, personalized skills matching, one-on-one résumé review, career progression tips and completion certificates for professional portfolios.

Concorde does not guarantee employment for its graduates. Graduates are considered to be partners with Concorde in their career search. Graduates are expected to maintain consistent communication with their graduate employment team during their job search. This procedure keeps the school informed of a graduate's employment status and allows the school to keep the graduate current with career opportunities.

## Drug & Alcohol Abuse Policy

Concorde Career College ("Concorde") supports and endorses the Federal Drug-Free Workplace Act of 1988 and the Drug-Free Schools and Communities Act amendments of 1989.

The unlawful manufacture, distribution, dispensation, possession, or use of a controlled substance or abuse of alcohol by an employee or student on Concorde's property or as part of any Concorde activity is prohibited. Any student or employee of Concorde found to be abusing alcohol or using, possessing, manufacturing, or distributing controlled substances in violation of the law on Concorde property or at Concorde events shall be subject to disciplinary action. For employees, the school will take appropriate personnel action for such infractions, up to and including dismissal. Students who violate this policy will be dismissed and are not eligible for readmission.

For purposes of this policy, "conviction" means a finding of guilt (including a plea of nolo contendere) or imposition of sentence or both by any judicial body charged with the responsibility of the federal or state criminal drug statutes.

## Health Risks

Abuse of alcohol and use of drugs is harmful to one's physical, mental, and social well-being. With excessive drug use, life becomes centered on drugs to the exclusion of health, work, school, family, and general well-being. Accidents and injuries are more likely to occur if alcohol and drugs are used. Alcohol and drug users can lose resistance to disease and destroy one's health. Increasing tolerance developed by the user complicates the effects of drug use. This tolerance may be psychological, physiological, or both and may lead to greater danger of overdose.

Alcoholism takes a toll on personal finances, health, social relationships, and families. Abuse of alcohol or use of drugs may cause an individual driving a motor vehicle to injure himself or herself or others and may subject the person to criminal prosecution.

The following summarizes the effects and dangers of the major categories of drugs:

**Amphetamines**: Physical dependency, heart problems, infections, malnutrition, and death may result from continued high doses of amphetamines.

**Narcotics**: Chronic use of narcotics can cause lung damage, convulsions, respiratory paralysis, and death.

**Depressants**: These drugs, such as tranquilizers and alcohol, can produce slowed reactions, slowed heart rate, damage to liver and heart, respiratory arrest, convulsions, and accidental overdoses.

**Hallucinogens**: These drugs may cause psychosis, convulsions, coma, and psychological dependency.

# Counseling, Treatment, or Rehabilitation Programs

The administration of Concorde maintains a list of hospital and community agencies available to assist employees and students seeking alcohol and drug counseling and treatment.

Employees and students who have a substance-dependency problem are strongly encouraged to obtain counseling and treatment. Anyone seeking additional information about health problems and treatment related to alcohol and drug problems can contact the Campus President or Human Resources. Requests for assistance will be held in complete confidentiality and will be provided on a need-to-know basis only.

## Penalties

A student suspected of the possession, sale, manufacture, use, or distribution of a controlled substance, may be suspended from the student's program of study during the investigation and may become ineligible for continued participation in the Higher Education Act (HEA), Title IV Student Assistance Programs. If convicted, the student's relationship with Concorde will be terminated, and the student may lose the ability to participate in the HEA, Title IV Student Assistance Programs.

A student who violates any provision of this policy shall be subject to appropriate disciplinary action to include dismissal from Concorde. A student who is dismissed is not eligible for readmission.

In addition, any student or employee who violates the standards of conduct as set forth in this policy may be subject to referral for prosecution.

# Health Requirements

## Health Services

The school does not provide health services on campus other than making available immunizations at scheduled times.

- Immunizations: Clinical/externship sites require various vaccinations prior to participation in a clinical/externship rotation. Concorde offers these immunizations during on-campus health clinics at no cost. The immunization requirements are based on general requirements for working in a healthcare setting and may change without notice. If students are unavailable during scheduled immunization times, it is the students' responsibility to ensure compliance with immunization requirements at their own cost. If a student declines any of these immunizations, Concorde cannot guarantee placement at a clinical/externship site. In these cases, the student

may be required to complete additional health facility-specific documentation, including waivers. Under no conditions can Concorde guarantee employment.
- Health Insurance Coverage: The externship/clinical sites do not provide health insurance coverage for students. All students are covered by accident and liability insurance policies while in school or on clinical rotation. This policy does not automatically pay for all medical expenses due to school-related accidents. It is designed to work together with the insurance the student may already have. A student is required to meet with the Program Director regarding the processing of a claim. None of the programs provide health insurance as part of the tuition fee. Health insurance is the sole responsibility of the student.
- Health Conditions: It is the responsibility of the student to inform the appropriate instructor(s) of any physical or mental condition that could interfere with the safety of the student and/or patient while at the externship/clinical site.

While ill, it is the responsibility of the student to notify the Program Director, the Director of Clinical Education (DCE)/Clinical Instructor/Extern Coordinator and the externship/clinical site. Students are not permitted to attend class or clinical with a communicable disease.

# General Information
## Accessibility for Disabilities

The buildings are designed to be accessible to the disabled. Spaces are clearly marked and are reserved for disabled students, staff, and faculty. Cars parked in these designated areas without the proper identification will be towed.

## Cellular Phones

Students may not use cell phones for personal reasons in the classroom unless approved by the instructor.

## Commencement Ceremonies

To be considered a Concorde graduate, students are required to successfully complete all program requirements. This includes all phases of their didactic training as well as their externship and/or clinical education.

Participation in commencement ceremonies does not constitute official graduation. All requirements as stated in the school catalog must be fulfilled prior to conferment of graduate status. To be eligible to participate in the official commencement ceremonies, graduates must be current on all financial obligations at the time of commencement. (For details regarding graduation requirements, see "Graduation Requirements" in the "Academic Standards" section.)

## Community Activities

Concorde participates in community activities and encourages students to become active community members. Students are encouraged to notify the Campus President, Academic Dean or Director of Student Affairs of any upcoming activities in which they would like the school to participate.

## Customized Training

Concorde Career Institute offers customized training and technical assistance to employers on a contractual basis. Specialized curriculum and consultant services can be provided for business-specific needs.

## Day Care Services

Children are not permitted in any class, nor are they allowed on school premises while a parent or guardian is attending class. For information regarding day care services available to students at a reasonable cost, students may contact the Student Affairs department. Many area day care centers understand the need for quality care at a reasonable cost while pursuing educational goals, and the school maintains a list of those centers.

## Eating & Smoking

Students are welcome to pause, relax, eat and drink in the student lounge. Smoking, in all forms (cigarettes, e-cigarettes, etc.), is not allowed in the building. If students wish to smoke, they may do so outside of the building in designated areas. Absolutely no food or beverage are allowed in the labs. Absolutely no food or beverage are allowed in the classrooms unless approved by the campus administration.

## Emergency Telephone Numbers

Each student must provide the school with one or more telephone numbers where a family member may be reached in an emergency. Only in the case of an emergency will a student be called out of class to take a telephone call.

## Institutional Information Dissemination

Federal regulation 34 CFR 668.44 requires Concorde to designate an employee or group of employees who shall be available on a full-time basis to assist enrolled or prospective students in obtaining information on the following topics:

- Financial assistance information.
- Tuition and costs, withdrawal and refund policy, academic progress, facilities, faculty, and school approvals.
- Completion and retention rate calculations.
- Institutional Security Policies.

If a student has any questions, he or she should see one of the following personnel: Campus President, Director of Admissions, Financial Aid Director or Academic Dean.

## Insurance

Concorde provides students with accident insurance that covers injuries due to an accident that occurs while attending or participating in a Concorde-supervised and sponsored activity. The policy is intended to supplement the students' own insurance, and it requires students to submit a claim to their own insurance carrier first (if they have insurance). The insurance has a $5,000 limit on covered benefits. For clarification, students should check with the Campus President.

## International Student Services

Concorde does not admit students based on student visas because Concorde does not participate in the SEVIS program.

## Language of Instruction

All classes at Concorde are conducted in English. No English language services are provided. All students must be able to demonstrate the English language proficiency of a U.S. high school graduate.

## Lost Books & Supplies

Textbooks and curriculum materials are provided for all students; however, lost books are the student's responsibility to purchase at cost. Students will be expected to furnish such incidentals as paper, notebook, pencils and pens.

## Maximum Class Size

Classes are generally limited in size not to exceed 30 students per laboratory or lecture session. Specific programmatic requirements are addressed in the program section of this catalog.

## Parking

Parking is provided for students. Students park in the parking lot at their own risk. Concorde is not responsible for any damage or loss.

## Personal Belongings

Purses, clothes, books, etc., should not be left unattended, as the school does not assume responsibility for loss or theft.

## Personal Data Changes

Any change of name, address, email or telephone number must be reported to the Registrar's office as soon as the change occurs. Emergency information should be kept current at all times.

## Refresher Training

Concorde offers limited refresher training to its graduates. A graduate may apply for refresher training at any Concorde Career College/Institute offering similar classes.

Graduates may be accepted for refresher training (excluding externship) on a space-available basis. The graduate must be in good standing with the Business Office. No tuition will be charged; however, there will be a fee for each class/term or partial class/term. The graduate must have or purchase current text(s), workbook(s), and/or uniform(s) as required. The graduate is required to adhere to current school policies governing attendance and dress.

## Student Affairs

Concorde associates make every effort to maintain close communication with their students. Students have access to faculty and administrative staff for both vocational and academic advising. Students experiencing personal problems that require professional advising will be referred to the appropriate agencies.

## Student Housing

While the school does not offer on-campus housing for its students, living accommodations are available within a convenient distance of the school. Students must arrange for their own housing.

## Student Injuries

Students injured while attending school, participating in a school-supervised function, or in transit to or from supervised school activities are to report immediately to the instructor who will accompany the student to the Campus President. If necessary, immediate emergency procedures will be implemented, and a member of the staff or faculty will accompany the student, in the absence of a parent, guardian, or spouse, to the appropriate medical facility. Refer to the "Insurance" section in this catalog for more information.

# Student Complaint & Grievance Policy

Effective: 06/19/2020

Students are encouraged, at all times, to communicate their concerns to members of the faculty and administration. If a situation arises in which a student has a complaint or grievance the student is to adhere to the following procedure:

1. Within 72 hours: Discuss the matter with his or her instructor, if applicable. If not resolved,

2. Within the following 72 hours: Discuss the matter with the Program Director. If not resolved,
3. Within the following 72 hours: Discuss the matter with the Academic Dean,
4. Within the following 72 hours: Discuss the matter with the Campus President/Director.

If a student is still unable to resolve the issue, a written grievance statement along with supporting documentation may be submitted to the Campus President. The written statement should include the details of the student's issue, a summary of the conversations the student had with individuals while following the above procedure, and an explanation as to why the student believes the issue remains unresolved.

The Campus President will schedule a grievance committee meeting within three business days of receipt of the written grievance. Students are required to appear before the grievance committee. The Campus President will inform the student of the time and place to appear before the committee. The grievance committee has the responsibility of reaching a decision that is in balance with the best interest of both the student and the college. Students will be notified in writing within three business days of the committee's decision. Legal representation is not permitted since a grievance committee meeting is not considered a legal proceeding.

Further, students have the right to report any apparent inconsistencies with the application of the Student Complaint & Grievance Policy outlined in the school catalog. The request must be completed in writing and submitted to Concorde's Campus Support Center Student Affairs Department at: studentaffairs@concorde.edu. The request must include a summary of the student's grievance and any details and supporting documentation of the student's conversation with campus staff regarding the grievance, and it must describe how the campus' management of the grievance procedure was inconsistent with the school catalog. The Student Affairs Department will research the student's report as deemed appropriate, including requesting additional information from the student as needed, and render a final decision that is binding. The student will be notified in writing of the decision.

## Additional Student Grievance Options

Effective: 01/04/2022

**Accrediting Commission of Career Schools and Colleges (ACCSC) Student Complaint Procedure**

Schools accredited by the Accrediting Commission of Career Schools and Colleges must have a procedure and operational plan for handling student complaints. If a student does not feel that the school has adequately addressed a complaint or concern, the student may

consider contacting the Accrediting Commission. All complaints reviewed by the Commission must be in written form and should grant permission for the Commission to forward a copy of the complaint to the school for a response. This can be accomplished by filing the ACCSC Complaint Form. The complainant(s) will be kept informed as to the status of the complaint as well as the final resolution by the Commission. Please direct all inquiries to:

Accrediting Commission of Career Schools & Colleges

2101 Wilson Boulevard, Suite 302

Arlington, VA 22201

(703) 247-4212

www.accsc.org | complaints@accsc.org

A copy of the ACCSC Complaint Form is available at the school and may be obtained by contacting complaints@accsc.org or at https://www.accsc.org/Student-Corner/Complaints.aspx.

State of Florida

The schools are licensed by the Commission for Independent Education, Florida Department of Education. Inquiries or complaints regarding this institution may be made to the Commission at:

325 West Gaines Street, Suite 1414

Tallahassee, FL 32399

1-888-224-6684

A student in the Nursing or Practical Nursing programs may direct an unresolved complaint to:

Florida Department of Health

Consumer Services

4052 Bald Cypress Way, Bin C75

Tallahassee, FL 32399-3260

850-245-4339

MQA.ConsumerServices@flhealth.gov

A student in the Physical Therapist Assistant program may direct an unresolved complaint to:

Commission on Accreditation in Physical Therapy Education 1111 North Fairfax Street Alexandria, VA 22314 703-706-3245

www.capteonline.org

A student in the Respiratory Therapy program may direct unresolved complaints to:

Commission on Accreditation for Respiratory Care

1248 Harwood Road

Bedford, TX 76021

817-283-2835

www.coarc.com

A student in the Surgical Technologist program may direct an unresolved complaint to:

Accreditation Review Council on Education in Surgical Technology and Surgical Assisting (ARC/STSA)

19751 E Mainstreet, Ste 339

Parker, CO 80138

303-694-9262

www.arcstsa.org

## Student Guidance & Advising

Concorde makes every effort to maintain close communication with its students. Students have access to faculty and administrative staff for both vocational and academic advising. Students experiencing personal problems that require professional counseling will be referred to the appropriate agencies.

Assistance is available for students who require individual tutoring in order to raise their grades to a passing level. Students who simply wish to further enhance their own clinical or theoretical knowledge may also take advantage of this service. Students should contact their instructor, Program Director, or Academic Dean for further details.

## Changes

In keeping with the school philosophy of remaining responsive to the needs of students and employers, the school reserves the right to make modifications and schedule changes without additional charges to the student and within regulatory guidelines.

# Academic Information

## Clinical Experience/Externship
Effective: 08/30/2021

Certain programs require students to serve a clinical experience/externship in the office of a physician, dentist, hospital, clinic, or long-term-care facility during, near the end or upon completion of academic training. The Director of Clinical Education (DCE)/Clinical Instructor/Extern Coordinator will arrange all clinicals/externships. The clinical/extern site is under no obligation to employ the student following completion of the clinical/externship. During the clinical experience/externship, students are given the opportunity to put their classroom and laboratory training into practical application under actual employment conditions. While on clinical/externship, the student is under the supervision of a Clinical Instructor/Extern Coordinator or school faculty. Any absence incurred during the clinical experience/externship must be reported to the Program Director, the Clinical Instructor/Extern Coordinator, DCE and the Clinical/Extern Site Supervisor/Preceptor. Clinical experience/externship may begin immediately upon assignment following classroom completion. All program and catalog requirements apply, including dress code, name tags, drug use, etc. Additionally, students must abide by the rules and regulations of the site to which they are assigned. This includes rules governing confidentiality of medical records and reports to conform to the Health Insurance Portability and Accountability Act (HIPAA). While on clinical experience/externship, students must comply with the following clinical/extern regulations:

1. The school will assign students to a clinical/externship site. Students may not turn down a clinical/externship. The school cannot guarantee a particular facility or geographical location; however, Concorde will consider the student's request when making assignments. Students are not permitted to complete their clinical/externship experiences at current employers or sites where family members may have direct influence over students' clinical or externship experiences.
2. Students must work the same hours as employees at their assigned site. Some programs require 12-hour shifts and may be completed days, nights, and weekends to obtain the desired clinical skills. Depending upon state laws, a certain amount of time is required for lunch. Lunch time is not included in the total clinical/externship hours.
3. Clinical/externship is a part of the student's education. Students will not be paid and may be withdrawn from the program if the facility reports that they were asking for or receiving pay.

4. Clinical/extern sites may require that students be vaccinated/immunized for various diseases, be tested for drug usage and/or be checked for any criminal background prior to accepting them.
5. Students must meet the objectives on the clinical/externship checkoff and their midpoint evaluations. An unsatisfactory evaluation from the healthcare facility may require the student to serve an extra clinical/externship period, return to school for further training, or result in his or her withdrawal from the school. Poor performance or removal from a clinical site may result in withdrawal from the program.
6. As part of the externship requirements, students are responsible for completing and submitting forms and documents as required. Students are responsible for accurate and prompt recording of work hours as well as submitting time to the campus as instructed. Respiratory Therapy students must sign in and out using DataARC documenting software. All procedures performed must be logged in DataARC per program policy. Midterm evaluations (for programs requiring them) must be completed and submitted to the school at the halfway point of the externship. It is the student's responsibility to ensure that the healthcare facility has completed and signed all evaluations and time verification sheets and that the Academic department has received them upon completion of his or her externship.
7. It is the student's responsibility to attend scheduled meetings, including site interviews, before and during his or her clinical/externship. Students may be required to return to the campus during their clinical/externship at the direction of their Clinical Instructor/Extern Coordinator or Program Director.
8. Students are expected to behave in a professional manner at all times. Any conduct that reflects discredit upon the student, the school, or the site will subject the student to withdrawal from school.
9. If a student is going to be late or absent, he or she must notify the healthcare facility and the Clinical Instructor/Externship Coordinator. Violation of attendance policy will result in probation or withdrawal from school.
10. Students should immediately notify their Clinical Instructor/Extern Coordinator/DCE if any problems are encountered during clinical/externship: personality conflicts, illness, etc. (Students must never walk off the site, for any reason, without first notifying their Clinical Instructor/Extern Coordinator or Program Director.)
11. Tuition payments must be kept current.
12. If a student is dismissed from a clinical/externship site, the Program Director will evaluate the circumstances of his or her dismissal, and a decision will be made regarding his or her status as a student. The student may be withdrawn or dismissed from school at that time. If the student is

allowed to continue his or her clinical/externship and is dismissed from another site, he or she will be withdrawn from school. Students who are dismissed from clinical/externships will be required to repeat the entire clinical/externship.

Students may be required to travel up to 200 miles away from campus to attend clinical assignments, depending on programmatic requirements. Specific information regarding travel distance to clinical assignments will be provided to students during the enrollment process. Students are responsible for their own travel to and from clinical assignments and must plan accordingly. Students are responsible for all costs related to travel to and from clinical sites, including, but not limited to, meals, lodging and fuel.

## Criteria for Assessing Student Performance While on Externship

**Students must demonstrate passing scores in all courses, including practical written exams and hands-on lab exams, prior to being assigned an externship.**

During the externship course, each student will be evaluated in the areas of professional performance and appearance, attendance, and practical skills. To complete the externship successfully, a student must satisfactorily perform each procedure outlined in the training plan and demonstrate satisfactory work habits.

If, when evaluated, the extern is unable to perform certain procedures properly, the student will be required to return to campus for additional training in the unsatisfactory areas. During the externship course, the student may be required to return to campus for weekly scheduled meetings to provide continued interaction with the Extern Coordinator. If the student's work habits are unsatisfactory on the first evaluation, the coordinator will confer with the student at that time. If work habits are still unsatisfactory at the end of the externship period, the student may be required to serve an additional externship. A student may repeat the externship only once. If failure of the externship occurs twice, the student will be withdrawn from the program.

The externship evaluation scale is as follows:

| 3 | Student knows the underlying principles and carries out procedures skillfully and accurately. |
|---|---|
| 2 | Student performs procedures with a fair degree of accuracy. |

| 1 | Student performs most procedures but requires guidance and supervision. |
|---|---|
| 0 | Student is unable to perform procedures even with guidance and supervision. |
| X | Procedure was not observed or performed. |

## Student Records
Effective: 08/24/2020

The Registrar's office maintains academic records of all coursework completed at the school, and they are maintained on campus for five years. Academic transcripts are maintained indefinitely. Transcripts are released only after receipt of a signed, written request from the student. Transcripts issued to the student are marked "Issued to Student." Students are allowed one official transcript at no charge. A fee will be charged for each additional transcript. No official transcript(s) will be released if records are on hold for financial reasons or missing documentation. (See "Records on Hold" policy.) Students may request an unofficial transcript in this case. The word "Unofficial" will be stamped on the transcript. Third-party transcripts from other institutions cannot be released to any individual or institution.

## Records on Hold
Academic records may be placed on hold for any of the following reasons:

- A financial obligation to Concorde Career Institute;
- Failure to return Learning Resource Center materials or school equipment; or
- Default on a federal student loan.

Until the hold is removed, individuals will not be allowed to:

- Restart school from a withdrawal status; or
- Obtain an official transcript.

Appeals to this policy may be made to the Campus President in writing. The Campus President will notify the student in writing regarding the outcome of the appeal.

## Academic Units of Credit
One semester credit hour equals 45 units (and one quarter credit hour equals 30 units), comprised of the following academic activities:

- One clock hour in a didactic learning environment = 2 units
- One clock hour in a supervised laboratory setting of instruction = 1.5 units
- One hour of externship = 1 unit
- One hour of out-of-class work and/or preparation for the didactic learning environment or supervised laboratory setting of instruction that are designed to measure the student's achieved competency relative to the required subject matter objectives = 0.5 unit

"Clock Hour" is defined as a period of 60 minutes with a minimum of 50 minutes of instruction in the presence of an instructor.

# Financial Aid Units of Credit
Effective: 07/01/2021

Concorde measures programs in either semester credit hours or financial aid units of credit. For financial aid eligibility and disbursements, the school uses the system of clock hour to credit hour conversion established by the U.S. Department of Education. One credit is equal to 30 clock hours.

# Measure of Program Duration
The ending date or graduation date from a program is a "scheduled" graduation date. In-service days, holidays, and other unscheduled events that could cause interruptions in scheduled training may influence the actual calendar length of a program.

# Withdrawal Policy
## Student-Initiated Withdrawal

Students who wish to withdraw may do so by contacting the Academic Dean or Program Director via telephone, mail, or preferably in person. The withdrawal date will be the student's last date of attendance. A student who withdraws during the first seven calendar days of a grading period will not have that course(s) recorded on his or her transcript. A student who withdraws after the first seven calendar days of a grading period will receive a grade of "W" up to 14 calendar days before the end of the term. Within 14 calendar days of the end of the term, the student will receive either a "WF" or "WP" depending on quality of course work completed to date. This is not calculated in his or her cumulative grade point average (CGPA). The credits will count toward attempted credits.

The student will be provided with exit interview forms. There are financial and/or financial aid implications for withdrawing. Please consult with the Financial Aid and/or Business Office to determine how withdrawal will impact your student account.

# Withdrawal for Violation of School Policy
The school may withdraw a student from his or her program of study for violation of published school policy. If a student withdraws from school without notifying the school, the withdrawal will be effective from the last date of attendance. If the student is withdrawn for violation of published school policy, the withdrawal date will be the last date of attendance.

A student who has been withdrawn during the first seven calendar days of a grading period will not have that course(s) recorded on his or her transcript. A student who has been withdrawn after the first seven calendar days of a grading period will receive a grade of "W," which is not calculated in his or her cumulative grade point average (CGPA). The credits will count toward attempted credits.

# Course Drop/Add Policy
The Drop/Add period for each term is 7 calendar days. A student who does not attend a course or whose last date of attendance (LDA) in a course is within the Drop/Add period may be voluntarily or involuntarily withdrawn from the course without academic or financial penalty. A student who does not post any attendance in a course in the first 14 calendar days after the start of the term will be unregistered from the course and not receive a grade for the course.

# Course Withdrawal Policy
A student withdrawing or being withdrawn from a course who has posted attendance after the Drop/Add period but prior to the fourteenth calendar day before the end of the term, will receive a grade of "W". Course withdrawals for students whose LDA falls within fourteen calendar days of the end of the term will receive either a grade of Withdrawn-Fail (WF) or Withdrawn-Passing (WP) depending upon the student's grade for work completed up to the last date of attendance. A grade of WF will count as a failed attempt at the course (see Repetitions). Withdrawing from a course may impact a student's eligibility for Financial Aid. Please speak with a Financial Aid Representative to discuss your individual account.

# Program Changes
A student who wishes to change programs may do so at any time prior to starting classes. A student changing programs after starting classes will be evaluated according to the school's refund policy.

# Program Monitoring
Concorde makes critical comparisons between the content of its programs and the needs and demands of business and industry by monitoring feedback from

local agencies, the program advisory committee, test results, graduates, and employers. The instructors communicate closely with industry personnel to keep program objectives and content current.

# Dress Code
Effective date: 08/02/2022

Students are preparing for careers and should develop the habit of wearing appropriate attire. Students are required to wear the designated school uniform in class and on externship or clinical experience unless directed otherwise. Clinical/externship sites may require students to wear white shoes. Students are responsible for meeting dress code requirements for the site.

A student's personal appearance must be appropriate at all times when the student is in school uniform. The general requirements are as follows:

- Uniforms will vary by program.
- Uniforms or scrubs must be clean, wrinkle-free and well-fitted. Pants and dresses must be proper length.
- No outerwear is permitted in the classroom except for a lab coat or sweater as established by school/program standards.
- Shoes must be leather or vinyl and OSHA compliant, closed-toed, closed heel. Students must keep their shoes clean and polished.
- Underclothing is to be worn while in uniform. Undergarments must not be visible.
- The ID badge is part of the uniform and must be visible at all times.
- College-approved lab coats may be worn over the regulation uniform. T-shirts or turtlenecks may be worn under scrubs, but they must be tucked in. T-shirts or turtlenecks must be removed in the lab if they become a safety hazard.
- Jewelry may not be worn with the uniform, except for one pair of small stud earrings, one ring (e.g., wedding and/or engagement ring, class ring) and a watch. Dangling earrings, hoop earrings, or multiple earrings will not be permitted. A single necklace that does not dangle may also be worn. For safety reasons, no jewelry may be worn under protective gloves. Jewelry used in body/tongue piercing other than the earlobe is not acceptable. Medical identification worn as a bracelet or necklace is acceptable.
- Hair must be of a natural hue, neatly combed, clean, and pulled away from the face, so that it does not hang in the face when bending over during lab/clinical activities. No head covers, including beads or jewels interwoven into the hair are to be worn. All religious head coverings must be approved by the Academic Dean.
- Fingernails must be kept short, clean, and neatly manicured. No polish, acrylic nails, overlays, or any synthetic enhancements to the natural nails.

- Proper daily hygiene, including the use of antiperspirant and mouthwash, is essential because students work very closely with others. Cologne and perfume should not be worn.
- Many healthcare facilities mandate coverage of tattoos, and students may be asked to leave a clinical or externship site if tattoos are visible. In order to ensure we are preparing you for the work environment of your chosen field, Concorde requires that students make a reasonable attempt to cover all tattoos.
- Eyelash extensions are prohibited.

**Failure to comply with the above expectations may result in dismissal from the classroom, externship, and/or clinical site.**

# Licensure Payment Policy
Concorde is committed to preparing students with the skills and knowledge necessary to become entry-level practitioners in their field of study. Some of the programs offered by Concorde have employment outcomes where passage of a professional certification, licensure or registry examination may be required for employment or that will enhance potential employment opportunities. Concorde will pay exam fees for graduates of these programs based on the eligibility requirements below. Please discuss with your Program Director which exams are relevant to employment in your field of study and the requirements for successfully demonstrating examination preparedness.

Eligibility is determined by the graduate's completion of the following:

- Receive approval from the Program Director, Academic Dean or Campus President before testing.
- Take the exam within two months of graduation, or take the first available exam opportunity for those exams offered only on a periodic schedule.
- Meet all Concorde graduation requirements.
- Demonstrate that the student is prepared to sit for licensure by completing a "green light" process at the campus.

If a second attempt is necessary due to first-time failure, all of the following must be met:

- Evidence of a valid benefit to the student and college, such as meeting or exceeding programmatic licensure pass rate standards and/or graduate employment rate standards;
- Campus President approval;
- Proof that the graduate sat for, and completed, the first-time exam(s);
- Submission of exam scores from the student's first exam attempt;

- Successful completion by the graduate of a remediation program approved by both the campus-level Program Director and Concorde's Vice President of Academic Affairs or designee.

Registration and certification requirements for taking and passing these examinations are not controlled by Concorde, but by outside agencies, and are subject to change by the agency without notice. Therefore, Concorde cannot guarantee that graduates will be eligible to take these exams, at all or at any specific time, regardless of their eligibility status upon enrollment.

# Distance Education/ Online

Concorde supports the educational needs of the busy adult learner, delivering some courses in an online format. Online classes are not intended as easy substitutes for learning on campus. Students will find that learning online can be as challenging and rewarding as attending on-campus but allows the flexibility of determining when learning is convenient. Although time is flexible, attendance and participation is expected and monitored.

The convenience of online courses allows students to work on assignments and participate in class discussions as their schedules permit within specified timeframes. Learning is achieved through both individual inquiry and collaboration. Each course encompasses a variety of different graded learning activities.

Students enrolled in online classes and programs are expected to be capable of using a computer to complete some or all of their coursework and be familiar with accessing Internet resources. In addition, they must have access to a reliable computer and high-speed Internet connection sufficient to complete their coursework. Students are also welcome to utilize the Concorde computer labs and/or the Learning Resource Center (LRC) to complete coursework. Online courses utilize the Canvas Learning Management System (LMS), a secure, web-based platform that employs multimedia technologies and is accessible 24 hours per day via Internet access. Prior to enrollment, prospective students will be required to complete an online assessment of their readiness to successfully complete their education in an online environment. The campus may require the student to participate in an orientation as well as online sessions at the campus.

To complete online courses using the Canvas Learning Management System (LMS), students should refer to the following links to be sure they are using appropriate computer systems. Students also must have an Internet provider with reliable service.

- Computer Specifications https://community.canvaslms.com/docs/DOC-2059
- Browser Requirements https://community.canvaslms.com/docs/DOC-1284

Some courses may only be offered in a distance education format. Please refer to the Admissions Representative or Academic Dean for course schedules.

Online delivery is not approved by the Florida Commission for Independent Education. Students may be required to take courses in an online format. These courses are delivered by the Concorde Career College in Kansas City.

## Attendance Requirements

Online education affords students great flexibility in managing their time. However, academic success requires that students engage in learning activities regularly and participate in meaningful interactions with faculty and fellow students. Specific daily attendance is not required for online courses, as it would be on a campus. Students are required, however, to log into their class regularly and submit assignments in a timely manner, or they may risk being withdrawn for lack of attendance.

For each course, initial attendance is recorded when a student logs into his or her class and completes a learning activity. Students who only view the syllabus but make no other substantive participation for the rest of the course are not considered enrolled. Attendance in subsequent weeks is recorded by a student completing a learning activity. The act of logging in each week does not constitute attendance; the student must participate by either engaging in the discussion board or submitting a graded assignment to be considered present for that week.

Once a student has logged into his or her class and completed a learning activity or assignment, he or she is considered officially enrolled in the course and expected to complete the entire course. Failure to post attendance for two consecutive weeks may subject the student to immediate withdrawal.

Coursework is assigned weekly. Students are expected to complete assignments according to the course outline. (Refer to the "Make-Up Work" policy for submitting missed coursework.) Students must show attendance within the first three days of the course, or they are subject to withdrawal from the course.

## Learning Activities

Online students use the Canvas Learning Management System (LMS) to view video content, receive and submit project work and assignments, take assessments, quizzes and tests, communicate with instructors and classmates, and review course progress and grades. In keeping with the modality of online learning much of the content will be delivered either with e-books or digital content. Successful online learning requires the student to be an active participant in all learning activities. Learning activities will vary by course but may include:

- discussion thread posts
- exams, quizzes and assessments
- case studies
- group interactive assignments

- other graded assignments

All learning activities associated with a course will be clearly outlined on the syllabus page within each Canvas course. Attendance is recorded when the student submits any learning activity. Students must contribute weekly to the discussion forums. Deadlines are established differently based upon the length of each term. Concorde offers online courses and programs in four-week and 10-week terms.

### Four-Week Terms

Due dates are established according to the day of the week the term starts. Weekly modules always begin at 12:00 a.m. CST and end at 11:59 p.m. CST. Courses last for four weeks or 20 weekdays. This is divided into four modules within the online course. Each module is five class days in length and does not include weekends. Initial discussion board posts are always due on the third class day of the weekly module. Assignments, assessments and discussion board responses are due on the fifth or last class day of each weekly module.

### Ten-Week Terms

Courses are 10 weeks in length, and the weekly module will always start on Monday (12:00 a.m. CST) to Sunday (11:59 p.m. CST). Initial discussion board posts are due not later than every Wednesday (11:59 p.m. CST), and assignments, assessments and discussion board responses are due by Sunday (11:59 p.m. CST).

Students who are considered officially enrolled in the course but do not fulfill all of the coursework required will receive a grade based on the assignments they have completed.

# Faculty/Student Interaction & Academic Advising

Faculty/student interaction is critical for student success in an online environment. Online methods of interaction include online lectures, email, document sharing, and threaded discussions. Faculty members review and respond to student requests within a 24-hour time period.

Ground students who have opted to take some of their General Education courses online receive the same benefits as fully online students in regard to faculty interaction. However, student advising during midterms and finals will be the responsibility of the campus at which the student is enrolled.

# Student Services

Effective: 07/16/2021

Students enrolled in online courses, whether they are fully online or ground students taking select General Education courses, will be given support and services. Ground students will be provided services directly through their home campus. Each campus has a designated "Online Success Coach" (OSC) who will be provided weekly reports for high-risk students and can provide basic troubleshooting within the Learning Management System (LMS). The OSC can also refer the student to the Director of Student Affairs located on campus.

Fully online students will have student support access through the Dean of Online Operations. The Dean will provide support to students who may be high-risk, typically via telephone or email, and may also assist students by involving other campus associates.

# Learning Resources

Concorde Career Colleges, Inc., subscribes to multiple databases from Gale Cengage Learning, which is available to all students through the Canvas Learning Management System (LMS). Included in these materials are over 20,000 titles with peer-reviewed full text articles exceeding 8,000 as well as ebooks, experiments, projects, and images. Many of the students' immediate research questions can be met by using these online reference sources. The user-friendly web interface has information from leading medical journals, encyclopedias, newspapers, newsletters, and pamphlets.

# Learning Outcomes

Learning outcomes for online coursework are the same as on-ground coursework.

# Graduation Requirements

Students taking online courses must meet the graduation requirements for their chosen program of study.

# Health Screens

Students enrolling in programs where health screens are required will be provided with a list of required immunizations. Students will be required to provide proof of immunization prior to beginning clinical rotations.

# Uniforms

Students enrolling in programs where uniforms are required for clinical rotations are responsible for providing their own clothing in accordance with the established policies of the institution where they will be completing their clinicals.

# Academic Standards

## Attendance Policy

### General
Effective: 03/11/2021

Regular attendance in scheduled ground classes, clinical and externship experiences, and frequent and full participation in online activities is expected of all students. It is expected that students will complete all assigned work, both online and on ground, and complete all homework to receive the full benefit of the program. When a student enrolls, that student accepts the responsibility of participating fully in all coursework. Attendance is recorded for all appropriate online and on-ground activities and becomes part of the student's permanent record with the school.

Concorde recognizes, however, that unforeseen situations do occur in students' lives. For this reason, Concorde allows for specific Attendance Warning and Attendance Probation periods.

In all cases, a student will be withdrawn on the first business day following 14 consecutive calendar days of nonattendance online or on ground, excluding holidays published in the school catalog.

### Blended Programs (exclusive of externship & clinical)
Effective: 03/11/2021

Attendance for blended programs/courses may consist of the following:

· **Ground Attendance** (GA) is time awarded for classes scheduled at specific times on campus. Students are scheduled for these classes and any time absent will be recorded. This attendance includes on-campus lecture or lab activities. Students are expected to attend all GA activities within a term.

· **Online Attendance** (OA) are academic activities that a student completes online on his or her own schedule. These would include assignments, projects, simulation, and other academically related non-homework activities. Students will be awarded attendance based on the online completion and/or submission of activities.

**Homework** is incorporated into many classes and is to be completed on the students' own time. Attendance is never awarded for activities identified as homework.



Sample Online Assignments Identified as "Homework"

### Excessive Absences
Effective: 03/11/2011

Excessive absences will prevent a student from achieving course and program outcomes. For the purposes of this policy, excessive absences are defined as:

· Missing more than 20 percent of total scheduled Ground Attendance hours within a module for programs on four-week modules.

· Missing more than 10 percent of total scheduled Ground Attendance hours within a term for programs on 10-week or longer terms.

### Attendance Warning
Effective: 03/11/2021

A student will be advised of their attendance performance and placed on Attendance Warning at the end of the first module or term during which the student has excessive absences. The student will remain on Attendance Warning until the end of the next term or module.

### Attendance Probation
Effective: 03/11/2021

A student who is already in an Attendance Warning status will be advised of possible withdrawal and placed on Attendance Probation at the end of an Attendance Warning term or module during which the student has excessive absences. A student already on Attendance Probation will be withdrawn immediately upon having excessive absences during the term or

module. A student who does not have excessive absences will remain on Attendance Probation until the end of the following term or module.

## Return to Good Standing
Effective: 03/11/2021

A student in an Attendance Warning or Attendance Probation status who does not have excessive absences at the end of a term or module will be notified and returned to good standing.

## Externships Courses
Effective: 03/11/2021

A student must complete all hours designated as externship within the time allotted to pass the externship course. Externship experiences are scheduled in partnership with the externship site. Students must plan sufficiently in advance to attend every day of the scheduled externship experience. In the event a student will be absent from, or will arrive late to a site, the student must contact the site and the appropriate school official immediately upon becoming aware of the situation. Except in cases of documented emergency, notification of absence or tardiness must occur at least 60 minutes in advance of the scheduled start time. If the site supervisor or school official determines that a student is not reliable for any reason, including absences, the student may be removed from the site and may be withdrawn from the program.

## Clinical Classes
Effective: 03/11/2021

Clinical participation is vital to student success, and students are expected to be present, on time, and prepared for every scheduled clinical experience.

· Many programs require full clinical attendance. In these programs, a student must complete 100% of published clinical hours by the last day of the term to pass the class. A student who does not complete all clinical hours in these programs will fail and be required to repeat the clinical class.

· For programs that do not require full clinical attendance, a student may not miss more than 10% of published clinical hours. A student who is absent more than 10% of the scheduled clinical hours on the last day of the term will fail and be required to repeat the clinical class.

· Some programs' clinical experiences are measured in cases or competencies. For these programs, a student may not miss more than 10% of published clinical hours. A student who is absent more than 10% of the

scheduled clinical hours on the last day of the term will fail and be required to repeat the clinical class, *even if all clinical cases or competencies are met*.

If, for any reason, a student will be late or absent for a clinical shift, the student must notify the instructor or other designated Concorde individual immediately upon becoming aware of the situation. Except in the case of a documented emergency, failure to notify of an absence or tardiness at least 60 minutes before a scheduled start time or arriving more than 30 minutes late to a scheduled clinical shift may result in disciplinary actions up to and including withdrawal from the program. Some clinical facilities may have additional or stricter attendance requirements for students. In this case, students are required to follow the attendance policy in place at the clinical facility.

Students who have any absence or absences that result in not completing the required clinical hours, lab competencies, or required cases shall fail the course. Clinical make-up sessions may be provided; however, the program's ability to provide make-up hours is dependent upon scheduling and other factors that may prohibit the availability of clinical make-up hours.

## Online Courses and Programs
Students taking online courses should refer to the Distance Education/Online section of the catalog for specific attendance requirements.

## Make-Up Work
All graded work or performed competencies (letter grade or pass/fail) not completed by the due date, or missed due to absence, including being tardy or leaving early, will not be eligible for a grade. Students will receive a zero (0) for missed work or an "F" for missed competencies. Instructors may make case-by-case exceptions if a significant, documentable, and infrequent situation caused a student to miss a submission deadline. Instructors will ensure that all students receive equitable consideration when granting extensions.

## Marital, Parental and Military Leave Statuses
Concorde Career Colleges, Inc., complies with all requirements outlined in 34 C.F.R. 106.40 (a) and (b) with regard to the marital or parental status of students. Any student is eligible for leave in the care of pregnancy, childbirth, false pregnancy, termination of pregnancy, and recovery therefrom for so long a period as deemed medically necessary by the student's physician. The student will be administratively withdrawn from the Institution for this leave period. At the conclusion of the student's leave period, the student will be reinstated to the same academic and enrollment status that he or she held when the leave began.

Additionally, Concorde complies with all requirements outlined in 34 C.F.R.668.18 (a), (e), and (g). Students who have been deployed, or are required to attend military training, will be administratively withdrawn from school for this leave period. The school will promptly readmit a service member into the same or similar program, under the same academic status and tuition at the time of withdrawal; in accordance with regulation, eligibility for this reinstatement is valid for up to one year from return from military service. The cumulative length of absence and of all previous absences from the school for military service may not exceed five years. Only the time the student spends actually performing service is counted.

For further information on these statuses and how to apply, please contact a member of the Student Affairs department. For information on how these statuses impact your Financial Aid, please contact a member of the Financial Aid department.

## Campus Safety Policy

Concorde is committed to providing a safe and productive environment for all Concorde associates and students. To help prevent incidents of violence from occurring, Concorde has implemented this campus safety policy. Concorde expressly prohibits any acts or threats of violence by an associate, student, or former associate against any other associate or student in or about its facilities or clinical sites at any time. Concorde does not condone any acts or threats of violence against associates, students, clients, or visitors by an individual on the school's premises at any time or while such an individual is engaged in business with or on behalf of Concorde, on or off the school's premises. In keeping with the spirit and intent of this policy and to ensure that the objectives in this regard are attained, Concorde is committed to the following policies:

- Providing a safe and healthy work and educational environment.
- Taking prompt remedial action up to and including immediate dismissal of any associate or student who engages in any threatening behavior or acts of violence or uses obscene, abusive, or threatening language or gestures.
- Taking appropriate action when dealing with clients, former associates or students, or visitors to the school's facilities who engage in such behavior. Such action may include notifying the police or other law enforcement personnel and prosecuting violators of this policy.
- Prohibiting associates, former associates, students, clients, and visitors from bringing unauthorized firearms or other weapons onto the school's premises.

In furtherance of this policy, associates and students have a "duty to alert" their supervisors, the Campus President, or Human Resources of any suspicious activity, situations, or incidents that they observe or know of that involve other associates, students, former associates, clients, or visitors and that appear problematic. This would include threats or acts of violence, aggressive behavior, offensive acts, and threatening or offensive comments or remarks. Associate and student reports made pursuant to this policy are held in confidence to the extent possible. Concorde will not condone any form of retaliation against any associate or student for making a report in good faith under this policy.

Threats against individual(s) and/or Concorde should be immediately reported to the Campus President or Human Resources at the Campus Support Center. It is critical that any material relevant to the incident be maintained until Human Resources decides on the proper disposition. Confrontational threats while on campus may be dealt with by the Campus President and Human Resources. Actions may include suspension (for gathering additional facts), written warning, or dismissal.

## Student Code of Conduct
Effective: 06/19/2020

Concorde believes strongly in promoting the development of personal, professional and social responsibility. Concorde also believes in a humanistic approach to discipline conducive to academic pursuits. However, Concorde recognizes that its responsibility for the protection of personal and institutional rights and property is a primary focus of the disciplinary process. Behavior that infringes upon rights, safety or privileges, or that impedes the educational process, is unacceptable and may lead to sanctions up to and including dismissal from the school. Courteous behavior and professional conduct, appropriate to a business environment, is to be displayed at all times.

All students are expected to respect the rights of others and are held responsible for conforming to the laws of the federal, local, and State governments. Students are expected to conduct themselves in a manner consistent with the best interests of Concorde and of the student body.

Concorde's administration reserves the right to develop any policy or take any action(s) deemed appropriate to maintain the safety and well-being of any or all students. Student conduct offenses may be related to persons, property, campus operations, and welfare, and the health or safety of students, faculty and staff.

Concorde reserves the right to discipline and/or dismiss a student, visitor, or employee for any of the following reasons: possession of firearms on campus property; failure to maintain satisfactory academic progress (SAP); failure to pay college fees and/or tuition by applicable deadlines; disruptive behavior

(continued willful noncompliance, willful and persistent profanity or vulgarity, open and/or persistent defiance of authority, and/or persistent disrespect of personnel or students) : ; posing a danger to the health or welfare of students or other members of the campus community; theft, on or off campus; any form of assault; State and Federal drug law violations; electronic or social media violations; or failure to comply with the policies and procedures of Concorde.

The list of examples is not intended to be all-inclusive, and Concorde reserves the right to act in the best interest of the students, faculty, and staff and may deem actions committed by a student to be a conduct violation, although the action does not appear on a list of examples.

Violation of the conduct policy is grounds for suspension of privileges, up to and including dismissal from the Institution. The Campus President reserves the right to take any action(s) deemed appropriate to ensure the immediate safety and well-being of any or all students, faculty, and staff.

Students are encouraged to share personal experiences while participating in classes at Concorde. However, students must be aware that should they disclose to any Concorde faculty members or staff information that may cause harm to themselves or others, faculty members and staff are required to report such information to the Academic Dean, Director of Student Affairs, or Campus President.

Every student is subject to federal and state law and respective county and city ordinances. A student who is convicted of any criminal offense which interferes with the orderly operation of the school or which the administration feels would endanger members of the Concorde community shall be subject to disciplinary action.

Infringements of the Student Code of Conduct are handled by the Concorde Academic Dean, Director of Student Affairs, and Campus President. Students have the right to request further review in accordance with the school's "Student Complaint & Grievance Policy" as outlined in this catalog.

Students who are dismissed for a conduct related violation are not eligible for readmission into any Concorde College/Institute campus.

## Student Code of Conduct Offenses
### Offenses Related to Persons

An offense related to a person is committed when a student:

1. Intentionally or knowingly and without authority or consent limits or restricts the freedom of a person to move about in a lawful manner.
2. Threatens (by any means), intimidates or uses physical or sexual force in a manner that endangers the health or safety of another person or which reasonably causes another person to be fearful of physical or emotional harm.
3. Intentionally harasses another person. Harassment includes, but is not limited to, impeding another persistently or wronging or bothering persistently.
4. Engages in any activity related to other persons which is prohibited by law or court order.

### Offenses Related to Property

An offense related to property is committed when a student:

1. Knowingly and without consent or authorization possesses, removes, uses, misappropriates, or sells the property or services of another person or of Concorde.
2. Intentionally or negligently damages or destroys property owned or in the possession of another person or of Concorde.
3. Obtains the property of another person by misrepresentation or deceptive means.
4. Enters or uses the facilities or property of another person or Concorde without consent or authorization.
5. Commits a computer-related offense, including, but not limited to, use of a Concorde computer to access graphically prurient or sexually explicit images of persons and/or children.

### Offenses Related to the Operation of Concorde

An offense related to the operation of Concorde is committed when a student:

1. Engages in illegal, obscene or indecent conduct on Concorde property or at Concorde-sponsored events.
2. Forges, alters, possesses, duplicates, or uses documents, records, keys or identification without consent or the authorization of appropriate Concorde officials.
3. Fails without just cause to comply with the lawful order of a Concorde official acting in the performance of his/her duties and authority.
4. Engages in solicitation in or on Concorde property or involving the use of campus property unless such solicitation is approved by appropriate Concorde officials.
5. Operation of any audio or video recording device without prior approval.
6. Intentionally acts to impair, interfere with, or obstruct the orderly conduct, processes, and functions of Concorde.

## Offenses Related to Welfare, Health or Safety

An offense related to welfare, health or safety is committed when a student:

1. Uses, possesses, or manufactures, without Concorde authorization, firearms, explosives, weapons, unregistered fireworks, illegal chemical or biological agents or other dangerous articles or substances injurious to persons or property.
2. Falsely reports a fire, activates emergency warning equipment, or communicates false information regarding the existence of explosives or hazardous materials on Concorde property.
3. Abuses, removes, or damages fire and safety equipment or fails to vacate a building or facility when a fire alarm is activated.
4. Fails to leave a building, streets, walks, driveways or other facilities of Concorde when directed to do so by an official of the campus having just cause to so order.
5. Uses, possesses, distributes, sells, purchases or is under the influence of alcohol, narcotics, hallucinogens, dangerous drugs, or controlled substances.

# Non-Discrimination Policy

Effective: 08/14/2020

Concorde is committed to maintaining a working and learning environment that is free from discrimination and harassment for all Concorde associates and students, including persons interested in applying to participate in a Concorde education program or activity as an employee or student. Accordingly, Concorde does not discriminate or harass, and will not tolerate any form of discrimination or harassment, on the basis of race, color, national origin, sex, including but not limited to sexual orientation and gender expression or identity, disability, or age in its education programs and activities. The following persons have been designated to handle inquiries regarding Concorde's Non-Discrimination Policy:

Koula Foura M.Ed

Student Affairs Director

Lead Title IX Coordinator

Lead ADA Coordinator


Concorde Career Colleges

5800 Foxridge Drive, Suite 500

Mission, KS 66202

Office: 913.745.2219

Fax: 913.831.6556

Email: TITLEIX@concorde.edu

For additional information regarding Concorde's policy against sex discrimination or harassment and grievance procedures to address allegations of sex discrimination or harassment, please see the Title IX policy.

## Sexual Harassment

Effective: 08/14/2020

Sexual harassment includes conduct on the basis of sex that satisfies one or more of the following: (1) an employee conditioning the provision of an aid, service or benefit of Concorde on an individual's participation in unwelcome sexual conduct; (2) unwelcome conduct determined by a reasonable person to be so severe, pervasive and objectively offensive that it effectively denies a person equal access to Concorde's education program or activity; and/or (3) Sexual Assault, Dating Violence, Domestic Violence, or Stalking as defined herein.

- **Dating Violence.** Violence committed by a person who is or has been in a social relationship of a romantic or intimate nature with the survivor/victim based on the reporting party's statements, with consideration given to the length of the relationship, type of the relationship, and the frequency of interaction between persons in the relationship. Dating Violence includes but is not limited to sexual or physical abuse or threat of such abuse but does not include acts covered as Domestic Violence (defined below).
- **Domestic Violence.** A felony or misdemeanor crime of violence committed by a: (1) current or former spouse or intimate partner of the victim; (2) person with whom the victim shares a child in common; (3) person who is cohabitating with, or has cohabitated with, the victim as a spouse or intimate partner; (4) person similarly situated to a spouse of the victim under the domestic or family violence laws of the jurisdiction in which the crime of violence occurred; or (5) any other person against an adult or youth victim who is protected from that person's acts under the domestic or family violence laws of the jurisdiction in which the crime of violence occurred.
- **Sexual Assault.** An offense that meets the definition of rape, fondling, incest, or statutory rape as used in the FBI's Uniform Crime Reporting program.
- **Stalking.** Engaging in a course of conduct directed at a specific person that would cause a reasonable person to fear for the person's safety or the safety of others or suffer substantial emotional distress.

## Sexual Offender Registry

Florida law requires that all nonpublic colleges, universities and schools inform students of the existence of the Florida Department of Law Enforcement (FDLE) sexual predator and sexual offender registry website (https://offender.fdle.state.fl.us/offender/homepage.do) and toll free telephone number (1-888-357-7332; for TTY Accessibility: 1-877-414-7234).

## Racial, Religious, or National Origin Harassment

Racial, religious, or national origin harassment deserves special mention as well and is expressly prohibited by this policy. Racial, religious, or national origin harassment includes any verbal, written, or physical act in which race, religion, or national origin is used or implied in a manner that would make a reasonable student or associate uncomfortable in the work and learning environment. Examples of racial, religious, or national origin harassment include jokes that include reference to race, religion or national origin, the display or use of objects or pictures that adversely reflect on a person's race, religion, or national origin, or use of language that is offensive due to a person's race, religion, or national origin.

## How to Report Instances of Discrimination or Harassment

Concorde cannot resolve matters that are not brought to its attention. Any associate or student, regardless of position or program, who has a complaint of or who witnesses discrimination or harassment at work or school by anyone, including supervisors, managers, associates, nonassociates or students, has a responsibility to immediately bring the matter to Concorde's attention. To bring instances of discrimination or harassment to Concorde's attention, an associate or student must immediately complain to either of the following individuals who are responsible for enforcing this policy: the Campus President or Human Resources, Concorde Career Colleges, Inc. Complaints of sexual misconduct or harassment should be reported to the Campus President and/or campus Title IX Coordinator.

## Concorde's Commitment to No Discrimination or Harassment Policy

If a student feels that Concorde has not met its obligations under the policy, he or she should contact Human Resources at Concorde Career Colleges, Inc.

## Sex Discrimination and Harassment Prohibition—Title IX Policy

Effective: 08/14/2020

Concorde does not discriminate on the basis of sex in the education programs and activities it operates, including but not limited to admissions, recruiting, financial aid, academic programs, student services, counseling and guidance, discipline, class assignments, grading, recreation, extracurricular activities and employment. Concorde is committed to offering an education and working environment that is free from discrimination and harassment on the basis of sex, sexual orientation, gender identity, and gender expression ("Sex Discrimination"), and free from Sexual Violence (including sexual assault) and Relationship Violence (including domestic violence, dating violence and stalking). Such discrimination is inconsistent with Concorde's values and is prohibited by law, including by Title IX to the Education Amendments of 1972 ("Title IX"). Thus, Concorde prohibits Sex Discrimination, Sexual Violence and Relationship Violence (together, the "Prohibited Conduct"), as set forth herein, and is committed to taking action, to the extent possible (i) to stop behavior that violates this policy; (ii) to take remedial action to overcome the effects of Prohibited Conduct and ensure equal access to its educational programs and activities; (iii) to prevent the recurrence of Prohibited Conduct; and (iv) to prevent and respond to retaliation against anyone who, in good faith, reports or is involved in the investigation into or resolution of allegations of Prohibited Conduct. In so doing, the College will administer prompt, fair and impartial investigations and disciplinary proceedings to respond to reports of Prohibited Conduct via its Title IX Grievance Procedures located within this policy and provide equal and timely access to information that will be used in any informal and formal proceedings and meetings related to said reports, and offer and implement interim measures to protect and support those directly involved and affected by the alleged behavior. In implementing this policy, Concorde acknowledges that every victim or survivor of Prohibited Conduct has the right to be taken seriously and every respondent to allegations of Prohibited Conduct has the right to know that guilt is not presumed.

The prevention and elimination of sexual harassment is of special concern to Concorde. Sexual harassment includes conduct on the basis of sex that satisfies one or more of the following: (1) an employee conditioning the provision of an aid, service or benefit of Concorde on an individual's participation in unwelcome sexual conduct; (2) unwelcome conduct determined by a reasonable person to be so severe, pervasive and objectively offensive that it effectively denies a person

equal access to Concorde's education program or activity; and/or (3) Sexual Assault, Dating Violence, Domestic Violence, or Stalking as defined herein.

· **Dating Violence.**Violence committed by a person who is or has been in a social relationship of a romantic or intimate nature with the survivor/victim based on the reporting party's statements, with consideration given to the length of the relationship, type of the relationship, and the frequency of interaction between persons in the relationship. Dating Violence includes but is not limited to sexual or physical abuse or threat of such abuse but does not include acts covered as Domestic Violence (defined below).

· **Domestic Violence.**A felony or misdemeanor crime of violence committed by a: (1) current or former spouse or intimate partner of the victim; (2) person with whom the victim shares a child in common; (3) person who is cohabitating with, or has cohabitated with, the victim as a spouse or intimate partner; (4) person similarly situated to a spouse of the victim under the domestic or family violence laws of the jurisdiction in which the crime of violence occurred; or (5) any other person against an adult or youth victim who is protected from that person's acts under the domestic or family violence laws of the jurisdiction in which the crime of violence occurred.

· **Sexual Assault.**An offense that meets the definition of rape, fondling, incest, or statutory rape as used in the FBI's Uniform Crime Reporting program.

· **Stalking.**Engaging in a course of conduct directed at a specific person that would cause a reasonable person to fear for the person's safety or the safety of others or suffer substantial emotional distress.

Concorde regards all such conduct and retaliation for the reporting of such conduct as creating a hostile and offensive work and learning environment in violation of this policy.

The following person has been designated to handle inquiries regarding Concorde's Title IX Policy:

Koula Foura, M.Ed

Student Affairs Director

Lead Title IX Coordinator

Lead ADA Coordinator

Concorde Career Colleges

5800 Foxridge Drive, Suite 500

Mission, KS 66202

Office: 913.745.2219

Fax: 913.831.6556

Email: TITLEIX@concorde.edu

A person may also file a complaint with the Department of Education's Office for Civil Rights regarding an alleged violation of Title IX by visiting www2.ed.gov/about/offices/list/ocr/complaintintro.html or calling 1-800- 421-3481. Employees may also file a charge with the Equal Employment Opportunity Commission regarding an alleged violation of Title VII by calling 1-800-669-4000 or visiting https://www.eeoc.gov/employees/howtofile.cfm.

# Sex Discrimination and Harassment Prohibition Procedures—Title IX Procedures, Including Grievance Procedures
Effective: 08/14/2020

## I. Introduction

**A. Purpose**: The purpose of these procedures is to implement Concorde's Sex Discrimination and Harassment Prohibition—Title IX Policy. Capitalized terms shall have the meaning ascribed to them in the Definitions Section set forth below.

**B. Jurisdiction**: These procedures apply to Prohibited Conduct as defined by Concorde's Sex Discrimination and Harassment Prohibition—Title IX Policy 04-018 where Concorde has Actual Knowledge of such conduct occurring either on or off campus property where one of the following conditions is met:

1. The conduct occurred in connection with an officially recognized education program or activity;

2. The conduct occurred at a location or event or under circumstances over which Concorde exercised substantial control over both the Respondent and the context in which the conduct occurred; or

3. The conduct occurred on property owned or controlled by a student organization that is officially recognized by Concorde.

**C. Scope:** These procedures apply to Prohibited Conduct between the following parties located in the United States at the time of the incident:

1. Student Complainant and student Respondent;

2. Student Complainant and employee Respondent;

3. Student Complainant and third-party Respondent;

4. Employee Complainant and student Respondent;

5. Employee Complainant and employee Respondent;

6. Employee Complainant and third-party Respondent;

7. Third party Complainant and student Respondent; and

8. Third party Complainant and employee Respondent.

**D. Administration:** Concorde's Lead Title IX Coordinator(s) shall be responsible for implementing these procedures consistent with applicable Concorde policy and relevant local, state and federal laws, and ensuring that all those involved in (1) the receipt of reports of Prohibited Conduct, (2) the referral or provision of services related to Prohibited Conduct, or (3) Concorde's investigation and conduct of Grievance Procedures for reports of Prohibited Conduct receive required training.

**Reporting Prohibited Conduct:** Anyone (student, employee, or third-party) may make a report of Prohibited Conduct, whether the Prohibited Conduct was directed at such person or not and may do so at any time. Concorde encourages everyone to report actual or suspected violations of Concorde's Sex Discrimination and Harassment Prohibition—Title IX Policy as soon as practicable to aid in Concorde's response to such conduct.

**A. Methods of Reporting:** In order to ensure a prompt response, including the provision of Supportive Measures, the College requires anyone reporting Prohibited Conduct to do so by contacting the College's "Officials With Authority" immediately. The Officials With authority will report the incident to the Lead Title IX Coordinator through one of the following methods but preferably through emailing the TITLEIX@concorde.edu inbox immediately. If there is an emergency on campus, contact the authorities, call one of the designated employees on the Red Alert list and email the RedAlert@concorde.edu with a summary of events in addition to emailing the TitleIX@concorde.edu inbox.

**B.** The following person has been designated to handle inquiries regarding Concorde's Title IX Policy at any time to include non-business hours via direct mail, email or phone:

Koula Foura, M.Ed

Student Affairs Director

Lead Title IX Coordinator

Lead ADA Coordinator

Concorde Career Colleges

5800 Foxridge Drive, Suite 500

Mission, KS 66202

Office: 913.745.2219

Fax: 913.831.6556

Email: TITLEIX@concorde.edu

**C.** An anonymous report may be filed with Lighthouse, a third-party service, by calling, emailing or filing an online report as provided below.

a. 1-855-400-6004

b. reports@lighthouse-services.com

c. Website: www.lighthouse-services.com/concorde

**D. Initial Response to Report:** Following receipt of a report of potential Prohibited Conduct, the Lead Title IX Coordinator shall:

1. Acknowledge receipt of the report to the reporter if possible (i.e., if not anonymous);

2. Document the acknowledgement of report by using "**Title IX Complaint**" Activity code.

3. Any subsequent conversations should be documented using the "**Title IX Correspondence**" activity code with a general summary of conversation, not to include specifics.

4. Promptly contact the Complainant to:

i. Discuss availability of supportive measures (which must be made available with or without filing a Formal Complaint);

ii. Explain the process for filing a Formal Complaint; and

iii. Discuss the Complainant's wishes regarding how Concorde should respond to the allegations;

iv. Discuss options for notifying law enforcement including the right to decline to notify law enforcement and the right to be assisted in making a report to law enforcement if he/she chooses;

v. Provide written information about the importance of seeking medical treatment and preserving evidence as soon as practicable after an incident;

vi. Provide information on availability and contact information for resources (both on and off campus) available to an alleged victim of Prohibited Conduct; and

vii. Explain how Concorde will protect the privacy and confidentiality of the alleged Complainant, Respondent and witnesses to the extent practicable pursuant to Concorde's Privacy Policy outlined in section I.K. below.

5. Consider the facts reported and, assuming their truth for purposes of determining whether interim measures are appropriate, consider whether:

i. an emergency removal of a student, employee or visitor from campus is appropriate;

ii. an administrative leave of an employee is appropriate; and

iii. whether other interim measures may be appropriate, including but not limited to the adjustment of class schedules.

iv. To conduct further inquiry to discover additional facts including:

a. Identifying and interviewing witnesses;

b. Contacting and interviewing the Respondent; and

c. Contacting and cooperating with law enforcement.

**E. Supportive Measures**: Supportive Measures may be requested by any party (Complainant(s) or Respondent(s)), whether or not a Formal Complaint is filed; a report is filed with law enforcement; or the Complainant decides to pursue any other process offered by the College. Requests for Supportive Measures should be submitted to the Lead Title IX Coordinator. Concorde shall offer Supportive Measures on an equitable basis to Complainant(s) and Respondent(s) alike.

**F. Identifying and Locating Witnesses**: It is Concorde's responsibility to identify and locate witnesses to an alleged incident of Prohibited Conduct. The Complainant is encouraged to identify any known witnesses at the time they report Prohibited Conduct, including but not limited to when filing a Formal Complaint.

**G. Contacting and Interviewing Respondent**: Concorde will make every effort not to contact the Respondent until such time as a Formal Complaint is filed. The Complainant will be notified of the College's intent to contact and interview the Respondent prior to said contact.

**H. Contacting and Cooperating with Law Enforcement**: A Complainant has the right to notify law enforcement or to decline to notify law enforcement.

**I. Importance of Preserving Evidence:** Survivors/Victims of sexual violence should take steps to preserve all physical evidence to assist in proving that a crime occurred or in obtaining an order of protection, restraining order or other such court order.

**J. Privacy:** The College will protect the identity of parties and witnesses involved in the resolution of a report of Prohibited Conduct to the extent doing so does not unreasonably interfere with legally protected rights of others, the investigation into and resolution of the reported conduct, or the implementation of Supportive Measures, sanctions or remedies.

**II. Formal Complaint Process**

**A. General:** The filing of a Formal Complaint will trigger the formal investigation and hearing procedures (collectively referred to as "Grievance Procedures") set forth herein. Even in the absence of a Formal Complaint, a Respondent may be subject to discipline through other applicable College procedures and the College may still take other remedial action to address the alleged conduct if said conduct does not rise to the level of a Title IX violation or Prohibited Conduct. There is no deadline for the filing of a Formal Complaint, although Concorde encourages individuals to do so as early as possible following an incident.

**B. Filing a Formal Complaint:** A Formal Complaint may not be anonymous. It must be submitted in writing and signed by either:

1. The Complainant; or

2. The Lead Title IX Coordinator.

**C. Notice of Formal Complaint:** Within five (5) business days following the filing of a Formal Complaint, the Lead Title IX Coordinator shall send written notice simultaneously to all parties identified in the Formal Complaint containing the following information:

1. A copy of these Procedures;

2. Notice of the allegations and the type(s) of Prohibited Conduct implicated, including a reference to the Section of the Concorde policy such alleged conduct, if proven, would violate;

3. The identity of the parties involved in the alleged incident, including the Complainant and witnesses, if any are known;

4. The date, time and location of the alleged incident (if known);

5. The parties' right to an advisor of their choice, who may, but need not, be an attorney;

6. A statement that the Respondent is presumed "not responsible" for the alleged conduct and that a determination will be made only at the conclusion of the Grievance Procedures;

7. A statement regarding the parties' right to inspect and review evidence;

8. The provision of any College policy that prohibits knowingly making false statements or knowingly submitting false information to a College official during these or other College proceedings.

9. A statement prohibiting retaliation;

10. A statement regarding the availability of resources and Supportive Measures for the parties; and

11. A statement regarding Concorde's duty to update the Notice if there are any substantive changes to the information contained in the original Notice (e.g., the inclusion of additional allegations in the investigation or receipt of new evidence, including but not limited to the identity of additional witnesses).

**D. Consolidation of Formal Complaints**: Concorde may consolidate Formal Complaints containing allegations of Prohibited Conduct against more than one Respondent, or by more than one Complainant against one or more Respondents, or by one party against the other party, where the allegations arise out of the same facts or circumstances.

**E. Informal Resolution:** At any time following the filing of a Formal Complaint, Concorde may consider whether or not Informal Resolution, as described in Section VIII of these Procedures, may be appropriate.

**III. Grievance Procedures—General**

**A. Timeframes and Extensions**: The parties have the right to expect that the Grievance Procedures set forth herein will begin promptly following the filing of a Formal Complaint and proceed in a timely manner. Concorde shall consider requests for extensions or delays, only for good cause. If the process is delayed or a deadline is extended, the College will so notify the parties, in writing. The College will make a good faith effort to complete the grievance process within 60-90 days, though extensions may be allowed for good cause.

**B. Fair and Equitable Treatment of all Parties**: The College will provide fair and equitable treatment to all parties involved in the Grievance Process, including the following:

1. Every Complainant has the right to be taken seriously and every Respondent has the right to know that guilt is not presumed;

2. All parties will have an equal opportunity to inspect and review evidence, both inculpatory and exculpatory, obtained as part of investigation that is directly related to allegations raised in a Formal Complaint;

3. All parties will have an equal opportunity to present fact and expert witnesses, and other inculpatory or exculpatory evidence;

4. Concorde will conduct an objective evaluation of all relevant evidence;

5. All parties may be accompanied by an advisor of their choice during any aspect of the Grievance Process where the party's presence has been requested;

6. Concorde will not place a limit on the choice of advisor for either party, though said advisor will be expected to abide by any applicable rules of decorum established by Concorde;

7. Any written notice to a party whose participation is invited or expected will contain the date, time, location, identity of participants and purpose of the meeting/hearing and will be sent with sufficient time to allow the parties to prepare to participate;

8. The parties will not be restricted from discussing the allegations under investigation, or from gathering evidence or witnesses bearing in mind that conduct constituting Retaliation or witness tampering or intimidation is a violation of Concorde's retaliation statement within the college catalog.

9. Any written notice, report or determination made in accordance with the Grievance Process shall be sent simultaneously to all parties involved.

**C. Prohibited Evidence**: The following evidence will not be sought, relied upon or otherwise used in the investigation of a Formal Complaint or in making a determination about responsibility:

1. Information protected by a legally recognized privilege, UNLESS the person holding the privilege has provided Concorde with voluntary written consent to use such information or has otherwise waived the privilege;

2. Information about the Complainant's past sexual behavior or predisposition EXCEPT in compliance with federal rape shield and other statutory protections.

**D. Sanctions & Remedies**: A final determination of responsibility for Prohibited Conduct against a Respondent may result in the sanctions up to and including termination of enrollment in and/or employment with Concorde.

**E. Qualifications of Investigators, Decision-Makers and Facilitators**: All those involved in the investigation or resolution of allegations of Prohibited Conduct shall:

1. Serve impartially and be free from actual or reasonably perceived conflicts of interest or bias; and

2. Be trained, as required by law, to include: definitions of and issues related to Prohibited Conduct; how to conduct an investigation and hearing; how to serve impartially and avoid prejudgment; how to make determinations on relevancy of evidence; how to create an investigative report; how to evaluate credibility; how to synthesize evidence; and how to avoid sex stereotypes or generalizations based on sex.

## IV. Grievance Procedures—Investigation

**A. Assignment of Investigator**: Within three (3) business days of the receipt of a Formal Complaint, the Lead Title IX Coordinator shall appoint an investigator. The identity of and contact information for the assigned investigator shall either be included in the Notice of Formal Complaint described in Section II. A. above or the Lead Title IX Coordinator shall send written notice to all parties containing that information along with an explanation of the process for challenging the assignment based on conflict of interest or bias. Any challenge must be resolved before the investigation process may begin.

**B. Evidence Gathering:** The investigator shall be responsible for gathering evidence, both inculpatory and exculpatory, relevant to the allegations contained in the Formal Complaint. At minimum, the investigator shall take reasonable steps to interview all parties. After available evidence has been gathered, the investigator will send the parties and their advisors (if any) the evidence directly related to the allegations raised in the Formal Complaint in either electronic or hard copy format (at the discretion of the investigator). The parties shall have 10 days to submit a written response to the investigator, which response will be considered in completing the investigative report. All said evidence shall be available to the parties for inspection and review at any hearing.

**C. Investigative Report**: Within ten (10) business days of receiving the parties' responses to the evidence and/or expiration of the deadline for submission of the responses, the investigator shall send to the parties, a written investigative report that summarizes relevant evidence. The parties shall have 10 business days to submit to the investigator a written response.

**1. Consolidated Complaints**: Where a decision has been made to consolidate complaints, the investigator may create a single investigative report for all said complaints.

**2. Parties' Response**: In the written response, parties may propose corrections, provide appropriate context, raise defenses, identify missing relevant evidence or raise any other issues in relation to the evidence they feel it is important for the Grievance Officer to consider. Failure to submit a response will NOT preclude the parties from raising those issues later in the Grievance Process, such as during any future hearing.

## V. Grievance Procedures--Pre-Hearing

**A. Submission of Investigative Report & Response(s):** Within one (1) business day of receiving the parties' responses or expiration of the deadline to submit said responses, the investigator shall send a copy of the investigative report and the parties' responses, if any, to the Lead Title IX Coordinator.

**B. Title IX Determination:** The Lead Title IX Coordinator shall review the investigative report and responses thereto and decide whether or not the alleged conduct, if proven, would constitute Sex Discrimination or Sexual Harassment as defined by Title IX of the Education Amendments of 1972 (20 U.S.C. 1681, et. seq.) and its implementing regulations (34 CFR §106 et. seq.). A written decision and reasons therefore shall be sent to the parties within ten (10) business days of the Lead Title IX Coordinator's receipt of the investigative report and responses:

**1. Title IX Compliant Hearing Referral**: If the Lead Title IX Coordinator determines that the alleged conduct, if proven, does constitute Sex Discrimination or Sexual Harassment as defined by Title IX, the Lead Title IX Coordinator shall appoint a Grievance Officer to conduct a hearing in accordance with Section VII below.

**2. Dismissal of Formal Complaint:** If the Lead Title IX Coordinator determines that the alleged conduct, if proven, does not constitute Sex Discrimination or Sexual Harassment as defined by Title IX, the Formal Complaint shall be dismissed. The Lead Title IX Coordinator also has discretion to dismiss the Formal Complaint or any allegations therein if:

i. The Complainant notifies the Lead Title IX Coordinator in writing that the Complainant would like to withdraw the Formal Complaint or allegations therein;

ii. The Respondent is no longer enrolled or employed by the College; or

iii. Specific circumstances prevent the College from gathering evidence sufficient to reach a determination as to the Formal Complaint.

**3. Referral to Other College Processes:** If, in the course of investigating the Formal Complaint, conduct is alleged or discovered that may violate any other College Policy (e.g., the Code of Student Conduct), the Lead Title IX Coordinator may refer the matter for consideration through any other applicable College process.

**C. Appeal of Title IX Determination:** To the extent the Lead Title IX Coordinator determines that the alleged conduct does not constitute Sex Discrimination or Sexual Harassment as defined by Title IX, that decision may be appealed by any party, utilizing the process set

forth in Section E below. Any other applicable process should not proceed until the appeal has been decided or the deadline for filing an appeal has expired.

## VI. Grievance Procedures—Hearing & Appeal

**A. Assignment of the Grievance Officer**: Within three (3) business days of the Title IX Determination set forth in Section VI. C above (which deadline may be extended if an appeal of the determination has been filed), the Lead Title IX Coordinator will appoint a Grievance Officer to conduct a hearing to determine responsibility. A copy of the investigative report and party response(s), if any, shall be provided to the Grievance Officer. Within three (3) business days of the assignment, written notice of the identity of and contact information for the Grievance Officer and an explanation of the process for challenging the assignment based on conflict of interest or bias shall be sent to all parties. Any challenge must be resolved before the hearing process may begin.

**B. Notice of Hearing**: Within three (3) business days following assignment of the Grievance Officer or any decision regarding a challenge to that assignment, the Grievance Officer shall notify the parties, in writing, of the date, time, and location of the hearing along with their Notice of Hearing Rights & Responsibilities. The Notice of Hearing must be sent at least ten (10) business days prior to the assigned hearing date.

**1. Consolidated Complaints**: In situations where complaints have been consolidated as described herein, the Grievance Officer may choose to conduct a single hearing, or divide the hearings, as appropriate. Parties have the right to object to consolidation if they believe such consolidation would prejudice their rights. Any objection shall be heard by the Grievance Officer before the start of the hearing.

**2. Consolidated Hearings**: In situations that involve Prohibited Conduct and conduct that may violate other College Policies or standards of conduct, the College reserves the right to consolidate the hearings on all conduct violations utilizing these procedures. The Notice of Hearing will include any decision to consolidate hearings.

**C. Advisor Identification**: Within ten (10) business days prior to the assigned hearing date, the parties must notify the Grievance Officer, in writing, of the name and contact information of the advisor they have chosen to attend the hearing and conduct questioning on their behalf. The Grievance Officer will assign an advisor to attend the hearing for any party who fails to provide this notification. The College will ensure that any assigned advisor understands the purpose and scope of her/his role, including how to conduct questioning.

**D. Hearing**

**1. Live Hearing**: A live hearing will be conducted with all parties physically present in the same geographic location, or "virtually" present through the use of technology enabling the participants to simultaneously har and see one another. An audio or audiovisual recording, or transcript of the hearing will be created and available for inspection and review by any party.

**2. Closed Hearing:** The hearing shall be closed, meaning that only the parties and decision-maker(s) shall be present for the entirety of the hearing. Witnesses will be present (virtually or in person) only while providing their testimony.

**3. Opening Remarks**: The Grievance Officer will open the hearing by summarizing the following:

i. The allegations contained in the Formal Complaint;

ii. The sections of the applicable Policy implicated by the allegations; and

iii. The guidelines and rules governing the hearing.

**4. Presentation of Evidence**: All parties will have an equal opportunity to make statements and present relevant evidence of any sort (e.g., documents, recordings, witness testimony, etc.) regardless of whether or not that evidence was provided or considered in the investigation process.

**i. Questioning:** The Grievance Officer and the parties shall have an opportunity to pose relevant questions and follow-up questions of the parties and witnesses. All said questioning will be conducted directly, orally, and in real time. Only a party's advisor, NOT the party her/himself, may conduct said questioning on behalf of the party. The Grievance Officer may ask questions at any time. The Grievance Officer does not have authority to compel the testimony of any person (party or witness). If a party or witness fails to submit to questioning at the hearing, the Grievance Officer may not rely on any statement of that party or witness in reaching a determination regarding responsibility.

**ii. Relevancy Determinations**: Before a party or witness answers a question from another party, the Grievance Officer must determine if the question is relevant and explain any decision to exclude the question as not relevant. A challenge to that determination can be made at the hearing. Prohibited Evidence as described herein is considered to be, per se NOT relevant.

**5. Closing Remarks:** After all parties have finished their presentation of evidence, they will each be given an opportunity to give brief closing remarks, summarizing their position, including any request for action to be taken. The hearing will then be closed, and no further statement or evidence will be accepted or considered by the Grievance Officer prior to making a determination regarding responsibility.

**6. Determination Regarding Responsibility:** The Grievance Officer will make a determination regarding responsibility within ten (10) business days following the close of the hearing and provide written notice of that determination to the parties and Lead Title IX Coordinator. In making that determination, the Grievance officer will objectively evaluate the investigative report and all relevant evidence (both inculpatory and exculpatory), weigh the credibility of the evidence and testimony, and apply the requisite standard of proof.

**i. Standard of Proof:** The standard of proof that will be utilized by the Grievance Officer in making a determination regarding responsibility will be preponderance of the evidence. This means that the Grievance Officer will determine if it is more likely than not that the Respondent is responsible for the alleged Prohibited Conduct.

**ii. Determinations Regarding Affirmative Consent:** It shall not be a valid excuse to alleged lack of consent that the Respondent believed there was valid consent due to the following circumstances:

a. Intoxication or recklessness of the Respondent;

b. Failure of Respondent to take reasonable steps to ascertain whether or not there was affirmative consent.

**iii. Consideration of Results of Other Investigations or Processes:** The results of other investigations or procedures (e.g., criminal or administrative) may be considered but will not be deferred to or relied upon in making a determination regarding responsibility.

**iv. Consideration of Prior Findings of Prohibited Conduct:** The Grievance Officer may only consider a Respondent's prior findings of responsibility for Prohibited Conduct or other relevant misconduct in determining appropriate sanctions and not in any finding of responsibility for the current matter.

**v. Determination Notice**: The notice of the determination regarding responsibility shall include, at minimum, the following:

a. Identification of the allegations constituting Prohibited Conduct;

b. A description of the procedural steps taken from receipt of the Formal Complaint through determination;

c. Findings of fact supporting the determination;

d. Conclusions regarding the application of the College's policies and procedures to the facts;

e. A statement of and rationale for the result as to each allegation including a determination regarding responsibility, any sanction that will be imposed on

Respondent, and whether any remedies provided to Complainant were designed to restore or preserve equal access to the College's program or activity;

f. The process and bases to appeal the determination; and

g. A statement that the results will become final either on the date the College provides the parties with the written determination of the result of the appeal (if an appeal is filed), or the date on which the appeal would no longer be considered timely (the appeal deadline).

**E. Appeal**

**1. Eligibility:** Any party is eligible to appeal a determination regarding responsibility or Title IX determination per section D above.

**2. Bases for Appeal:** The following are the only bases upon which an appeal will be considered:

**i. Procedural irregularity:** there was an irregularity in the processing of the Formal Complaint (e.g., investigation or hearing) that affected the outcome of the matter;

**ii. New Evidence:** there is evidence that was not reasonably available before or at the time the determination regarding responsibility was made that could reasonably affect the outcome of the matter; or

**iii. Conflict of Interest:** The Lead Title IX Coordinator, investigator and/or grievance officer had a conflict of interest or bias for or against survivors/victims or Respondents generally or the individual Complainant or Respondent that affected the outcome of the matter.

**3. Written Appeal:** In order to initiate the appeal process, a party must submit the appeal, in writing, to the Lead Title IX Coordinator no later than fifteen (15) business days following receipt of the Determination Notice. The appeal must be based upon at least one of the allowable bases for appeal. Upon receipt of the Appeal the Lead Title IX Coordinator will send a Notice of Appeal to all parties providing them with the copy of the written appeal and allowing for both parties to submit to the Lead Title IX Coordinator a written statement in support of or challenging the relevant determination and any statements contained in the Appeal.

**4. Assignment of Appellate Officer**: Within three (3) business days following receipt of the parties' statements or expiration of the deadline to submit statements, the Lead Title IX Coordinator will assign an Appellate Officer to consider the appeal and will provide written notice to the parties of the identity of and contact information for the Appellate Officer along with an explanation of the process for challenging the

assignment based on conflict of interest or bias. Any challenge must be resolved before the Appeal review process may begin.

**5. Review Process**: For purposes of considering and coming to a conclusion about the appeal, the Lead Title IX Coordinator will provide the Appellate Officer with access to the Appeal, written responses thereto, written determination subject to appeal, Hearing record (if applicable), Investigative Report and any other relevant records received, created or maintained as part of these procedures. The Appellate Officer has authority to conduct additional interviews or inquiries only as may be necessary to seek clarification on issues specifically raised in the Appeal.

**6. Appeal Decision**: Within ten (10) business days following receipt of the Appeal and relevant materials, the Appellate Officer will make a determination and provide written notice to all parties, with a copy to the Lead Title IX Coordinator, of the result of the appeal and the rationale for that result.

**VII. Informal Resolution:**

**A. Applicable Process**: To the extent the College offers an informal resolution process through other policies or procedures applicable to the parties, the parties may request that the Lead Title IX Coordinator refer the matter to the Informal Resolution process. This may be done at any time prior to a determination of responsibility set forth above.

**B. Conditions:** The following conditions must be met for the Lead Title IX Coordinator to refer the matter for informal resolution:

1. The Lead Title IX Coordinator determines that the matter is appropriate for informal resolution;

2. The matter does not involve allegations that an employee sexually harassed a student;

3. The Lead Title IX Coordinator provides written notice to the parties of

i. The allegations;

ii. The requirements of the informal resolution process, including any circumstances that might preclude the parties from resuming the process described herein;

iii. The process to challenge the appointment of an informal resolution facilitator due to a conflict of interest or bias;

iv. the consequences of participation in informal resolution, including any records that could be created, maintained or shared;

v. the right to withdraw from the informal resolution process at any time prior to reaching agreement.

4. The Lead Title IX Coordinator has obtained voluntary written consent to informal resolution from all parties.

**C. Effect:** If the conditions have been met and the parties' consent to participation in the informal resolution process, any proceedings initiated herein shall be suspended unless the Lead Title IX Coordinator determines that doing so would put others at risk. These Grievance Procedures may be resumed at the request of either party at any time during the informal process.

**VIII. Emergency Removal:** Any time after the receipt of a report of Prohibited Conduct, the College may consider an emergency removal of Respondent from Campus, some part of Campus or from and the College's education programs or activities so long as the following conditions are met.

**A. Required Assessment**: The College performs an individualized safety and risk assessment that determines whether or not there is an immediate threat to the physical health or safety of any individual (student, employee or third party) arising from the allegations that justifies removal.

**B. Notice**: If the College decides to implement an emergency removal, it will provide written notice to the Respondent of that decision explaining the implications of that removal, the length of time the removal will remain in effect, and the Respondent's right to challenge the decision.

**C. Effect of Removal**: Any investigation into or determination of responsibility regarding allegations of Prohibited Conduct will follow the procedures contained herein, regardless of the Respondent's removal, though additional precautions may be necessary to address any ongoing threat.

**IX. Recordkeeping**: The Lead Title IX Coordinator shall keep for a period of 7 years from the date they were created, records of each investigation, determination regarding responsibility, hearing transcript or recording, sanctions imposed on a Respondent, remedies provided to a Complainant, appeal and result therefrom, informal resolution, training materials described herein, actions and supportive/protective measure taken or refused in response to reports of Prohibited Conduct.

**Definitions.** For purposes of this policy and these procedures, the following terms shall have the meanings set forth below:

**1. Actual Knowledge**: Notice of Prohibited Conduct or allegations of Prohibited Conduct made to the Lead Title IX Coordinator or Officials With Authority.

**i. Officials With Authority**: The following campus leaders are considered "Officials With Authority" who are deemed to have Notice of Prohibited Conduct or

allegations of Prohibited Conduct – Campus President, Academic Dean and Director of Student Affairs/Title IX Coordinator. Any other campus employee is not an Official With Authority and should direct any Complainant to an Official With Authority or take the Complainant's statement and bring it to an Official With Authority.

**2. Affirmative Consent:** Affirmative, conscious, and voluntary agreement to engage in sexual activity. It is the responsibility of each person involved in sexual activity to ensure that the other(s) involved affirmatively consent(s) to engage in sexual activity. Lack of protest or resistance does not mean consent, nor does silence mean consent. Affirmative consent must be ongoing throughout a sexual activity and can be revoked at any time. The existence of a dating relationship between the persons involved, or the fact of past sexual relations between them should never by itself be assumed to be an indicator of consent. Valid consent does not exist if Respondent knew or should have known that Complainant was unable to consent because Complainant was asleep or unconscious; was incapacitated due to drugs, alcohol or medication; or Complainant was unable to communicate due to a mental or physical condition.

**3. Amnesty:** Protection from disciplinary action against a reporting party, Complainant, or witness for participation in the reporting, investigation or adjudication of Prohibited Conduct for a violation of the College's conduct policies related to the incident unless the College determines that the violation was egregious, including but not limited to, an action that places the health or safety of any other person at risk.

**4. Complainant**: An individual at whom conduct that meets the definition of Prohibited Conduct is directed or alleged to have been directed. A Complainant must be participating or attempting to participate in the College's education program or activity at the time of filing a formal complaint. A person may be a complainant, or a respondent, even where no formal complaint has been filed and no grievance process is pending

**5. Days:** Any reference to "days" contained in these procedures shall mean business days, excluding all recognized federal and state holidays and breaks during which classes are not in session.

**6. Education Program or Activity**: all academic, educational, extracurricular, athletic, and other programs of Concorde occurring in the U.S., including locations or events, or circumstances over which the College exercised substantial control over both the Respondent and the context in which the sexual discrimination or harassment occurs, and also includes buildings owned or controlled by a student organization that is officially recognized by Concorde.

**7. Grievance Procedures:** Procedures adopted and published by Concorde as set forth as in this policy.

**8. "In Writing":** Use of the phrase "in writing" shall refer to submission of materials either electronically (e.g., via email or via hard copy format, sent via facsimile, U.S. mail or courier service, interoffice mail, or personal delivery) to the Lead Title IX coordinator.

**9. Supportive Measures:** Non-disciplinary, non-punitive individualized services offered as appropriate, as reasonably available, and without a fee or charge after Concorde obtains Actual Knowledge that Prohibited Conduct may have occurred, including but not limited to before or after the filing of a Formal Complaint. Supportive Measures must be available to Complainants and Respondents on an equitable basis and must be designed to:

i. restore or preserve equal access to Concorde's education programs or activities without unreasonably burdening the other party;

ii. protect the safety of all parties and the College's educational environment; and

iii. deter Prohibited Conduct.

**10. Prohibited Conduct:** Sex Discrimination and Sexual Harassment as defined in Title IX of the Education Amendments of 1972 (20 U.S.C. §§ 1681, et. seq.) and its implementing regulations (34 CFR 106, et. seq.) and the Title IX policy 04-018.

**11. Remedies:** Actions taken to restore or preserve equal access to Concorde's education programs and activities.

**12. Respondent:** Person(s) reported to have engaged in Prohibited Conduct.A person may be a complainant, or a respondent, even where no formal complaint has been filed and no grievance process is pending.

# Student Computer Network and Internet Conduct

Concorde Career Institute provides students access to its computer network and Internet access for purposes directly related to education. Concorde reserves the right to monitor all usage of its computers and computer systems. This includes the monitoring of email and website access. The following practices are prohibited:

- Installing or executing unauthorized software. Using computers to copy copyrighted or licensed software.
- Using the network for commercial purposes. Users may not buy or sell products or services through the system without prior consent of the corporate network administrator.

- Using the network for advertising or political lobbying.
- Accessing websites, newsgroups, or chat areas that contain material that is sexually related, obscene, or that promotes illegal acts. If a user accidentally accesses this type of information, he or she should immediately notify an instructor, the Learning Resource Center Coordinator, and/or network administrator.
- Using the network for any activity or to transmit any material that violates federal, state, or local laws. This includes, but is not limited to, illegal activities, such as threatening the safety of another person or peer-to-peer file sharing of copyrighted materials.
- Using vulgar, derogatory, or obscene language. Users may not engage in personal attacks, harass another person, or post private information about another person.
- Logging on to another person's account or attempting to access another user's files, with or without that person's permission.
- "Hacking" or otherwise trying to gain access to another person's or organization's computer system.
- Engaging in "spamming" (sending an email to more than 10 people at the same time) or participation in chain letters.
- Intentionally damaging any computer hardware or software.

Computer and network resources are of significant value, and their abuse can have a negative effect on other users. Noncompliance with this policy may result in loss of computer and network privileges, suspension, and/or withdrawal from school.

## Social Media Use Policy

This policy addresses the use of social media sites by Concorde students, whether or not the use involves the College's WiFi network or other computer resources. Social media includes, but is not limited to: texting, blogs and social media platforms such as Snapchat, Twitter, Facebook, LinkedIn, Instagram, Google+, YouTube, Flickr, and Yammer.

Concorde is aware that members of the College community may wish to express their personal ideas, thoughts, and opinions through their private social media accounts (not administered by the College). Nevertheless, Concorde students are expected to conduct themselves in a professional manner at all times. Concorde reserves the right, under circumstances it deems appropriate and subject to applicable laws and regulations, to impose disciplinary measures. Such disciplinary measures include dismissal from the College for students who use social media in violation of the guidelines in this policy, in ways that reflect poorly on the College, or interferes with the

education of other students and/or the operation of the College. In appropriate cases, the conduct may also be reported to law enforcement authorities.

In connection with the use of social media, the conduct listed below is prohibited:

- Using social media to harass, threaten, insult, defame or bully another person or entity.
- Making threats of injury to any student, patient, member of faculty or staff, or officer or board member, including threats concerning their respective family members or personal property.
- Making comments that insult, disparage, disrespect or defame the College or members of the Concorde community.
- Making discriminatory or harassing comments that violate federal or state law and/or would be prohibited by Concorde's anti-discrimination / anti-harassment policy and/or Title IX policy.
- Violating any intellectual property law, such as copyright, trademark, fair use and/or financial disclosure law.
- Posting or sharing copyrighted content (such as text, video, graphics or sound files) without permission from the holder of the copyright.
- Posting or sharing trademarked content (such as logos, names, brands, symbols and designs) without permission from the trademark owner. The "®" symbol indicates that the mark is federally registered and the owner has the exclusive right to use it. The "TM and SM" symbols indicate that the owner may have common-law rights, but the mark is not federally registered.
- Posting or sharing, a photograph or video image of a student, faculty or staff member without obtaining their permission.
- Posting or sharing a photograph or video of a patient or volunteer that would violate the Health Insurance Portability and Accountability Act (HIPAA).
- Posting images or comments which are vulgar or obscene, or would otherwise violate any applicable law.For any questions regarding this policy, contact your Campus President.

# Confidentiality Statement

The Health Insurance Portability and Accountability Act (HIPAA) is the law that applies to physicians regarding the completely confidential nature of patient information and applies to all Concorde students and employees. Except where necessary in the regular course of business, the discussion, transmission, or narration in any form of any patient information of a personal nature, medical or otherwise, obtained in the regular course of the student's schooling or employment is strictly forbidden. Any violation of this professional rule shall constitute grounds for severe disciplinary action, including possible termination of the enrollment contract and dismissal from the College.

# Graduation Requirements

A diploma, certificate, or degree will be issued to students upon successful completion of all academic requirements. Successful completion of all courses listed in the program breakdowns requires a minimum cumulative grade point average of 2.0 or above. All externships/clinicals must also be successfully completed with a passing grade. Any student subject to Records Hold must satisfy outstanding obligations before an official transcript will be issued. Duplicate diplomas or certificates take approximately 14-30 working days after payment to produce. A fee will be assessed for all duplicate requests.

(For details regarding commencement ceremonies, see "Commencement Ceremonies" in the "Student Information & Affairs" section under "General Information.")

# Family Educational Rights and Privacy Act

Concorde maintains a number of important records on the student's behalf throughout the application and registration processes, as well as records that are maintained throughout a student's enrollment. Examples of such records include but are not limited to:

- Academic Transcripts
- Attendance Records
- Financial Aid Records
- Employment Records
- Disciplinary Documentation

## Student Rights Under FERPA

The Family Educational Rights and Privacy Act (FERPA) affords eligible students certain rights with respect to their education records. Once a student reaches 18 years of age or attends a postsecondary institution, he or she becomes an "eligible student," and all rights formerly given to parents under FERPA transfer to the student. These rights include:

- The right to inspect and review the student's education records within 45 days after the day Concorde receives a request for access.
- A student should submit to the Academic Dean or Campus President a written request that identifies the record(s) the student wishes to inspect. The school official will make arrangements for access and notify the student of the time and place where the records may be inspected. Students are not entitled to inspect and review financial records of their parents. If a request is submitted to a school official not responsible for maintaining records, that official shall advise the student of the correct official to whom the request should be addressed.
- The right to request the amendment of the student's education records that the student believes is inaccurate, misleading, or otherwise in violation of the student's privacy rights under FERPA.
- A student who wishes to ask the school to amend a record should write the Academic Dean, clearly identify the part of the record the student wants changed, and specify why it should be changed.
- If the school decides not to amend the record as requested, the school will notify the student in writing of the decision and the student's right to a hearing regarding the request for amendment. Additional information regarding the hearing procedures will be provided to the student when notified of the right to a hearing.
- The right to provide written consent before Concorde discloses personally identifiable information from the student's education records, except to the extent that FERPA authorizes disclosure without consent.
- The right to file a complaint with the U.S. Department of Education concerning alleged failures by Concorde to comply with the requirements of FERPA. The name and address of the Office that administers FERPA is:

Family Policy Compliance Office

U.S. Department of Education

400 Maryland Avenue, SW

Washington, DC 20202-8520

## Concorde Rights Under FERPA

FERPA permits the disclosure of education records, without consent of the student, if the disclosure meets certain conditions found in the FERPA regulations. A postsecondary institution may disclose education records without obtaining prior written consent of the student in the following instances:

- Parental access to a student's record will be allowed by Concorde without prior consent if: 1) the student has violated a law or the Institution's rules or policies governing alcohol or substance abuse, and the student is under 21 years old; or 2) the information is needed to protect the health or safety of the student or other individuals in an emergency.
- The school discloses education records without a student's prior written consent under the FERPA exception for disclosure to school officials with legitimate educational interests. A school official is a person employed by the Institution in an administrative, supervisory, academic, research, or support staff position (including law enforcement unit personnel and health staff); a person serving on the board of trustees; or a student serving on an official committee, such as a disciplinary or grievance committee. A school official also may

include a volunteer or contractor outside of Concorde who performs an institutional service of function for which the school would otherwise use its own employees and who is under the direct control of the school with respect to the use and maintenance of the education records, such as an attorney, auditor, or collection agent or a student volunteering to assist another school official in performing his or her tasks. A school official has a legitimate educational interest if the official needs to review an education record in order to fulfill his or her professional responsibilities for the Institution.

- To officials of another school where the student seeks or intends to enroll, or where the student is already enrolled if the disclosure is for purposes related to the student's enrollment or transfer.
- To authorized representatives of the U.S. Comptroller General, the U.S. Attorney General, the U.S. Secretary of Education, or State and local educational authorities, such as a State postsecondary authority that is responsible for supervising the Institution's State-supported education programs. Disclosures under this provision may be made: 1) in connection with financial aid for which the student has applied or which the student has received, if the information is necessary to determine eligibility for the aid, determine the amount of the aid, determine the conditions of the aid, or enforce the terms and conditions of the aid; 2) in connection with an audit or evaluation of Federal- or State-supported education programs, or for the enforcement of or compliance with Federal legal requirements that relate to those programs. These entities may make further disclosures to outside entities that are designated by them as their authorized representatives to conduct any audit, evaluation, or enforcement or compliance activity on their behalf.
- To organizations conducting studies for, or on behalf of, the school in order to: develop, validate, or administer predictive tests; administer student aid programs; or improve instruction.
- To accrediting organizations to carry out their accrediting functions.
- To comply with a judicial order or lawfully issued subpoena.
- To appropriate officials in connection with a health or safety emergency.
- To a victim of an alleged perpetrator of a crime of violence or a non-forcible sex offense. The disclosure may only include the final results of the disciplinary proceeding with respect to that alleged crime or offense, regardless of the finding.
- To the general public, the final results of a disciplinary proceeding if the school determines the student is an alleged perpetrator of a crime of violence or non-forcible sex offense, and the

student has committed a violation of the school's rules or policies with respect to the allegation made against him or her.
- To parents of a student regarding the student's violation of any Federal, State, or local law, or of any rule or policy of the school, governing the use or possession of alcohol or a controlled substance if the school determines the student committed a disciplinary violation and the student is under the age of twenty-one.

Except for disclosures to school officials, disclosures related to some judicial orders or lawfully issued subpoenas, disclosures of directory information, and disclosures to the student, FERPA regulations require the Institution to record the disclosure. Eligible students have a right to inspect and review the record of disclosures.

Additionally, FERPA allows Concorde to disclose information it has designated as "Directory Information." Concorde defines directory information as: the student's name, address(es), telephone number(s), e-mail address, birth date and place, program of study, dates of attendance, honors and awards, photographs and credential awarded. If a student does not want his or her directory information to be released to third parties without the student's consent, the student must present such a request in writing to the Academic Dean within 45 days of the student's enrollment or by such later date as the Institution may specify as acceptable. Under no circumstance may the student use the right to opt out to prevent the Institution from disclosing that student's name, electronic identifier, or institutional e-mail address in a class in which the student is enrolled.

## Release of Personally Identifiable Information (PII)

As of January 3, 2012, the U.S. Department of Education's FERPA regulations expanded the circumstances under which a student's education records and personally identifiable information (PII) contained in such records, including his or her Social Security Number, grades, or other confidential information, may be accessed without his or her consent.

- The U.S. Comptroller General, the U.S. Attorney General, the U.S. Secretary of Education, or State and local education authorities ("Federal and State Authorities") may allow access to a student's records and PII without his or her consent to any third party designated by a Federal or State Authority to evaluate a Federal- or State-supported education program.
  - The evaluation may relate to any program that is "principally engaged in the provision of education," such as early childhood education

and job training, as well as any program that is administered by an education agency or institution.

- Federal and State Authorities may allow access to a student's education records and PII without the student's consent to researchers performing certain types of studies, in certain cases, even when Concorde objects to or does not request such research.

- Federal and State Authorities must obtain certain use-restriction and data security promises from the entities that they authorize to receive a student's PII, but the Federal and State Authorities need not maintain direct control over such entities.

- With respect to Statewide Longitudinal Data Systems, State Authorities may collect, compile, permanently retain, and share, without the student's consent, PII from his or her education records, and they may track the student's participation in education and other programs by linking such PII to other personal information about him or her that they obtain from other federal or state data sources, including workforce development, unemployment insurance, child welfare, juvenile justice, military service, and migrant student records systems.

## Students With Disabilities Policy

It is the policy of Concorde Career Colleges, Inc. (Campus), to abide by both the letter and spirit of Section 504 of the Rehabilitation Act of 1973 and its implementing regulation at 34 Code of Federal Regulations C.F.R., Part 104. Section 504 prohibits discrimination on the basis of disability in programs and activities operated by recipients of federal financial assistance. Covered entities must accommodate students with reasonable academic adjustments and auxiliary aids and services that are necessary to afford an individual with a disability an equal opportunity to participate in its programs. Concorde is not required to make academic adjustments and/or provide auxiliary aids and services that would result in a fundamental alteration of its programs or impose an undue burden.

The Campus prohibits all discrimination against "qualified individuals with disabilities" as defined in Concorde's Disabilities Policy. In addition, a "qualified disabled person," with respect to postsecondary and vocational education services, is one who meets the academic and technical standards requisite to participation in the Campus's education program.

## Procedures for Requesting Academic Adjustment and/or Auxiliary Aid:

1. Current students with disabilities wishing to request academic adjustments and/or auxiliary aids must contact the Campus President. The Campus President is designated as the Campus Compliance Coordinator (CCC) with respect to

Section 504. A disclosure of a disability or request for adjustments and/or aids made to a faculty or staff member, other than the CCC, will not be treated as a request for an academic adjustment and/or auxiliary aid. However, if a student discloses a disability to faculty or staff, he or she is required to direct the student to the CCC.

2. The CCC will provide the student with an academic adjustment and/or auxiliary aid Request Form for Students With Disabilities to complete. Academic adjustments and/or auxiliary aids are available to students who provide documentation of a disability, specifically that they have an impairment that substantially limits one or more major life activities.

3. In general, the documentation referenced should be current prior to taking entrance assessments to be accepted into a program. The documented assessments must be completed by qualified professionals in the area of disability. Documentation and sources used to evaluate the need and determine appropriate adjustments or aids may include a licensed professional's current medical diagnosis and date of diagnosis, evaluation of how the student's disability affects one or more of the major life activities and recommendations, psychological and/or emotional diagnostic tests, aptitude and achievement tests with results/reports, functional effects or limitations of the disability (physical limitations) and/or medications and recommendations, and social and cultural background and adaptive behavior. The campus reserves the right to request additional documentation as needed.

4. After the CCC or his or her designee receives the academic adjustment and/or auxiliary aid Request Form and the required documentation, the CCC will engage in an interactive process with the student to determine what academic adjustment(s) and/or auxiliary aid(s) are appropriate. This process will include primary consideration of the student's recommendations. It is the responsibility of the student to initiate this process by contacting the CCC and participating in the interactive process to identify appropriate academic adjustments and/or auxiliary aids. Within 10 business days, the CCC will meet with the student to discuss the appropriate reasonable academic adjustments and/or auxiliary aids needed. Primary consideration will be given to the student's requested academic adjustments and/or auxiliary aids. Any academic adjustment and/or auxiliary aid denied will include a written statement as to the basis. Whenever an academic adjustment and/or auxiliary aid is denied, the CCC will enter into an interactive communication with the requestor and discuss the need for additional documentation and/or alternate academic adjustments and/or auxiliary aids.

5. If the student is denied the requested adjustment or aid, he or she may file a grievance using the Grievance Procedure, or the student may file a complaint with the Office for Civil Rights.
6. The CCC is responsible for ensuring that approved academic adjustments and auxiliary aids are implemented in a timely manner and will be responsible for ensuring compliance of accommodations through the Academic Dean and Program Director. If students believe that the academic adjustment and/or auxiliary aid is not being implemented, they are urged to contact the CCC to discuss the matter. If not resolved, students may file a grievance using the Grievance Procedure, or the student may file a complaint with the Office for Civil Rights.

An adjustment or aid that fundamentally alters a program of instruction, conflicts with direct licensing requirements, or otherwise negates a requirement essential to the program will not be approved. A student may challenge such a determination by using the Grievance Procedure, or the student may file a complaint with the Office for Civil Rights.

## Grievance Procedure Regarding Students With Disabilities

Any complaints alleging discrimination based on one's disability, including disagreements regarding requested academic adjustments and/or auxiliary aids, may be grieved using the following procedures:

- He or she should contact the Campus Compliance Coordinator (CCC) (Campus President) to file a formal grievance as soon as the student knew or reasonably should have known of the alleged discriminatory act or disagreement regarding academic adjustments and/or auxiliary aids.
- The CCC will assist the student in defining the grievance and will witness the student's signature on the Grievance Form.
- All grievances shall be reviewed and investigated by the Vice President of Academic Affairs. The Vice President of Academic Affairs' role shall be to investigate whether the student was discriminated based on disability by gathering all relevant information. Allegations can include, but are not limited to, harassment, failure to provide approved aids or adjustments, or a disagreement over what aids and adjustments are appropriate.
- The student shall have an opportunity to express his or her concerns with the Vice President of Academic Affairs.
- All reasonable efforts will be made to provide a written determination to the student within 30 days, which will close the charge of discrimination.
- If the student feels the alleged discriminatory act was conducted by the CCC, the student may

contact the Vice President of Academic Affairs at 1-800-852-8434 to file a formal grievance at any time in the process.
- The determination made by the Vice President of Academic Affairs will be the final review.

The campus is dedicated to protecting the rights provided to individuals with disabilities by Section 504. Federal regulations prohibit the campus from discriminating against students on the basis of disability. If a student believes that the campus has discriminated against him or her or another person on the basis of disability, the student may file a complaint with the U.S. Department of Education, Office for Civil Rights.

The campus prohibits retaliation against persons who file complaints of discrimination or assist with or participate in a campus or government agency investigation, proceeding, or hearing concerning complaints of discrimination. Retaliation complaints may be filed separately with the Office for Civil Rights. Current or prospective students with disabilities wishing to request academic adjustments and/or auxiliary aids must contact the Campus President.

## Official Letter Grading Scale

**Effective for all Terms starting on or after July 5th, 2022**

Records of grades are maintained by the Registrar. Students receive letter grades at the end of each grading period (course) using the official letter grading scale. Grades are based on assignments, tests, and manipulative performance examinations given with each unit of learning. At the end of each evaluation period, the student's cumulative grade point average (CGPA) will be determined.

### Incomplete Grades

All missed exams and assignments must be complete by the last day of the current term. In rare circumstances, an "I" (incomplete) grade may be issued with the approval of the Academic Dean or the Campus President. The student will then have seven calendar days (excluding published holidays) in which to make up the missing work. A student who has a final grade of "I" and who has not made up the work by the end of this period, will receive a course grade calculated based on a grade of zero for the missing work. Any action that may result from a grade calculated on this basis (such as probation, being required to repeat the course, or withdrawal/ dismissal) will be executed immediately.

When the "I" is replaced with a letter grade, Satisfactory Academic Progress will be recalculated based on the letter grade and the credits earned.

Incompletes, although a temporary grade, will be included as attempted credits.

## Course Co-Requisites

Some programs require courses to be taken concurrently. These courses are identified as co-requisite courses. A student who fails a lecture/lab course will also receive a failing grade (F) for any clinical course identified as a co-requisite to the failed course(s) regardless of the grade earned for the clinical course. A student who fails a clinical course but passes the/all co-requisite lecture/lab course(s) is required to repeat only the failed clinical course. If a course is co-requisite with one or more other courses, that requirement is listed in each course description or in the program matrix in this catalog.

## Grading Scale Key

| Modifier | Description | Meaning |
|---|---|---|
| 1 | Superscripted 1 with letter grade | Course must be repeated |
| 2 | Superscripted 2 with letter grade | This course does not impact GPA but does count toward rate of progress |
| 3 | Superscripted 3 with letter grade | This course does not impact CGPA and is not assigned credits, attempted, or earned credit hours |
| N/E | In the GPA column | No effect on grade point average (GPA) |

## General Education Classes & Core Programs

This is the official letter grading scale for all non-nursing general education courses and core program courses. Core program courses are those that are taught in four- or six-week modules.

| Letter Grade | Numerical % | Description | GPA |
|---|---|---|---|
| A | 90–100 | Highly Competent | 4.00 |
| B | 80–89 | Fully Competent | 3.00 |
| C | 70–79 | Competent | 2.00 |
| $F^1$ | 0–69 | Not Competent | 0.00 |
| T | N/A | Transfer of Credit | N/E |
| I | N/A | Incomplete | N/E |
| $W^2$ | N/A | Withdrawn from Course | N/E |
| $WP^2$ | N/A | Withdrawn while Passing | N/E |

| | | | |
|---|---|---|---|
| $WF^2$ | N/A | Withdrawn while Failing | N/E |

## Clinical Program Content Courses

The official letter grading scale for technical courses in all programs taught in ten-week academic terms (except Nursing programs) is as follows:

| Letter Grade | Numerical % | Description | GPA |
|---|---|---|---|
| A | 90–100 | Highly Competent | 4.00 |
| B | 80–89 | Fully Competent | 3.00 |
| C | 75–79 | Competent | 2.00 |
| $F^1$ | 0–74 | Not Competent | 0.00 |
| T | N/A | Transfer of Credit | N/E |
| I | N/A | Incomplete | N/E |
| $W^2$ | N/A | Withdrawn from Course | N/E |
| $WP^2$ | N/A | Withdrawn while Passing | N/E |
| $WF^2$ | N/A | Withdrawn while Failing | N/E |

## Practical Nursing & Associates Degree of Nursing Courses

The official letter grading scale for all courses in the Vocational Nursing program is as follows:

| Letter Grade | Numerical % | Description | GPA |
|---|---|---|---|
| A | 93–100 | Highly Competent | 4.00 |
| B | 85–92 | Fully Competent | 3.00 |
| C | 78–84 | Competent | 2.00 |
| $F^1$ | 0–77 | Not Competent | 0.00 |
| T | N/A | Transfer of Credit | N/E |
| I | N/A | Incomplete | N/E |
| $W^2$ | N/A | Withdrawn from Course | N/E |
| $WP^2$ | N/A | Withdrawn while Passing | N/E |
| $WF^2$ | N/A | Withdrawn while Failing | N/E |

## Pass/Fail Courses

The following grading scale will be used for courses identified as pass/fail. These courses do not impact CGPA, but they do count toward rate of progress and maximum time frame.

| Letter Grade | Numerical % | Description | GPA |
|---|---|---|---|
| P | N/A | Successful completion of a Pass/Fail course | N/E |
| F[1] | N/A | Failure of a Pass/Fail course | N/E |
| T | N/A | Transfer of Credit | N/E |
| I | N/A | Incomplete | N/E |
| W[2] | N/A | Withdrawn from Course | N/E |
| WP[2] | N/A | Withdrawn while Passing | N/E |
| WF[2] | N/A | Withdrawn while Failing | N/E |

## Satisfactory Academic Progress Policy

To remain in good academic standing and maintain financial aid eligibility, students must meet the following minimum Satisfactory Academic Progress (SAP) standards as measured at the end of each grading and/or payment period:

1. Must maintain a minimum cumulative grade point average (CGPA) of 2.0.
2. Must maintain a rate of progress (ROP) of 66.67% or greater.
3. Must be able to complete the program within 150 percent of the program length (Maximum Time Frame [MTF]).

## Cumulative Grade Point Average (CGPA)

CGPA measures the quality of the student's work by assigning quality points to each letter grade and weighting the course by the credit hours. Only courses with earned grades required in the student's program of study are included in the CPGA calculation. In the case of repeated coursework, only the most recent attempt is counted toward the CGPA.

## Rate of Progress (ROP)

Students are required to maintain a satisfactory ROP toward successful completion of their program. ROP is defined as the credit hours completed divided by the credit hours attempted. All periods of the student's

enrollment for the current program count when assessing progress, even periods in which the student did not receive Federal Student Aid (FSA) funds.

## Maximum Time Frame (MTF)

Students must be able to successfully complete all the required course credit hours of their program within the Maximum Time Frame. To maintain SAP, the credit hours attempted cannot exceed one and one-half times (1.5) or 150 percent of the credit hours required to complete a program.

## SAP Evaluation

Each program is broken down into grading periods and payment periods. At the end of each of these periods, the student's CGPA, ROP and MTF will be evaluated. The evaluation will ensure that all aspects of Satisfactory Academic Progress are met. A student failing to maintain the minimum standards of Satisfactory Academic Progress will be notified of such and will face administrative actions. These actions include being placed on Academic Warning, Academic Probation or dismissal from the program at the end of a grading period. In addition, a student failing to maintain Satisfactory Academic Progress at the end of a payment period may be placed in a Financial Aid (FA) Warning status or Financial Aid Probation status, or the student may lose Federal Financial Aid eligibility altogether.

The outcome of SAP Evaluation is different depending on whether a student is enrolled in a Non-Term Program or a Term Based Program.

## Non-Term Programs

(Dental Assistant, Medical Assistant, and Medical Office Administration)

## Academic Warning

A student not meeting all aspects of Satisfactory Academic Progress (CGPA, ROP and MTF) at the end of a grading period will be placed on Academic Warning. The school will advise the student of his or her status immediately upon completion of the SAP evaluation, and, in cooperation with campus academic leadership, the student will be required to complete an Academic Success Plan (ASP).

The student will remain in Academic Warning status until; a.) the student's SAP is evaluated at the end of the upcoming grading period, is met, and the student is returned to good academic standing and Active status; or b.) the student does not meet the requirements agreed to in the Academic Success Plan created at the beginning of the grading period whereupon the student will be notified of pending dismissal from the program. A student may appeal pending dismissal in writing to the Academic Dean within 72 hours of notification. (see

Satisfactory Academic Progress Appeals) A student who does not file an appeal or for whom an appeal is not granted will be academically dismissed. A student submitting a successful appeal will be placed in Academic Probation status.

## Academic Probation

A student notified of pending dismissal who submits a successful SAP Appeal will be placed in Academic Probation status. A student on Academic Probation who fails to meet the requirements of the Academic Success Plan created at the beginning of the Academic Probation grading period will be dismissed.

## Term Based Programs

(All other programs not covered in the Non-Term Programs section above)

## Academic Warning

A student not meeting all aspects of Satisfactory Academic Progress (CGPA, ROP and MTF) at the end of a grading period will be placed on Academic Warning. The school will advise the student of his or her status immediately upon completion of the SAP evaluation, and, in cooperation with campus academic leadership, the student will be required to complete an Academic Success Plan (ASP). Only one Academic Warning grading period is permitted in Term-Based Programs. If a student fails to achieve Satisfactory Academic Progress for the next grading period or for any grading period in which the student is on Academic Warning, the student will be notified of pending dismissal. To remain enrolled, the student must submit a SAP Appeal within 72 hours of notification. A student in this situation who does not file an appeal or does not receive approval for an appeal will be dismissed.

## Academic Probation

A student on Academic Warning who does not meet Satisfactory Academic Progress standards at the end of the grading period must file an appeal. If the appeal is approved, the student will be placed on Academic Probation. A student on Academic Probation who fails to achieve Satisfactory Academic Progress or who fails to meet the requirements of the Academic Success Plan at the end of the grading period will be dismissed.

## All Program

## Active Status

A student on Academic Warning or Academic Probation will be returned to good standing and Active status at the end of a grading period in which all Satisfactory Academic Progress standards are met.

## Financial Aid (FA) Warning

FA Warning will be assigned to a student not meeting Satisfactory Academic Progress standards at the end of a payment period. The school will advise the student of his or her status immediately upon completion of the SAP evaluation. A student on FA Warning may continue to receive Federal Student Aid (FSA) funds for one payment period. A student on FA Warning who achieves the minimum CGPA and rate of progress by the next payment period will be removed from FA Warning and placed back in good standing and retain his or her eligibility for FSA funds. A student who fails to meet Satisfactory Academic Progress standards after the FA Warning period will lose his or her eligibility for FSA funds unless the student's appeal is approved. The student will then be placed on FA Probation.

## Financial Aid (FA) Probation

Students on FA Warning who do not meet Satisfactory Academic Progress at the end of the payment period must submit an appeal or be dismissed. If the appeal is approved, the student will be assigned the status of FA Probation. The school will advise the student of his or her status immediately upon completion of the SAP evaluation. A student on FA Probation who fails to achieve Satisfactory Academic Progress or who fails to meet the requirements of the Academic Success Plan at the end of the payment period will be dismissed. A student on FA Probation who achieves a minimum CGPA and ROP by the next payment period will be removed from FA Probation and placed back in good standing and retain eligibility for FSA funds. A student who fails to make Satisfactory Academic Progress or fails to meet the requirements of the Academic Success Plan after the FA Probation period will lose eligibility for FSA funds.

## Academic Success Plan

At the end of every grading and/or payment period in which a student does not meet Satisfactory Academic Progress standards, campus academic staff will assist the student in creating an Academic Success Plan. The Academic Success Plan will outline, in detail, minimum academic performance standards for the student for the upcoming term. The student must acknowledge and meet the requirements of the Academic Success Plan to remain enrolled in the program.

## Satisfactory Academic Progress Appeals

A student may appeal dismissal from the program due to failure to meet SAP and/or the loss of financial aid based on mitigating circumstances.

Written appeals must include:

- A clear statement about the mitigating circumstances that caused the student to be unsuccessful and include appropriate supporting documentation of such circumstances;
- An explanation of how such mitigating circumstances contributed to the student's academic situation;
- An explanation about what has changed in the student's situation that would allow the student to attain Satisfactory Academic Progress at the next payment period; and
- An acknowledged and signed Academic Success Plan created with the assistance of campus academic staff.

If the student does not submit an appeal within 72 hours of notification, or the appeal is denied, the student will be academically dismissed.

# Transfer of Credit to Other Institutions

The transferability of credits that a student earns at Concorde is at the complete discretion of the institution to which he or she may seek to transfer. Acceptance of the degree or diploma earned is also at the complete discretion of the institution to which the student may seek to transfer.

If the credits or credential earned at Concorde are not accepted at the institution to which the student seeks to transfer, the student may be required to repeat some or all of the coursework at that institution. For this reason, the student should make certain that his or her attendance at Concorde will meet his or her educational goals. This may include contacting an institution to which he or she may seek to transfer after attending Concorde to determine if his or her credits or credential will transfer.

Concorde does not imply, promise or guarantee that any credits earned at Concorde will transfer to or be accepted by any other institution. There is a meaningful possibility that some or all credits earned at Concorde will not transfer to or be recognized by other institutions, and it is the student's responsibility to find out in advance of enrollment whether a receiving institution will recognize a course of study or accept credits earned at Concorde.

# Transfer of Credit to Concorde
Effective: 12/21/2020

Students who formerly attended a postsecondary institution accredited by an agency as recognized by the U.S. Department of Education may be granted transfer credit for equivalent courses taken at the previous institution. Students must submit a Request for Transfer Credit as soon as possible after being enrolled at Concorde; in addition, students are responsible for having official transcript(s) from their previous institution forwarded to Concorde. To be eligible for transfer credit consideration, the following must be met:

- An official copy of the student's transcript is on file with Concorde;
- Non-General Education courses were completed within the previous 12 months, and a grade of "C" or better was earned;
- General Education courses were completed within the last five years, and a grade of "C" or better was received; General Education courses older than five years will be reviewed on a case-by-case basis;
- A copy of the catalog containing the course description, which the student enrolled under, is provided; and
- CLEP courses may be accepted if completed within the five years and have a minimum score of 60.
- AP scores may be accepted if:
  - The official College Board Assessment is received
  - The Assessment scores are within five years of the request to transfer
  - The following scores are achieved:
    - CHEM1310 (3 credits) Score of 3 or higher: Chemistry
    - CHEM1411 (3 credits) Score of 3 or higher: Chemistry
    - CHEM1421 (3 credits) Score of 3 or higher: Chemistry
    - CSCI1310 (3 credits) Score of 3 or higher: Computer Science A
    - ENGL1310 (3 credits) Score of 3 or higher: English Literature and Composition or English Language and Composition
    - ENGL1320 (3 credits) Score of 3 or higher: English Literature and Composition or English Language and Composition
    - PSYC1310 (3 credits) Score of 3 or higher: Psychology
    - MATH1310 (3 credits) Score of 3 or higher: Statistics
    - MATH1320 (3 credits) Score of 3 or higher: Statistics

Students requesting to transfer credit(s) must submit all required documentation no less than one week prior to the start of their program of study. If the Academic Affairs department determines the credits are acceptable for transfer, credit will be given for those courses, and the student will be scheduled to take only those courses needed to fulfill the requirements for graduation.

Under no circumstances does Concorde Career Institute grant academic credit for life experience.

This section does not apply to students withdrawn from the same Concorde campus regardless of withdrawal date.

Students who receive transfer credit will have the program tuition charge prorated based upon the remaining number of credits the student must earn in order to graduate. The Business Office will make the appropriate tuition adjustment.

Concorde does not make any representation or guarantee that coursework completed at another institution will transfer to Concorde.

## Students From Other Concorde Career Institutes/Colleges

Students transferring from another Concorde Career Institute/College must meet the entrance requirements in place at this school at the time of transfer. These students may be eligible to receive credit for previous courses provided that the following requirements are met:

- An official copy of the student's transcript is on file with Concorde Career Institute;
- Courses within a major were completed within the previous 12 months, and a grade of "C" or better was earned;
- General Education (nonscience) communications, mathematics, social science or humanities courses were completed with a grade of "C" or better; and
- General Education science (BIOL, CHEM) courses were completed within the previous ten years with a grade of "C" or better.

Students transferring from another Concorde Career school may transfer up to 75 percent of the academic credits necessary to fulfill the requirements for graduation. Students requesting to transfer credit(s) must submit all required documents prior to starting school.

If the Academic Affairs department determines the credits are acceptable for transfer, credit will be given for those courses, and the student will be scheduled to take only those courses needed to fulfill the requirements for graduation.

For courses within a major taken more than 12 months prior, the student must take a proficiency examination for both academics and practicals. Academic credit will be granted if the student scores 75 percent or better and demonstrates competencies of practical skills. The student will not be charged for the examination(s). Students requesting to transfer credit(s) must submit all required documents and/or pass any proficiency examination prior to starting school.

Under no circumstances does Concorde Career Institute grant academic credit for life experience.

## Residency Requirements

Students are required to earn a minimum of 75% of their credits/hours in residence at Concorde Career College/Institute. Therefore, the total of transfer credits and online classes cannot exceed 25% of a program's credits/hours. An exception may be made for students transferring to the same program of study at another Concorde school. Please contact the Academic Dean at the receiving school to discuss the transfer of course credits and credit for prior learning.

## Repetitions

Effective: 03/23/2021

Students are required to repeat any failed course. With the exception of courses with the designation "CPSO," students will be allowed to repeat a failed course once (see the "Official Letter Grading Scale"). CPSO courses may be attempted a total of three times. Both the grade(s) for the failed course(s) and the repeated course(s) will appear on the transcript, but only the most recent grade will be used in calculating CGPA. However, the original course(s) and all repeated course credit hours are included in the maximum time frame and rate of progress calculations.

Students may incur a per credit hour fee for repeating a class(es). Students must remain active in order to be eligible for any retake fee. If a student withdraws from school, he/she will be charged the full per credit hour cost to retake a course. Please see a Financial Aid Representative to discuss your situation.

Students who fail the same CPSO course three times will be dismissed from the program. Students who fail the same non-CPSO academic course twice will be dismissed from the program. Dismissed students are not eligible for readmission.

## Veterans Administration Students

The school will notify the Veterans Administration (VA) when a student receiving VA education benefits is placed on Academic Warning or Academic Probation. Students will be advised of any counseling services available to them at the school in order to resolve academic or other problems and to establish a meaningful plan for successful completion of their education or training. The school will also remind students of the counseling services and tutorial assistance benefits available through the VA. When a student has failed to maintain prescribed standards of progress, the VA will be informed promptly so that benefit payments can be discontinued in accordance with the law. The termination date assigned by the school will be the last day of the term or other evaluation period in which the student's progress became unsatisfactory. Schools that provide a period of

academic warning or probation may not continue to certify a veteran or eligible person (who remains in an unsatisfactory academic status) for an indefinite period of time. The school will withdraw any student who remains in an unsatisfactory academic status for more than two successive periods and report the withdrawal to the VA. The credit hours attempted cannot exceed 1.5 times the credit hours required to complete the credit-hour program.

## Copyright Infringement

The unauthorized reproduction or distribution of copyrighted materials is prohibited. This may include but is not limited to Internet file-to-file transfer, student-to-student transfer, photocopies, or undisclosed use of copyrighted material in essays or other works created by a student. Students using copyrighted materials are required to identify the source of the material and its copyright in all school materials. Copyrighted materials can include music, pictures, books, magazines, and newspapers in all forms, including the date obtained from the Internet. In addition to any civil or criminal liabilities, any unauthorized reproduction or use of copyrighted materials is grounds for disciplinary action, up to and including dismissal from school. Anyone found to have infringed a copyrighted work may be liable for Actual Damages and Profits. A copyright owner is entitled to recover the actual damages suffered by him or her as a result of the infringement and any profits of the infringer that are attributable to the infringement. Statutory damages for copyright infringement range from $750 up to $30,000 for each work infringed, and, if willful infringement is proven by the copyright owner, that amount may be increased up to $150,000 for each work infringed. In addition, an infringer of a work may also be liable for the attorney's fees incurred by the copyright owner to enforce his or her rights.

## Outside Classroom Work

Students will find the work in each program to be challenging, requiring them to maximize their time and problem-solving strategies. Students demonstrate their commitment to learning via work and time spent inside and outside the class. In addition to the time spent in class per week, students are required to spend time outside of class on reading assignments, writing assignments, practice and practical applications, and projects or other equivalent learning experiences to help them achieve the course objectives. Specific details on the outside classroom work are found in the individual course syllabi, which students receive at the beginning of each course.

## Scholastic Honesty
Effective: 02/16/2021

It is assumed that all students are enrolled in class to learn; therefore, cheating is not an acceptable practice. Dishonesty of any type in a course, including cheating on examinations or plagiarizing materials, can result in a grade of "F" and may be cause for suspension and/or withdrawal from school. Plagiarism includes passing off or attempting to pass off the ideas or writing of another person as one's own. Plagiarism also includes using personal papers submitted for a prior class, a repeated class, or even work submitted at a different institution.

Students are prohibited from operating any type of audio or video recording device in a classroom, laboratory, or clinical setting without prior expressed permission from the Campus President or Academic Dean. Prohibited items include, but are not limited to: video cameras, telephones with audio or video recording capability, computers, electronic tablets, or watches with audio or video recording capability. This is not an all-inclusive list. Violations of this policy may lead to disciplinary actions up to and including dismissal from school.

# Program Course Descriptions

## Course Numbering System

Each course is identified by an alphabetic prefix. The rubric begins with a series of alphabetic characters representing the academic discipline. The first digit of the course number denotes the academic level of the course; the second digit denotes the credit value of the course in semester hours; and the remaining digit(s) establishes course sequencing and/or distinguishes the course from others of the same level, credit value, and rubric.



**BIOL1111: Anatomy & Physiology I VLab**
**Credit Hours:** 1
**Clock Hours:** 0/30/0

In this virtual lab, the student will learn through virtual experiments the organization of the body and the anatomy/physiology of the cells, tissues and membranes, and various body systems as correlated to the BIOL1310 Anatomy & Physiology I course content;

**BIOL1121: Anatomy & Physiology II VLab**
**Credit Hours:** 1
**Clock Hours:** 0/30/0

In this virtual lab, the student will learn through virtual experiments various body systems as correlated to the BIOL1320 Anatomy & Physiology II course content.

**BIOL1310: Anatomy & Physiology I**
**Credit Hours:** 3
**Clock Hours:** 45/0/0

The organization of the body and the anatomy and physiology of the cells, tissues and membranes, and various body systems: integumentary, muscular, skeletal, nervous, sensory, and endocrine. The major organs of studied systems and how they relate to the overall status of the body are discussed.

**BIOL1320: Anatomy & Physiology II**
**Credit Hours:** 3
**Clock Hours:** 45/0/0

The second of two courses covers the organization of the body and the anatomy and physiology of various body systems: circulatory, cardiovascular, lymphatic, immunity, digestive, respiratory, urinary, and reproductive. The major organs of systems and how they relate to overall status of the body are discussed.

**BIOL1330: Microbiology**
**Credit Hours:** 3
**Clock Hours:** 45/0/0

Students learn a branch of biology dealing with microscopic forms of life. They learn how microorganisms on humans can be both beneficial and harmful. Students gain insight on different viruses and how they affect humans, the environment, and the future of genetics.

**BIOL1350: Cardiopulmonary Anatomy & Physiology**
**Credit Hours:** 3
**Clock Hours:** 45/0/0

This course is focused on cardiopulmonary anatomy and physiology and its impact on the body.  Students study anatomic, physiologic and pharmacologic concepts of the cardiovascular and respiratory systems and will develop a systematic understanding of the position, function and interplay of structures within the respiratory, cardiovascular and renal systems.

**BIOL1405: Anatomy & Physiology**
**Credit Hours:** 4
**Clock Hours:** 60/0/0

This course covers the organization of the body and the anatomy and physiology of the cells, tissues, and membranes; respiratory system; integumentary system; skeletal system; muscular system; nervous system; sensory systems; digestive system; circulatory system; lymphatic system; reproductive system; urinary system; and endocrine system. The major organs of each system and how they relate to the overall status of the body are discussed.
**Prerequisites:**
None

**COMM1310: Elements of Human Communication**
**Credit Hours:** 3
**Clock Hours:** 45/0/0

Students have the opportunity to learn and apply practical principles of human interpersonal communication in daily life. Emphasis is placed on the psychological, social, cultural, and linguistic factors that affect person-to-person interaction. Through practical application, this course assists students in improving public speaking skills.

**CPSO1001: Career Path Success A**
**Credit Hours:** 0.5
**Clock Hours:** 15/0/0

In this Career Path Success course students will learn and practice many of the soft skills needed to be successful in a healthcare career. Students will explore attitudes, behaviors and communication skills expected by employers, coworkers and patients. Upon completion of this course, students will better understand the importance of time management, planning and scheduling, managing distractions, and scheduling for specialized populations. Students will also learn how to prioritize time using various methods, create personalized schedules and to-do lists, and manage distractions. The importance of critical thinking in the workplace and scheduling needs for specialized populations is examined.

**CPSO1002: Career Path Success B**
**Credit Hours:** 0.5
**Clock Hours:** 15/0/0

In this Career Path Success course students will learn and practice many of the soft skills needed to be successful in a healthcare career. Students will explore attitudes, behaviors and communication skills expected by employers, coworkers and patients. This course discusses appropriate attire as well as overall professional image for a healthcare environment. Students will examine habits that promote effective study skills as well as identify appropriate professional interactions when working with specialized populations.
**Prerequisites:**
None

**CPSO1003: Career Path Success C**
**Credit Hours:** 0.5
**Clock Hours:** 15/0/0

In this Career Path Success course students will learn and practice many of the soft skills needed to be successful in a healthcare career. Students will explore attitudes, behaviors and communication skills expected by employers, coworkers and patients. Students in this course will explore the importance of the image conveyed through written and verbal communications as well as the impact those communications have on others. Students will explore perceptions of professionalism in the healthcare environment as well as identify basics of financial literacy including budgeting, spending habits and saving.

**CPSO1004: Career Path Success D**
**Credit Hours:** 0.5
**Clock Hours:** 15/0/0

In this Career Path Success course students will learn and practice many of the soft skills needed to be successful in a healthcare career. Students will explore attitudes, behaviors and communication skills expected by employers, coworkers and patients. In this course students will learn to nurture appropriate and effective co-worker relationships including the importance of protecting confidentiality of patients and co-workers. Students will learn to work effectively in teams in the healthcare environment as well as how to locate potential externship and employment opportunities. Conflict in the healthcare environment is discussed as well as methods of managing and resolving conflict. Basic skills for recognizing illegal drug use are presented and students will understand and be able to appropriately respond to triggers for special needs patients.

**CPSO1005: Career Path Success E**
**Credit Hours:** 0.5
**Clock Hours:** 15/0/0

In this Career Path Success course students will learn and practice many of the soft skills needed to be successful in a healthcare career. Students will explore attitudes, behaviors and communication skills expected by employers, coworkers and patients. Students will learn why developing good people skills is beneficial in a healthcare environment as well as the necessity of embracing diversity when working with patients and others. The importance of taking responsibility for one's own actions is examined as well as the process for creating an effective resume and the steps necessary for a successful job search.

**CPSO1006: Career Path Success F**
**Credit Hours:** 0.5
**Clock Hours:** 15/0/0

In this Career Path Success course students will learn and practice many of the soft skills needed to be successful in a healthcare career. Students will explore attitudes, behaviors and communication skills expected by employers, coworkers and patients. In this course students will examine the healthcare job market and identify effective interviewing techniques, interviewer perceptions, as well as interview follow-up. Students will also examine unique situations relating to the elderly and terminally ill.

**CPSO1011: Career Path Success A**
**Credit Hours:** 0.5
**Clock Hours:** 15/0/0 (Theory 15) (Online 15)

In this Career Path Success course students will learn and practice many of the soft skills needed to be successful in a healthcare career. Students will explore attitudes, behaviors and communication skills expected by employers, coworkers and patients. Upon completion of this course, students will better understand the importance of time management, planning and scheduling, and managing distractions. Students will also learn how to prioritize time using various methods, as well as create personalized schedules and to-do lists. Students will discuss study skills and learn how to form effective study habits. The importance of critical thinking in the healthcare field will also be examined.
**Prerequisites:**
None

**CPSO1012: Career Path Success B**
**Credit Hours:** 0.5
**Clock Hours:** 15/0/0 (Theory 15) (Online 15)

In this Career Path Success course students will learn and practice many of the soft skills needed to be successful in a healthcare career. Students will explore attitudes, behaviors and communication skills expected by employers, coworkers and patients. This course discusses appropriate attire as well as overall professional image for a healthcare environment. Students will explore attitudes, behaviors and communication skills expected by employers, coworkers and patients. Students in this course will explore the importance of the image conveyed through written and verbal communications as well as the impact those communications have on others.
**Prerequisites:**
None

**CPSO1013: Career Path Success C**
**Credit Hours:** 0.5
**Clock Hours:** 15 (Theory 15) (Online 15)

In this Career Path Success course students will learn and practice many of the soft skills needed to be successful in a healthcare career. Students will as identify basics of financial literacy including budgeting, spending habits and saving. Students will explore ideas about loan repayment and gain understand of loan interest. Students will also learn about teamwork and conflict resolution in the workplace, as well as explore the idea of drug use and how healthcare providers can identify signs of drug use.
**Prerequisites:**
None

**CPSO1014: Career Path Success D**
**Credit Hours:** 0.5
**Clock Hours:** 15 (Theory 15) (Online 15)

In this Career Path Success course students will learn and practice many of the soft skills needed to be successful in a healthcare career. Students will learn about helpful tips for short- and long-term career planning, as well as accountability in the workplace. Students will learn how to locate potential externship and employment opportunities. Additionally, students will practice creating a resume, discuss important interview tips, and learn about the importance of interview follow-up.

**CPSO1015: Career Path Success E**
**Credit Hours:** 0.5
**Clock Hours:** 15/0/0 (Theory 15) (Online 15)

In the Career Path Success course students will learn and practice many of the soft skills needed to be successful in a healthcare career. Students will learn about confidentiality in healthcare, specifically investigating the Healthcare Insurance Portability and Accountability Act (HIPAA). Students will learn why developing good people skills is beneficial in a healthcare environment as well as the necessity of embracing diversity when working with patients and others. Additionally, students will reflect on the importance of volunteering and community service.
**Prerequisites:**
None

**CPSO1016: Career Path Success F**
**Credit Hours:** 0.5
**Clock Hours:** 15 (Theory 15) (Online 15)

In the Career Path Success courses students will learn and practice many of the soft skills needed to be successful in a healthcare career. Students will investigate a variety of topics related to serving specialized populations in healthcare. Students will examine unique situations relating to the elderly and terminally ill, as well as homeless patients, patients with autism, and other groups with unique healthcare needs.
**Prerequisites:**
None

**CRST1310: Sterile Processing**
**Credit Hours:** 3
**Clock Hours:** 72 (Theory 64, Lab 8) (Ground 8, Online 64)

This course is designed to provide a comprehensive introduction into the field of sterile processing with insight and overview of the Central Service (CS) department and its technicians. Major subjects covered include introduction to the Central Service sterile processing department, regulations and standards, the role of CS in ancillary departments, and success through communication. Related medical/surgical terminology is integrated throughout the course.
**Prerequisites:**
HPRS1313

**CRST1320: Sterile Processing Externship**
**Credit Hours:** 3
**Clock Hours:** 128 (Externship 128) (Ground 128)

This course presents students with the opportunity to gain practical experience in a sterile processing work environment. Students will build confidence, skill and competence in the field while honing the skills learned in the classroom.
**Prerequisites:**
HPRS1313, CRST1310

**CVSG1210: Scanning Lab I**
**Credit Hours:** 2.5
**Clock Hours:** 0/80/0

In this course, under direct supervision, students simulate sonographic examinations of anatomical structures identifying normal anatomy and reinforcing scanning techniques in preparation for performing examinations of the organs and vasculature of the body.
**Prerequisites:**
HPRS1320

**CVSG1240: Echocardiography Scanning Lab I**
**Credit Hours:** 2.5
**Clock Hours:** 0/80/0

In this course, under direct supervision, students simulate sonographic examinations of anatomical structures identifying normal anatomy and reinforcing scanning techniques in preparation for performing examinations of the organs and vasculature of the body.
**Prerequisites:**
DMSG1810, DMSG1210, ECGY1330, HPRS1320

**CVSG1340: Cardiovascular Pathology**
**Credit Hours:** 3
**Clock Hours:** 45/0/0

This course will study the function, integration and coordination of General Pathological/disease concepts eg cells, cellular response to injury, inflammation, neoplasia and the pathogenesis of cancer. This course will also examine the pathological mechanisms, clinical manifestations and appropriate therapeutic measures of cardiovascular disease i.e. valvular heart diseases, congenital heart diseases, endocarditis, myocardial, coronary artery disease and pericardial diseases.
**Prerequisites:**
DMSG1810, DMSG1210, ECGY1330, HPRS1320

**CVSG1640: Echocardiography I**
**Credit Hours:** 6
**Clock Hours:** 90/0/0

This course includes cardiovascular assessment techniques, physics and ultrasound review, and an introduction to the theoretical principles of basic M mode and two-dimensional, Doppler and color flow echocardiography. It also emphasizes the theoretical principles of echocardiography necessary to measure and interpret aortic and mitral valve pathology. This course includes interpretation of echocardiography and patterns for normal and pathological states of the left ventricle, pulmonic and tricuspid valves, as well as congenital heart diseases.
**Prerequisites:**
DMSG1810, DMSG1210, ECGY1330, HPRS1320

**CVSG2250: Echocardiography Scanning Lab II**
**Credit Hours:** 2.5
**Clock Hours:** 0/80/0

In this course, under direct supervision, students simulate sonographic examinations of anatomical structures identifying normal anatomy and reinforcing scanning techniques in preparation for performing examinations of the organs and vasculature of the body.
**Prerequisites:**
DMSG1810, DMSG1210, ECGY1330, HPRS1320, CVSG1640, CVSG1240, CVSG1340

**CVSG2251: Cardiovascular Pharmacology**
**Credit Hours:** 2
**Clock Hours:** 30/0/0

This course covers the general pharmacological concepts, followed by drug indications, contraindications, mechanism of action, normal dosages, side effects, and patient considerations of drugs that affect the cardiovascular system.
**Prerequisites:**
DMSG1810, DMSG1210, ECGY1330, HPRS1320, CVSG1640, CVSG1240, CVSG1340

**CVSG2280: Cardiovascular Registry Review**
**Credit Hours:** 2
**Clock Hours:** 30/0/0

Facilitates a graduate's entry into the career of sonography. Topics include resumé writing and job interviewing, test taking strategies, registry examination preparation and comprehensive review of content specific to registry examinations.
**Prerequisites:**
DMSG1810, DMSG1210, ECGY1330, HPRS1320, CVSG1640, CVSG1240, CVSG1340, CVSG2850, CVSG2250, CVSG2251, CVSG2360, CVSG2370

**CVSG2360: Vascular Sonography I**
**Credit Hours:** 3
**Clock Hours:** 30/30/0

Provides an introduction to basic vascular anatomy, vascular physics and instrumentation, hemodynamics and pathological patterns. Topics include Doppler scanning of cerebrovascular and peripheral vascular systems.
**Prerequisites:**
DMSG1810, DMSG1210, ECGY1330, HPRS1320, CVSG1640, CVSG1240, CVSG1340, CVSG2850, CVSG2250, CVSG2251

**CVSG2370: Vascular Sonography II**
**Credit Hours:** 3
**Clock Hours:** 30/30/0

This course is a continuation of General Vascular Sonography I. Basic vascular anatomy, vascular physics and instrumentation, hemodynamics and pathological patterns will be reviewed. Topics for this course will include peripheral arterial systems, abdominal and pelvic vasculature and correlative imaging studies.
**Prerequisites:**
DMSG1810, DMSG1210, ECGY1330, HPRS1320, CVSG1640, CVSG1240, CVSG1340, CVSG2850, CVSG2250, CVSG2251, CVSG2360

**CVSG2760: Cardiovascular Clinical Education I**
**Credit Hours:** 7
**Clock Hours:** 0/0/320

Clinical Education I is a competency-based clinical experience that intensifies the cognitive, affective, and psychomotor skill level of students in the performance of sonography procedures. Students continue all standard practices learned in the previous term and perform more complex examinations discussed in didactic courses. Students begin to master sonography equipment and complete sonography procedures under direct supervision.
**Prerequisites:**
DMSG1810, DMSG1210, ECGY1330, HPRS1320, CVSG1640, CVSG1240, CVSG1340, CVSG2850, CVSG2250, CVSG2251

**CVSG2770: Cardiovascular Clinical Education II**
**Credit Hours:** 7
**Clock Hours:** 0/0/320

Clinical Education II is a competency-based clinical experience that intensifies the cognitive, affective, and psychomotor skill level of students in the performance of sonography procedures. Students continue all standard practices learned in the previous term and perform more complex examinations discussed in didactic courses. Students continue to master sonography equipment and complete sonography procedures under direct supervision.
**Prerequisites:**
DMSG1810, DMSG1210, ECGY1330, HPRS1320, CVSG1640, CVSG1240, CVSG1340, CVSG2850, CVSG2250, CVSG2251, CVSG2360

**CVSG2780: Cardiovascular Clinical Education III**
**Credit Hours:** 7
**Clock Hours:** 0/0/320

Clinical Education III is a competency-based clinical experience that intensifies the cognitive, affective, and psychomotor skill level of students in the performance of sonography procedures. Students continue all standard practices learned in the previous term and perform more complex examinations discussed in didactic courses. Students continue to master sonography equipment and complete sonography procedures under direct supervision.
**Prerequisites:**
DMSG1810, DMSG1210, ECGY1330, HPRS1320, CVSG1640, CVSG1240, CVSG1340, CVSG2850, CVSG2250, CVSG2251, CVSG2360, CVSG2370

**CVSG2850: Echocardiography II**
**Credit Hours:** 8
**Clock Hours:** 120/0/0

This course includes interpretation of echocardiography and patterns for pathological states of the endocardial, myocardial and pericardial diseases, as well as interventional echocardiography. Additional topics include new trends, diastology, and contrast agents. Coronary heart disease with its correlation with coronary anatomy and the complications e.g. aneurysm, pseudoanurym and others will be discussed for a comprehensive understanding of echocardiographic evaluation.
**Prerequisites:**
DMSG1810, DMSG1210, ECGY1330, HPRS1320, CVSG1640, CVSG1240, CVSG1340

**DMSG1210: Scanning Lab I**
**Credit Hours:** 2.5
**Clock Hours:** 0/80/0

In this course, under direct supervision, students simulate sonographic examinations of anatomical structures identifying normal anatomy and reinforcing scanning techniques in preparation for performing examinations of the organs and vasculature of the body.
**Prerequisites:**
HPRS1320

**DMSG1220: Scanning Lab II**
**Credit Hours:** 2.5
**Clock Hours:** 0/80/0

In this course, under direct supervision, students simulate sonographic examinations of anatomical structures identifying normal anatomy and reinforcing scanning techniques in preparation for performing examinations of the organs and vasculature of the body.
**Prerequisites:**
DMSG1321, DMSG1210, DMSG1810, HPRS1320

**DMSG1321: Sonographic Cross-Sectional Anatomy**
**Credit Hours:** 3
**Clock Hours:** 45/0/0

Presents cross sectional anatomical relationships and recognition of structures of the head, neck, thorax, abdomen, pelvis, and extremities in transverse, coronal and sagittal section.
**Prerequisites:**
HPRS1320

**DMSG1810: Physics & Instrumentation**
**Credit Hours:** 8
**Clock Hours:** 120/0/0

Presents in-depth training in the properties of ultrasound and Doppler physics, instrumentation, equipment operation, display systems, recording devices, image artifacts, biological effects of ultrasound and quality assurance methods.
**Prerequisites:**
HPRS1320, PHYS1310

**DMSG1820: Abdominal Sonography**
**Credit Hours:** 8
**Clock Hours:** 120/0/0

This course includes discussion of abdominal, superficial, pediatric and neonatal sonography including anatomy, interpretation of normal and abnormal sonographic patterns, flow characteristic and waveforms, pathology, related clinical signs and symptoms, normal variants and clinical laboratory tests of the abdominal pelvic wall and cavities.
**Prerequisites:**
DMSG1321, DMSG1210, DMSG1810, HPRS1320

**DMSG2210: Scanning Lab III**
**Credit Hours:** 2.5
**Clock Hours:** 0/80/0

In this course, under direct supervision, students simulate sonographic examinations of anatomical structures identifying normal anatomy and reinforcing scanning techniques in preparation for performing examinations of the organs and vasculature of the body.
**Prerequisites:**
DMSG1321, DMSG1210, DMSG1810, DMSG1220, DMSG1820, HPRS1320

**DMSG2220: Registry Review**
**Credit Hours:** 2
**Clock Hours:** 30/0/0

Facilitates a graduate's entry into the career of sonography. Topics include resume writing and job interviewing, test taking strategies, registry examination preparation and comprehensive review of content specific to registry examinations.
**Prerequisites:**
DMSG1321, DMSG1210, DMSG1810, DMSG1220, DMSG1820, DMSG2230, DMSG2710, DMSG2810, DMSG2210, DMSG2720, DMSG2240, HPRS1320

**DMSG2230: General Vascular Sonography I**
**Credit Hours:** 2
**Clock Hours:** 30/0/0

Provides an introduction to basic vascular anatomy, vascular physics and instrumentation, hemodynamics and pathological patterns. Topics include Doppler scanning of cerebrovascular and peripheral vascular systems.
**Prerequisites:**
DMSG1321, DMSG1210, DMSG1810, DMSG1220, DMSG1820, DMSG2210, DMSG2810, HPRS1320

**DMSG2240: General Vascular Sonography II**
**Credit Hours:** 2
**Clock Hours:** 30/0/0

This course is a continuation of General Vascular Sonography I. Basic vascular anatomy, vascular physics and instrumentation, hemodynamics and pathological patterns will be reviewed. Topics for this course will include peripheral arterial systems, abdominal and pelvic vasculature and correlative imaging studies.
**Prerequisites:**
DMSG1321, DMSG1210, DMSG1810, DMSG1220, DMSG1820, DMSG2230, DMSG2710, DMSG2810, DMSG2210, HPRS1320

**DMSG2710: Clinical Education I**
**Credit Hours:** 7
**Clock Hours:** 0/0/320

Clinical Education I is a competency-based clinical experience that intensifies the cognitive, affective, and psychomotor skill level of students in the performance of sonography procedures. Students continue all standard practices learned in the previous term and perform more complex examinations discussed in didactic courses. Students begin to master sonography equipment and complete sonography procedures under direct supervision.
**Prerequisites:**
DMSG1321, DMSG1210, DMSG1810, DMSG1220, DMSG1820, DMSG2210, DMSG2810, HPRS1320

**DMSG2720: Clinical Education II**
**Credit Hours:** 7
**Clock Hours:** 0/0/320

Clinical Education II is a competency-based clinical experience that intensifies the cognitive, affective, and psychomotor skill level of students in the performance of sonography procedures. Students continue all standard practices learned in the previous term and perform more complex examinations discussed in didactic courses. Students continue to master sonography equipment and complete sonography procedures under direct supervision.
**Prerequisites:**
DMSG1321, DMSG1210, DMSG1810, DMSG1220, DMSG1820, DMSG2230, DMSG2710, DMSG2810, DMSG2210, HPRS1320

**DMSG2730: Clinical Education III**
**Credit Hours:** 7
**Clock Hours:** 0/0/320

Clinical Education III is a competency-based clinical experience that intensifies the cognitive, affective, and psychomotor skill level of students in the performance of sonography procedures. Students continue all standard practices learned in the previous term and perform more complex examinations discussed in didactic courses. Students continue to master sonography equipment and complete sonography procedures under direct supervision.
**Prerequisites:**
DMSG1321, DMSG1210, DMSG1810, DMSG1220, DMSG1820, DMSG2230, DMSG2710, DMSG2810, DMSG2210, DMSG2720, DMSG2240, HPRS1320

**DMSG2810: OB/GYN Sonography**
**Credit Hours:** 8
**Clock Hours:** 120/0/0

Presents cross sectional anatomy of the female pelvis, normal and abnormal sonographic features of the non-gravid pelvis, as well as normal and abnormal anatomy of the first, second and third trimesters. Embryology, early fetal development and the relationship of abnormal findings of the patient history, physical examination and laboratory findings are emphasized.
**Prerequisites:**
DMSG1321, DMSG1210, DMSG1810, DMSG1220, DMSG1820, HPRS1320

**DNTA1201: Externship I**
**Credit Hours:** 2.5
**Clock Hours:** 115 (Ground Minimum 80, Online Maximum 35)

In the final phase of training, students are placed in a dental clinic setting. This cooperative effort between the school and the dentist's office gives students the opportunity to gain confidence and competence in the field while honing the skills learned in the classroom. While on externship, students are evaluated by the clinical site staff.
**Prerequisites:**
DNTA1331, DNTA1333, DNTA1335, DNTA1337, DNTA1339, DNTA1341, CPSO1011, CPSO1012, CPSO1013, CPSO1014, CPSO1015, CPSO1016.

**DNTA1202: Externship II**
**Credit Hours:** 2.5
**Clock Hours:** 115 (Ground Minimum 80, Online Maximum 35)

Students will continue to practice their skills in a dental clinic setting. Students will continue to build confidence and competence in the field while honing the skills learned in the classroom. While on externship, students are evaluated by the clinical site staff.
**Prerequisites:**
DNTA1331, DNTA1333, DNTA1335, DNTA1337, DNTA1339, DNTA1341, DNTA1201, CPSO1011, CPSO1012, CPSO1013, CPSO1014, CPSO1015, CPSO1016.

**DNTA1331: Introduction to Dental Assisting and Dental Terminology**
**Credit Hours:** 3
**Clock Hours:** 80 (Theory 40, Lab 40) (Ground 40, Online 40)

Basic dental principles and infection control practices will be presented with a focus on an introduction to dentistry, dental assisting and dental team roles. Additionally, the course will cover basic dental science.

**DNTA1333: Dental Specialties**
**Credit Hours:** 3
**Clock Hours:** 80 (Theory 40, Lab 40) (Ground 40, Online 40)

Dental specialties will be presented with a focus on discussion on patient populations. Additionally, the course will apply dental assisting skills with specialized patient populations and procedures.

**DNTA1335: Materials and Procedures**
**Credit Hours:** 3
**Clock Hours:** 80 (Theory 40, Lab 40) (Ground 40, Online 40)

Dental material science and theory will be presented with a focus on common dental materials. Additionally, the course will cover application of dental assisting skills in the use of dental materials in dental procedures.

**DNTA1337: Patient Care and Management**
**Credit Hours:** 3
**Clock Hours:** 80 (Theory 40, Lab 40) (Ground 40, Online 40)

Basic principles and ethical decision making skills and a legal overview of dentistry will be discussed and all aspects of dental care delivery in offices including business practices and communication skills. Additionally, the course will cover basic marketing skills for dental assistants.

**DNTA1339: Diagnostics and Orthodontics**
**Credit Hours:** 3
**Clock Hours:** 80 (Theory 40, Lab 40) (Ground 40, Online 40)

Diagnostic and assessment procedures will be presented including basic pharmacology and emergency procedure principles. Additionally, the course will cover dental charting and orthodontics.

**DNTA1341: Dental Radiology**
**Credit Hours:** 3
**Clock Hours:** 80 (Theory 40, Lab 40) (Ground 40, Online 40)

Basic radiology principles and practices will be presented with a focus on radiology theory and safety. Additionally, the course will teach exposure and mounting of radiographs.

**DNTA1348: Externship**
**Credit Hours:** 5
**Clock Hours:** 0/0/225

In the final phase of training, students are placed in a dental clinic setting. This cooperative effort between the school and the dentist's office gives students the opportunity to gain confidence and competence in the field while honing the skills learned in the classroom. While on externship, students are evaluated by the clinical site staff.
**Prerequisites:**
DNTA1331, DNTA1333, DNTA1335, DNTA1337, DNTA1339, DNTA1341; All CPSO courses

**ECGY1210: Electrocardiography**
**Credit Hours:** 2.5
**Clock Hours:** 64 (Theory 32, Lab 32) (Ground 32, Online 32)

This course is designed to identify the use of EKG equipment, understand the electrophysiology of the conduction system, axis determination, identification and calculations of waveforms and arrhythmias, and patterns of myocardial infarction and ischemia. This course will also emphasize cardiac anatomy and physiology & will include the understanding of non-invasive cardiac diagnostic tests and procedures e.g. stress EKG, Holter monitoring as well as, emergency cardiac medication.
**Prerequisites:**
HPRS1313

**ECGY1330: Electrophysiology**
**Credit Hours:** 3
**Clock Hours:** 30/30/0

This EKG course is designed to identify the use of EKG equipment, understand the electrophysiology of the conduction system, axis determination, identification and calculations of waveforms and arrhythmias, and patterns of myocardial infarction and ischemia. This course will also emphasize cardiac anatomy and physiology & will include the understanding of non-invasive cardiac diagnostic tests and procedures e.g. stress EKG, Holter monitoring as well as, emergency cardiac medication.
**Prerequisites:**
HPRS1320

**ENGL1310: English Composition I**
**Credit Hours:** 3
**Clock Hours:** 45/0/0

Students apply the principles and techniques of written, expository, and persuasive composition; analysis of literary, expository, and persuasive texts; and critical thinking.

## HPRS1313: Healthcare Concepts
**Credit Hours:** 3
**Clock Hours:** 64 (Theory 64) (Ground 64)

This course is designed to provide an introduction to the health care environment. Students will cover common Medical Terminology and Anatomy and Physiology used in the health care environment. Focusing on the health care team and delivery systems, students will learn about legal and ethical responsibilities, safety and infection control and interpersonal communication and behaviors. Students will also obtain Basic Life Support (BLS) certification.

## HPRS1320: Foundations for Health Professionals
**Credit Hours:** 3
**Clock Hours:** 45/0/0

In Foundations for Health Professions, students will learn how medical terminology is constructed, common suffixes and prefixes, and a summary view of the various body systems and their combining forms in preparation for more in-depth study in anatomy and physiology. They will also get an overview of various learning styles and study tactics that work best with each learning style.

## MATH1310: Contemporary Mathematics
**Credit Hours:** 3
**Clock Hours:** 45/0/0

In this course, students will learn the theory and application of number sets, logic, numeration systems, number theory and sequencing, equations-inequalities and problem solving, functions and graphs, abstract mathematical systems, probability, and statistics.

## MATH1320: College Algebra
**Credit Hours:** 3
**Clock Hours:** 45/0/0

The course covers principles and applications of real numbers, equation, inequalities and systems of linear equations and inequalities, graphing, exponents, polynomials, rational expressions, roots and radicals, and quadratic equations. The course is designed to expand students' reasoning abilities and teach them to read, write, and think mathematically.

## MDCA1201: Externship I
**Credit Hours:** 2.5
**Clock Hours:** 115 (Ground Minimum 80, Online Maximum 35)

Students in this course will perform clinical and administrative medical assistant functions in a healthcare facility. Students will be supervised and evaluated on skills acquired in the program content courses. Students may perform phlebotomy, injections, patient record maintenance, vital sign measurement, patient exam preparation, and/or other medical assistant duties as assigned by the physician, on-site supervisor, or externship coordinator.

## MDCA1202: Externship II
**Credit Hours:** 2.5
**Clock Hours:** 115 (Ground Minimum 80, Online Maximum 35)

Students in this course will develop a more thorough understanding of the role of a medical assistant in a healthcare facility. Clinical and administrative medical assistant functions are expected to be performed with greater skill, professionalism and understanding. Students will continue to be supervised and evaluated on skills acquired in the program content courses and should have a better awareness of why, how, and when the skills are performed. Students may perform phlebotomy, injections, patient record maintenance, vital sign measurement, patient exam preparation, and/or other medical assistant duties as assigned by the physician, on-site supervisor, or externship coordinator.

## MDCA1312: Medical Assisting A
**Credit Hours:** 3
**Clock Hours:** 80 (Theory 40, Lab 40) (Ground 40, Online 40)

Students in this course will practice various administrative skills including scheduling appointments. They will learn medical terms, anatomy & physiology, and common diseases and disorders of the skeletal, integumentary and muscular body systems. They will practice keyboarding, apply positive communication skills, practice diagnostic procedures and perform vital sign procedures. They will learn first aid, rehabilitative procedures, the role of the medical assistant in the health community, and team member responsibilities.
**Prerequisites:** None

## MDCA1313: General Patient Care, Skeletal and Muscular Systems
**Credit Hours:** 3.5
**Clock Hours:** 55/40/0

This course will provide an overview of the medical terminology, diseases, and disorders of the skeletal, muscular, integumentary systems. Students will explore the anatomy and physiology of each system along with learning the diagnostic procedures and various treatment resolutions. They will gain an understanding of medical asepsis, first aid and rehabilitative procedures. They will also learn and engage in role playing ethical behaviors and positive communication styles. Students will learn how to apply their critical thinking and clinical skills to prepare them for work in a professional healthcare setting and in the community. In addition, students will learn essential skills in teamwork, effective communication, conflict resolution, and how to recognize signs of drug use.

**MDCA1322: Medical Assisting B**
**Credit Hours:** 3
**Clock Hours:** 80 (Theory 40, Lab 40) (Ground 40, Online 40)

Students in this course will practice various administrative skills. They will learn medical terms, anatomy & physiology, and common diseases and disorders of the nervous, senses and respiratory body systems. They will practice keyboarding, apply positive communication skills, practice diagnostic procedures and perform vital sign procedures.
**Prerequisites:**
None

**MDCA1323: Medical Ethics, Nervous and Sensory Systems**
**Credit Hours:** 3.5
**Clock Hours:** 55/40/0

This course will provide the basic concepts related to medical terminology, anatomy and physiology, medical ethics, and the nervous and sensory systems. Students will apply positive communication skills, practice diagnostic procedures, perform vital sign procedures, and First Aid CPR. They will learn how to apply critical thinking and clinical skills to prepare them to work in a professional healthcare setting. In addition, students will learn essential skills in time management, planning and scheduling, study skills, critical thinking and learning preferences.

**MDCA1332: Medical Assisting C**
**Credit Hours:** 3
**Clock Hours:** 80 (Theory 40, Lab 40) (Ground 40, Online 40)

Students in this course will practice various administrative skills. They will learn medical terms, anatomy & physiology, and common diseases and disorders of the urinary, reproductive and digestive body systems. They will practice keyboarding, apply positive communication skills, practice diagnostic procedures and perform vital sign procedures.
**Prerequisites:**
None

**MDCA1333: Office Procedures, Digestive and Reproductive Systems**
**Credit Hours:** 3.5
**Clock Hours:** 55/40/0

This course provides the basic concepts related to medical terminology, anatomy and physiology, and common medical assisting practices and disorders associated with the digestive and reproductive systems. You explore procedures for conducting diagnostic and laboratory testing related to digestive and reproductive systems. Completion of this course enhances your positive communication skills and allows you to develop an understanding of medical assisting administrative skills including HIPAA and scheduling. You also learn the uses of electronic medical records. In addition, students will learn essential skills in professionalism and portraying a professional image, professional relationships, and confidentiality.

**MDCA1342: Medical Assisting D**
**Credit Hours:** 3
**Clock Hours:** 80 (Theory 40, Lab 40) (Ground 40, Online 40)

Students in this course will practice various administrative skills. They will learn medical terms, anatomy & physiology, and common diseases and disorders of the endocrine, immune/lymphatic, and circulatory/ cardiovascular body systems. They will practice keyboarding, apply positive communication skills, practice diagnostic procedures and perform vital sign procedures.
**Prerequisites:**
None

**MDCA1343: Endocrine, Cardiology, and Professional Communication**
**Credit Hours:** 3.5
**Clock Hours:** 55/40/0

The course introduces you to the basic concepts related to medical terminology, anatomy and physiology, and common medical assisting practices and disorders associated with the endocrine, immune/lymphatic, and circulatory/cardiovascular systems. You explore the medical assistant's role in diagnostic procedures and demonstrate the professional communication required in a medical office. In addition, students will learn essential skills in professional courtesy and respect in healthcare, generational diversity, cultural awareness, transgender community awareness, and completing an application and resume.

**MDCA1352: Medical Assisting E**

**Credit Hours:** 3

**Clock Hours:** 80 (Theory 40, Lab 40) (Ground 40, Online 40)

Students in this course will practice various administrative skills. Students learn about the clinical laboratory and the associated safety and regulatory guidelines. They explore basic microbiology and hematology and practice using a microscope. They learn the proper procedures for collecting, processing, and testing urine specimens. Students perform venipuncture and capillary puncture. They will practice keyboarding, apply positive communication skills, practice diagnostic procedures and perform vital sign procedures.

**Prerequisites:**
None

**MDCA1353: Diagnostic Procedures, Hematology, Urinary System & Medical Billing**

**Credit Hours:** 3.5

**Clock Hours:** 55/40/0

The course introduces various administrative skills and medical billing. Students will learn medical terminology, anatomy & physiology, and common diseases and disorders of the urinary body system. They learn about the clinical laboratory and the associated safety and regulatory guidelines. They explore diagnostic procedures to include the collection, processing, and testing of blood (venipuncture and capillary punctures) and urine specimens as related to basic hematology and microbiology used in the physician's office laboratory. Students will apply positive communication skills and perform vital sign procedures. In addition, students will learn essential skills in financial literacy, working with patients with Autism Spectrum Disorder, and effective communication in the workplace.

**MDCA1362: Medical Assisting F**

**Credit Hours:** 3

**Clock Hours:** 80 (Theory 40, Lab 40) (Ground 40, Online 40)

Students in this course will practice various administrative skills. Students perform intradermal, subcutaneous, and intramuscular injections, calculate medication dosages, and administer medication. They will practice keyboarding, apply positive communication skills, practice diagnostic procedures and perform vital sign procedures.

**Prerequisites:**
None

**MDCA1363: Pharmacology, Health Insurance and Respiratory System**

**Credit Hours:** 3.5

**Clock Hours:** 55/40/0

The course introduces the student to the basic concepts related to medical terminology, anatomy and physiology, and common medical assisting practices and disorders associated with the respiratory system. Students will perform intradermal, subcutaneous, and intramuscular injections, calculate medication dosages, measure, and administer medication. During the course, the student will practice taking vital signs, diagnostic and procedural coding, explore administrative duties, examine financial management, and apply positive communication skills for the office environment. In addition, students will learn essential skills in serving specialized populations in healthcare, understanding healthcare for underserved populations, planning for a career, and interviews and follow-up communication.

**MDCA1573: Externship**

**Credit Hours:** 5

**Clock Hours:** 0/0/225

Students perform medical assistant functions in a medical facility. They are supervised and evaluated on skills acquired in the program content courses. Students perform phlebotomy, injections, patient record maintenance, vital sign measurement, patient exam preparation, and other medical assistant duties as assigned by the physician, on-site supervisor, or extern coordinator.

**Prerequisites:**
MDCA1312-MDCA1362; All CPSO courses

**NRSG1030: Practical to Professional Nursing Bridge**

**Clock Hours:** 30/0/0

Emphasis is placed on the role delineation for the LPN/VN to RN. This course includes a review of the nursing process, critical thinking, and clinical decision making for use with medical surgical nursing and pharmacological concepts.

**NRSG1210 ***: Pharmacology**

**Credit Hours:** 2.5

**Clock Hours:** 35/15/0

This course provides an introduction to the principles of pharmacology, including: pharmacokinetics, pharmacodynamics, potential medication reactions and drug-drug/food-drug interactions. Importance is placed on recognizing major drug classifications. Nursing concepts related legal and ethical nursing implications of medication administration are stressed. Students are given the opportunity to practice dosage calculation while safely administering medication in the laboratory setting.

**Prerequisites:**
MATH1320, ENGL1310, BIOL1111, BIOL1121, BIOL1310, BIOL1320, BIOL1330, PSYC1320

**NRSG1332: Mental and Behavioral Health Nursing**
**Credit Hours:** 3
**Clock Hours:** 30/0/45

This course focuses on the nursing process and care of clients across the lifespan who are experiencing cognitive, mental and behavioral conditions while maintaining therapeutic communication. Emphasis is placed on management of clients facing emotional and psychological stressors and/or addiction issues. Promoting and maintaining the mental health of individuals and families is also considered. Concepts of crisis intervention, therapeutic communication, anger management, and coping skills are integrated while reducing risk potential throughout the course. The community as a resource for care and support services is addressed. Clinical experiences provide the student an opportunity to apply theoretical concepts and implement safe client-centered care to clients with mental health issues in various settings.
**Prerequisites:**
MATH1320, ENGL1310, BIOL1111, BIOL1121, BIOL1310, BIOL1320, BIOL1330, PSYC1310, PSYC1320, NRSG1210, NRSG1640, NRSG1730

**NRSG1640 ***: Adult Health Nursing I**
**Credit Hours:** 6
**Clock Hours:** 45/0/135

This course focuses on providing safe, quality client centered care of adult clients with medical and/or surgical health alterations using the nursing process while reducing risk potential. Emphasis is placed on the care of clients with alterations in selected body functions. Concepts of management, organization systems, health promotion, health education, therapeutic communication, evidence based practice, and interprofessional collaboration are integrated throughout the course. Clinical learning experiences provide the student an opportunity to apply theoretical concepts of nursing, promote healthy behaviors and implement safe care to clients and selected groups in a variety of healthcare settings.
**Prerequisites:**
MATH1320, ENGL1310, BIOL1111, BIOL1121, BIOL1310, BIOL1320, BIOL1330, PSYC1320, NRSG1210, NRSG1731

**NRSG1650: Adult Health Nursing II**
**Credit Hours:** 6
**Clock Hours:** 45/0/135

This course focuses on analyzing the nursing process in order to provide client centered care for adult clients with one or more chronic health alterations while reducing risk potential. Emphasis is placed on the care of clients with chronic alterations of selected body functions. The student applies the concepts of management, organization systems, health promotion, health education, evidence based practice, therapeutic communication, and interprofessional collaboration. Clinical learning experiences provide the student an opportunity to apply theoretical nursing concepts, promote healthy behaviors, and implement safe, quality care to clients and selected groups in a variety of settings across the lifespan.
**Prerequisites:**
MATH1320, ENGL1310, BIOL1111, BIOL1121, BIOL1310, BIOL1320, BIOL1330, PSYC1310, PSYC1320, NRSG1210, NRSG1640, NRSG1730

**NRSG1730: Foundations of Nursing Practice**
**Credit Hours:** 7
**Clock Hours:** 60/60/45

This course provides an introduction to the roles and scope of practice of the nurse in healthcare systems, as well as providing an introduction to basic comfort and client care concepts important to nursing practice. Emphasis is placed on the knowledge, skills, and attitudes needed to provide client-centered, safe, quality care while reducing risk potential. The theoretical foundation for basic assessment and nursing skills are presented, and the student is given an opportunity to demonstrate these skills in a clinical laboratory setting. An introduction to the nursing process provides a decision-making framework to assist students in developing effective clinical judgment skills. The principles of therapeutic communication are also introduced.
**Prerequisites:**
MATH1320, ENGL1310, BIOL1111, BIOL1121, BIOL1310, BIOL1320, BIOL1330, PSYC1320

**NRSG1731: Foundations of Nursing Practice**
**Credit Hours:** 7
**Clock Hours:** 60/60/50

This course provides an introduction to the roles of the nurse in healthcare systems, as well as profession related and patient care concepts important to nursing practice. Emphasis is placed on the knowledge and skills needed to provide patient-centered safe, quality care. The theoretical foundation for basic assessment and nursing skills is presented, and the student is given an opportunity to demonstrate these skills in a clinical laboratory setting. An introduction to the nursing process provides a decision-making framework to assist students in developing effective clinical judgment skills.
**Prerequisites:**
MATH1320, ENGL1310, BIOL1111, BIOL1121, BIOL1310, BIOL1320, BIOL1330, PSYC1320

**NRSG2360: Health Assessment Across the Lifespan**
**Credit Hours:** 3
**Clock Hours:** 30/30/0

This course provides the framework for students to perform comprehensive health assessments on clients across the lifespan. Students formulate safe nursing actions using the nursing process to collect information and perform a complete health history and physical assessment. Specific risk factors and determinants of health across the life span and contributors to negative health outcomes and health problems are discussed. Laboratory experiences will provide an opportunity to practice assessment skills.
**Prerequisites:**
MATH1320, ENGL1310, BIOL1111, BIOL1121, BIOL1310, BIOL1320, BIOL1330, PSYC1310, PSYC1320, NRSG1210, NRSG1332, NRSG1640, NRSG1650, NRSG1730

**NRSG2410: Nursing Care of Childbearing and Childrearing Families**
**Credit Hours:** 4
**Clock Hours:** 45/0/45

This course provides an integrative, family-centered approach using the nursing process in the nursing care of childbearing & childrearing families. Emphasis is placed on healthy pregnancies and common complications, healthy growth and development, family dynamics, common pediatric disorders and the promotion of healthy behaviors in clients. Clinical experiences provide the student an opportunity to apply theoretical nursing concepts and implement safe client–centered care to mothers, newborns, children and families in selected settings while reducing risk potential.
**Prerequisites:**
MATH1320, ENGL1310, BIOL1111, BIOL1121, BIOL1310, BIOL1320, BIOL1330, PSYC1310, PSYC1320, NRSG1210, NRSG1332, NRSG1640, NRSG1650, NRSG1730

**NRSG2470: Transition to Professional Practice**
**Credit Hours:** 4
**Clock Hours:** 30/0/90

This course facilitates the transition of students to the role of professional nurses within the clinical microsystem and healthcare delivery models. Emphasis is placed on contemporary issues and management concepts, as well as developing the skills of delegation, priority-setting, conflict management, and leadership. Legal and ethical issues are addressed with a focus on personal accountability and responsibility. Standards of safe practice and the significance of functioning according to state regulations and statutes while reducing risk potential are analyzed. Clinical experiences provide students opportunities to apply theoretical nursing concepts of leadership. Students also prepare to take the national licensure examination.
**Prerequisites:**
MATH1320, ENGL1310, BIOL1111, BIOL1121, BIOL1310, BIOL1320, BIOL1330, COMM1310, PSYC1310, PSYC1320, NRSG1210, NRSG1332, NRSG1640, NRSG1650, NRSG1731, NRSG2360, NRSG2410

**NRSG2570 ***: Multisystem Disorders**
**Credit Hours:** 5
**Clock Hours:** 45/0/90

This course focuses on advanced concepts of nursing care as they relate to clients across the lifespan with complex, multisystem alterations in health. Emphasis is placed on discrimination of time management and organizational skills while managing the care of clients with multiple needs and collaborating with the interdisciplinary team. Complex clinical skills, as well as priority setting, clinical judgment, and tenets of legal and ethical practice while reducing risk potential, are integrated throughout the course. Clinical experiences provide the student an opportunity to apply theoretical concepts and implement safe care to clients and selected groups in a variety of settings.
**Prerequisites:**
MATH1320, ENGL1310, BIOL1111, BIOL1121, BIOL1310, BIOL1320, BIOL1330, COMM1310, PSYC1310, PSYC1320, NRSG1210, NRSG1332, NRSG1640, NRSG1650, NRSG1730, NRSG2360, NRSG2410

## NRSG2810: NCLEX Preparation & Capstone
**Credit Hours:** 8
**Clock Hours:** 120/0/0

This capstone course requires students to prepare to sit for the NCLEX-RN® licensure examination. The course facilitates the student's transition into professional nursing through concepts of time management, prioritization of care, and health promotion across the lifespan. The emphasis of this course is a comprehensive nursing program review to support mastery of essential nursing content for beginning practice as an entry-level registered nurse.
**Prerequisites:**
MATH1320, ENGL1310, BIOL1111, BIOL1121, BIOL1310, BIOL1320, BIOL1330, COMM1310, PSYC1310, PSYC1320, NRSG1210, NRSG1332, NRSG1640, NRSG1650, NRSG1731, NRSG2360, NRSG2410, NRSG2570, NRSG2470

## PCTA1110: Nurse Assistant Externship
**Credit Hours:** 1
**Clock Hours:** 40 (Externship 40) (Ground 40)

This course allows students to perform, in an actual clinical setting, basic nurse assistant skills and measures, as well as the therapeutic communication skills discussed in the classroom. Students incorporate the beginning communication skills to establish purposeful and caring relationships with selected residents, as well as collaboration in the planning and implementing specific basic nurse assistant measures and skills to meet residents' identified needs. The clinical component emphasizes the application of scientific principles, the nursing process, skill competency, caring, and the ethical and legal responsibilities of the nurse assistant.
**Prerequisites:**
HPRS1313, PCTA1310

## PCTA1310: Nurse Assistant Skills
**Credit Hours:** 3
**Clock Hours:** 80 (Theory 40, Lab 40) (Ground 40, Online 40)

This course is designed to supply the student with information pertinent to their role as a member of the health care team. It combines lecture and hands-on lab time under the direct supervision of a Program Instructor to provide the trainee with the basic knowledge and skills needed to meet a patient's health needs. Emphasis is placed on basic human needs, safety factors, caring, the appropriate use of medical terminology, as well as planning and implementing patient care skills.

## PHIL1310: Critical Thinking
**Credit Hours:** 3
**Clock Hours:** 45/0/0

Students learn how to enhance and refine their cognitive and affective performance. The course analyzes the role of the learner and the purpose of education, and assists students in developing the systematic information processing, critical thinking, reading, and study strategies needed for success as life-long learners.

## PHLB1310: Phlebotomy Procedures
**Credit Hours:** 2.5
**Clock Hours:** 24/40/0

This course provides practical instruction in the field of phlebotomy. Topics discussed include patient preparation, routine and non-routine specimen collection, safety procedures and infection control, documentation, as well as legal, ethical and professional considerations and other roles of a phlebotomist in healthcare. Students will practice phlebotomy skills for venipuncture and capillary punctures in a laboratory setting.  A minimum of 30 completed venipunctures and 10 capillary punctures during the laboratory portion are required for successful completion of the course.
**Prerequisites:**
HPRS1313

## PHYS1310: General Physics
**Credit Hours:** 3
**Clock Hours:** 45/0/0

This is a fundamental course in physics (non-calculus based) that describes and explains the laws of mechanics, motion, gravity, impulse and momentum, energy, the interaction of forces, work, power, friction, conservation laws, and the physics of fluids.
**Prerequisites:**
None

## PNVN1111: Personal & Vocational Concepts
**Credit Hours:** 1
**Clock Hours:** 25/0/0

This course introduces the student to nursing history and trends, quality improvement processes and nursing ethics. Multidisciplinary relationships in health care, including the role of the practical and professional nurse, and legal aspects of nursing are also discussed.

**PNVN1319: Clinical Practice I**
**Credit Hours:** 3.5
**Clock Hours:** 0/75/25

This course provides the student with the opportunity to learn and practice basic nursing skills. Safety as a key element in care is introduced. The nursing process is integrated within all components of skill practice. Nursing skills included are data collection, documentation, basic skills, Activities of Daily Living (ADL) skills, standard precautions, skin care, and asepsis. Students practice medication administration skills in the lab environment. Basic Life Support certification (BCLS) protocol and skills are provided.

**PNVN1521: Introduction to Medical-Surgical Nursing**
**Credit Hours:** 5.5
**Clock Hours:** 124/0/0

This course focuses on nutrition, psychosocial and physiological integrity while providing client centered care of adults. Using the nursing process, students will study the multidisciplinary care for clients with medical surgical conditions. Consideration of clients with integumentary system alterations will also be discussed. Discussion will include human growth and development, health promotion and health education across the lifespan. This course will prepare students for clinical learning experiences through the application of theoretical concepts and the implementation of safe nursing practices to clients in various healthcare settings.

**PNVN1541: Medical-Surgical Nursing II**
**Credit Hours:** 5
**Clock Hours:** 111/0/0

This course focuses on psychosocial and physiological integrity and providing client centered care across the lifespan. Students will differentiate multidisciplinary care for clients with medical surgical health alterations using the nursing process. Emphasis is placed on the care of clients with alterations in gastrointestinal, neurological, reproductive, endocrine systems and immuno-oncology. Community health nursing is introduced. This course will prepare students for clinical learning experiences through the application of theoretical concepts and the implementation of safe nursing practices to clients in various healthcare settings.

**PNVN1551: Family Health Nursing & Transitions to Practice**
**Credit Hours:** 5
**Clock Hours:** 106/0/0

This course focuses on psychosocial and physiological integrity of the maternal and pediatric client using the nursing process. Emphasis is placed on the multidisciplinary care of clients with alterations in selected women's and family health situations. Theories of leadership and supervision, emergency preparedness, professional development, and transition to practice are synthesized. Students will also participate in a comprehensive NCLEX-PN® review. This course will prepare students for clinical learning experiences through the application of theoretical concepts and the implementation of safe nursing practices to clients in various healthcare settings.

**PNVN1631: Medical-Surgical Nursing I**
**Credit Hours:** 6.5
**Clock Hours:** 141/0/0

This course focuses on psychosocial and physiological integrity and providing client centered care across the lifespan. Students will review multidisciplinary care for clients with medical surgical health alterations using the nursing process. Emphasis is placed on the care of clients with alterations in cardiac, respiratory, genito-urinary, musculo-skeletal systems as well as concepts of growth and development. This course will prepare students for clinical learning experiences through the application of theoretical concepts and the implementation of safe nursing practices to clients in various healthcare settings.

**PNVN1729: Clinical Practice II**
**Credit Hours:** 7.5
**Clock Hours:** 0/24/196

This course provides the student with the opportunity to practice basic nursing skills with clients in the clinical setting utilizing the nursing process. The student will apply knowledge learned in the classroom, the skills laboratory and in clinical settings with related client assignments. Clinical learning experiences provide opportunity to apply theoretical concepts, promote client centered health and wellness, and implement safe care to clients in a variety of settings across the lifespan.

**PNVN1739: Clinical Practice III**
**Credit Hours:** 7
**Clock Hours:** 0/24/176

This course provides the student with the opportunity to practice nursing skills with clients who have chronic medical surgical conditions in the clinical setting utilizing the nursing process. The student will apply knowledge learned in the classroom, the skills laboratory and in clinical settings with related client assignments. Clinical learning experiences provide opportunity to apply theoretical concepts, promote healthy behaviors and implement safe care to patients and selected groups in a variety of settings across the lifespan.
**Co-Requisites:**
PNVN1631.

**PNVN1749: Clinical Practice IV**
**Credit Hours:** 7.5
**Clock Hours:** 0/0/215

This course provides the student with the opportunity to practice nursing skills with clients who have chronic medical surgical conditions in the clinical setting utilizing the nursing process. The student will apply knowledge learned in the classroom, the skills laboratory and in clinical settings with related client assignments. Clinical learning experiences provide opportunity to apply theoretical concepts, promote healthy behaviors and implement safe care to patients and selected groups in a variety of settings across the lifespan.

**PNVN1759: Clinical Practice V**
**Credit Hours:** 7.5
**Clock Hours:** 0/16/204

This course provides the student with the opportunity to practice advanced nursing skills with clients in the clinical setting. Clinical experiences in women's health, maternity, pediatric, and transition to practice are included in this course. The student will apply knowledge learned in the classroom and the skills laboratory and in clinical settings with related client assignments. Clinical learning experiences provide opportunity to apply theoretical concepts, promote healthy behaviors and implement safe care to patients and selected groups in a variety of settings across the lifespan.

**PNVN1811: Basic Foundations in Nursing & Nursing Practice**
**Credit Hours:** 8
**Clock Hours:** 170/0/0

This course provides an introduction to pharmacology, healthcare-related mathematical concepts, anatomy and physiology, and the fundamentals of nursing practice. Emphasis is placed on using the nursing process, evidenced based practice, safety, cultural sensitivity and client centered care to promote health. Theories of nursing practice and current industry trends are introduced focusing on principles of therapeutic communication, and the nurse-client relationship across the lifespan.

**POFM1201: Externship I**
**Credit Hours:** 2.5
**Clock Hours:** 115 (Ground Minimum 80, Online Maximum 35)

This course is an integral part of the learning experience for the student. Each student is assigned to work in a medical facility in order to gain everyday practical and clinical experience in the duties and functions of a medical office employee and to apply the student's educational training in a work environment.
**Prerequisites:**
POFM1312, POFM1322, POFM1332, POFM1342, POFM1352, POFM1362, CPSO1011, CPSO1012, CPSO1013, CPSO1014, CPSO1015, CPSO1016

**POFM1202: Externship II**
**Credit Hours:** 2.5
**Clock Hours:** 115 (Ground Minimum 80, Online Maximum 35)

This course presents students with the opportunity to continue building practical experience in a healthcare work environment. Students will build confidence, skill and competence in the field while honing the skills learned in the classroom.
**Prerequisites:**
POFM1201, POFM1312, POFM1322, POFM1332, POFM1342, POFM1352, POFM1362, CPSO1011, CPSO1012, CPSO1013, CPSO1014, CPSO1015, CPSO1016

**POFM1311: Medical Office Procedures**
**Credit Hours:** 3
**Clock Hours:** 40/40/0

Students acquire clerical and administrative skills typically expected in a medical office. This course includes discussions and activities in telecommunications, medical records management, mail processing, and general office equipment. Students practice keyboarding to gain accuracy and speed and learn medical terminology.

**POFM1312: Medical Office Procedures**
**Credit Hours:** 3
**Clock Hours:** 80 (Theory 40, Lab 40) (Ground 40, Online 40)

Students acquire clerical and administrative skills typically expected in a medical office. This course includes discussions and activities in telecommunications, medical record management, mail processing and general office equipment. Students practice keyboarding to gain accuracy and speed and learn medical terminology.

**POFM1321: Computer Applications**
**Credit Hours:** 3
**Clock Hours:** 40/40/0

Students explore and practice the Microsoft Office® applications Word, Excel, and Outlook. Basic-level functions are covered for students to create typical documents used in medical practice. Students practice keyboarding to gain accuracy and speed and learn medical terminology.

**POFM1322: Computer Applications**
**Credit Hours:** 3
**Clock Hours:** 80 (Theory 40, Lab 40) (Ground 40, Online 40)

Students explore and practice the Microsoft Office® applications—Word, Excel and Outlook. Basic-level functions are covered for students to create typical documents used in medical practice. Students practice keyboarding to gain accuracy and speed and learn medical terminology.

**POFM1331: Medical Terminology & Communications**
**Credit Hours:** 3
**Clock Hours:** 40/40/0

Students practice appropriate written and verbal forms of professional communication, such as letter forms, grammar, punctuation, and spelling. Students practice keyboarding to gain accuracy and speed and gain proficiency in medical terminology. Students are exposed to basic business mathematic concepts used in the office environment.

**POFM1332: Medical Insurance Coding I**
**Credit Hours:** 3
**Clock Hours:** 80 (Theory 40, Lab 40) (Ground 40, Online 40)

This course provides a detailed approach to the accurate use of The Physician's Current Procedural Terminology (CPT) and for procedural coding of insurance claims. Activities in the Healthcare Procedure Coding System (HCPCS) are also addressed.

**POFM1341: Medical Insurance Claims Processing**
**Credit Hours:** 3
**Clock Hours:** 40/40/0

This course provides the fundamental knowledge and skills required in completing the Universal Health Insurance Claim Form for a variety of insurance carriers. This course includes discussions and activities in the processing of claims for commercial carriers, managed care plans, and government programs such as Medicare, Medicaid, CHAMPUS/CHAMPVA, Worker's Compensation, and Disability.

**POFM1342: Medical Insurance Coding II**
**Credit Hours:** 3
**Clock Hours:** 80 (Theory 40, Lab 40) (Ground 40, Online 40)

This course provides a detailed approach to the accurate use of the International Classification of Diseases (ICD-10-CM) used for diagnosis coding. This course includes discussions on the correct and ethical coding of insurance claims.

**POFM1351: Medical Insurance Coding**
**Credit Hours:** 3
**Clock Hours:** 40/40/0

This course provides a detailed approach to the accurate use of The Physician's Current Procedural Terminology (CPT) for procedural coding of insurance claims. Information on the International Classification of Diseases (ICD-10-CM) used for diagnoses coding, and activities in the Healthcare Procedure Coding System (HCPCS) are also addressed. This course includes discussions on the correct and ethical coding of insurance claims.

**POFM1352: Medical Insurance Claims Processing**
**Credit Hours:** 3
**Clock Hours:** 80 (Theory 40, Lab 40) (Ground 40, Online 40)

This course provides the fundamental knowledge and skills required in completing the Universal Health Insurance Claim Form for a variety of insurance carriers. This course includes discussions and activities in the processing of claims for commercial carriers, managed care plans, and government programs such as Medicare, Medicaid, CHAMPUS/CHAMPVA Worker's Compensation and Disability.

**POFM1361: Medical Office Applications**
**Credit Hours:** 3
**Clock Hours:** 40/40/0

Students learn and practice accounts receivable and accounts payable activities using a computerized management system in a series of simulated daily office activities. They practice electronic medical record management and application of HIPAA regulations and gain proficiency in medical terminology.

## POFM1362: Medical Office Applications

**Credit Hours:** 3
**Clock Hours:** 80 (Theory 40, Lab 40) (Ground 40, Online 40)

Students learn and practice accounts receivable and accounts payable activities using a computerized management system in a series of simulated daily office activities. They practice electronic medical record management and application of HIPAA regulations and gain proficiency in medical terminology.

## POFM1571: Externship

**Credit Hours:** 5
**Clock Hours:** 0/0/225

This course is an integral part of the learning experience for the student. Each student is assigned to work in a medical facility in order to gain everyday practical and clinical experience in the duties and functions of a medical office employee and to apply the student's educational training in a work environment.
**Prerequisites:**
POFM1311-POFM1361; All CPSO courses

## PSYC1310: General Psychology

**Credit Hours:** 3
**Clock Hours:** 45/0/0

This course provides a general overview of the field of psychology. The scientific nature of psychology and the sociohistorical evolution of the field are reviewed. Students will study the themes and theories related to understanding human behavior. Students will be able to use the skills and knowledge gained in this course in their future classes, the work place, and in their personal relationships. This course will provide a better understanding of human learning and behavior which will lead to success in future classes.

## PSYC1320: Human Growth & Development

**Credit Hours:** 3
**Clock Hours:** 45/0/0

Students discuss all stages in the life span from infancy through late adulthood. A discussion of cultural considerations, types of families, changes affecting modern families and family patterns, and qualities of functional families will be included.

## PTAP1201: Functional & Applied Anatomy Lab

**Credit Hours:** 2
**Clock Hours:** 0/60/0

This laboratory course provides hands-on experience complementing the didactic material presented in PTAP1400. Emphasis is on development of competency in data collection skills relevant to the musculoskeletal system.
**Prerequisites:**
PTAP1300, BIOL1310, BIOL1320;
**Co-Requisites:**
PTAP1400

## PTAP1210: Patient Care Skills

**Credit Hours:** 2
**Clock Hours:** 30/0/0

This course covers foundational patient care skills: communication, safety considerations, implementation of plan of care, chart review, patient positioning and monitoring, mobility skills, massage, and documentation. CPR training and certification are also completed in this course.
**Prerequisites:**
PTAP1300;
**Co-Requisites:**
PTAP1211

## PTAP1211: Patient Care Skills Lab

**Credit Hours:** 2
**Clock Hours:** 0/60/0

This laboratory course provides hands-on experience complementing the didactic material presented in PTAP1210. This course covers foundational patient care skills: communication, safety considerations, implementation of the plan of care, chart review, patient positioning and monitoring, mobility skills and documentation. Practical application of basic patient care skills and data collection is emphasized.
**Prerequisites:**
PTAP1300;
**Co-Requisites:**
PTAP1210

## PTAP1221: Musculoskeletal Rehabilitation Lab

**Credit Hours:** 2
**Clock Hours:** 0/60/0

This course accompanies PTAP1320 and covers practical application and instruction of interventions and exercise in musculoskeletal rehabilitation. Demonstration of competency in exercise instruction and technique is emphasized. Implementation of the physical therapy plan of care for a patient with musculoskeletal disorders is covered.
**Prerequisites:**
PTAP1201, PTAP1210, PTAP1211, PTAP1400;
**Co-Requisites:**
PTAP1320

## PTAP1240: Modalities

**Credit Hours:** 2
**Clock Hours:** 30/0/0

This course presents the therapeutic modalities and physical agents that are used in physical therapy practice. Physiological effects, patient preparation, treatment parameters, indications, precautions and contraindications will be discussed.
**Prerequisites:**
PTAP1201, PTAP1210, PTAP1211, PTAP1400;
**Co-Requisites:**
PTAP1241

**PTAP1241: Modalities Lab**
**Credit Hours:** 1.5
**Clock Hours:** 0/45/0

This course presents therapeutic modalities and physical agents commonly used in physical therapy practice. Instruction in safe application and demonstration of competency is emphasized. Application of modalities and agents as part of the physical therapy plan of care is covered.
**Prerequisites:**
PTAP1201, PTAP1210, PTAP1211, PTAP1400;
**Co-Requisites:**
PTAP1240

**PTAP1300: Introduction to Physical Therapy**
**Credit Hours:** 3
**Clock Hours:** 45/0/0

This course provides a basic introduction to the field of Physical Therapy. Course content includes an introduction to the physical therapy profession and its national organization, physical therapy practice description, appropriate clinical behavior, communication, and ethical and legal issues in the field. Instruction regarding health care team members, medical terminology and study skills are also included in this class.

**PTAP1320: Musculoskeletal Rehabilitation**
**Credit Hours:** 3
**Clock Hours:** 45/0/0

This course presents interventions in the management of patients with common musculoskeletal dysfunctions and role of the physical therapist assistant in implementation of the plan of care. Exercise principles, technique and instruction are covered.
**Prerequisites:**
PTAP1201, PTAP1210, PTAP1211, PTAP1400;
**Co-Requisites:**
PTAP1221

**PTAP1350: Pathology for the Physical Therapist Assistant**
**Credit Hours:** 3
**Clock Hours:** 45/0/0

This course presents the etiology, pathophysiology, incidence, signs and symptoms, diagnoses, prognosis, medical, pharmacological and physical therapy treatment of diseases commonly seen in physical therapy. Implications for treatment by the physical therapist assistant are emphasized. This course explores current concepts related to wellness and prevention and the physical therapist assistant's role in wellness.

**PTAP1400: Functional & Applied Anatomy**
**Credit Hours:** 4
**Clock Hours:** 60/0/0

This course expands upon previous knowledge of musculoskeletal anatomy. Content areas include applied movement concepts and data collection relevant to the role of the physical therapist assistant.
**Prerequisites:**
PTAP1300, BIOL1310, BIOL1320;
**Co-Requisites:**
PTAP1201

**PTAP2121: Cardiopulmonary Rehabilitation Lab**
**Credit Hours:** 1
**Clock Hours:** 0/30/0

This course accompanies PTAP2220 and covers practical application and instruction of cardiopulmonary rehabilitation techniques and demonstration of competency. Implementation of the cardiopulmonary plan of care is included.
**Prerequisites:**
PTAP2201, PTAP2400;
**Co-Requisites:**
PTAP2220

**PTAP2131: Rehabilitation for Specialized Disorders Lab**
**Credit Hours:** 1
**Clock Hours:** 0/30/0

This course explores the role of the physical therapist assistant in implementation of the plan of care for patient individuals with specialized disorders and complements the lecture course. Practical application of data collection and interventions associated with discussed disorders. Demonstration of competency and implementation of plan of care is emphasized.
**Prerequisites:**
PTAP2121, PTAP2220, PTAP2525;
**Co-Requisites:**
PTAP2230

**PTAP2201: Neuromuscular Rehabilitation Lab**
**Credit Hours:** 2.5
**Clock Hours:** 0/75/0

This course accompanies PTAP2400 and covers practical application and instruction of neuromuscular rehabilitation techniques and demonstration of competency. Implementation of the neurologic plan of care is included.
**Prerequisites:**
PTAP1201, PTAP1210, PTAP1211, PTAP1350, PTAP1400;
**Co-Requisites:**
PTAP2400

**PTAP2210: Rehabilitation Through the Lifespan**
**Credit Hours:** 2
**Clock Hours:** 30/0/0

Rehabilitation of individuals throughout the lifespan is discussed: special considerations in the pediatric and geriatric populations.
**Prerequisites:**
PTAP1201, PTAP1210, PTAP1211, PTAP1350, PTAP1400, PSYC1320

**PTAP2220: Cardiopulmonary Rehabilitation**
**Credit Hours:** 2
**Clock Hours:** 30/0/0

Exploration of the role of the physical therapist assistant in care of patient with cardiovascular and pulmonary disorders in implementing the plan of care.
**Prerequisites:**
PTAP2201, PTAP2400;
**Co-Requisites:**
PTAP2121

**PTAP2230: Rehabilitation for Specialized Disorders**
**Credit Hours:** 2
**Clock Hours:** 30/0/0

This course explores the role of the physical therapist assistant in implementation of the plan of care for patient individuals with specialized disorders.
**Prerequisites:**
PTAP2121, PTAP2220, PTAP2525;
**Co-Requisites:**
PTAP2131

**PTAP2340: Special Topics for the Physical Therapist Assistant**
**Credit Hours:** 3
**Clock Hours:** 45/0/0

This course covers administrative issues and career development as well as current topics in physical therapy. Clinical experiences and presentation of case histories are completed. The course is designed to meet the needs of the student in regional considerations. Topics may vary from offering to offering.
**Prerequisites:**
PTAP2131, PTAP2230, PTAP2535

**PTAP2400: Neuromuscular Rehabilitation**
**Credit Hours:** 4
**Clock Hours:** 60/0/0

This course covers the role of the physical therapist assistant (PTA) in the management of patients with common neurological dysfunctions. The student will learn theoretical principles and how to integrate them in treatment.
**Prerequisites:**
PTAP1201, PTAP1210, PTAP1211, PTAP1350, PTAP1400;
**Co-Requisites:**
PTAP2201

**PTAP2525: Clinical Experience I**
**Credit Hours:** 5
**Clock Hours:** 0/0/240

This full-time, six week, clinical affiliation will provide the student with initial exposure to the clinical setting. The PTA student will be under the direct supervision of a PT and/or PTA. This clinical affiliation allows students to practice patient care skills, document treatment techniques and enhance communication skills with all health care team members.
**Prerequisites:**
PTAP1221, PTAP1240, PTAP1241, PTAP1320, PTAP2201, PTAP2210, PTAP2400

**PTAP2535: Clinical Experience II**
**Credit Hours:** 5
**Clock Hours:** 0/0/240

This full-time, six week, clinical affiliation will allow students to expand upon their previous clinical experience and incorporate the knowledge and skills from additional coursework. The student will be under the direct supervision of a PT and/or PTA. Emphasis is placed on the student assuming a more active role with the rehabilitation team for the delivery of care.
**Prerequisites:**
PTAP2121, PTAP2220, PTAP2525

**PTAP2545: Clinical Experience III**
**Credit Hours:** 5
**Clock Hours:** 0/0/240

At the completion of this full-time, six week clinical affiliation, the student goal will be to perform as an entry-level physical therapist assistant. Students participate in this clinical experience under the supervision of a licensed physical therapist and/or physical therapist assistant.
**Prerequisites:**
PTAP2131, PTAP2230, PTAP2535

**PVN101: H: Personal & Practical Concepts**
**Credit Hours:** 2
**Clock Hours:** 45/0/0

This course provides basic skills for success, nursing history and trends, nursing ethics, legal aspects of nursing, vocational relationships in healthcare, including the role of the practical and professional nurse, and nursing education.

**PVN102: H: Foundations of Nursing**
**Credit Hours:** 2
**Clock Hours:** 45/0/0

This course introduces students to basic nursing concepts and principles. Students are given a broad overview of the nurse-client relationship, principles of therapeutic communication, and the cultural diversity of clients. Gerontology is discussed through death and dying concerns. The steps of the nursing process are presented as the framework for determining and meeting client needs within the scope of practice.

**PVN103: H: Foundations of Nursing Skills Laboratory**
**Credit Hours:** 4
**Clock Hours:** 0/120/0

Students practice basic nursing principles related to the daily needs of clients. Safety is introduced. The nursing process is integrated with an emphasis on all components using standardized nursing language. Nursing skills included are assessment of vital signs, bed/bath of the client, skin care, standard precautions, asepsis, basic care procedures, and ADL support skills. Documentation is emphasized and students are introduced to client teaching. Students are introduced to computers and the Windows environment. Students are given the skills necessary for Basic Life Support certification (CPR).

**PVN104: H: College Mathematics**
**Credit Hours:** 2
**Clock Hours:** 45/0/0

This course covers principles and applications of whole numbers, fractions, decimals, percents, ratio, proportions, measurements, statistics, basic algebra, and geometry. The metric system, the apothecary system, and conversion between systems is presented. Allied health applications are discussed.

**PVN105: H: Fundamentals of Anatomy & Physiology**
**Credit Hours:** 2
**Clock Hours:** 45/0/0

Students are introduced to the structure and function of the body. Directions, geometric planes, and cavities of the body are presented. Cells, tissues, organs, and systems are discussed. The major organs of each system and how they relate to the overall status of the body are covered.

**PVN106: H: Pharmacology**
**Credit Hours:** 2
**Clock Hours:** 45/0/0

This course focuses on dosages, applications, side effects, toxicity, and laboratory tests performed to monitor actions and effects of specific drugs. Issues involved with IV (intravenous) monitoring are covered. Drug calculation examinations must be passed with a score of 85%.
**Prerequisites:**
PVN102H, PVN103H, PVN104H

**PVN121: H: Introduction to Medical-Surgical Nursing**
**Credit Hours:** 4.5
**Clock Hours:** 45/45/48

Students are introduced to client data gathering, care of the pre- and post-operative client, and care of clients with self-care deficits. Asepsis, elements of the infectious process, causes of disease, basic IV practicum (site rate, solution identification), and the body's normal defenses are discussed. Students are given the opportunity to use the problem-solving process while caring for pre– and post-operative clients.
**Prerequisites:**
PVN102H, PVN103H

**PVN122: H: Nutrition**
**Credit Hours:** 2
**Clock Hours:** 45/0/0

Functions and food sources of proteins, carbohydrates, and fats are identified as well as current recommendations for intake of each. Discussion on changes in nutrient needs throughout the life cycle and suggestions to ensure adequate nutrition during each stage. Students learn standard diets and modifications of diets for disease processes.
**Prerequisites:**
PVN102H, PVN103H

**PVN123: H: Mental Health Nursing Care**
**Credit Hours:** 1
**Clock Hours:** 15/0/24

This course emphasizes nursing care of the client and family to assist them in achieving satisfactory and productive ways of coping with daily living and life-style changes. The course includes discussion of eating disorders, alcoholism, drug addiction, anxiety, defense mechanisms, and major mental disorders.
**Prerequisites:**
PVN102H, PVN103H

**PVN124: H: Integumentary Nursing Care**
**Credit Hours:** 1.5
**Clock Hours:** 24/0/32

Emphasizes the common disease processes, treatments, and pharmacological agents used. Students are provided with the skills and knowledge necessary to use the nursing process in caring for clients with integumentary problems.
**Prerequisites:**
PVN102H, PVN103H

**PVN131: H: Cardiovascular Nursing Care**
**Credit Hours:** 2
**Clock Hours:** 30/0/48

Emphasizes common diseases and disorders of the cardiovascular and lymphatic systems, including common related treatments and pharmacological agents. Students are provided with the knowledge necessary to use the nursing process in caring for clients with cardiovascular and lymphatic diseases and disorders.
**Prerequisites:**
PVN102H, PVN103H, PVN105H

**PVN132: H: Respiratory Nursing Care**
**Credit Hours:** 2
**Clock Hours:** 30/0/48

This course emphasizes common respiratory system disease processes. It also includes related treatments and pharmacological agents. Students are provided with the knowledge necessary to use the nursing process in caring for clients with respiratory problems.
**Prerequisites:**
PVN102H, PVN103H, PVN105H

**PVN133: H: Human Growth & Development**
**Credit Hours:** 2
**Clock Hours:** 45/0/0

This course identifies/discusses all stages in the life span from infancy through late adulthood. Cultural considerations, types of families, changes affecting modern families, and family patterns and qualities of functional families are presented. Related nursing considerations to the various stages of life are included.
**Prerequisites:**
PVN102H, PVN103H

**PVN134: H: Genito-Urinary Nursing Care**
**Credit Hours:** 1.5
**Clock Hours:** 24/0/32

This course emphasizes the common disease processes, treatments, and pharmacological agents used for disorders of the genito-urinary and male reproductive systems. Sexually transmitted diseases are introduced. Students are provided with the knowledge necessary to use the nursing process in caring for clients with renal/urinary and male reproductive problems.
**Prerequisites:**
PVN102H, PVN103H, PVN105H

**PVN135: H: Musculoskeletal Nursing Care**
**Credit Hours:** 2
**Clock Hours:** 24/0/40

This course emphasizes the common disease processes, treatments, and pharmacological agents used for disorders of the musculoskeletal system. Students are provided with the knowledge necessary to use the nursing process in caring for clients with musculoskeletal problems.
**Prerequisites:**
PVN102H, PVN103H, PVN105H

**PVN140: H: Gastrointestinal Nursing Care**
**Credit Hours:** 2
**Clock Hours:** 30/0/32

This course emphasizes the common disease processes, treatments, and pharmacological agents used for disorders of the gastrointestinal disorders. Students are provided with the knowledge necessary to use the nursing process in caring for clients with gastrointestinal problems.
**Prerequisites:**
PVN102H, PVN103H, PVN105H

**PVN141: H: Neuro-Sensory Nursing Care**
**Credit Hours:** 2
**Clock Hours:** 30/0/48

This course emphasizes common disease processes, treatments, and pharmacological agents used for neuro-sensory disorders. Students are provided with the knowledge necessary to use the nursing process in caring for clients with neuro-sensory problems and disorders of the special senses.
**Prerequisites:**
PVN102H, PVN103H, PVN105H

**PVN142: H: Endocrine Nursing Care**
**Credit Hours:** 2
**Clock Hours:** 30/0/32

This course emphasizes common disease processes, treatments, and pharmacological agents used for endocrine disorders. Students learn to use the nursing process to care for clients with endocrine problems.
**Prerequisites:**
PVN102H, PVN103H, PVN105H

**PVN143: H: Immune System & Oncology Nursing Care**
**Credit Hours:** 1.5
**Clock Hours:** 30/0/24

Focus on diseases caused by disorders of the immune system. Students are provided with the knowledge necessary to use the nursing process in caring for clients with immunodeficiency disorders. The course includes oncology, its disease process, diagnostic procedures, and treatment modalities. Psychosocial aspects of immunodeficiencies and oncology are considered.
**Prerequisites:**
PVN102H, PVN103H, PVN105H

**PVN144: H: Community Health Nursing Care**
**Credit Hours:** 1
**Clock Hours:** 15/0/32

This course explores the role of the Practical Nurse in community settings. Home health, hospice, and skilled nursing are discussed. Students are introduced to concepts of terrorism and bioterrorism. Students are provided the knowledge necessary to use the nursing process in the delivery of comprehensive nursing care as a member of the healthcare team.
**Prerequisites:**
PVN102H, PVN103H

**PVN150: H: Maternal & Child Health Nursing Care**
**Credit Hours:** 4.5
**Clock Hours:** 30/30/96

This course emphasizes common disease processes, treatments, and pharmacological agents used for female reproductive disorders. Students study the childbearing process from pregnancy through postpartum period. Content reviews normal pregnancy and stresses the high-risk client within each phase of pregnancy. Students are provided with the knowledge necessary to use the nursing process in the care of female clients with reproductive system disorders, normal pregnancy, and high-risk pregnancy. Common childhood diseases and disorders, treatments, pharmacological agents are covered as well as the use of the nursing process in the care of the ill child from infancy through adolescence.
**Prerequisites:**
PVN102H, PVN103H

**PVN151: H: Leadership**
**Credit Hours:** 1
**Clock Hours:** 15/0/24

This course introduces management principles and the role the Practical Nurse as a leader and member of the healthcare team.
**Prerequisites:**
PVN102H, PVN103H

**PVN153: H: Reproductive Nursing Care**
**Credit Hours:** 2
**Clock Hours:** 30/0/45

This course emphasizes the common disease processes, treatments, and pharmacological agents used for reproduction disorders. Students are introduced to sexually transmitted diseases and are provided with the skills and knowledge necessary to use the nursing process in caring for clients with male or female reproductive problems.
**Prerequisites:**
PVN102H, PVN103H

**PVN154: H: NCLEX Review**
**Credit Hours:** 0.5
**Clock Hours:** 16/0/0

A review of the Practical Nursing program with the emphasis on NCLEX questions and the critical thinking necessary for successful completion of the test.
**Prerequisites:**
PVN102H, PVN103H

**PVN155: H: Professional Development**
**Credit Hours:** 1
**Clock Hours:** 15/15/0

Students focus on all aspects of seeking, procuring, and leaving a position. Résumé writing, interpersonal communication skills, and interviewing skills are emphasized.
**Prerequisites:**
PVN102H, PVN103H

**RESP1110: Respiratory Therapy Foundations**
**Credit Hours:** 10.5
**Clock Hours:** 180/0/0

In this lecture course students learn and review mechanics of the pulmonary system and the relationship between respiration and cardiac function. Students learn to recognize normal and abnormal arterial blood gas results. They learn the principles of gas physics and their application to oxygen, aerosol, and humidity therapies. Students begin the process of professional development and learn self-esteem and motivational skills necessary to become employed. Students learn the conditions that indicate the need for oxygen therapy. They explore the potential hazards associated with oxygen therapy, study the different oxygen delivery devices, and learn how to assemble and test equipment. They practice setting up oxygen, aerosol, and humidity therapies. Students learn to perform patient assessments, including assessing the need for secretion removal and how to perform the appropriate procedures.  They are introduced to the various pharmacological agents used in respiratory therapy and their biochemical properties. Students learn the indications for and the potential hazards of hyperinflation and incentive spirometry therapies. Professional development, ethics and critical thinking is introduced.
**Prerequisites:**
General Education courses respective to each program must be successfully completed.

**RESP1210: Respiratory Therapy Foundations Applications**
**Credit Hours:** 2
**Clock Hours:** 0/60/0

This lab course allows students the opportunity to build skills related to topics covered in the RESP1110 course in a laboratory setting.  Students also learn to perform cardiopulmonary resuscitation (CPR) thru the American Heart Association.
**Prerequisites:**
General Education courses respective to each program must be successfully completed.

**RESP1310: Respiratory Therapeutics, Diagnostics and Disease Management**
**Credit Hours:** 3.5
**Clock Hours:** 30/45/0

In this lecture/lab course students examine the etiology and pathophysiology of respiratory disease and review patient assessment.  Students learn and perform EKG procedures, cardiac rhythm identification and chest x-ray interpretation.  Students also learn to maintain and manage artificial airways.

**RESP1610: Respiratory Therapeutics, Diagnostics and Disease Management Applications**
**Credit Hours:** 6
**Clock Hours:** 0/0/285

This course allows students the opportunity to build skill and demonstrate competencies related to topics covered in the RESP1310 course in a live clinical setting. This course may also include clinical simulation performed on campus.

**RESP2210: Respiratory Therapy Capstone and Board Exam Prep Applications**
**Credit Hours:** 2.5
**Clock Hours:** 0/0/120

This course allows students the opportunity to build skill and demonstrate competencies related to topics covered in the RESP2810 course in a live clinical setting.  This course may also include clinical simulation performed on campus.

**RESP2310: Cardiopulmonary Critical Care**
**Credit Hours:** 3.5
**Clock Hours:** 30/30/0

This lecture/lab course examines the pathologies of the cardiopulmonary symptoms and recognize the manifestations and systems of restrictive and obstructive pulmonary disease. Students study the various types of mechanical ventilators to identify the modalities of continuous mechanical ventilation. They learn how to set up ventilators and monitor a ventilator patient.  Students learn how to apply PEEP/CPAP and intermittent mandatory ventilation. They learn the special considerations for continuous mechanical ventilation and long-term life support. They learn the advanced techniques and proper maintenance procedures associated with continuous mechanical ventilation, as well as the indications for and techniques applicable to, the discontinuation of ventilation. They learn to recognize the various pulmonary disease states associated with ventilator patients and how to evaluate the patient's status and response to therapy.
Prerequisite: RESP1310, .

**RESP2410: Respiratory Care of Specialty Populations Applications**
**Credit Hours:** 4
**Clock Hours:** 0/0/180

This course allows students the opportunity to build skill and demonstrate competencies related to topics covered in the RESP2620 course in a live clinical setting.  This course may also include clinical simulation performed on campus.

**RESP2610: Cardiopulmonary Critical Care Applications**
**Credit Hours:** 6
**Clock Hours:** 0/0/285

This course allows students the opportunity to build skill and demonstrate competencies related to topics covered in the RESP2310 course in a live clinical setting.  This course may also include clinical simulation performed on campus.

**RESP2620: Respiratory Care of Specialty Populations**
**Credit Hours:** 6
**Clock Hours:** 75/30/0

In this lecture/lab course students learn anatomy, physiology, and respiratory care considerations of the pediatric and neonatal patient. They learn to identify and administer the pharmacological agents used in critical care and explore the goals and objectives of pulmonary rehabilitation and patient education. Students learn specialty therapies/procedures pertaining to Sleep Medicine, Pulmonary Function Testing, Bronchoscopy and Extracorporeal Membrane Oxygenation.  Students work on case studies related to these topics.

**RESP2810: Respiratory Therapy Capstone and Board Exam Prep**
**Credit Hours:** 8
**Clock Hours:** 100/40/0

This lecture/lab course offers a comprehensive review of the National Board for Respiratory Care (NBRC) Therapist Multiple Choice and Clinical Simulation exams as defined in the NBRC Content Outlines.  It also includes a comprehensive review of critical thinking skills and therapist-driven protocols as applied to the successful completion of the certification examinations offered by the NBRC.

**RT210: Introduction to & Applied Respiratory Therapeutics**
**Credit Hours:** 12
**Clock Hours:** 180/60/0

Students learn applicable medical terminology and the metric conversions used in respiratory therapy. They learn applied anatomy, physiology, and mechanics of the pulmonary system and the relationship between respiration and cardiac function. Students learn to recognize normal and abnormal arterial blood gas results. They learn the principles of gas physics and their application to oxygen, aerosol, and humidity therapies. Students begin the process of professional development and learn self-esteem and motivational skills necessary to become employed. Students learn the conditions that indicate the need for oxygen therapy. They explore the potential hazards associated with oxygen therapy, study the different oxygen delivery devices, and learn how to assemble and test equipment. They practice setting up oxygen, aerosol, and humidity therapies. They are introduced to the various pharmacological agents used in respiratory therapy and their biochemical properties. Students learn the indications for and the potential hazards of IPPB and incentive spirometry therapies. Students have the opportunity to practice procedures for the administration of these therapies to patients in a laboratory setting. Students learn to perform cardiopulmonary resuscitation (CPR) and chest auscultation and to administer metered dose inhalation therapy. Professional development will continue, including ethics.
**Prerequisites:**
General Education courses respective to each program must be successfully completed.

**RT220: Clinical Medicine I**
**Credit Hours:** 10
**Clock Hours:** 30/30/315

Students learn to perform patient assessments, including assessing the need for secretion removal and how to perform the appropriate procedures. Students examine the etiology of respiratory disease, learn to identify common pathogenic organisms, and explore various isolations and sterilization techniques. They learn to maintain and manage an artificial airway and will explore the physiology of blood gases and the techniques for analyzing arterial blood gas samples. A large portion of this course is spent in a clinical externship practicing the skills related to what has been learned to identify, perform, and assess the results of various diagnostic pulmonary function tests.
**Prerequisites:**
RT210

**RT230: Clinical Medicine II**
**Credit Hours:** 10
**Clock Hours:** 30/30/315

Students examine the pathologies of the cardiopulmonary symptoms and recognize the manifestations and systems of restrictive and obstructive pulmonary disease. Students study the various types of mechanical ventilators to identify the modalities of continuous mechanical ventilation. They learn how to set up ventilators and monitor a ventilator patient. Students learn how to apply PEEP/CPAP and intermittent mandatory ventilation. They learn the special considerations for continuous mechanical ventilation and long-term life support. They learn the advanced techniques and proper maintenance procedures associated with continuous mechanical ventilation, as well as the indications for and techniques applicable to, the discontinuation of ventilation. They learn to recognize the various pulmonary disease states associated with ventilator patients and how to evaluate the patient's status and response to therapy. A large portion of this course is spent in a clinical externship practicing the skills related to what has been learned in the classroom and laboratory.
**Prerequisites:**
RT220

**RT240: Clinical Specialty Areas/Comprehensive Review**
**Credit Hours:** 10
**Clock Hours:** 75/30/180

Students learn anatomy, physiology, and respiratory care considerations of the pediatric and neonatal patient. They learn to identify/administer the pharmacological agents used in critical care and explore the goals and objectives of pulmonary rehabilitation and patient education. Students work on case studies related to these topics. A large portion of this course is spent in a clinical externship practicing the skills related to what has been learned in the classroom and laboratory.
**Prerequisites:**
RT230

**RT250: Advanced Clinical Practice**
**Credit Hours:** 10
**Clock Hours:** 100/40/90

This course offers an overview of the math used for respiratory therapy calculations, and provides an opportunity for students to learn advanced skills related to respiratory patient care. The course offers a comprehensive study of current standardized pulmonary function modalities and the interpretation of test data, and includes a comprehensive review of critical thinking skills and therapist-driven protocols as applied to the successful completion of the certification examinations offered by the National Board for Respiratory Care (NBRC).
**Prerequisites:**
RT240

**SOCI1310: Introduction to Sociology**
**Credit Hours:** 3
**Clock Hours:** 45/0/0

This course is a general introduction to the study of sociology, which is the systematic study of human society and the social forces that shape human social life. The goal is to provide students with an overview of how sociology helps us understand human societies, human relationships, group aspects of behavior, and social institutions.

**SURG1110: Surgical Technology Lab I**
**Credit Hours:** 1
**Clock Hours:** 0/40/0

This laboratory course is designed to provide for the practical application of theoretical concepts, patient safety standards, and aseptic principles outlined in SURG1310: Surgical Technology Theory I. Perioperative applied skills performed in the assistant circulator role are highlighted with an emphasis on industry best practices and the application of critical thinking skills.
**Co-Requisites:**
SURG1310

**SURG1120: Surgical Technology Lab II**
**Credit Hours:** 1
**Clock Hours:** 0/40/0

This laboratory course is designed to provide for the practical application of theoretical concepts, patient safety standards, and aseptic principles outlined in SURG1320: Surgical Technology Theory II. Perioperative applied skills performed in the scrub role are highlighted with an emphasis on industry best practices and the application of critical thinking skills. Patient vital signs and microscope use are also included.
**Prerequisites:**
SURG1110, SURG1310;
**Co-Requisites:**
SURG1320

**SURG1130: Surgical Technology Lab III**
**Credit Hours:** 1
**Clock Hours:** 0/40/0

This laboratory course is designed to provide for the practical application of theoretical concepts, patient safety standards, and aseptic principles outlined in SURG1330: Surgical Technology Theory III. Perioperative applied skills performed in the scrub role are highlighted with an emphasis on industry best practices and the application of critical thinking skills. Handling, passing, and assembly of specialty surgical instrumentation, equipment, and supplies is included.
**Prerequisites:**
SURG1140, SURG1340;
**Co-Requisites:**
SURG1330

**SURG1140: Surgical Technology Lab IV**
**Credit Hours:** 1
**Clock Hours:** 0/40/0

This laboratory course is designed to provide for the practical application of theoretical concepts, patient safety standards, and aseptic principles outlined in SURG1340: Surgical Technology Theory IV. Perioperative applied skills performed in the scrub role are highlighted with an emphasis on industry best practices and the application of critical thinking skills. Intraoperative and postoperative case management skills are further emphasized.
**Prerequisites:**
SURG1120, SURG1320;
**Co-Requisites:**
SURG1340

**SURG1150: Surgical Technology Lab V**
**Credit Hours:** 1
**Clock Hours:** 0/40/0

This laboratory course is designed to provide for the practical application of theoretical concepts, patient safety standards, and aseptic principles within the mock surgery setting. Perioperative applied skills performed in the scrub and circulating roles are highlighted with an emphasis on industry best practices and the application of critical thinking skills. Mock surgery scenarios incorporate all skills acquired in previous laboratory courses in order to prepare the student for clinical experiences and surgical rotations.
**Prerequisites:**
SURG1140, SURG1340;
**Co-Requisites:**
SURG1350

**SURG1160: Surgical Technology Lab VI**
**Credit Hours:** 1
**Clock Hours:** 0/40/0

This capstone laboratory course is designed to provide for the practical application of theoretical concepts, patient safety standards, and aseptic principles within the mock surgery setting. Perioperative applied skills performed in the scrub and circulating roles are highlighted with an emphasis on industry best practices and the application of critical thinking skills. Mock surgery scenarios incorporate all skills acquired in previous laboratory courses in order to prepare the student for clinical experiences and surgical rotations.
**Prerequisites:**
SURG1150, SURG1350;
**Co-Requisites:**
SURG1360

**SURG1230: Surgical Technology I Laboratory**
**Credit Hours:** 2.5
**Clock Hours:** 0/80/0

This laboratory course provides the practical application of theoretical concepts, patient safety standards, and aseptic principles in alignment with SURGXXXXX. Perioperative applied skills performed in the assistant circulator role and the scrub role are highlighted with an emphasis on industry best practices and the application of critical thinking skills.
**Prerequisites:**
BIOL1111, BIOL1121, BIOL1310, BIOL1320;
**Co-Requisites:**
SURG1630

**SURG1310: Surgical Technology Theory I**
**Credit Hours:** 3
**Clock Hours:** 60/0/0

This course is designed to provide a comprehensive introduction into the field of surgical technology and survey basic perioperative surgical concepts. Major subjects covered include professionalism and employability, OR organization and administration, the surgical technologist's roles and responsibilities, risk management, and basic circulating skills. Modern ethics, law and morality in healthcare, fundamentals of OR pharmacology, and anesthesia concepts are also surveyed. Preoperative case management concepts in the circulating role include patient transfer and transport, urinary catheterization, patient positioning, and skin preparation. Related medical/surgical terminology is integrated throughout the course.
**Co-Requisites:**
SURG1110

**SURG1320: Surgical Technology Theory II**
**Credit Hours:** 3
**Clock Hours:** 60/0/0

This course will survey fundamentals of microbiology, intro to laboratory equipment (i.e., microscopes), the infectious process, and infection control concepts. Perioperative theory includes fundamentals of aseptic technique; medical versus surgical asepsis; sterilization, disinfection, and antisepsis; environmental controls and personnel practices; scrubbing, gowning, and gloving for surgery; draping; and establishing the sterile field. Safety, OSHA regulations, and Standard Precautions are also surveyed. Related medical/surgical terminology is integrated throughout the course.
**Prerequisites:**
SURG1110, SURG1310;
**Co-Requisites:**
SURG1120

**SURG1330: Surgical Technology Theory III**
**Credit Hours:** 3
**Clock Hours:** 60/0/0

This course is designed to provide a comprehensive overview of basic and specialty surgical instrumentation, equipment, and supplies. Topics include surgical instrument uses and classifications, equipment identification and function, and specialty supply handling, preparation, and usage. Related medical/surgical terminology is integrated throughout the course.
**Prerequisites:**
SURG1140, SURG1340;
**Co-Requisites:**
SURG1130

**SURG1340: Surgical Technology Theory IV**
**Credit Hours:** 3
**Clock Hours:** 60/0/0

This course will survey surgical case management concepts, including wound types and healing, surgical sutures and needles, wound closure techniques and devices, dressings and drainage devices, fundamentals of surgical pathophysiology, and postoperative patient care. Critical thinking skills within the operative environment are discussed in the context of surgical anticipation, emergency management, and All-hazards Preparation. Related medical/surgical terminology is integrated throughout the course.
**Prerequisites:**
SURG1120, SURG1320;
**Co-Requisites:**
SURG1140

**SURG1350: Surgical Procedures I**
**Credit Hours:** 3
**Clock Hours:** 60/0/0

This course will introduce students to surgery and primary surgical procedures within basic specialties, including general, obstetric & gynecologic, ophthalmic, otorhinolaryngologic, oral & maxillofacial surgery, and diagnostic procedures. Related medical/surgical terminology, anatomy, physiology, and pathophysiology are integrated throughout the course.
**Prerequisites:**
SURG1140, SURG1340;
**Co-Requisites:**
SURG1150

**SURG1360: Surgical Procedures II**
**Credit Hours:** 3
**Clock Hours:** 60/0/0

This course will introduce students to surgery and primary surgical procedures within basic specialties, including plastic & reconstructive, genitourinary, orthopedic, cardiothoracic, peripheral vascular, and neurosurgery. Related medical/surgical terminology, anatomy, physiology, and pathophysiology are integrated throughout the course.
**Prerequisites:**
SURG1150, SURG1350;
**Co-Requisites:**
SURG1160

**SURG1630: Surgical Technology Theory I**
**Credit Hours:** 6.5
**Clock Hours:** 120/0/0

This course provides a comprehensive introduction into the field of surgical technology and perioperative theory and concepts. Major topics include the surgical technologist's roles and responsibilities, law and ethics in healthcare, safety and standard precautions, and preoperative case management. Perioperative theory and concepts include patient care, fundamentals of aseptic technique, environmental controls, and personnel practices. Related medical/surgical terminology is integrated throughout the course.
**Prerequisites:**
BIOL1111, BIOL1121, BIOL1310, BIOL1320
**Co-Requisites:**
SURG1231

**SURG2150: Surgical Technology Clinical Review I**
**Credit Hours:** 1.5
**Clock Hours:** 30/0/0

This is the first of two courses designed to provide the student with a review of all didactic, laboratory, and clinical knowledge necessary to prepare for success on the Certified Surgical Technologist (CST) examination administered by the National Board of Surgical Technology and Surgical Assisting (NBSTSA). Reviews will be conducted in several forms, including test skills preparation, anatomy & physiology, pharmacology, sterilization concepts, and surgical procedures review.
**Prerequisites:**
SURG1160, SURG1360

**SURG2160: Surgical Technology Clinical Review I**
**Credit Hours:** 1.5
**Clock Hours:** 30/0/0

This is the first of two courses designed to provide the student with a review of all didactic, laboratory, and clinical knowledge necessary to prepare for success on the Certified Surgical Technologist (CST) examination administered by the National Board of Surgical Technology and Surgical Assisting (NBSTSA). Reviews will be conducted in several forms, including test skills preparation, anatomy & physiology, pharmacology, sterilization concepts, and surgical procedures review.
**Prerequisites:**
BIOL1111, BIOL1121, BIOL1310, BIOL1320; SURG1231; SURG1630; SURG2640; SURG2240; SURG2650; SURG2250;
**Co-Requisites:**
SURG2760

**SURG2240: Surgical Technology Lab II**
**Credit Hours:** 2.5
**Clock Hours:** 0/80/0

This laboratory course provides practical application of theoretical concepts, patient safety standards, and aseptic principles in alignment with SURGXXXX. Handling, passing, and assembly of specialty surgical instrumentation, equipment, and supplies is included. Intraoperative and postoperative case management skills are further emphasized.
**Prerequisites:**
BIOL1111, BIOL1121, BIOL1310, BIOL1320;SURG1231; SURG1630
**Co-Requisites:**
SURG2640

**SURG2250: Surgical Technology Lab III**
**Credit Hours:** 2.5
**Clock Hours:** 0/80/0

This laboratory course provides practical application of theoretical concepts, patient safety standards, and aseptic principles within the mock surgery setting. Perioperative applied skills performed in the scrub and circulating roles are highlighted with an emphasis on industry best practices and the application of critical thinking skills. Mock surgery scenarios incorporate all skills acquired in previous laboratory courses in order to prepare the student for clinical experiences and surgical rotations.
**Prerequisites:**
BIOL1111, BIOL1121, BIOL1310, BIOL1320; SURG1231; SURG1630; SURG2640; SURG2240
**Co-Requisites:**
SURG2650

**SURG2460: Surgical Technology Clinical Review II**
**Credit Hours:** 4
**Clock Hours:** 80/0/0

This is the second of two courses designed to provide the student with a review of all didactic, laboratory, and clinical knowledge necessary to prepare for success on the Certified Surgical Technologist (CST) examination administered by the National Board of Surgical Technology and Surgical Assisting (NBSTSA). Reviews will be conducted in several forms, including test skills preparation, anatomy & physiology, pharmacology, sterilization concepts, and surgical procedures review.

**SURG2470: Surgical Technology Clinical Review II**
**Credit Hours:** 4
**Clock Hours:** 80/0/0

This is the second of two courses designed to provide the student with a review of all didactic, laboratory, and clinical knowledge necessary to prepare for success on the Certified Surgical Technologist (CST) examination administered by the National Board of Surgical Technology and Surgical Assisting (NBSTSA). Reviews will be conducted in several forms, including test skills preparation, anatomy & physiology, pharmacology, sterilization concepts, and surgical procedures review.
**Prerequisites:**
BIOL1111, BIOL1121, BIOL1310, BIOL1320; SURG1231; SURG1630; SURG2640; SURG2240; SURG2650; SURG2250; SURG2760; SURG2160
**Co-Requisites:**
SURG2570

**SURG2560: Surgical Technology Clinical II**
**Credit Hours:** 5
**Clock Hours:** 0/0/240

This clinical experience will provide progressive exposure to and experience with diverse surgical procedures of elementary, intermediate, and advanced complexity performed in relation to the practice of surgical technology in multiple specialties within the clinical setting.

The A POSitive CARE approach is utilized to facilitate the learning process. It is a systematic approach to critical thinking and surgical problem solving focused on the ability of the student surgical technologist to anticipate the needs of the surgical team as well as the patient.
**Prerequisites:**
SURG2150, SURG2850

**SURG2570: Surgical Technology Clinical II**
**Credit Hours:** 5.5
**Clock Hours:** 0/0/250

In this clinical experience students will gain progressive exposure to and experience with diverse surgical procedures of varying complexity performed in relation to the practice of surgical technology in multiple specialties within the clinical setting. Students will apply critical thinking and surgical problem solving techniques to anticipate the needs of the surgical team as well as the patient.
**Prerequisites:**
BIOL1111, BIOL1121, BIOL1310, BIOL1320; SURG1231; SURG1630; SURG2640; SURG2240; SURG2650; SURG2250; SURG2760; SURG2160
**Co-Requisites:**
SURG2470

**SURG2640: Surgical Technology Theory II**
**Credit Hours:** 6.5
**Clock Hours:** 120/0/0

This course provides a comprehensive overview of surgical instrumentation, equipment, and supplies and will survey case management concepts. Topics include basic and specialty surgical instrument uses and classifications, wound types and healing, fundamentals of surgical pathophysiology, and postoperative patient care. Critical thinking skills within the operative environment are discussed in the context of surgical anticipation, emergency management, and all-hazards preparation. Related medical/surgical terminology is integrated throughout the course.
**Prerequisites:**
BIOL1111, BIOL1121, BIOL1310, BIOL1320; SURG1231; SURG1630
**Co-Requisites:**
SURG2240

**SURG2650: Surgical Technology Procedures**
**Credit Hours:** 6.5
**Clock Hours:** 120/0/0

This course will introduce students to surgery and primary surgical procedures within basic specialties including general, obstetric & gynecologic, ophthalmic, otorhinolaryngologic, oral and maxillofacial surgery, plastic and reconstructive, genitourinary, orthopedic, cardiothoracic, peripheral vascular, neurosurgery, and diagnostic procedures. Related medical/surgical terminology, anatomy, physiology, and pathophysiology are integrated throughout the course.
**Prerequisites:**
BIOL1111, BIOL1121, BIOL1310, BIOL1320; SURG1231; SURG1630; SURG2640; SURG2240
**Co-Requisites:**
SURG2250

**SURG2760: Surgical Technology Clinical I**
**Credit Hours:** 7
**Clock Hours:** 0/0/320

In this clinical experience students will gain progressive exposure to and experience with diverse surgical procedures of varying complexity performed in relation to the practice of surgical technology in multiple specialties within the clinical setting. Students will apply critical thinking and surgical problem solving techniques in the field.
**Prerequisites:**
BIOL1111, BIOL1121, BIOL1310, BIOL1320; SURG1231; SURG1630; SURG2640; SURG2240; SURG2650; SURG2250
**Co-Requisites:**
SURG2160

**SURG2850: Surgical Technology Clinical I**
**Credit Hours:** 8
**Clock Hours:** 0/0/360

This clinical experience will provide progressive exposure to and experience with diverse surgical procedures of elementary, intermediate, and advanced complexity performed in relation to the practice of surgical technology in multiple specialties within the clinical setting.

The A POSitive CARE approach is utilized to facilitate the learning process. It is a systematic approach to critical thinking and surgical problem solving focused on the ability of the student surgical technologist to anticipate the needs of the surgical team as well as the patient.
**Prerequisites:**
SURG1160, SURG1360

# Calendar

## 2021 Student Holidays

| January 1, 2021 | New Year's Day |
|---|---|
| January 18, 2021 | Martin Luther King, Jr. Day |
| May 31, 2021 | Memorial Day |
| July 5, 2021 | Independence Day |
| September 6, 2021 | Labor Day |
| November 25, 2021 | Thanksgiving Day |
| November 26, 2021 | Friday after Thanksgiving |
| December 23, 2021 | Christmas Eve |
| December 24, 2021 | Christmas Day |

## 2022 Student Holidays

| December 31, 2021 | New Year's Day |
|---|---|
| January 17, 2022 | Martin Luther King, Jr. Day |
| May 30, 2022 | Memorial Day |
| June 20, 2022 | Juneteenth |
| July 4, 2022 | Independence Day |
| September 5, 2022 | Labor Day |
| November 24, 2022 | Thanksgiving Day |
| November 25, 2022 | Friday after Thanksgiving |
| December 23, 2022 | Christmas Eve |
| December 26, 2022 | Christmas Day |

## Graduation Dates

Graduation dates are estimated and may vary due to individual students' clinical/externship schedules.

## Classroom Break Schedules

All programs have designated breaks throughout class sessions. Specific break schedules may be found in course syllabi.

## Clinical Schedules

Clinical rotations may consist of up to 12-hour shifts. Shift times may vary and may include weekends.

General Education classes may be morning and/or afternoon sessions or online.

## Externship Schedules

Externship schedules may consist of 6-8 hour shifts during the daytime.

## Hours of Operation

Classrooms—Open 7:50 a.m. to 10:00 p.m. Monday through Friday. Administration—8 a.m. to 8 p.m. Monday through Thursday and 8 a.m. to 5 p.m. Friday Learning Resource Center—8 a.m. to 8 p.m. Monday through Friday unless posted.

## Cardiovascular Sonography 2020

| Full-Time Day Classes Clinical Hours May Vary | |
|---|---|
| **Start** | **Graduate** |
| 07/27/20 | 04/08/22 |
| 12/21/20 | 09/09/22 |

## Cardiovascular Sonography 2021

| Full-Time Day Classes Clinical Hours May Vary | |
|---|---|
| **Start** | **Graduate** |
| 06/07/21 | 02/08/23 |
| 11/08/21 | 06/28/23 |

## Cardiovascular Sonography 2022

| Full-Time Day Classes Clinical Hours May Vary | |
|---|---|
| **Start** | **Graduate** |
| 04/18/22 | 11/22/23 |
| 09/19/22 | 04/17/24 |

## Dental Assistant 2021

| Morning Classes | | Evening Classes | |
|---|---|---|---|
| **Start** | **Graduate** | **Start** | **Graduate** |
| 01/25/21 | 09/09/21 | | |
| 02/22/21 | 10/07/21 | 02/22/21 | 10/07/21 |
| 03/22/21 | 11/04/21 | 03/22/21 | 11/04/21 |
| 04/19/21 | 12/09/21 | 04/19/21 | 12/09/21 |
| 05/17/21 | 01/20/22 | 05/17/21 | 01/20/22 |
| 06/14/21 | 02/17/22 | 06/14/21 | 02/17/22 |
| 07/12/21 | 03/17/22 | 07/12/21 | 03/17/22 |

| 08/16/21 | 04/14/22 | 08/16/21 | 04/14/22 |
| 09/13/21 | 05/12/22 | 09/13/21 | 05/12/22 |
| 10/11/21 | 06/09/22 | 10/11/21 | 06/09/22 |
| 11/08/21 | 07/07/22 | 11/08/21 | 07/07/22 |
| 12/13/21 | 08/04/22 | 12/13/21 | 08/04/22 |

## Dental Assistant 2022

| Morning Classes | | Evening Classes | |
|---|---|---|---|
| Start | Graduate | Start | Graduate |
| 01/24/22 | 09/08/22 | 01/24/22 | 09/08/22 |
| 02/21/22 | 10/13/22 | 02/21/22 | 10/13/22 |
| 03/21/22 | 11/10/22 | 03/21/22 | 11/10/22 |
| 04/18/22 | 12/08/22 | 04/18/22 | 12/08/22 |
| 05/16/22 | 01/19/23 | 05/16/22 | 01/19/23 |
| 06/13/22 | 02/16/23 | 06/13/22 | 02/16/23 |
| 07/11/22 | 03/16/23 | 07/11/22 | 03/16/23 |
| 08/15/22 | 04/13/23 | 08/15/22 | 04/13/23 |
| 09/19/22 | 05/11/23 | 09/19/22 | 05/11/23 |
| 10/17/22 | 06/08/23 | 10/17/22 | 06/08/23 |
| 11/14/22 | 07/06/23 | 11/14/22 | 07/06/23 |
| 12/12/22 | 08/10/23 | 12/12/22 | 08/10/23 |

## Diagnostic Medical Sonography 2020

| Full-Time Day Classes Clinical Hours May Vary | |
|---|---|
| Start | Graduate |
| 05/11/20 | 10/29/21 |
| 10/12/20 | 06/24/22 |

## Diagnostic Medical Sonography 2021

| Full-Time Day Classes Clinical Hours May Vary | |
|---|---|
| Start | Graduate |
| 03/22/21 | 11/23/22 |

| 08/23/21 | 04/19/23 |

## Diagnostic Medical Sonography 2022

| Full-Time Day Classes Clinical Hours May Vary | |
|---|---|
| **Start** | **Graduate** |
| 01/31/22 | 09/06/23 |
| 07/05/22 | 02/07/24 |
| 11/28/22 | 06/26/24 |

## EKG Technician 2021

| Days/Hours May Vary | |
|---|---|
| **Start** | **Graduate** |
| 02/22/21 | 04/15/21 |
| 03/22/21 | 05/13/21 |
| 04/19/21 | 06/10/21 |
| 05/17/21 | 07/08/21 |
| 06/14/21 | 08/05/21 |
| 07/12/21 | 09/02/21 |
| 08/09/21 | 10/07/21 |
| 09/07/21 | 11/04/21 |
| 10/11/21 | 12/09/21 |
| 11/08/21 | 01/20/22 |
| 12/13/21 | 02/17/22 |

## Medical Assistant 2021

| Morning Classes | | Evening Classes | |
|---|---|---|---|
| **Start** | **Graduate** | **Start** | **Graduate** |
| 01/25/21 | 09/09/21 | 01/25/21 | 09/09/21 |
| 02/22/21 | 10/07/21 | 02/22/21 | 10/07/21 |
| 03/22/21 | 11/04/21 | 03/22/21 | 11/04/21 |
| 04/19/21 | 12/09/21 | 04/19/21 | 12/09/21 |
| 05/17/21 | 01/20/22 | 05/17/21 | 01/20/22 |
| 06/14/21 | 02/17/22 | 06/14/21 | 02/17/22 |

| 07/12/21 | 03/17/22 | 07/12/21 | 03/17/22 |
| 08/16/21 | 04/14/22 | 08/16/21 | 04/14/22 |
| 09/13/21 | 05/12/22 | 09/13/21 | 05/12/22 |
| 10/11/21 | 06/09/22 | 10/11/21 | 06/09/22 |
| 11/08/21 | 07/07/22 | 11/08/21 | 07/07/22 |
| 12/13/21 | 08/04/22 | 12/13/21 | 08/04/22 |

## Medical Assistant 2022

| Morning Classes | | Evening Classes | |
|---|---|---|---|
| Start | Graduate | Start | Graduate |
| 01/24/22 | 09/08/22 | 01/24/22 | 09/08/22 |
| 02/21/22 | 10/13/22 | 02/21/22 | 10/13/22 |
| 03/21/22 | 11/10/22 | 03/21/22 | 11/10/22 |
| 04/18/22 | 12/08/22 | 04/18/22 | 12/08/22 |
| 05/16/22 | 01/19/23 | 05/16/22 | 01/19/23 |
| 06/13/22 | 02/16/23 | 06/13/22 | 02/16/23 |
| 07/11/22 | 03/16/23 | 07/11/22 | 03/16/23 |
| 08/15/22 | 04/13/23 | 08/15/22 | 04/13/23 |
| 09/19/22 | 05/11/23 | 09/19/22 | 05/11/23 |
| 10/17/22 | 06/08/23 | 10/17/22 | 06/08/23 |
| 11/14/22 | 07/06/23 | 11/14/22 | 07/06/23 |
| 12/12/22 | 08/10/23 | 12/12/22 | 08/10/23 |

## Medical Office Administration 2021

| Morning Classes | |
|---|---|
| Start | Graduate |
| 01/25/21 | 09/09/21 |
| 02/22/21 | 10/07/21 |
| 03/22/21 | 11/04/21 |
| 04/19/21 | 12/09/21 |
| 05/17/21 | 01/20/22 |
| 06/14/21 | 02/17/22 |
| 07/12/21 | 03/17/22 |
| 08/16/21 | 04/14/22 |
| 09/13/21 | 05/12/22 |

| 10/11/21 | 06/09/22 |
| 11/08/21 | 07/07/22 |
| 12/13/21 | 08/04/22 |

## Medical Office Administration 2022

| Morning Classes | |
|---|---|
| **Start** | **Graduate** |
| 01/24/22 | 09/08/22 |
| 02/21/22 | 10/13/22 |
| 03/31/22 | 11/10/22 |
| 04/18/22 | 12/08/22 |
| 05/16/22 | 01/19/23 |
| 06/13/22 | 02/16/23 |
| 07/11/22 | 03/16/23 |
| 08/15/22 | 04/13/23 |
| 09/19/22 | 05/11/23 |
| 10/17/22 | 06/08/23 |
| 11/14/22 | 07/06/23 |
| 12/12/22 | 08/10/23 |

## Patient Care Assistant 2021

| Days/Hours May Vary | |
|---|---|
| **Start** | **Graduate** |
| 02/22/21 | 07/08/21 |
| 03/22/21 | 08/05/21 |
| 04/19/21 | 09/02/21 |
| 05/17/21 | 10/07/21 |
| 06/14/21 | 11/04/21 |
| 07/12/21 | 12/09/21 |
| 08/09/21 | 01/20/22 |
| 09/07/21 | 02/17/22 |
| 10/11/21 | 03/17/22 |
| 11/08/21 | 04/14/22 |
| 12/13/21 | 05/12/22 |

## Phlebotomy Technician 2021

| Days/Hours May Vary | |
|---|---|
| **Start** | **Graduate** |
| 02/22/21 | 04/15/21 |
| 03/22/21 | 05/13/21 |
| 04/19/21 | 06/10/21 |
| 05/17/21 | 07/08/21 |
| 06/14/21 | 08/05/21 |
| 07/12/21 | 09/02/21 |
| 08/09/21 | 10/07/21 |
| 09/07/21 | 11/04/21 |
| 10/11/21 | 12/09/21 |
| 11/08/21 | 01/20/22 |
| 12/13/21 | 02/17/22 |

## Physical Therapy Assistant 2020

| **Start** | **Graduate** |
|---|---|
| 02/24/20 | 10/29/21 |
| 07/27/20 | 04/08/22 |

## Physical Therapy Assistant 2021

| **Start** | **Graduate** |
|---|---|
| 03/22/21 | 11/23/22 |
| 08/23/21 | 04/19/23 |

## Physical Therapy Assistant 2022

| **Start** | **Graduate** |
|---|---|
| 04/18/22 | 11/22/23 |
| 09/19/22 | 04/17/24 |

## Nursing 2020

| Full-Time<br>Day Classes | | Full-Time<br>Evening/Weekend Classes | |
|---|---|---|---|
| **Start** | **Graduate** | **Start** | **Graduate** |

| Start | Graduate | Start | Graduate |
|---|---|---|---|
| 02/24/20 | 10/29/21 | 02/24/20 | 10/29/21 |
| 05/11/20 | 01/21/22 | 05/11/20 | 01/21/22 |
| 07/27/20 | 04/08/22 | | |
| 10/12/20 | 06/24/22 | 10/12/20 | 06/24/22 |
| 12/21/20 | 09/09/22 | 12/21/20 | 09/09/22 |

## Nursing 2021

| Full-Time Day Classes | | Full-Time Evening/Weekend Classes | |
|---|---|---|---|
| Start | Graduate | Start | Graduate |
| 03/22/21 | 11/23/22 | 03/22/21 | 11/23/22 |
| 06/07/21 | 02/08/23 | | |
| 08/23/21 | 04/19/23 | 08/23/21 | 04/19/23 |
| 11/08/21 | 06/28/23 | | |

## Nursing 2022

| Full-Time Day Classes | | Full-Time Evening/Weekend Classes | |
|---|---|---|---|
| Start | Graduate | Start | Graduate |
| 01/31/22 | 09/06/23 | | |

## Practical Nursing 2020

| Full-Time Classes | | Evening/Weekend Classes Tuesday, Wednesday, Thursday 6:00 p.m.-10:00p.m. Saturday 9:00 a.m.-1:00p.m. Clinical Hours May Vary | |
|---|---|---|---|
| Start | Graduate | Start | Graduate |
| 02/24/20 | 03/13/21 | | |
| 07/27/20 | 08/13/21 | 09/28/20 | 05/19/22 |
| 10/12/20 | 06/24/22 | | |

## Practical Nursing 2021

| Full-Time Classes | | Evening/Weekend Classes Tuesday, Wednesday, Thursday 6:00 p.m. – 10:00 p.m. Saturday 9:00 a.m. – 1:00 p.m. Clinical Hours May Vary | |
|---|---|---|---|
| Start | Graduate | Start | Graduate |

| | | | |
|---|---|---|---|
| 03/22/21 | 04/08/22 | 04/26/21 | 12/18/22 |
| 06/07/21 | 06/24/22 | 12/20/21 | 08/20/23 |
| 08/23/21 | 09/09/22 | | |
| 11/08/21 | 11/23/22 | | |

## Practical Nursing 2022

| Full-Time Classes | | Evening/Weekend Classes<br>Tuesday, Wednesday, Thursday 6:00 p.m. – 10:00 p.m.<br>Saturday 9:00 a.m. – 1:00 p.m.<br>Clinical Hours May Vary | |
|---|---|---|---|
| **Start** | **Graduate** | **Start** | **Graduate** |
| 01/31/22 | 02/08/23 | 05/02/22 | 12/17/23 |
| 04/18/22 | 04/19/23 | 08/29/22 | 04/21/24 |
| 07/05/22 | 06/28/23 | | |
| 09/19/22 | 09/06/23 | | |

## Respiratory Therapy 2020

| Start | Graduate |
|---|---|
| 02/24/20 | 08/13/21 |
| 07/27/20 | 01/21/22 |
| 12/21/20 | 06/24/22 |

## Respiratory Therapy 2021

| Start | Graduate |
|---|---|
| 06/07/21 | 11/23/22 |
| 11/08/21 | 04/19/23 |

## Respiratory Therapy 2022

| Start | Graduate |
|---|---|
| 04/18/22 | 09/06/23 |
| 09/19/22 | 02/07/24 |

## Sterile Processing Technician 2021

| Days/Hours May Vary | |
|---|---|
| **Start** | **Graduate** |

| 02/22/21 | 05/13/21 |
| 03/22/21 | 06/10/21 |
| 04/19/21 | 07/08/21 |
| 05/17/21 | 08/05/21 |
| 06/14/21 | 09/02/21 |
| 07/12/21 | 10/07/21 |
| 08/09/21 | 11/04/21 |
| 09/07/21 | 12/09/21 |
| 10/11/21 | 01/20/22 |
| 11/08/21 | 02/17/22 |
| 12/13/21 | 03/17/22 |

## Surgical Technologist 2020

| Start | Graduate |
|---|---|
| 02/24/20 | 05/28/21 |
| 07/27/20 | 01/21/22 |
| 12/21/20 | 06/24/22 |

## Surgical Technologist 2021

| Start | Graduate |
|---|---|
| 06/07/21 | 11/23/22 |
| 11/08/21 | 04/19/23 |

## Surgical Technologist 2022

| Start | Graduate |
|---|---|
| 04/18/22 | 09/06/23 |
| 09/19/22 | 02/07/24 |

# Program Costs
**Effective 05/02/2022**

| Program | Tuition | Textbooks[1] (estimated) | Total |
|---|---|---|---|
| Medical Assistant | $17,352.00 | $     667.00 | $ 18,019.00 |
| Dental Assistant | $17,238.00 | $     773.00 | $ 18,011.00 |
| Medical Office Administration | $14,921.00 | $  1,709.00 | $ 16,630.00 |
| Practical Nursing[2] | $31,557.00 | $  2,403.00 | $ 33,960.00 |
| Practical Nursing - Evening/Weekend[2] | $33,366.00 | $  2,403.00 | $ 35,769.00 |
| Cardiovascular Sonography[2] | $47,880.00 | $  1,156.00 | $ 49,036.00 |
| Diagnostic Medical Sonography[2] | $47,827.00 | $  1,585.00 | $ 49,412.00 |
| Surgical Technologist[2] | $39,508.00 | $  1,310.00 | $ 40,818.00 |
| Physical Therapist Assistant[2] | $37,752.00 | $  2,041.00 | $ 39,793.00 |
| Respiratory Therapy[2] | $43,168.00 | $  1,615.00 | $ 44,783.00 |
| Nursing[2] | $50,958.00 | $  2,312.00 | $ 53,270.00 |
| EKG Technician (Program)[3] | $  1,378.00 | $           - | $  1,378.00 |
| Patient Care Assistant[3] | $  3,445.00 | $           - | $  3,445.00 |
| Phlebotomy Technician (Program)[3] | $  1,378.00 | $           - | $  1,378.00 |
| Sterile Processing Technician (Program)[3] | $  2,067.00 | $           - | $  2,067.00 |

1.While Concorde offers these resources at below general market prices, these prices are subject to change based on market conditions beyond the control of Concorde. There July be certain situations when you July be able to purchase some of these items elsewhere from outside sources at a reduced cost. Students have the right to opt out of purchasing certain items from Concorde as long as they are able to obtain these resources prior to course start. A student's account will not be charged for any item the student chooses to purchase on their own. A list of books and supplies associated with your program of study can be found on the Concorde website (www.concorde.edu). A hard copy can be obtained from the campus upon request.

2.Application Fee of $100.00 is required for this program.

3.This program is not eligible for any Federal Financial Aid or VA programs.

| INCIDENTAL FEES All incidental fees are the responsibility of the student and must be paid prior to receiving any item. | |
|---|---|
| Additional Diploma | $10.00 |
| *Transcripts are ordered through Parchment | $10.00 |
| Administrative Withdrawal Fee | $100.00 |
| Copies | $0.10/copy |

| Refresher Training | $100.00 |
|---|---|
| Repetition Fee (per credit hour) | $165.00 |
| Replacement Key Card | $5.00 |
| Replacement Student ID Card | $5.00 |
| Retesting for Waitlist Students | $50.00 |
| Returned Check Fee | $15.00 |

* Subsequent official transcripts are ordered through Parchment.

Please view fees below:

**Digital Official Transcript through Parchment:** $7.50

**Printed Official Transcript through Parchment:**

USPS Shipping: $2.50 + $7.50 = $10.00

USPS International: $5.00 + $7.50 = $12.50

FedEx Domestic: $25.00 + $7.50 = $32.50

FedEx International: $47.50 + $7.50 = $55.00

# Personnel

## Administration

| Name | Education/Credentials | Title |
|---|---|---|
| Snyder Jr., Ned B. | | Campus President<br>ADA/504 Coordinator |
| Riley, Ray | Edward Waters College - BS Criminal Justice | Director of Operations |
| Goliber, Heather | | Campus Administrative Assistant |
| Haig, Jamie | | Receptionist |
| Kelley, Dennis | Received a Master's in Business Administration from Franklin University in 2004, a Bachelor of Science in Liberal Studies from Excelsior College in 2002 and an Associate of Applied Science in Technical Studies from Excelsior in 2000. | Academic Dean |
| Waltimire, Sendy | | Academic Affairs Assistant |

## Admissions

| Name | Education/Credentials | Title |
|---|---|---|
| Kelly, Lee | | Director |
| Couturier, Linda | | Assistant Director of Admissions |
| Martinez, Jeanne | | Admissions Coordinator |
| Boos, Debra | | Senior Admissions Representative |
| Achee, Alicie | | Admissions Representative |
| Adkins, Kaylea | | Admissions Representative |
| Johnson, Stephen | Michigan State Univ - BA | Admissions Representative |
| Matura, Ray | | Admissions Representative |
| Morrell, Kevin | Ashland College - BA 1981 | Admissions Representative |

## Business Office

| Name | Education/Credentials | Title |
|---|---|---|
| McCarty, Susan | | Manager |
| Ross, Dineen | Lynn Univ-AA & FSCJ | Business Office Assistant |

## Cardiovascular Sonography

| Name | Education/Credentials | Title |
|---|---|---|

| Jennings, Anita | MS-Education, Keiser University, Daytona Beach, FL, BA-Business Administration, Colorado Technical University, Colorado Springs, CO, Ultrasonography Certification, Ultrasound Diagnostic School, Iselin, NJ | Program Director |
| Leyda, Crystal | | Instructor |

## Dental Assistant Program

| Name | Education/Credentials | Title |
| --- | --- | --- |
| Alford, Janet | EDA, Diploma, CCI, Jacksonville, FL | Program Director |
| Brown, Dahlia | MA, Public Heath, Concordia University | Instructor |
| Shedrick, Blanche | Diploma CCI, Jacksonville, EDA | Instructor (Part-Time) |

## Diagnostic Medical Sonography Program

| Name | Education/Credentials | Title |
| --- | --- | --- |
| Jennings, Anita | MS-Education, Keiser University, Daytona Beach, FL, BA-Business Administration, Colorado Technical University, Colorado Springs, CO, Ultrasonography Certification, Ultrasound Diagnostic School, Iselin, NJ | Program Director |
| Carroll, Leah | Marian University Fon Du Lac/MS-BS Bridge | Director of Clinical Education |

## Education

| Name | Education/Credentials | Title |
| --- | --- | --- |
| Brasfield, Tara | | Online Success Coach |
| Dean, Amanda | | Registrar |
| Robinson, Benjamin | BA | Academic Technology and Media Coordinator |

## Financial Aid

| Name | Education/Credentials | Title |
| --- | --- | --- |
| Brandon, Alicia | | Financial Aid Director |
| Bargky, Sierra | | Financial Aid Advisor |
| Barreca, Marjani | | Sr. Financial Aid Advisor |

| Ewell, Alexandra | | Sr. Financial Aid Advisor |
| Martin, Liza | | Sr. Financial Aid Advisor |
| Smith, Leonisha | | Financial Aid Advisor |

## General Education

| Name | Education/Credentials | Title |
| --- | --- | --- |
| Hall, Joylene | | Instructor |
| Underkoffer, Steven | | Instructor |

## Graduate Employment

| Name | Education/Credentials | Title |
| --- | --- | --- |
| Open | | Director of Student Affairs |
| Carter, Janet | | Sr. Graduate Employment Specialist |

## Medical Assistant Program

| Name | Education/Credentials | Title |
| --- | --- | --- |
| Cochran, Elysia | ASN, AGE, Edison State Community College | Program Director |
| Dickerson, Kyle | | Instructor (Part-Time) |
| Eady, Deirdre | | Instructor (Part-Time) |
| Fulton, Traci | MBA/HRM, University of Phoenix; BS, Jones College, Jacksonville, FL; MA Diploma, Concorde Career Institute | Instructor (Part-Time) |
| Kinney, Elizabeth | | Instructor |

## Medical Office Administration Program

| Name | Education/Credentials | Title |
| --- | --- | --- |
| Cochran, Elysia | ASN, AGE, Edison State Community College | Program Director |
| Bigelow, Deborah | MA Diploma, Jones College, Jacksonville, FL | Instructor |

## Nursing Program

| Name | Education/Credentials | Title |
| --- | --- | --- |

| Fails, Heather | MSN, Chamberlain College of Nursing; BSN Chamberlain College of Nursing | Interim Director of Nursing |
|---|---|---|
| Lewis, Shelby | MSN, American Sentinel University | License Readiness Advisor |
| Durham, Jane | | Simulation Lab Coordinator |
| Ballance, Laura | DNP, Walden University; MSN Walden University; BSN Aquinas College School of Nursing | Instructor |
| Bellamy, Waltina | MSN, University of Phoenix; BSN, University of Phoenix | Instructor (Part-Time) |
| Brabham, Deborah | | Instructor (Part-Time) |
| Burlas, Norian | BSN, Western Governors University | Instructor (Part-Time) |
| Dandrade, Maxine | | Instructor |
| Davis, Cliff | | Instructor |
| Fuller, Rochelle | MSN, University of Phoenix; BSN, Armstrong State University | Instructor (Part-Time) |
| Ingham, Amber | | Instructor |
| Jackson, Wendy | | Instructor (Part-Time) |
| Kilcrease, Debra | MSN, Western Governors University; BSN, Jacksonville University | Instructor (Part-Time) |
| Lombard, Morline | | Instructor |
| Silva, Kimberly | MSN, University of Florida College of Nursing; BSN University of Florida College of Nursing | Instructor (Part-Time) |
| Starks, Susan | | Instructor |

## Physical Therapist Assistant Program

| Name | Education/Credentials | Title |
|---|---|---|
| Hurtak, Lori | DPT, MS-Physical Therapy, University of Miami, Miami, FL; BA-Psychology | Program Director |
| Constandis, Andrea | DPT, MHA Seton Hall University; BS, Rutgers College | Director of Clinical Education |
| Ferrell, Kristen | Assoc in Arts Unv of N.FL, BS Unv of N. FL, AS FSCJ | Instructor |

## Practical Nursing Program

| Name | Education/Credentials | Title |
|---|---|---|
| Robinson, Katrina | MSN, University of Phoenix; BSN, University of N Florida; ADN, Florida Community College | Assistant Director Practical Nursing |

| Ballance, Laura | RN, BSN, Aquinas College, Nashville, TN, MSN, Walden University | Instructor |
| Coleman-Lavant, Rosalind | FCCJ -ASN; Edward Waters College- BBA; University of Phoenix- MBA, RN, | Instructor (Part-Time) |
| Dugger, Dawn | BSN, Chamberlain College of Nursing ASN, Florida Community College | Instructor |
| Forcine, Sabrina | BSN, Jacksonville University, FL; ASN, Florida State College | Instructor |
| Ingham, Amber | | Instructor |
| Stephens, Harriett, | MSN, South University; BSN, ASN, Florida State College, APRN, AGNP-C,RN | Instructor (Part-Time) |

## Respiratory Therapy Program

| Name | Education/Credentials | Title |
| --- | --- | --- |
| Buckaloo, Kimberly | BS in Management with Healthcare Emphasis. AS, Concorde Career Institute, Jacksonville, FL | Program Director |
| Barboza, Michael | | Instructor |
| Gardner, Takeisha | AAS, Florida State College | Instructor |

## Surgical Technologist Program

| Name | Education/Credentials | Title |
| --- | --- | --- |
| Reyes, Ruth | Fortis College, FL Clinical Coordinator, BS of Healthcare Administration, Concorde Career College, BHA, CST | Program Director |
| Buckholts, Anquenta | AS, Gordon College, ST Diploma, Central Georgia Tech | Instructor |